# EXHIBIT D



*Ladies & Gentlemen...*
MR. B.B. KING

**10CD RETROSPECTIVE CHRONICLING THE CAREER OF BB KING** from his early, influential years on Bullet, Modern, RPM and Crown Records, through his recording achievements for ABC-Paramount, ABC BluesWay, ABC, ABC/Impulse, MCA and Geffen Records.

Features collaborations with Rolling Stones, Eric Clapton, U2, Elton John, Robert Cray, Etta James, Bonnie Raitt, Van Morrison, Gary Moore, Ray Charles, Bobby "Blue" Bland, and others...

Also includes 72 page hardback book, featuring extended essays alongside images and memorabilia.

0600753384992



