# EXHIBIT G



1. **The Thrill Is Gone** (5:24)
2. **Ghetto Woman** (5:14)
3. **Why I Sing the Blues** (8:38)
4. **Ain't Nobody Home** (3:34)
5. **Hummingbird** (4:32)
6. **To Know You Is To Love You** (8:30)
7. **How Blue Can You Get?** (5:08)
8. **Sweet Sixteen** (7:02)
9. **So Excited** (5:34)
10. **Chains and Things** (4:53)
    (With Carole King on Piano)



℗ 1992, 1973, 1972 © 1992 MCA Records, Inc., Universal City, California 91608 – U.S.A. Distributed by Uni Distribution Corp. WARNING: All rights reserved. Unauthorised duplication is a violation of applicable laws.

THIS COMPACT DISC CONTAINS PROGRAM TRANSFERRED FROM ANALOG TAPE AND THEREFORE MAY CONTAIN SOME TAPE HISS AND OTHER ANOMALIES THAT EXIST WITH ANALOG RECORDINGS.