# EXHIBIT L





