# EXHIBIT M

Case 1:16-cv-05439-JPO   Document 1-13   Filed 07/07/16   Page 1 of 3


