# EXHIBIT O





# (/bb-king/)

(/BB-KING/) NEWS (/BB-KING/NEWS)   BIOGRAPHY (/BB-KING/BIOGRAPHY)
DISCOGRAPHY (/BB-KING/DISCOGRAPHY)



(http://content-jp.umgi.net/products/ui/UICY-77467_tqC_extralarge.jpg?05042016090808)

### BB King Made in Japan [Limited Edition] [CD]
Live In Japan
**BB King**

| Limited constant Japanese subtitles | Privilege Explanation | bonus track song lyrics | waste board pair translation |

Format: CD
Part number: UICY-77467
Number of Discs: 1
Label: Universal Music
Publisher: Universal Music Limited Liability Company
Release Country: Japan

Release Date: 2015.09.16
Price (tax included)
￥ 1,296

Inventory information, please confirm the purchase.

Genre: Western (/international)
Label: USM JAPAN (/artists?label=usm-japan)

## Content

KING Ando BLUES BB 1200 BEST COLLECTION
B.B. release the name boards and classic blues that was the main King in Nice price.
Released 45 titles, including the first domestic bunker album centered on big names, such as is known to rock fans / guitar fan.

## Product introduction

[Limited Edition]
from the blues of authentic America, active duty crunching, champions survived the fat first landing in Japan! Representative song of course, largess to show off even original songs for the Japanese stage. Guitar "sing" People who know in this live that are many.
1971 announcement

## Tunes

1 Everyday I Have The Blues

2 Howe Blue Can You Get

3 eye site To The Blind

4 Niji Baby

5 You Are Still My Woman

6 Chains And Things

7 Sweet Sixteen

8 Hummingbird

9 You Know I Love You

10 Japanese Boogie

11 jamming-at-Sankei Hall

12 Thrill Is Gone

13 Hikari 88

# Related Tags

2015 World catalog release (/international/release-usmjapan-intl2015/)

Company Profile (/company)   Privacy Policy / Cookie Policy (/privacy-policy)   Copyright © 2016 UNIVERSAL MUSIC LLC All rights reserved.
Disclaimer in the web site (/website-disclaimer)



UNIVERSAL MUSIC STORE

STOREトップ > B.B.キング > B.B.キング・ライヴ・イン・ジャパン [限定盤]

邦楽 | 洋楽 | Jazz | Classics | その他

アジア/韓国

B.B.キング
B.B.キング・ライヴ・イン・ジャパン [限定盤]
[CD]

| 商品番号 | UICY-77467 |
| 組み枚数 | 1 |

[配送期間]
出荷予定日：2016年03月17日

発売日：2015年09月16日
価格：1,296円（税込）

カートに入れる

お気に入りに追加
キャンセル・返品について
商品についてのお問い合わせ

数量 - 1 +

商品レビューをみる
レビューはありません。

ツイート
シェア 0

商品紹介
[限定盤]
ブルースの本場アメリカから、現役のドリフ、国の実力ったご存命の日本初1枚！　代表曲はもちろん、日本のステージ用に用いたオリジナル曲を始めとする大変貴重な買い。ギターが"歌う"ことを、このライヴで知った人は多い。
1971年発表。

B.B.キング&メインとしたブルースの名盤・定番をナイス・プライスでリリース。
B.B.キング&BLUES 1200 BEST COLLECTION
ロック・ファン/ギター・ファンに知られているようなビッグ・ネームを中心に厳選して強化アルバムを含むむ45タイトルをリリース。

内容

収録内容