# EXHIBIT R

BB KING
live in Japan
B.B. KING
LIVE IN JAPAN
高音質素材SHM-CD採用
米国オリジナル・アナログ・マスターを基にした2012年最新24bitリマスター
日本初回盤LPを再現したダブル紙ジャケット仕様
解説：鈴木啓志（1992年発売日本盤CD解説）
日本初回盤LPライナーノーツ付
1. エヴリデイ・アイ・ハヴ・ザ・ブルース
2. ハウ・ブルー・キャン・ユー・ゲット
3. アイ・サイト・トゥ・ザ・ブラインド
4. ニジ・ベイビー
5. ユー・アー・スティル・マイ・ウーマン
6. チェインズ・アンド・シングス
7. スウィート・シックスティーン
8. ハミングバード
9. ユー・ノウ・アイ・ラヴ・ユー
10. ジャパニーズ・ブギー
11. ジャミング・アット・サンケイ・ホール
12. スリル・イズ・ゴーン
13. ヒカリ88
全てのCDプレーヤーで再生可能な高音質CD
SHM-CD (Super High Material CD) とは…
詳しくは → shm-cd.jp
℗&©1971 Geffen Records
Made in Japan STEREO
(BLUES)
http://www.universal-music.co.jp/
4 988005 743992
⑩
B.B.キング | B.B.キング・ライヴ・イン・ジャパン
UICY-94845
SHM-CD
全てのCDプレーヤーで
再生可能な高音質CD
B.B.キング
B.B.キング・
ライヴ・イン・ジャパン
1971年3月4日、6日に東京で録音されたライヴ盤。
お馴染みの代表曲に加えて、「ニジ・ベイビー」「ジャパニーズ・ブギー」「ジャミング・アット・サンケイ・ホール」
「ヒカリ88」等の日本に所縁の曲を多数収録。
初回限定盤
1971年作品
解説・歌詞・対訳付
GEFFEN UICY-94845 STEREO(BLUES)
定価¥2,800（税抜価格¥2,667）
BB KING
live in Japan

