# EXHIBIT V

# (/bb-king/)

HOME (/BB-KING/)   NEWS (/BB-KING/NEWS)   BIOGRAPHY (/BB-KING/BIOGRAPHY)
DISCOGRAPHY (/BB-KING/DISCOGRAPHY)



(http://content-jp.umgi.net/products/ui/UICY-77439_uQd_extralarge.jpg?05042016090814)

### Mr. · BB King (4CD BOX) [Limited Edition] [CD]

LADIES & GENTLEMEN MR. BB KING (4CD BOX)

**BB King**

| Limited constant | Privilege | bonus track | waste board |
| Japanese subtitles | Explanation | song lyrics | pair translation |

Format: CD
Part number: UICY-77439
Number of Discs: 4
Label: Universal Music
Publisher: Universal Music Limited Liability Company
Release Country: Japan

Release Date: 2015.09.16
Price (tax included)

### ￥ 6,966

Inventory information, please confirm the purchase.

Genre: Western (/international)
Label: USM JAPAN (/artists?label=usm-japan)

## Product introduction

[Limited Edition]
[direct import board domestic specification / with bilingual]
BB King, the ultimate All Time Best appeared in limited direct import board domestic specification with Japanese booklet. From the sound source of which from 1949 played a record debut until 2008, announced the last studio album, BULLET ~ RPM ~ KENT ~ ABC ~ MCA ~ GEFFEN and balance in chronological order beyond the label well Ketteiban was recorded representative music specific 4CD BOX SET. 64P booklet. About 40 also extends to page gorgeous original liner of translation, lyrics, with bilingual.
2012 announcement

## Tunes

1 Miss Martha King

2 WHEN YOUR BABY Bucks Up and Goes

3 B.B. Boogie

4 it's dynamite

5 Three O'Clock Blues

6 Walk up THIS Morning

7 Blind Love

8 WHEN My Heart Beats Like a Hammer

9 You Up Set Me Baby

10 Ten Long Years

11 Bad Luck

12 trouble's, trouble's, trouble's

13 Early In The Morning

14 Everyday I Have The Blues

15 I've Got A Light-to-Love My Baby

16 It's My Own Fault

17 Walking Dr. Bill

18 Rock Me Baby

19 Ask Me

20 Blues At Midnight

21 Sunikin Around

22 Howe Blue Can You Get?

23 Eye Wonder Why

24 Please, accept My Love

25 Help The Poor

26 Never Trust A Woman

## Related Tags

2015 World catalog release (/international/release-usmjapan-intl2015/)

Company Profile (/company)    Privacy Policy / Cookie Policy (/privacy-policy)    Copyright © 2016 UNIVERSAL MUSIC LLC All rights reserved.
Disclaimer in the web site (/website-disclaimer)

