# EXHIBIT Z

Case 1:16-cv-05439-JPO    Document 1-26    Filed 07/07/16    Page 2 of 2

