# EXHIBIT AA

Ladies & Gentlemen...
MR. B.B. KING