# EXHIBIT EE



