# EXHIBIT GG

Case 1:16-cv-05439-JPO   Document 1-33   Filed 07/07/16   Page 1 of 2

