# EXHIBIT HH

BB
B B KING
live in Japan

