# EXHIBIT JJ





