# EXHIBIT KK

