# EXHIBIT LL

