# EXHIBIT MM

