# EXHIBIT NN

