# EXHIBIT PP

# BEST OF
# B.B. KING
# BOBBY BLAND




THREE O'CLOCK BLUES
IT'S MY OWN FAULT
THAT'S THE WAY LOVE IS
I'M SORRY
DON'T CRY NO MORE
DON'T ANSWER THE DOOR
DRIFTIN' BLUES
I'LL TAKE CARE OF YOU
WHY I SING THE BLUES
GOIN' DOWN SLOW
LET THE GOOD TIMES ROLL
EVERYDAY (I HAVE THE BLUES)