# EXHIBIT QQ

*AUTHORIZED BB-NY BOOTLEG*

**B.B. King**
*live / fillmore east - new york, ny*
JUN 19 1971

