# EXHIBIT RR



B.B. King

live / fillmore east - new york, ny

JUN 19 1971