AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-5439

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kingsid Ventures, Ltd.
was received by me on *(date)* 07/13/2016 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Jane Dixon, Managing Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Kingsid Ventures, Ltd. on *(date)* 07/13/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 82.80 for services, for a total of $ 82.80 .

I declare under penalty of perjury that this information is true.

Date: 07/14/2016

*Server's signature*

Sharlene Ryan, Process Server
*Printed name and title*

Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 07/13/2016 at 2:10 PM, at United Corporate Services Inc., at 874 Walker Rd., Suite C, Dover, DE 19904.

Documents Served: Summons in a Civil Action; Complaint with Exhibits A-RR; Civil Cover Sheet; ECF Instructions and Rules; Individual Practices of District Judge J. Paul Oetken; and Individual Practices of Magistrate Judge Debra C. Freeman