UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

| | |
|---|---|
| GLEN CRAIG, | : |
| Plaintiff, | : |
| -against- | : Case No. 16 Civ. 5439 (JPO) |
| UNIVERSAL MUSIC GROUP, INC., KINGSID VENTURES, LTD. and ESTATE OF RILEY B. KING | : **NOTICE OF APPEARANCE** |
| Defendants. | : |

------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Loeb & Loeb LLP hereby appears in this action on behalf of Defendants Universal Music Group, Inc., Kingsid Ventures, Ltd. and Estate of Riley B. King, and demands that a copy of all notices and other papers in this action be served upon the attorneys noted below at 345 Park Avenue, New York, New York 10154.

Dated: New York, New York
August 9, 2016

LOEB & LOEB LLP

By: */s/ Barry I. Slotnick*

By: /*s/ C. Linna Chen*

Barry I. Slotnick
C. Linna Chen
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Defendants Universal Music Group, Inc., Kingsid Ventures, Ltd. and Estate of Riley B. King*