UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
GLEN CRAIG,

              Plaintiff,

            -against-                         Case No.  16 Civ. 5439 (JPO)

UNIVERSAL MUSIC GROUP, INC.,
KINGSID VENTURES, LTD. and ESTATE    **NOTICE OF APPEARANCE**
OF RILEY B. KING

              Defendants.

-------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Loeb & Loeb LLP hereby appears in this action on behalf of Defendants Universal Music Group, Inc., Kingsid Ventures , Ltd. and Estate of Riley B. King, and demands that a copy of all notices and other papers in this action be served upon the attorneys noted below at 345 Park Avenue, New York, New York 10154.

Dated: New York, New York
       August 9, 2016

                                    LOEB & LOEB LLP

                          By: */s/ Barry I. Slotnick*

                          By: /*s/ C. Linna Chen*

                              Barry I. Slotnick
                              C. Linna Chen
                              345 Park Avenue
                              New York, New York 10154-1895
                              (212) 407-4000

                              *Attorneys for Defendants Universal Music Group, Inc., Kingsid Ventures , Ltd. and Estate of Riley B. King*