UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLEN CRAIG,

          Plaintiff,

     -against-                        No. 16 Civ. 5439 (JPO)

UNIVERSAL MUSIC GROUP, INC.,        **RULE 7.1 STATEMENT**
KINGSID VENTURES, LTD., and ESTATE
OF RILEY B. KING,

          Defendants.
------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant UMG Recordings, Inc. ("UMG"), incorrectly sued herein as "Universal Music Group, Inc.", states, by and through its counsel of record, that the ultimate, indirect parent company of UMG is Vivendi S.A., a publicly held French Company.

Dated:  New York, New York
            September 14, 2016
                                          LOEB & LOEB LLP

                                        By: */s/ Barry I. Slotnick*
                                               Barry I. Slotnick
                                               C. Linna Chen
                                               345 Park Avenue
                                               New York, NY  10154
                                               Telephone: 212.407.4000

                                               *Attorneys for Defendant*
                                               *UMG Recordings, Inc.*