# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
GLEN CRAIG :
:
*Plaintiff*, : 16-cv-05439 (JPO)
:
: **NOTICE OF DEPOSITIONS**
vs. :
:
:
UNIVERSAL MUSIC GROUP, INC., :
KINGSID VENTURES, LTD., and ESTATE OF :
RILEY B. KING, :
:
:
*Defendants.* :
------------------------------------------------------------x

    PLEASE TAKE NOTICE that, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, plaintiff Glen Craig, by his attorneys, Liebowitz Law Firm, PLLC will take the deposition upon oral examination of the Defendant, Universal Music Group, Inc. through its employees, Ryan Null and a corporate representative with knowledge or information regarding the allegations contained in the Complaint, the Estate of Riley B. King, through Louise LaVerne Toney, Defendant Kindsid Ventures, Ltd. Through its corporate representative with knowledge or information regarding the allegations contained in the Complaint at the offices of Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580 on the respective dates and times set forth below before a deposition officer who is duly authorized to administer oaths. The deposition will be recorded by a stenographer.

| | |
|---|---|
| Ryan Null | February 22, 2017 at 10AM |
| Louise LaVerne Toney | February 23, 2017 at 10AM |
| Corporate Representative of UMG Recording, Inc. | February 24, 2017 at 10AM |
| Corporate Representative of Kindsid Ventures, Ltd. | February 27, 2017 at 10AM |

You are invited to attend and cross-examine.

Dated: January 24, 2017

                                            LIEBOWITZ LAW FIRM, PLLC

                                            By: /s/Richard Liebowitz
                                                  Richard Liebowitz
Yekaterina Tsyvkin
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Glen Craig*