# EXHIBIT 3

Case 1:16-cv-05439-JPO   Document 27-3   Filed 02/06/17   Page 1 of 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

GLEN CRAIG

       *Plaintiff,*       16-cv-05439 (JPO)

                 **NOTICE OF DEPOSITIONS**

 vs.

UNIVERSAL MUSIC GROUP, INC.,
KINGSID VENTURES, LTD., and ESTATE OF
RILEY B. KING,

       *Defendants.*
------------------------------------------------------------x

   PLEASE TAKE NOTICE that, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, plaintiff Glen Craig, by his attorneys, Liebowitz Law Firm, PLLC will take the deposition upon oral examination of the defendants: Universal Music Group, Inc. through its employees, a corporate representative with specific knowledge or information regarding the allegations contained in the Complaint, including UMG's exploitation of the photographs and revenue received as a result of the exploitation; Kingsid Ventures' corporate representative with specific knowledge or information about the revenue or other benefit received as a result of UMG's exploitation; and Louise LaVerne Tony, an executor of the Estate of Riley B. King, with specific knowledge or information regarding UMG's exploitation of the photographs and revenue as well as other benefits received as a result of the exploitation. The depositions will take place at the offices of Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580 on the respective dates and times set forth below before a deposition officer who is duly authorized to administer oaths. The deposition will be recorded by a stenographer.

| Kindsid Ventures Ltd, corporate representative | February 23, 2017 at 10AM |
|---|---|
| Louise LaVerne Tony, executor | February 24, 2017 at 10AM |

| UMG, corporate representative | February 27, 2017 at 10AM |

You are invited to attend and cross-examine.

Dated: January 30, 2017

                                        LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/Richard Liebowitz
                                              Richard Liebowitz
                                        Yekaterina Tsyvkin
                                        11 Sunrise Plaza, Suite 305
                                        Valley Stream, New York 11580
                                        Tele: 516-233-1660
                                        RL@LiebowitzLawFirm.com

                                        *Attorneys for Glen Craig*