# EXHIBIT 4

January 30, 2017

**Via Email & Mail**

Barry Slotnick
Linna Chen
Loeb & Loeb
345 Park Avenue
New York, NY 10154

**Re: Craig v. Universal et al. No. 1:16-cv-5439 (JPO)**

Dear Barry and Linna:

On behalf of Glen Craig ("Craig"), we write in response to Defendants' Universal Music Group, LLC's, Kingsid Ventures LLC's, and the Estate of Riley B. King's (respectively "UMG", "Kingsid" and "Estate" or collectively "Defendants") Objections to Plaintiff's Notice of Depositions, dated January 26, 2017. Attached please find a revised notice of depositions that cures some of your objections. However, some of your remaining objections are deficient or otherwise insufficient.

The Defendants did not challenge the jurisdiction of the Southern District of New York, nor did they object to the venue. All three defendants are in a financially superior position to the Plaintiff to make arrangements for travel to the depositions. All those being deposed have been named by the Defendants in their initial disclosures as possessing knowledge or information germane to the claims or defenses in this case. It follows that the Defendants have to produce witnesses here in the Plaintiff's chosen forum.

Plaintiff also hereby objects to the location of his deposition as designated by the Defendants in their notice of deposition. The Plaintiff will not attend a deposition in the offices of Loeb & Loeb. Please notice for an alternative location as soon as it is secured.

Please provide your response to the deficiencies and objections within 24 hours or advise whether you believe a more formal meet-and-confer call is necessary.

Sincerely,

Richard P. Liebowitz
Yekaterina Tsyvkin
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com
kt@liebowitzlawfirm.com
(516) 233 - 1660