# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
GLEN CRAIG,                                                :
                                                           :
                Plaintiff,                               :
                                                           :  Case No. 16 Civ. 5439 (JPO)
              -against-                                :
                                                           :
UNIVERSAL MUSIC GROUP, INC.,                               :
KINGSID VENTURES, LTD., and ESTATE                         :
OF RILEY B. KING,                                          :
                                                           :
                Defendants.                              :
                                                           :
-----------------------------------------------------------X

### DEFENDANT KINGSID VENTURES, LTD. RESPONSES AND OBJECTIONS TO PLAINTIFF GLEN CRAIG'S FIRST SET OF DOCUMENT REQUESTS

Pursuant to Federal Rules of Civil Procedure 26 and 34, and the Local Rules of this Court, Defendant Kingsid Ventures, Ltd. ("Kingsid") hereby responds and objects to Plaintiff Glen Craig's First Set of Document Requests dated October 25, 2016 ("Requests") as follows:

### GENERAL OBJECTIONS

1. Kingsid is not a proper party to this action. It has never licensed, sold, distributed, reproduced, or otherwise exploited, or received money for the exploitation of, any items bearing the photographs referred to in Paragraph 9 of the Complaint filed in this action on July 7, 2016. As a result, Kingsid objects to each Request in its entirety.

2. Nothing herein shall be construed as waiving rights or objections that might otherwise be available to Kingsid, nor should Kingsid's objections to any of these Requests be deemed an admission of relevancy, materiality, or admissibility in evidence of the Request.

3. Kingsid objects to each Request to the extent it seeks documents or information protected by the attorney-client privilege, work product protection, or any other applicable privilege. Kingsid will not produce such privileged or protected information, and any

inadvertent disclosure of any privileged or protected information shall not be deemed a waiver of any privilege. Kingsid will identify privileged materials and serve a privilege log at an appropriate time agreed to by the parties. Kingsid objects to producing or logging privileged materials created after the filing of the Complaint in this action.

4. Kingsid objects to each Request, and to the definitions and instructions, to the extent it purports to impose upon Kingsid obligations broader than, or inconsistent with, the Federal Rules of Civil Procedure and Local Rules for this Court.

5. Kingsid objects to each Request, and to the definitions and instructions, to the extent they are overbroad, vague and ambiguous, unduly burdensome and oppressive, seek documents or information not in Kingsid's possession, custody or control, and/or seek documents or information outside the relevant time period or unrelated to the asserted copyright claims in this action. By producing any documents in response thereto, Kingsid does not represent that it has searched for or obtained responsive documents or information in the custody, possession or control of third parties. Kingsid will not produce information that is not in its possession, custody or control, or that is unrelated to the asserted copyright claims in this action.

6. Kingsid objects to each Request to the extent it seeks information already in Plaintiff's possession or equally available to Plaintiff from other sources that are more convenient, less burdensome and/or less expensive.

7. Kingsid objects to each Request and to the definitions and instructions included therewith pursuant to Federal Rule of Civil Procedure 26(b)(2).

8. Kingsid objects to each Request, and to the definitions and instructions included therewith, to the extent they seek proprietary, trade secret or other confidential or competitively

sensitive business information. Kingsid will only produce such relevant, non-privileged information subject to adequate protections for Kingsid's confidential, trade secret and/or proprietary business or technical information via a protective order entered by the Court in this action.

9. Kingsid objects to each Request, and to the definitions and instructions included therewith, to the extent that they purport to require Kingsid to disclose information that is subject to any protective order, privacy interest, contractual obligation, or other confidentiality obligation owed to any third party.

10. Kingsid reserves the right to supplement or amend any of the objections contained herein.

11. Kingsid's failure to object to a Request on a given ground shall not be construed as a waiver of its right to object on that ground or any additional ground at any given time.

12. A response by Kingsid that it will produce documents in response to a document request in not an admission that such information or documents are in Kingsid's possession, custody or control, but only a statement that such information or documents will be provided if it is in Kingsid's possession, custody, or control.

13. Kingsid expressly incorporates the above objections as though set forth fully in response to each of the following individual document requests, and to the extent that they are not raised in the particular response, Kingsid does not waive those objections.

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST NO. 1** All documents and communications concerning the Photographs.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request on the grounds that in seeking "[a]ll documents and communications concerning the Photographs" without any limiting time period, the Request is overly broad, unduly burdensome, and fails to specify with reasonable particularity the documents sought for production. Kingsid further objects to this Request to the extent it purports to seek documents and communications not within its possession, control, or custody. Kingsid further objects to this Request to the extent that it purports to seek documents and communications protected by the attorney-client privilege, work product protection, or any other applicable privilege, and withholds any such privileged documents on this basis.

Subject to and without waiving the foregoing General and Specific Objections, Kingsid states that it has no documents in its possession, control, or custody responsive to this Request.

**REQUEST NO. 2** All documents and communications concerning chain of custody of the Photographs.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request to the extent it purports to seek documents and communications not within its possession, control, or custody. Kingsid further objects to this Request to the extent it is not relevant to the claims or defenses raised in this action. Kingsid objects to this Request as duplicative of, and subsumed by Request No. 1, and refers to its Objection and Response to Request No. 1.

Subject to and without waiving the foregoing General and Specific Objections, Kingsid states that it has no documents in its possession, control, or custody responsive to this Request.

**REQUEST NO. 3** All documents and communications concerning how the Defendant first came to possess the Photographs.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request as duplicative of, and subsumed by Request No. 1, and refers to its Objection and Response to Request No. 1.

**REQUEST NO. 4** All documents and communications concerning the use of the Photographs.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request as duplicative of, and subsumed by Request No. 1, and refers to its Objection and Response to Request No. 1.

**REQUEST NO. 5** All documents and communications concerning the editing of the Photographs.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request as duplicative of, and subsumed by Request No. 1, and refers to its Objection and Response to Request No. 1.

**REQUEST NO. 6** All licensing and/or sales agreements or other contracts for any and all uses of the Photographs.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request to the extent it purports to seek documents and communications not within its possession, control, or custody. Kingsid further objects to this Request to the extent it seeks documents containing proprietary, trade secret or other confidential or competitively sensitive business information, and to the extent it seeks documents containing information that is subject to any protective order, privacy interest, contractual obligation, or other confidentiality obligation owed to any third party. Kingsid further objects to this Request

as overly broad and not relevant to the claims or defenses raised in this action, to the extent that it requires the production of licenses, agreements or contracts related to any and all uses of the Photographs outside of the United States. Kingsid further objects to this Request as overly broad and not relevant to the claims or defenses raised in this action, to the extent that it requires the production of licenses, agreements or contracts related to any and all uses of the Photographs prior to July 7, 2013.

Subject to and without waiving the foregoing General and Specific Objections, Kingsid states that it has no documents in its possession, control, or custody responsive to this Request.

**REQUEST NO. 7** All documents and communications concerning any payments You received in connection with the Photographs.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request on the grounds that in seeking "[a]ll documents and communications concerning any payments" without any limiting time period, the Request is overly broad, unduly burdensome, and fails to specify with reasonable particularity the documents sought for production. Kingsid further objects to this Request to the extent it seeks documents containing proprietary, trade secret or other confidential or competitively sensitive business information, and to the extent it seeks documents containing information that is subject to any protective order, privacy interest, contractual obligation, or other confidentiality obligation owed to any third party. Kingsid further objects to this Request as overly broad and not relevant to the claims or defenses raised in this action, to the extent that it requires the production of documents and communications concerning payments received in connection with the use of the Photographs outside of the United States. Kingsid further objects to this Request as overly broad and not relevant to the claims or defenses raised in this action, to the extent that

it requires the production of documents and communications concerning payments received in connection with the use of the Photographs prior to July 7, 2013. Kingsid further objects to this Request to the extent that it purports to seek documents and communications protected by the attorney-client privilege, work product protection, or any other applicable privilege.

Subject to and without waiving the foregoing General and Specific Objections, Kingsid states that it has no documents in its possession, control, or custody responsive to this Request.

**REQUEST NO. 8** All documents and communications concerning the standards and practices or internal guidelines regarding securing rights to copyrighted works.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request as overly broad and not relevant to the claims or defenses raised in this action, and withholds all such documents pursuant to this objection. Kingsid further objects to this Request on the grounds that in seeking "[a]ll documents and communications concerning the standards and practices or internal guidelines" without any limiting time period, the Request is overly broad, unduly burdensome, and fails to specify with reasonable particularity the documents sought for production, and withholds any such documents pursuant to this objection. Kingsid further objects to this Request to the extent it purports to seek documents and communications not within its possession, control, or custody. Kingsid further objects to this Request to the extent that it purports to seek documents and communications protected by the attorney-client privilege, work product protection, or any other applicable privilege, and withholds any such privileged documents on this basis.

Subject to and without waiving the foregoing General and Specific Objections, Kingsid states that it has no documents in its possession, control, or custody responsive to this Request.

**REQUEST NO. 9** All documents regarding revenue from sales, advertising, concerts, merchandizing, etc. that are attributable to the use of the Photographs.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request as overly broad and not relevant to the claims or defenses raised in this action, and withholds all such documents pursuant to this objection. Kingsid further objects to this Request to the extent it purports to seek documents and communications not within its possession, control, or custody. Kingsid further objects to this Request to the extent that it purports to seek documents and communications protected by the attorney-client privilege, work product protection, or any other applicable privilege.

Subject to and without waiving the foregoing General and Specific Objections, Kingsid states that it has no responsive documents in its possession, custody, or control.

**REQUEST NO. 10** All documents and communications concerning the permission or consent to use the Photographs.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request as duplicative and subsumed by Request No. 1 and refers to its Objections and Response to Request No. 1.

**REQUEST NO. 11** All documents regarding revenue and profits of all the albums, CD's, Audio CDs, Digital Downloads, Box Sets, LPs, with the Photographs on it.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request on the grounds that in seeking "[a]ll documents and regarding revenue and profits" without any limiting time period, the Request is overly broad, unduly burdensome, and fails to specify with reasonable particularity the documents sought for production. Kingsid further objects to this Request to the extent it seeks documents containing

proprietary, trade secret or other confidential or competitively sensitive business information. Kingsid further objects to this Request as overly broad and not relevant to the claims or defenses raised in this action, to the extent that it requires the production of documents regarding revenue and profits connected with the use of the Photographs outside of the United States. Kingsid further objects to this Request as overly broad and not relevant to the claims or defenses raised in this action, to the extent that it requires the production of documents and communications concerning revenue and profits in connection with the use of the Photographs prior to July 7, 2013.

Subject to and without waiving the foregoing General and Specific Objections, Kingsid states that it has no documents in its possession, control, or custody responsive to this Request.

**REQUEST NO. 12** All documents and communications regarding the decision to use the Photographs on all the albums, CD's, Audio CDs, Digital Downloads, Box Sets, LPs, with the Photographs on it.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request as duplicative of and subsumed by Request No. 1 and refers to its Objections and Response to Request No. 1.

Subject to and without waiving the foregoing General and Specific Objections, Kingsid states that it has no responsive documents in its possession, custody or control.

**REQUEST NO. 13** All documents and communications concerning Defendant's claim that the use is non-infringing.

OBJECTIONS AND RESPONSE:

Kingsid objects to this Request as duplicative of and subsumed by Request No. 1 and refers to its Objections and Response to Request No. 1.

Dated: New York, New York
November 28, 2016

        LOEB & LOEB LLP

        By: */s/ Barry I. Slotnick*
            Barry I. Slotnick
            C. Linna Chen
            345 Park Avenue
            New York, NY 10154
            Telephone: 212.407.4000

            *Attorneys for Defendant*
            *Kingsid Ventures, Ltd.*