USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GLEN CRAIG,

                              Plaintiff,

          -against-

UMG RECORDINGS, INC., KINGSID VENTURES, LTD.,
and ESTATE OF RILEY B. KING,

                              Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

1:16-cv-05439 (JPO) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 32). A telephone conference will be held on <u>Wednesday, March 1, 2017 at 1:00 p.m.</u> in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers on <u>Wednesday, March 1, 2017 at 1:00 p.m.</u> with counsel for all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

Dated: February 22, 2017
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge