March 23, 2017

**VIA ECF**

Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    ***Glen Craig v. UMG Recordings, Inc. et al. (1:16-cv-5439-JPO)***

Dear Judge Oetken,

We are counsel for Plaintiff, Glen Craig, in the above in captioned case. The write the Court to respectfully request that an extension for the following discovery dates due to the holidays in April and the scheduling of depositions. All Defendants consent to these extensions. This is the third request for a discovery extension. All previous requests were granted.

Fact discovery be extended to May 22, 2017 which was previously scheduled for April 18, 2017
Fact depositions be extended to May 22, 2017 which was previously scheduled for March 20, 2017
Request to Admit be extended to April 29, 2017 which was previously scheduled for March 29, 2017.
Plaintiff's expert disclosures be extended to May 29, 2017 which was previously scheduled for April 28, 2017.
Defendant's expert disclosures be extended to June 19, 2017 which was previously scheduled for May 18, 2017.
Expert Discovery be extended to July 19, 2017 which was previously scheduled for June 19, 2017.

We also respectfully request that the conference scheduled for April 21, 2017 be adjourned until May 29, 2017.

The Courts consideration is much appreciated.

                                            Respectfully Submitted

                                            <u>/s/Richard Liebowitz</u>
                                            Richard Liebowitz
                                            Liebowitz Law Firm, PLLC
                                            11 Sunrise Plaza, Suite 305
                                            Valley Stream, NY 11580
                                            Tele: 516-233-1660
                                            RL@LiebowitzLawFirm.com
                                            *Attorneys for Plaintiff Glen Craig*