Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660

May 19, 2017

Honorable J. Pauel Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   ***Craig v. Universal Music Group, Inc. et al. (1:16-cv-5439-JPO)***

Dear Judge Oetken,

We represent Plaintiff, Glen Craig, in the above in-captioned case. We write the Court to respectfully request a brief stay of expert discovery as the Court needed to move the settlement conference in front of Magistrate Judge Katharine Parker from May 17, 2017 to July 10, 2017. This would help the parties reduced costs. Below please find the requested new expert discovery dates. All Defendants consent to these extensions.

Plaintiff's expert disclosures be extended to July 31, 2017 which was previously scheduled for May 29, 2017.

Defendant's expert disclosures be extended to August 21, 2017 which was previously scheduled for June 19, 2017.

Expert discovery be extended to September 29, 2017 which was previously scheduled for July 19, 2017.

The Court's consideration is much appreciated.

                                                        Respectfully submitted,

                                                        /s/Richard Liebowitz
                                                        Richard Liebowitz
                                                        Liebowitz Law Firm, PLLC
                                                        11 Sunrise Plaza, Suite 305
                                                        Valley Stream, New York 1150
                                                        Tele: 516-233-1660
                                                        RL@LiebowitzLawFirm.com

                                                        *Attorneys for Plaintiff Glen Craig*