

**BARRY I. SLOTNICK**
Partner

345 Park Avenue
New York, NY  10154

**Direct**   212.407.4162
**Main**    212.407.4000
**Fax**     212.202.7942
bslotnick@loeb.com

Via ECF

June 28, 2017

Hon. Katharine Parker
U.S. Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   Glen Craig v. UMG Recordings, Inc., et al.; Case No. 16 Civ. 5439

Dear Judge Parker:

We represent Defendants Estate of Riley B. King (the "Estate") and Kingsid Ventures, Ltd. ("Kingsid") in the above-referenced action.  We write to request leave for Ms. LaVerne Toney, the Estate's executor and Kingsid's President, to appear at the upcoming July 10, 2017 settlement conference via telephone.

As the sole executor of the Estate, Ms. Toney has no employees or other staff.  She is 67 years old and resides in Las Vegas, Nevada.  The only relevant information that Ms. Toney and the Estate have in their possession is limited to the revenues received by the Estate from the sale of the recordings identified in the Complaint, which has been fully produced to Plaintiff.  Moreover, Kingsid has no information relevant to the claims or defenses asserted in the Complaint.

As a result of all of the foregoing, we respectfully request that the Court permit Ms. Toney to attend the July 10, 2017 conference via telephone so as to eliminate the hardship and unnecessary burden and expense of air travel.

Plaintiff has consented to this request.

Respectfully submitted,

*/s/ Barry I. Slotnick*

Barry I. Slotnick
Partner

Los Angeles    New York    Chicago    Nashville    Washington, DC    Beijing    Hong Kong    www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.