

LINNA CHEN
Attorney At Law

345 Park Avenue
New York, NY 10154

Direct 212.407.4953
Main  212.407.4000
Fax   212.412.9054
lchen@loeb.com

Via ECF

July 7, 2017

Hon. Katharine Parker
U.S. Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re:  Glen Craig v. UMG Recordings, Inc., et al.; Case No. 16 Civ. 5439

Dear Judge Parker:

We represent Defendants UMG Recordings, Inc., Estate of Riley B. King, and Kingsid Ventures, Ltd. in the above-referenced action. We respectfully ask the Court to "So Order" the attached Order permitting counsel to bring cellphones into the Courthouse during the settlement conference scheduled for July 10, 2017, in order to facilitate the settlement discussions.

We thank the Court for its attention to this matter

Sincerely,

Linna Chen
Attorney At Law

Attachment