

**LINNA CHEN**
Attorney At Law

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4953
**Main** 212.407.4000
**Fax** 212.412.9054
lchen@loeb.com

Via ECF

August 15, 2017

Hon. J. Paul Oetken
United States District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

Re: <u>Craig v. UMG Recordings, Inc., et al.</u>, Case No. 16 Civ. 5439 (JPO)

Dear Hon. Oetken:

We represent Defendants UMG Recordings, Inc. ("UMG"), Estate of Riley B. King ("Estate") and Kingsid Ventures , Ltd. ("Kingsid" and together with UMG and Estate, "Defendants").

We write pursuant to Rule 3.C. of Your Honor's Individual Practices, to request an adjournment of certain deadlines set forth in the October 4, 2016 Civil Case Management Plan and Scheduling Order (Dkt. No. 21), as amended by the Court's December 16, 2016, February 17, 2017, and May 22, 2017 Orders. Dkt. Nos. 24, 31, 39.

Over the past few months, the parties have diligently conducted and concluded fact discovery, engaged in good faith settlement discussions, and participated in a settlement conference before Magistrate Judge Parker. Though the settlement conference did not result in a settlement, the parties continue to utilize the services of Magistrate Judge Parker in hopes of reaching a negotiated settlement of this action.

Defendants' current deadline to make their expert disclosures is August 28, 2017[1], and the close of all expert discovery is September 29, 2017. Dkt. No. 39. Counsel for Plaintiff Glen Craig has consented to a three-week extension of all pending expert discovery deadlines, such that Defendants' deadline to make their expert disclosures would be September 18, 2017, and the close of all expert discovery would be October 20, 2017.

This is the fourth request for an adjournment of the above dates. The prior requests were granted by the Court on December 16, 2016, February 17, 2017, and May 22, 2017. Dkt. Nos. 24, 31, 39.

---

[1] This deadline was August 21, 2017 pursuant to the Court's May 22, 2017 Order (Dkt. No. 39), but the parties agreed to a one-week extension of the parties' expert disclosure deadlines. The extension of these interim deadlines did not require Court approval, pursuant to Paragraph 7(d) of the Scheduling Order. Dkt. No. 21.

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.



We thank the Court for its consideration of this matter.

Sincerely,

*/s/ Linna Chen*

Linna Chen
Attorney At Law


cc:   Richard Liebowitz, Esq. (via ECF)


14165134