
November 13, 2017

**VIA ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     *Craig v. Universal Music Group, Inc., et al.* 1:16-cv-05439 (JPO)

Dear Judge Oetken:

Pursuant to Your Honor's November 3, 2017 Order, the parties have conferred and stipulated to a briefing schedule for the Plaintiff's upcoming motion to disqualify Defendants' proposed expert witness, Professor Jeffrey Sedlik ("Sedlick"). The parties propose the following briefing schedule:

Motion due date: December 1, 2017
Opposition due date: December 22, 2017
Reply due date: December 29, 2017

In this Court's October 12, 2017 Order, however, Your Honor has indicated a reluctance to extend the expert discovery deadline, absent a compelling reason. The current expert discovery deadline is December 1, 2017. The parties' intention to fully brief a motion to disqualify an expert, may constitute sufficiently compelling reason to extend the expert discovery deadline. Defendants object to the extension on the basis that the Court had stated that it was no inclined to grant any more extensions. However, Plaintiff respectfully requests an extension of expert discovery to accommodate the briefing schedule to resolve this issue.

We thank the Court for its attention and consideration of the request.

Respectfully Submitted,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff Glen Craig*

