UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
GLEN CRAIG                                                   :
                                                             :
                     *Plaintiff*,                       : 16-cv-05439 (JPO)
                                                             :
  vs.                                                        :
                                                             : **NOTICE OF MOTION**
UNIVERSAL MUSIC GROUP, INC.,                                 :
KINGSID VENTURES, LTD., and ESTATE OF                        :
RILEY B. KING,                                               :
                                                             :
                     *Defendants.*                      :
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that, on December 1, 2017 upon this Notice of Motion and the accompanying Memorandum of Law in Support of Plaintiff's Motion to Disqualify a Defendants' Expert Witness, Jeff Sedlik, and upon accompanying Declaration of R. Liebowitz and Declaration of Glen Craig, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, at 40 Foley Square, New York, NY 10007, Courtroom 706, before the Honorable Judge J. Paul Oetken, United States District Judge for an Order Disqualifying the Defendants' Expert Witness, Mr. Sedlik, and precluding Defendants' Expert Disclosures and Report on behalf of Mr. Sedlik or other relief that the Court may deem just and proper.

Dated:       December 1, 2017
               New York, New York

                                                    Respectfully submitted,

Liebowitz Law Firm PLLC
By: /s/ Richard Liebowitz
Richard P. Liebowitz (RL1234)
Yekaterina Tsyvkin
James H. Freeman
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Telephone: (516) 233-1660

*Attorneys for Glen Craig*