# EXHIBIT B



Kate Tsyvkin <katetsyvkin@gmail.com>

## Fwd: Craig v. UMG

**Richard Liebowitz** <RL@liebowitzlawfirm.com>                  Thu, Nov 30, 2017 at 2:46 AM
To: Kate Tsyvkin <kt@liebowitzlawfirm.com>

Below is e-mails with me and Jeff Sedlik.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


*******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*******************************************************************


---------- Forwarded message ----------
From: **Professor Jeffrey Sedlik** <expert@sedlik.com>
Date: Mon, May 15, 2017 at 1:37 AM
Subject: RE: Craig v. UMG
To: Richard Liebowitz <RL@liebowitzlawfirm.com>
Cc: Jeff Sedlik <expert@sedlik.com>


Page 1 of Exhibit E to your complaint is my photograph of BB King, the cover of the King of the Blues box set. My photo was used under a license to MCA records. I see that page 2 of that exhibit is Glen's photo.


**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Sunday, May 14, 2017 10:14 PM
**To:** Jeff Sedlik <expert@sedlik.com>

**Subject:** Re: Craig v. UMG


What is the best number to reach you?


Thank you.


Best,


Richard Liebowitz, Esq.


Liebowitz Law Firm, PLLC

t.516-233-1660

*******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*******************************************************************

On Mon, May 15, 2017 at 1:11 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
> Yes, thank you.
>
> Best,
>
> Richard Liebowitz, Esq.
>
> Liebowitz Law Firm, PLLC
>
> t.516-233-1660
>
> *******************************************************************
>
> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
>
> *******************************************************************
>
> On Mon, May 15, 2017 at 1:10 AM, Professor Jeffrey Sedlik <expert@sedlik.com> wrote:
>> That should be fine.
>>
>> I see that your settlement conference was rescheduled to July.
>>
>> Did the Court grant your request for a May 29 expert disclosure and is that the current target for this report?
>>
>> Jeff

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Sunday, May 14, 2017 9:52 PM
**To:** jeffsedlik@gmail.com
**Cc:** Jeff Sedlik <expert@sedlik.com>
**Subject:** Re: Craig v. UMG

Sounds good. How does tomorrow at 4:30pm EST work for you for a phone call?

Best,

Richard Liebowitz, Esq.

Liebowitz Law Firm, PLLC

t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, May 15, 2017 at 12:50 AM, Jeff Sedlik <jeffsedlik@gmail.com> wrote:

> Glad to revisit.
>
> I am in the process of engagement by a plaintiff in another matter in which UMG is a defendant.
>
> However, I'm not certain that I can take on a case against BB King, as my publishing company has licensing agreement with the estate to use his likeness on a poster.
>
> We should talk, however.
>
> Jeff
>
> **From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
> **Sent:** Sunday, May 14, 2017 9:00 PM
> **To:** expert@sedlik.com
> **Subject:** Craig v. UMG
>
> Hi Jeff,

I hope all is well. I wanted to re-visit the conversation we had about Glen Craig's case against UMG and BB King. Do you have a conflict? If not, I wanted to set up a conference call to discuss an expert report on the case.

Thank you.

Best,

Richard Liebowitz, Esq.

Liebowitz Law Firm, PLLC

t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

craig vs umg complaint exhibit E sedlik photo.pdf
1126K