# EXHIBIT E

turf: male-female relationships at the
must be crazy, woman, you just gotta b
as I'm footin' the bills, I'm paying the c

By 1970, Bluesway had been discontin
ABC. The challenge he has faced ove
been that of bringing sufficient variety
album doesn't sound the same—yet, at
alienate his core audience or overstep
an impossible challenge.

Following the breakthrough with "
Szymczyk decided to pair B.B. with s
The resulting album, *Indianola Mississip*
art, and was unabashedly aimed at the
B.B.'s vocal was down in the mix, and s

B.B.King

**Released August, 1970.**

been EQ'
gentler B.
by the pi
Leon Rus
toward wo
general, w
on misogy
of a free-
perhaps in part to the fact that B.B.
divorcing. Three singles drawn from
Things," "Ask Me No Questions," and
hit the charts.

*Indianola* also contained a fragment
singing "Nobody Loves Me But My M
jivin") cut when the musicians were tal
the tapes running, and later made a cas
the album.

Shortly after *Indianola Mississipp*
inevitably—brought to London to reco
Lightnin' Slim they'd come to be phot
buses. It was the means of choice for i
the originators. At ABC, the new presi

