

**BARRY I. SLOTNICK**
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4162
Main 212.407.4000
Fax 212.202.7942
bslotnick@loeb.com

Via ECF

December 7, 2017

Hon. J. Paul Oetken
United States District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

Re:   <u>Craig v. UMG Recordings, Inc., et al.</u>, Case No. 16 Civ. 5439 (JPO)

Dear Judge Oetken:

We represent Defendants UMG Recordings, Inc. ("UMG"), Estate of Riley B. King ("Estate") and Kingsid Ventures, Ltd. ("Kingsid" and together with UMG and Estate, "Defendants").

We write pursuant to Rule 3.C. of Your Honor's Individual Practices, to request an adjournment of the parties' deadlines to (a) file motions for summary judgment, and (b) submit a proposed joint pretrial order if no motion for summary judgment is filed[1].

On December 1, 2017, Plaintiff filed a motion to disqualify Defendants' expert witness Jeff Sedlik Dkt. No. 55 ("Sedlik Motion"). Pursuant to the Court's November 13, 2017 Order, Defendants' opposition is due on December 22, 2017, and Plaintiff's reply is due December 29, 2017. Dkt. No. 54.

Defendants respectfully request that the deadline to file any motion for summary judgment in this matter be extended to 30 days after this Court decides the Sedlik Motion, and that the deadline for the parties to submit a proposed joint pretrial order (if no motion for summary judgment is filed) be extended to 45 days after this Court decides the Sedlik Motion.

Pursuant to Rules 3.F.ii and 5.A of Your Honor's Individual Practices, the current deadline to file a motion for summary judgment is December 15, 2017, a week before Plaintiff's opposition to the Sedlik Motion is due. Moreover, the current deadline for the parties to submit a proposed joint pretrial order if no motion for summary judgment is filed is January 2, 2018, only one business day after Plaintiff's reply is due.

A decision on the Sedlik Motion – as to whether Defendants' damages expert should be disqualified – will have significant impact on both (a) any summary judgment motions filed and/or opposed by Defendants, and (b) Defendants' trial strategy, including, for example, witnesses that Defendants would call at trial, and exhibits that Defendants expect to introduce at

---

[1] Defendants are not requesting any extension of the Court's requirement that a joint pretrial order be submitted within 30 days after a decision on a summary judgment motion.

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.



trial. Accordingly, Defendants submit that there is good cause for the extension of both deadlines.

This is the first request for an adjournment of the above dates. Plaintiff consents to the above-requested adjournment.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Barry I. Slotnick
Partner


cc:   Richard Liebowitz, Esq. (via ECF)


15448984