# Slotnick Declaration Ex. D Part 1



Kate Tsyvkin <katetsyvkin@gmail.com>

## Fwd: Universal Music BB KING GIENCRAIG

GLEN CRAIG <GLENCRAIG@rcn.com>
To: Kate Tsyvkin <KT@liebowitzlawfirm.com>

Begin forwarded message:

From: "Null, Ryan" <Ryan.Null@umusic.com>
Subject: Re: Universal Music BB KING GIENCRAIG
Date: July 21, 2014 at 2:06:00 PM EDT
To: GLEN CRAIG <GLENCRAIG@RCN.COM>

The image on the left is is so small I cannot make out what that is.

Attached is the cover of the Live In Japan cd. This is the only scan we have. It was only intended to be used at cd size of 5x5

From: GLEN CRAIG <GLENCRAIG@RCN.COM>
Date: Saturday, July 19, 2014 3:24 PM
To: ryan null <ryan.null@umusic.com>
Subject: Re: Universal Music BB KING GIENCRAIG

Ryan,

do you have acopy of this cd? and the high res scans for this cover?

Than You,

 

Glen

On Jul 17, 2014, at 3:34 PM, GLEN CRAIG <glencraig@rcn.com> wrote:

Ryan,

First off thank you so much in taking the time to do the research and sending me the photos.

I have received from Uni 3 cds of BB is there more on order?

Thank You

Glen

On Jun 23, 2014, at 4:53 PM, Null, Ryan <Ryan.Null@umusic.com> wrote:

Hi Glen,

I've gone through our BB King files, which contain very little from the ABC Records era. As Vartan and I both recalled beforehand, I can confirm that we do no
images you are looking for.

I did some further research, and found that the "Live In Japan LP" was originally released in Japan only in 1971. So the 1999 U.S. CD is a straight reissue of
the original artwork was replicated from the Japanese LP. Both the cover and back cover from the LP were reproduced from the original Japanese album for t
have in our possesion the original photos used in the art or any other photos related to them, as the LP art would have been used to create the CD. Here is a
original Japanese LP from 1971 with the same graphics:

http://www.ebay.com/itm/like/380925943099?lpid=82

The source of the the black & white live image used on page 30 of the box set was an ABC Records publicity photo. The one we have is not an original, it app
copy. I made a scan of it for you and attached it here. We do not have any others from that setting. That same publicity photo has been used quite a few times

These photos predate the acquisition of ABC Records by MCA Records in 1979. If they were kept by BB's management at the time, that could very well be, b

I wish I had some better news for you.

Best,

-Ryan

From: GLEN CRAIG <GLENCRAIG@RCN.COM>
Date: Wednesday, June 4, 2014 11:46 AM
To: ryan null <ryan.null@umusic.com>
Subject: Re: Universal Music BB KING G;ENCRAIG

On Jun 3, 2014, at 9:33 AM, GLEN CRAIG <glencraig@rcn.com> wrote:

>
> On Jun 2, 2014, at 11:44 PM, GLEN CRAIG <glencraig@rcn.com> wrote:
>
>>
>>
>>
>>
>>
>>
>>>>> Hi Vartan and Ryan,
>>>>>
>>>>> I am sending you these files so you can see what were talking about and try to locate the original art we are trying to find for a Leica show in Germany
>>>>>
>>>>> BB's people in Las Vegas know now the the contents of things returned from the former Mgr were not complete. when returned to them.
>>>>>
>>>>> hope this will unlock the path of how they wound up at ABC/MCA Universal a mystery.
>>
>>>>> Also if you have cds of these titles and this is a list of the titles that the fotos appear on
>>>>>
>>
>>
>>
>>>>> One of the fotos also appears in the box set titled{ The Definitive B.B.King Collection} within the book page 42/43 included in the set .
>>
>>       BB King &Friends
>>
>>       Mr. BB King 2012
>>
>>       Why i sing the blues 1995
>>
>>
>>        King of the blues box set 1992
>>
>>       Live in Japan 1999
>>
>>       101 Every day I Have the Blues
>>
>>       The best of B B King 4 cd set
>>
>>       B B King, Ladies&Gentleman.. B B King    10 cd box set set Universal Music/Amazon. com 2012
>>
>>       ThankYou,
>>
>>       Glen Craig
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>       Ryan, many t

GC00020



>
>> hanks and wish







>
>> yo



>
>> u success

GC00021









```
>
>>
>>
>>
>>
>>
>>
>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> On Jun 2, 2014, at 4:18 PM, Null, Ryan <Ryan.Null@umusic.com> wrote:
>>
>>> Hi Glen,
>>>
>>> Nice to speak to you again.
>>>
>>> Please reply to this email with the BB King attachments.
>>>
>>> Thank you,
>>>
>>> -Ryan
>>>
>>> Ryan Null
>>> Universal Music Enterprises
```

GC00022