# Slotnick Declaration Ex. D Part 2

>>> Photo Coordinator/Creative Services
>>> 310-865-4399
>>>
>>
>



GC00023






GC00024



GC00025





Cover_LiveInJap_300CMYK.tiff
3333K

GC00026