Slotnick Declaration Ex. E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 1:16-cv-05439-JPO

----------------------------------)

GLEN CRAIG,

             Plaintiff,

        vs.

UNIVERSAL MUSIC GROUP, INC.,

KINGSID VENTURES, LTD., and ESTATE

OF RILEY B. KING,

             Defendants.

----------------------------------)


               DEPOSITION OF GLEN CRAIG

                 New York, New York

                  March 17, 2017


Reported by:

Linda Salzman, RPR

Job No. 18403

Page 2

```
 1
 2               March 17, 2017
 3               10:30 a.m.
 4
 5          Deposition of GLEN CRAIG, the
 6   Plaintiff herein, held at the
 7   offices of LOEB & LOEB, LLP, 345
 8   Park Avenue, New York, New York,
 9   pursuant to Notice, before Linda
10   Salzman, a Notary Public of the
11   State of New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2   A P P E A R A N C E S :
 3
 4   On Behalf of Plaintiff:
 5       LIEBOWITZ LAW FIRM, PLLC
 6       11 Sunrise Plaza, Suite 305
 7       Valley Stream, New York 11580
 8       (516) 233-1660
 9       BY:  KATE TSYVKIN, ESQ.
10          kt@liebowitzlawfirm.com
11          RICHARD LIEBOWITZ, ESQ.
12          rl@liebowitzlawfirm.com
13
14   On Behalf of Defendants:
15       LOEB & LOEB LLP
16       345 Park Avenue
17       New York, New York 10154
18       (212) 407-4953
19       BY:  LINNA CHEN, ESQ.
20          lchen@loeb.com
21
22   Also Present:
23       CARLA MILLER, ESQ.
24       Universal Music Group
25
```

Page 4

```
 1
 2               STIPULATIONS
 3          IT IS HEREBY STIPULATED AND
 4   AGREED by and among counsel for the
 5   respective parties hereto, that the
 6   sealing and certification of the
 7   within deposition shall be and the
 8   same are hereby waived;
 9          IT IS FURTHER STIPULATED AND
10   AGREED all objections, except as to
11   the form of the question, shall be
12   reserved to the time of the trial;
13          IT IS FURTHER STIPULATED AND
14   AGREED that the within deposition may
15   be signed before any Notary Public
16   with the same force and effect as if
17   signed and sworn to before the Court.
18
19
20
21
22
23
24
25
```

Page 5

```
 1
 2   G L E N   C R A I G ,
 3       called as a witness, having been duly
 4       sworn by a Notary Public, was examined
 5       and testified as follows:
 6   EXAMINATION BY
 7   MS. CHEN:
 8       Q.   Good morning, Mr. Craig.
 9       A.   Okay.  Before we start, I would
10   like to know her position.
11       Q.   This is Carla Miller.  She's an
12   attorney with Universal Music.
13       A.   Okay.  Enough said.
14       Q.   And I represent the defendants,
15   UMG Recordings, the Estate of Riley B.
16   King and Kingsid Ventures in this action
17   that is pending in the Southern District
18   of New York.
19       A.   Okay.
20       Q.   So I will be asking you a series
21   of questions and the reporter will be
22   recording your answers.
23          Do you understand?
24       A.   Yes.
25       Q.   You must give verbal responses,
```

Page 6

```
 1            G. Craig
 2  so please do not nod your head or say
 3  "uh-huh" or "um-hmm."
 4            Do you understand?
 5     A.   Yes.  Got you.
 6     Q.   Please keep your voice up and
 7  speak clearly so the court reporter can
 8  transcribe the deposition accurately.
 9     A.   Correct.
10     Q.   Please wait for me to finish
11  asking a question before you answer.  This
12  makes it easy for the court reporter to
13  take down what we're saying and will get
14  us through the deposition quicker.
15            Do you understand?
16     A.   Yes.
17     Q.   If you do not understand a
18  question, tell me so that I will attempt
19  to rephrase it, if possible.
20            Do you understand that?
21     A.   Got you.
22     Q.   If you do not hear any part of a
23  question, please tell me and I will repeat
24  it.
25            Do you understand?
```

Page 7

```
 1            G. Craig
 2     A.   Yes.
 3     Q.   Unless you tell me otherwise, I
 4  will assume that you've understood and
 5  heard the entire question.
 6            Do you understand?
 7     A.   Yes.
 8     Q.   Even if there is an objection,
 9  you can still answer the question unless
10  your attorney tells you not to answer.
11            Do you understand?
12     A.   Yes.
13     Q.   This testimony is given under
14  oath which is similar to the oath that you
15  would take on stand at the trial.  Do you
16  understand that you took an oath to give
17  full and truthful answers?
18     A.   Yes.
19     Q.   So if you realize during the
20  deposition that an earlier answer was
21  inaccurate or incomplete, just let me know
22  and I will give you a chance to correct
23  it.
24            Do you understand?
25     A.   Yes.
```

Page 8

```
 1            G. Craig
 2     Q.   As we talked about before, we
 3  can take breaks during the deposition, so
 4  if you need a break, just let me know and
 5  we will reach an appropriate stopping
 6  point, but we can't take a break while a
 7  question is pending.
 8            Do you understand?
 9     A.   Okay.  And approximately how
10  long?
11     Q.   For breaks?
12     A.   No.  This whole process.
13     Q.   All depends on your responses.
14  But I've set aside the entire day.
15     A.   Okay.
16     Q.   Is there any condition, either
17  mental, medical or physical, that would
18  impair your ability to testify truthfully
19  today?
20     A.   No.
21     Q.   Are you taking any medication of
22  any kind that would impair your ability to
23  testify truthfully today?
24     A.   Nothing like that.
25     Q.   Please state your full name
```

Page 9

```
 1            G. Craig
 2  address and telephone number.
 3     A.   Okay.  Glen Craig, or Glen R.
 4  Craig, so we don't confuse that. REDACTED
 5  REDACTED
 6  REDACTED                      depending on how it
 7  comes up.
 8     Q.   And telephone number?
 9     A.   REDACTED
10     Q.   Have you ever been known by any
11  name other than Glen Craig?
12     A.   No.
13     Q.   What's your date of birth?
14     A.   REDACTED
15     Q.   And where were you born?
16     A.   In New York.
17     Q.   In the city?
18     A.   Yes.
19     Q.   Is English your first language?
20     A.   Yes and no.
21     Q.   Can you explain?
22     A.   Spanish as well.
23     Q.   And are you a U.S. citizen?
24     A.   Yes.
25     Q.   Have you ever been arrested?
```

3 (Pages 6 to 9)

Page 10

```
1            G. Craig
2      A.   No.
3      Q.   Have you ever been convicted of
4  a criminal offense?
5      A.   No.
6      Q.   Have you ever pled guilty to a
7  crime?
8      A.   No.
9      Q.   Have you ever personally been a
10 plaintiff in a lawsuit other than this
11 action?
12     A.   No.
13     Q.   So you are not the plaintiff in
14 a case called Craig versus Vice Media LLC
15 that was filed in the Eastern District in
16 2016?
17     A.   Are we?  Yes, because that's
18 parallel to this.
19     Q.   Can you explain your last
20 answer, what do you mean by "parallel to
21 this"?
22     A.   Well, that's a filing that does
23 not pertain to B.B. King whatsoever.  It's
24 a completely different situation,
25 completely different artist.
```

Page 11

```
1            G. Craig
2      Q.   Right.
3           So I'm asking whether you have
4  been a plaintiff in a lawsuit other than
5  this case?
6      A.   Then the answer would be yes,
7  because that was filed, uh-huh.
8      Q.   So who were the parties in that
9  action?
10     A.   Vice Media, okay, and myself,
11 and the Miles Davis Estate.
12     Q.   And what was that case about?
13     A.   A photograph being stolen, okay,
14 from a website, okay.  Very plain where it
15 came from, because the screen shot that I
16 found had exactly the same markings,
17 copyright and so forth and they chose to
18 rip it off the galleries -- those are the
19 people that manage me.  Off the site, and
20 remove the watermark and the copyright off
21 the photograph.
22     Q.   When you say "they," who is the
23 they that stole?
24     A.   Vice Media.
25     Q.   And you said the photo was
```

Page 12

```
1            G. Craig
2  stolen from a website.  Which website?
3      A.   Morrison Hotel Gallery.  Those
4  are the people who I put my music work
5  through here in the states and so forth.
6      Q.   And when was the case filed?
7      A.   The case was filed --
8           THE WITNESS:  What was the date,
9  Rich?
10 BY MS. CHEN:
11     Q.   You can't -- please don't
12 consult your attorneys.
13     A.   Well, they're the ones who filed
14 it, so okay.
15     Q.   Was it within the last year?
16     A.   Yes.
17     Q.   What is the outcome, is it still
18 pending?
19     A.   No, it's in the process of
20 settling.
21     Q.   Any other lawsuits where you
22 were the plaintiff?
23     A.   No.
24     Q.   So you were not the plaintiff in
25 a lawsuit against Genius Media Group?
```

Page 13

```
1            G. Craig
2      A.   That's coming up.  That's coming
3  up.
4      Q.   What do you mean by "that's
5  coming up"?
6      A.   Meaning that has just going to
7  be filed, or in the process in these last
8  couple days as filed.
9      Q.   And who are the parties in that
10 lawsuit?
11     A.   The parties in the lawsuit that
12 we have, I have against these people, I
13 don't know the parent company who owns the
14 site, but this has to do in conjunction
15 with the Jim Jarmusch movie, okay, of
16 which I participated with, and so forth.
17 And the artist was Iggy Pop and The
18 Stooges.
19     Q.   And what are the allegations?
20     A.   Allegations was the photograph
21 is blatant, okay.  Again, the copyright
22 removed from the photograph.  There it is
23 on the gallery website.  Copyright Glen
24 Craig with the tag lines, the information
25 and so forth.  And shoop, Photoshopped and
```

4 (Pages 10 to 13)

Page 14

```
1           G. Craig
2   erased, okay.  The watermarks and the,
3   what do you call it, and the copyright
4   mark, off the photograph.
5       Q.   And how do you know that in this
6   instance they took the photo from the
7   Morrison Hotel Gallery?
8       A.   From the mega data.
9       Q.   And is that how you know that
10  Vice Media photograph was also taken from
11  the Morrison Hotel Gallery website?
12      A.   I will explain to you.  I'm a
13  Leica camera shooter sponsored by Leica
14  for 45 years, the relationship.  I'm a
15  brand ambassador with them.
16          There's certain telltale signs.
17  Technically, I'm not even going to get
18  into it, but there are certain things
19  that, characteristics of that you can tell
20  what was done.  Okay.  Because there's
21  nothing else optically in the world.
22      Q.   My question is a bit different.
23  I'm not asking whether how you knew this
24  was your photo.  I'm asking how you knew
25  it was taken from the website.
```

Page 15

```
1           G. Craig
2       A.   By the characteristics of which
3   the webmaster at Morrison Hotel puts the
4   things up in terms of the DPIs and so
5   forth and the measurements and so forth.
6   We knew right away.  Because if you
7   measured the dimensions, the DPI and
8   everything, and then the characteristics
9   of that 35 millimeter Summacron lens of
10  Leica, it's it.  You can't compare it to
11  another photograph or another lens.
12  That's it.
13      Q.   And is this case still pending?
14      A.   Yes.
15      Q.   Was your deposition taken during
16  the Vice Media lawsuit?
17      A.   Yes.  We sat with the judge in
18  her chambers.
19          MS. TSYVKIN:  Objection.  Form.
20  BY MS. CHEN:
21      Q.   Was your deposition taken -- has
22  your deposition been taken in the Genius
23  Media Music, the Iggy Pop?
24      A.   No.
25      Q.   Has any company you have ever
```

Page 16

```
1           G. Craig
2   been involved with ever been a plaintiff
3   in a lawsuit?
4       A.   No.
5       Q.   Have you personally ever been a
6   defendant in a lawsuit?
7       A.   No.
8       Q.   Has any company that you were
9   involved with ever been a defendant in a
10  lawsuit?
11      A.   No.
12      Q.   Have you ever been a witness in
13  a civil lawsuit before?
14      A.   No.
15      Q.   And other than what we have
16  discussed, have you ever had your
17  deposition taken?
18      A.   No.
19          MS. CHEN:  I'm going to mark
20      this as Craig 1.
21          (Craig Exhibit 1, Document,
22      marked for identification, as of this
23      date.)
24  BY MS. CHEN:
25      Q.   So I'm showing you a document
```

Page 17

```
1           G. Craig
2   that's been marked Craig 1.  Have you ever
3   seen this document before?
4       A.   No.
5       Q.   Is this pursuant to what you're
6   appearing today?
7       A.   As I'm looking at this for the
8   first time, the answer is yes.
9       Q.   And who are the people sitting
10  next to you?
11      A.   Richard Lieberman and Kate as
12  well.
13      Q.   And are they your lawyers?
14      A.   Yes, they are.
15      Q.   When did you first retain
16  Mr. Lieberman and Ms. Tsyvkin?
17      A.   Okay, let's think.  October
18  2015.
19      Q.   Had you retained another
20  attorney regarding this matter prior to
21  retaining Mr. Lieberman and Ms. Tsyvkin?
22      A.   Yes.
23      Q.   Please wait until I finish
24  asking the question.
25      A.   Uh-huh.
```

5 (Pages 14 to 17)

Page 18

```
1           G. Craig
2      Q.   Thank you.
3           And who was the other attorney?
4      A.   The firm was Thompson & Booker.
5   Ben Thompson.
6      Q.   When did you retain
7   Mr. Thompson?
8      A.   September of 2014.
9      Q.   Is Mr. Thompson still your
10  lawyer?
11     A.   No.
12     Q.   When did you terminate his
13  representation?
14     A.   I would probably say Christmas
15  of this past year, 2016.
16     Q.   So Mr. Lieberman, Ms. Tsyvkin
17  and Mr. Thompson all served as your
18  lawyers from October of 2015 through
19  December of 2016?
20     A.   Yes.
21     Q.   Why did you terminate
22  Mr. Thompson's representation?
23     A.   Okay.  I was brought to him,
24  okay, and it was not his, should we say,
25  cup of tea, and with his scheduling he's
```

Page 19

```
1           G. Craig
2   doing more corporate trademarks, fashion
3   industry, and so forth, and the man is
4   literally around the world, okay,
5   literally, so scheduling was very
6   difficult, you know.
7      Q.   And who brought you to him?
8      A.   The gallery.
9      Q.   And when you say "the gallery,"
10  are you referring to Morrison Hotel?
11     A.   Morrison Hotel.  Exactly.
12     Q.   Just want to make a clear record
13  for the transcript.
14          And when you say it's not his
15  cup of tea, can you explain for the
16  record?
17     A.   Okay.  Music is one thing.
18  Photography is another thing.  It's a
19  whole different animal when it comes to
20  understanding the terminology of what's
21  involved.  Okay.  You're versed in
22  entertainment, okay.  He was more
23  corporate, okay, and didn't understand the
24  mechanics and so forth of how a record
25  company works and things like so forth.
```

Page 20

```
1           G. Craig
2           In other words, he had no clue.
3   So I caught that and said look -- you
4   know, we'd go for two months at a time and
5   I wouldn't hear from him, you know, he
6   would be:  Oh, I'm in Germany this week,
7   and I would get an e-mail.
8      Q.   Do you know why Morrison Hotel
9   Gallery referred you to him then?
10     A.   Because one of the partners of
11  the firm handles the gallery, the legal
12  issues for the corporations.
13     Q.   Have you spoken to Mr. Thompson
14  about this case after you terminated his
15  representation?
16     A.   Yes.
17     Q.   How many times?
18     A.   Once.
19     Q.   When?
20     A.   I would say last year between
21  December and January while we were away.
22     Q.   So between December of last year
23  and January of this year?
24     A.   Uh-huh.  Yes.
25     Q.   Did you speak on the phone or
```

Page 21

```
1           G. Craig
2   was it in person?
3      A.   On the phone.
4      Q.   What about, what did you speak
5   about?
6      A.   I just said to him that --
7           MS. TSYVKIN:  Objection.
8           MS. CHEN:  Well, they were no
9      longer...
10          MS. TSYVKIN:  They might have --
11     objection.
12  BY MS. CHEN:
13     Q.   Did you speak with Mr. Thompson
14  about his representation of you during
15  this phone call?
16     A.   That's the only thing that was
17  covered, you know, the process of the
18  paper being filed, you know, to what do
19  you call it, dismiss his services.
20     Q.   Did you speak to Mr. Thompson
21  about this deposition?
22     A.   No.
23     Q.   Did you prep with Ms. Tsyvkin or
24  Mr. Lieberman about this deposition?
25     A.   No.  In the past week or two
```

6 (Pages 18 to 21)

Page 22

```
 1              G. Craig
 2   weeks I've been up to the neck with people
 3   in town in terms of artists and so forth,
 4   so the answer is no.
 5       Q.   You didn't meet with either
 6   Ms. Tsyvkin or Mr. Lieberman --
 7       A.   No.
 8       Q.   -- to prep for this deposition?
 9       A.   No.
10       Q.   Have you reviewed any documents
11   in preparation for this deposition?
12       A.   No.
13       Q.   Have you reviewed any documents
14   to refresh your memory of the facts
15   underlying this lawsuit?
16       A.   No.
17       Q.   At all?
18       A.   No.
19       Q.   Who is Sardi Klein?
20       A.   Sardi Klein is a photographer,
21   an educator.  She's on the board of, we
22   call a chairperson at Visual Arts, okay.
23   Sardi knows me for over 45 years.  Sardi
24   worked with me in 2014 on the shows that
25   were prepared for Leica camera for
```

Page 23

```
 1              G. Craig
 2   Photokina, P-H-O-T-O-K-I-N-A.  I was
 3   chosen to represent the United States
 4   alongside of Jim Marshall, okay, at
 5   Photokina.  It's a photo trade show every
 6   two years in Germany.  It's the largest in
 7   the world.
 8       Q.   And when you say she's an
 9   educator of VA, do you mean the School of
10   Visual Arts?
11       A.   Yeah.  She worked on the
12   exhibits with me.
13       Q.   What were the exhibits?
14       A.   I was working on a Sony music
15   project alongside of the estate, the
16   children, I had worked with Miles Davis,
17   and the project was done in -- well, it
18   finished on, let's see, in March.  We
19   released it March 25th.
20            And then Leica saw some of the
21   rough storyboards and drafts from the
22   project, and they were interested and came
23   to me and said, look, we're doing this
24   project of music for Photokina.  People
25   who are photographers who are involved
```

Page 24

```
 1              G. Craig
 2   with music.  We would like you and Jim
 3   Marshall to represent the United States.
 4   Jim Marshall was an old friend of mine.
 5   Okay.  Passed away and so forth.
 6       Q.   When you say it was released
 7   March 25th, of what year?
 8       A.   2014.
 9       Q.   And you said Leica approached
10   you to do an exhibit.  So was that exhibit
11   that you did for Photokina only the Miles
12   Davis photos?
13       A.   No.
14       Q.   What other photos?
15       A.   I will explain to you what
16   happened.  We had a conversation,
17   conference calls back and forth to
18   Germany, okay, from the head of Leica,
19   Dr. Andreas Kaufmann, and his wife and so
20   forth who runs all the creative and so
21   forth.  And we outlined what they wanted
22   to do.  Okay.
23            And then they said, well, we
24   would like something from you that
25   represents American culture.  What
```

Page 25

```
 1              G. Craig
 2   artists, musical artists were you thinking
 3   about?
 4            And I proposed for jazz, which
 5   is American roots, Miles Davis.  And I
 6   proposed B.B. King.  Okay.
 7       Q.   And so did the exhibit include
 8   both photographs of Miles Davis and B.B.
 9   King?
10       A.   No.
11       Q.   Did it include photographs of
12   B.B. King?
13       A.   No.
14       Q.   Why not?
15       A.   Because there was no cooperation
16   whatsoever either from the label,
17   management, or likewise anybody involved.
18       Q.   Have you spoken to Ms. Klein
19   about this case at all?
20       A.   No.
21       Q.   Have you spoken to Ms. Klein
22   about this deposition?
23       A.   No.
24       Q.   Have you spoken to Ms. Klein
25   about the photographs that are at issue in
```

7 (Pages 22 to 25)

Page 26

G. Craig

1
2  this lawsuit?
3      A.   No.
4      Q.   So you didn't speak to her about
5  the photographs in the process of
6  preparing for this show?
7      A.   Yes, in that case, yes.  You
8  have to explain that a little bit more
9  carefully.  In other words, when we sat
10  down with the storyboards and we saw the
11  dimensions for the space allotted in the
12  Leica building, and so forth, we were
13  planning, okay, sizes and so forth and
14  sides of the walls and so forth, what I
15  was going to print, okay, to encompass
16  those sizes, and we were given each rooms,
17  probably two times this size here, okay,
18  as space, okay, so we chose, I think it
19  was 24 Miles Davis, so Sardi worked with
20  me on the selection of the photographs,
21  and then myself, herself, and Kevin, okay.
22          Then we sat down and we printed
23  the exhibit over two weeks.  And then
24  shipped it to Germany.
25      Q.   Who's Kevin?

Page 27

G. Craig

1
2      A.   Kevin is my printer.
3      Q.   What's his last name?
4      A.   Amer, A-M-E-R.
5      Q.   And does he own his own print
6  shop?
7      A.   Yeah.
8      Q.   What's it called?
9      A.   Just he's an individual that
10  prints that I've known for years.
11      Q.   Where is his printing shop
12  located?
13      A.   He's downtown.  What street is
14  it?  He's off of Broome in Soho.
15      Q.   Other than speaking to Ms. Klein
16  about selection of photographs for this
17  exhibit?
18      A.   Right.
19      Q.   Have you spoken to her at all
20  about the B.B. King photographs at issue
21  in this case?
22      A.   No.  Now I will interject
23  something here.  Past when we were
24  rejected, okay, as far as the cooperation
25  goes, I went back to Leica, and they say

Page 28

G. Craig

1
2  okay, fine, let's go with Miles Davis.
3  It's their loss.
4      Q.   You say that you were rejected
5  and there was no cooperation?
6      A.   Correct.
7      Q.   Can you explain what you mean by
8  that?
9      A.   Okay.  I'll explain to you.
10  Sony Music is very worldly, okay.  The
11  Miles Davis children and the estate that
12  I've worked with are very aware of their
13  father's legacy, okay, as opposed to the
14  B.B. King people that were totally
15  clueless.
16      Q.   So what do you mean by there was
17  rejection and lack of cooperation?
18      A.   Let's put it this way.  If you
19  know media, you know social media, and you
20  know what's going on in the world, you
21  know, let's say the importance of certain
22  things.  And if you're in a little shell,
23  a little bubble somewhere in Memphis or
24  Las Vegas and you have no clue and you're
25  talking to somebody and they're like huh,

Page 29

G. Craig

1
2  I don't get it, you know.
3      Q.   Why did you need their
4  permission to print to exhibit your
5  photos?
6      A.   Because we wanted the
7  cooperation, Leica likes to get involved
8  in projects.  When I've done projects with
9  Leica, they've always partnered up, let's
10  say, with the label if it's music or the
11  estate or the artist and so forth.
12          They're doing that, let's say,
13  with Lenny Kravitz, people, you know, and
14  so forth.  They did it with Miles Davis.
15  Because it's been a long path in terms of
16  and exhibits that we've done around the
17  world on Miles Davis, and Sony was there
18  to support it.
19          Rogers Cowan Brenner, the public
20  relations office, the children and so
21  forth that I have a close relationship
22  with, and so forth, the question is you
23  know the importance.
24      Q.   My question is more specific.
25  When you say there was no cooperation, how

8 (Pages 26 to 29)

G. Craig

1        G. Craig
2  is that manifested?  Did you say Leica
3  would like to partner with you and they
4  said no, we don't want a partner?
5      A.  Yes.
6          MS. TSYVKIN:  Objection to form.
7  BY MS. CHEN:
8      Q.  I'm sorry.  I didn't hear your
9  answer.
10      A.  Well, the answer was simply they
11  didn't even get it, okay, this is the
12  problem.  They didn't even know who Leica
13  was.  If you turn around and Google
14  something, you can see the importance
15  historically of the equipment, of the
16  camera of famous photographs in the world
17  being taken using Leicas.
18      Q.  What kind of cooperation were
19  you looking for?
20      A.  Well, they wanted to partner up
21  in terms of with the management, okay,
22  with the artist and so forth, because in
23  the case of Sony, we did social media, we
24  did Instagram, we did giveaways, we did
25  the family flown in and so forth at two or

G. Craig

1        G. Craig
2  three of the galleries here in the states.
3  Children, grandchildren, so forth, people
4  from the label were there for the opening
5  in Los Angeles.
6      Q.  You had previously mentioned the
7  Morrison Hotel Gallery.  What is the
8  Morrison Hotel Gallery?
9      A.  Morrison Hotel Gallery is a
10  collective of photographers, okay.  If you
11  know what Magnum Photos is, okay, that was
12  started by Henri Cartier-Bresson in
13  France.  It's a league of photographers,
14  renowned photographers, people like
15  myself, Harry Benson, Sid Avery, in other
16  words, you know the photographs the minute
17  you see.
18          They are our representation.
19  They have a gallery in New York, they have
20  a gallery in Los Angeles.  They have a
21  gallery in Maui with Mick Fleetwood from
22  Fleetwood Mac together as a partnership,
23  so all my musical stuff is put through
24  Morrison.
25      Q.  I think you had previously

G. Craig

1        G. Craig
2  referred to them as your manager?
3      A.  Yes.
4      Q.  And you're saying this is all
5  for your music.  Do you have a manager for
6  separate photography?
7      A.  At this point now we do a
8  case-by-case basis.
9      Q.  Can you explain the role of the
10  manager in terms of what a manager does
11  for a photographer?
12      A.  Okay.  Morrison Hotel, call them
13  an exhibition space, call them a liaison,
14  I do print sales through them, and they do
15  media.  People come to them with requests,
16  okay, for services and so forth, and then
17  we review it, and then I choose yes, no, I
18  want to work with these people, don't want
19  to work with these people, don't like say
20  the product they represent, so forth.
21      Q.  Who are the owners of Morrison
22  Hotel?
23      A.  The owners at this point are
24  photographers, okay, Peter Blakely; Henry
25  Diltz, who's a photographer himself;

G. Craig

1        G. Craig
2  Richard Horowitz; and Timothy White, who's
3  a photographer as well.  Those are the
4  principals.
5      Q.  Were you ever a principal of
6  Morrison Hotel?
7      A.  No, not at this point.
8      Q.  And for each of the four owners,
9  do you have any personal relationship with
10  each of them?
11      A.  Everybody there, it's a family.
12  Besides a business relationship it's a
13  family.  Everybody looks out for each
14  other.
15      Q.  How long have you known each
16  other?
17      A.  I've known Rich five years.  I
18  know Henry 45 years.  And then the other
19  guys, let's say, from 2014.
20      Q.  I know you describe them as a
21  family, but some families don't talk at
22  all.  Some families talk twice a day.  How
23  often do you speak with the Morrison Hotel
24  Gallery owners?
25      A.  At least once a week.

9 (Pages 30 to 33)

Page 34

```
 1              G. Craig
 2     Q.   About what?
 3     A.   Different things that come up.
 4   Questions.  A sale comes in or something
 5   comes in, we kind of review it and so
 6   forth.  And then legally I'll show Richard
 7   a contract and so forth of is it good,
 8   it's bad, it needs to be rewritten.  Don't
 9   want to work with you.  Have a nice day.
10     Q.   When you say Richard, are you
11   talking about Richard Horowitz or Richard
12   Lieberman?
13     A.   Richard Lieberman.
14     Q.   Have you spoken to Peter, Henry,
15   Richard or Mr. White at all about this
16   case?
17     A.   The only person that I mentioned
18   it was to Henry and to Richard, meaning no
19   details, just, you know, this was being
20   started.
21     Q.   You said previously that
22   Morrison Hotel had referred you to
23   Mr. Thompson.
24     A.   Yes.
25     Q.   Which individual referred you?
```

Page 35

```
 1              G. Craig
 2     A.   The gallery director here in New
 3   York, Aaron, let me see if I have it -- I
 4   don't know.  I don't remember his last
 5   name.
 6        MS. CHEN:  Could we leave a
 7     space in the transcript and he can
 8     fill it in.
 9        MS. TSYVKIN:  Yes.
10   (INSERT): _____
11     A.   Something like Z-Y-T-H or
12   something like that.  I'm not, you know.
13        MS. TSYVKIN:  We will provide
14     it.
15        MS. CHEN:  Okay.
16   BY MS. CHEN:
17     Q.   What did you tell Aaron?
18     A.   Okay.  Made me aware when I
19   decided to do a representation
20   partnership, call it whatever you want,
21   with Morrison, of the design of the
22   website and so forth and so on and the
23   uploading of the photographs, making sure
24   everything was legal and so forth.
25        They're very straightforward.
```

Page 36

```
 1              G. Craig
 2   And then at that point when I came on
 3   board and I was working on the Sony
 4   project at the same time, and doing the
 5   preparation, the research and so forth for
 6   Leica for the show, this is when things
 7   were discovered, and at that point I
 8   mentioned it to Aaron, mentioned it to
 9   Peter, mentioned it to Richard Horowitz,
10   and they said okay, let me call our
11   attorney, and that's when Ben came on
12   board.
13     Q.   When did you sign on board with
14   Morrison Hotel?
15     A.   March of 2014.
16     Q.   So who was representing you
17   prior to that relationship?
18     A.   I was just using different
19   people, myself and so forth, and then
20   bringing, let's say contracts coming in,
21   you know, to be reviewed and so forth.
22     Q.   Who were you using?
23     A.   I was using two or three
24   different people that were giving me a
25   hand.  And then I got to the point when
```

Page 37

```
 1              G. Craig
 2   this started all manifesting and people
 3   coming in and so forth in terms of I want
 4   this, I want that.
 5        I was like I don't want to deal
 6   with this, you know.  I'm the business
 7   person but also the artist and I don't
 8   want to be dealing with this.  So we need
 9   somebody to deal with it.
10     Q.   Who were the two or three people
11   that you mentioned who were helping you?
12     A.   Just friends.
13     Q.   What are their names?
14     A.   Okay.  Sardi was helping me in
15   this with advice.  A friend of hers,
16   Katrina Eiseman, I think it was.  These
17   were people that were teaching at school.
18   At Visual Arts.
19     Q.   And prior to Sardi and Katrina
20   helping you, was there any representation
21   for your photography by anybody else?
22     A.   No.
23     Q.   So when did Sardi and Katrina
24   help you with the business aspect?
25     A.   Sardi has been a lifelong
```

10 (Pages 34 to 37)

Page 38

1          G. Craig
2     friend, so I would just bounce stuff off
3     of her, you know, and it was like okay,
4     well, what do you think, kind of thing.
5          Q.   And what kind of work was coming
6     in that they were helping out with?  By
7     "they," I mean Sardi and Katrina.
8          A.   Reportage work, magazine work,
9     so forth.
10         Q.   Have you spoken to Katrina
11    Eiseman about this case at all?
12         A.   No.
13         Q.   Have you spoken to Katrina
14    Eiseman about the B.B. King photographs at
15    all?
16         A.   No.
17         Q.   Who is Ruby Mazur?
18         A.   Rudy Mazur.
19         Q.   Ruby.
20         A.   Right, Ruby.  Ruby Mazur, I knew
21    many years. I knew his father, okay, who
22    was actually Billy Joel's first manager.
23    And I knew Ruby Mazur through different
24    people, okay, and then I started working
25    with Ruby in terms of -- when I say

Page 39

1          G. Craig
2     "working," Ruby was an art director, okay,
3     and he was at a magazine that I would
4     bring photographs to and so forth.
5          And that's Ruby Mazur.
6          Q.   How did you know him, Ruby, and
7     his dad?
8          A.   I was introduced to them.
9          Q.   By whom?
10         A.   Way back somebody that I was
11    working with, because it was parallel, and
12    that was Sid Bernstein.
13         Q.   What magazine did Mr. Mazur work
14    for?
15         A.   Go Publications, G-O.
16         Changes Magazine.
17         Q.   Anything else?
18         A.   No.
19         Q.   And was he an art director for
20    both Go Publications and Changes Magazine?
21         A.   Yes, correct.
22         Q.   Do you know when he worked for
23    Go Publication?
24         A.   Yes.  He was working probably
25    '68, '69, maybe through '70.

Page 40

1          G. Craig
2          Q.   Do you know when he was working
3     for Changes Magazine?
4          A.   Yes.  Both.  Simultaneously.
5     Same publications.  Sister publication,
6     uh-huh.
7          Q.   Do you know what he did after
8     working for Go and Changes Magazine?
9          A.   He went to Universal.  At that
10    time, ABC Dunhill's family as art director
11    there.
12         Q.   How long was he there at
13    Universal?
14         A.   I have no idea.
15         Q.   Are you still in touch with him?
16         A.   No.
17         Q.   When did you stop keeping in
18    touch with him?
19         A.   Probably left 1970.
20         Q.   When he left where?
21         A.   When he left Changes Magazine.
22         Q.   Do you know if he's working
23    currently?
24         A.   The only thing that I know is
25    that I heard from Henry Diltz, because we

Page 41

1          G. Craig
2     got the gallery in Maui, that he's living
3     in Maui, and he's doing painting, you
4     know, and selling paintings through
5     galleries or whatever.
6          Q.   Have you spoken to Mr. Mazur
7     about this case at all?
8          A.   No.
9          Q.   Have you spoken to him about
10    this deposition?
11         A.   No.
12         Q.   And have you spoken to him about
13    the pictures that you took that are at the
14    issue in this case?
15         A.   No.  We have no touch with him.
16         Q.   Aside from your attorneys, have
17    you discussed this case with anyone else
18    today before today's deposition?
19         A.   No.
20         Q.   You haven't discussed this with
21    your family?
22         A.   Well, they knew I was coming
23    here, but not the details, the intimate
24    details, no.
25         Q.   You did not discuss with them

11 (Pages 38 to 41)

Page 42

```
1              G. Craig
2   about this deposition today?
3      A.   No.
4      Q.   Did you discuss with your family
5   the facts underlying this case?
6      A.   The only thing that my wife and
7   son know was that pictures were stolen,
8   period.
9      Q.   About this case?
10     A.   Uh-huh.  Yes.
11     Q.   When you say "stolen," can you
12  explain?
13     A.   I mean, it's pretty obvious and
14  blatant where pictures were taken from and
15  so forth, okay, very -- in my research
16  that I have done prior, a lot of rabbits
17  popped up out of the hat.
18     Q.   So where are the pictures stolen
19  from in this case?
20     A.   Pictures were stolen from
21  Changes Magazine.
22     Q.   And when you say that when you
23  did research a lot of rabbits came out
24  from the hat, what do you mean by that?
25     A.   When I was doing the Leica
```

Page 43

```
1              G. Craig
2   project, and I started doing research in
3   April, towards the exhibits, and was
4   making some phone calls, and doing
5   research at Leica Center, okay, for the
6   archives, Rock and Roll Hall of Fame,
7   other sources like that, things just
8   started popping up that I didn't even know
9   about.  I was like oh, God, here we go.
10     Q.   And what were those things?
11     A.   Well, some books, some ads, the
12  CDs.
13     Q.   What books?
14     A.   Books of which the photographs
15  appeared in.  Ads of which the photographs
16  appeared in.
17     Q.   Just to be clear for the record,
18  we're talking about the three photographs
19  that are attached to your Complaint?
20     A.   Yes, correct.
21     Q.   What are the books, and by that
22  I mean were they photography books, were
23  they books about B.B. King, were they
24  books about music, what kind of books are
25  you talking about?
```

Page 44

```
1              G. Craig
2      A.   One was a -- we will break it
3   down.  One was kind of if you want to call
4   it autobiography or biography, okay.  That
5   was one.
6           The next one was a tour book.
7           The next one was a, what would
8   you call that, guys?  Songbook, you know,
9   where you:  Hey, I want to learn how to
10  play this song, that kind of thing.  Two
11  of those.  So call it like a music
12  publishing, you know, learn to play the
13  guitar, like whatever you want to call it,
14  yeah.
15          And then posters.
16     Q.   And the biography, the tour book
17  and the songbooks, just to be clear,
18  they're all about B.B. King?
19     A.   Yes.
20     Q.   And you had no knowledge of
21  those prior to doing your research?
22     A.   No, nothing at all.
23     Q.   And the posters, did you have
24  knowledge about the posters prior to doing
25  your research?
```

Page 45

```
1              G. Craig
2      A.   No, because we went -- when we
3   started doing the research afterwards,
4   when I took on Richard, okay, and we
5   started scouring collectors, people that I
6   was calling that I knew, okay, from
7   different forms through the years, eBay
8   and so forth, and I started to look and
9   buy things, it just didn't end.  That was
10  plastered all over and still today they're
11  there.  T-shirts as well.
12     Q.   To be clear, these are posters
13  and T-shirts of your B.B. King photographs
14  at issue here?
15     A.   Correct.
16     Q.   What's your e-mail address?
17     A.   Glen -- private or --
18     Q.   All of them.
19     A.   Glencraig@rcn.com.
20     Q.   Do you have any other e-mail
21  addresses?
22     A.   Not -- no.
23          MS. CHEN:  Let's mark this as
24  Craig 2.
25          (Craig Exhibit 2, Request for
```

12 (Pages 42 to 45)

Page 46

```
1            G. Craig
2      documents, marked for identification,
3      as of this date.)
4   BY MS. CHEN:
5      Q.   I'm showing you a document
6   that's been marked Craig 2.  So defendants
7   made their first request for the
8   production of documents to you on October
9   25, 2016.
10           Have you seen this document
11  before?  You can take a minute to look
12  through it.
13     A.   No.  No.
14     Q.   Why don't you flip through all
15  of it and see if you have seen anything?
16     A.   No.
17     Q.   So you didn't review these
18  document requests?
19     A.   No.
20     Q.   Are you aware that you've
21  produced documents pursuant to this
22  document request?
23     A.   I am now.
24     Q.   So you didn't know previously
25  that you had produced documents to
```

Page 47

```
1            G. Craig
2   defendants?
3      MS. TSYVKIN:  Objection to form.
4   Just clarify.
5      A.   Yeah, please clarify this.
6      Q.   So during the course of this
7   litigation, the parties, in trying to
8   discover the underlying facts at issue,
9   have issued document requests to each
10  other, have issued interrogatories, which
11  are written questions to each other, and
12  the parties have -- both sides have
13  produced both documents and written
14  answers in response to questions.
15           Are you aware of that?
16     A.   I know people talking back and
17  forth, yes.  But seeing actual
18  paper-paper, no.
19     Q.   Have you sent e-mails relevant
20  to this matter, forwarded them to your
21  attorneys?
22     A.   In regards to this pieces of
23  paper, the answer is no.
24     Q.   I'll represent to you that your
25  attorneys have produced a batch of e-mails
```

Page 48

```
1            G. Craig
2   that you forwarded to them, to the
3   defendants, as part of discovery in this
4   case.
5      A.   In that case, yes.  These were
6   e-mails that were actually, Ben Thompson,
7   okay, the correspondence that Ben had with
8   Universal and so forth, and then he
9   forwarded Richard all those e-mails as
10  well.  Turned over all his documents and
11  so forth and correspondence that he had
12  back and forth.
13     Q.   Then let's go to page 5 of Craig
14  2, and if you look at the bottom, it says
15  document requests, number 1 we asked for
16  all documents and communications
17  concerning the King photographs, and we
18  defined the King photographs as the three
19  photographs at issue.
20     A.   Correct, yes.
21     Q.   Have you sent all those
22  documents and communications to your
23  attorneys?
24     A.   That, yes.
25     Q.   How did you search for those
```

Page 49

```
1            G. Craig
2   documents and communications?
3      A.   I got in touch with a friend
4   that is versed, and I called up the
5   Copyright Office, spoke to a gentleman
6   there, Wilber King, who's in the historic
7   area, and I requested copies of the
8   certificates of the filings for the
9   copyright and so forth.
10     Q.   And did you receive those copies
11  from the Copyright Office?
12     A.   I did.
13     Q.   Did you turn those over to your
14  attorneys?
15     A.   Yes, I did.
16  RQ    MS. CHEN:  We would like to ask
17     for the production of those documents
18     because those have not been produced.
19        MS. TSYVKIN:  Okay.
20  BY MS. CHEN:
21     Q.   And you say you spoke to a
22  friend who was versed.  Who was that
23  friend?
24     A.   Sardi.
25     Q.   When you say versed, versed in
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 50

```
 1          G. Craig
 2  what?
 3      A.  I was asking her because she's,
 4  you know, been filing for God knows how
 5  many years and so forth, I said, you know,
 6  Sardi, where do I retrieve this stuff.
 7      Call Washington.  Speak to that
 8  department, and so forth.  They'll look up
 9  the filing and so forth, and you can get
10  copies of the certificates and so forth,
11  and that's exactly what I did.
12      So from here on God knows from
13  the past couple of years that's the
14  standard procedure, file, request the
15  documents to be sent, you know, not to
16  have to go through this process again from
17  scratch.
18      Q.  And when were these -- your
19  communications with Mr. Wilber and the
20  Copyright Office, when were those
21  communications taking place?
22      A.  Probably during the summer of
23  2014.
24      Q.  And so number 2 on our document
25  request question asked for your
```

Page 51

```
 1          G. Craig
 2  registrations with the U.S. Copyright
 3  Office, and this is what you have now
 4  represented you received?
 5      A.  Yes.
 6      Q.  And now we're asking for their
 7  production.
 8      A.  Uh-huh.
 9      Q.  If you go to the next page,
10  number 3, we asked for the documents
11  deposited with the Copyright Office.
12      Do you have those deposit
13  copies.
14      A.  Define what you're calling
15  deposited copies.
16      Q.  As part of filing for a
17  copyright registration, you have to
18  deposit what you're registering with the
19  Copyright Office.
20      Did you do that?
21      A.  They were uploaded, yes.
22      Q.  So we're asking for you to
23  produce, pursuant to this document
24  request, those documents that were
25  deposited.
```

Page 52

```
 1          G. Craig
 2      A.  Well, as I understand, Barry
 3  requested a copy of the photograph and so
 4  forth to Richard.  And while I was working
 5  in the dark room there, you had received a
 6  photograph of the original photograph, so
 7  forth and so on, and that was done months
 8  ago.
 9      MS. CHEN:  That may be the case.
10      That may be what you understand.  But
11      we made this formal request pursuant
12      to discovery, and we are asking for
13      the documents that are deposited with
14      the Copyright Office, so we're asking
15      for the production.
16  BY MS. CHEN:
17      Q.  And number 6, we asked for,
18  including negatives of the photographs.
19      Do you have the negatives of the
20  photographs?
21      A.  Barry was furnished a photograph
22  of me holding up the negative and me
23  holding up the master --
24      Q.  That has not been produced, I
25  will represent to you, during this
```

Page 53

```
 1          G. Craig
 2  discovery process and we're asking for its
 3  production.
 4      A.  Guys, who's got it?  Because it
 5  was sent to you and he acknowledged it to
 6  Richard.
 7      MS. TSYVKIN:  You have a
 8      photograph of the negatives.
 9      MS. CHEN:  Richard sent that to
10      Barry as part of --
11      MS. TSYVKIN:  This is off the
12      record.  Off the record.
13      (Whereupon, an off-the-record
14      discussion was held.)
15  BY MS. CHEN:
16      Q.  Did you search for any physical
17  records as part of, when I say records, I
18  mean documents, photographs, not actual
19  photograph records, did you search any of
20  your physical files for any documents
21  related to this case or the facts
22  underlying this case?
23      A.  The fact is that when I started
24  to do the research and these things popped
25  up, it's pretty evident and blatant like,
```

14 (Pages 50 to 53)

Page 54

```
 1            G. Craig
 2    oh, oh, oh.  And then at that point it got
 3    to the point of ridiculousness and
 4    excessiveness that I just started buying
 5    some things off collectors and so forth to
 6    acquire these things.
 7            And then afterwards, I found
 8    more things and more things and more
 9    things, and I proceeded to buy all these
10    things and so forth, and there it is.
11      Q.   I'm not talking about the items
12    that are for sale with the pictures, the
13    photographs at issue on them.  I'm talking
14    about records in your possession, say
15    regarding when you took the picture or how
16    you took the picture, where the pictures
17    were stored.  Any communication, I assume
18    back then, it was all either verbal or
19    written because there was no e-mail back
20    then.
21      A.   Sure.
22      Q.   Did you look for any of those
23    communications or documents at all?
24      A.   No.  No reason to.
25      Q.   Why was there no reason to?
```

Page 55

```
 1            G. Craig
 2      A.   I mean, it was pretty evident
 3    once we saw the path of where these things
 4    traveled from/to, it was pretty clear of
 5    how things got there.
 6      Q.   And can you explain how things
 7    got there, what the clear path is?
 8      A.   When we were doing the research
 9    and the discovery, and things started to
10    pop up, it was quite evident immediately
11    of the path from Changes Magazine into
12    other hands, okay.
13            And how I can refer to that is
14    there was a layout not including these
15    three photographs that were published in
16    Changes Magazine, a cover, an inside
17    spread, about four or five pages, okay.
18    In the center page, the layout, there it
19    is, blatant, "Photographs by Glen Craig."
20    Okay.
21            Then, in one of the books that
22    we purchased, there is the same layout
23    lock, stock and barrel, same layouts, same
24    everything in this book, of course,
25    without the name.
```

Page 56

```
 1            G. Craig
 2      Q.   We're not talking about the
 3    books or the posters or the T-shirts in
 4    this case.  In this case, you have only --
 5      A.   I will correct you.
 6      Q.   Please let me finish the
 7    question and then you can answer.
 8      A.   Go ahead.
 9      Q.   I will limit my question only to
10    how did the photographs go from you taking
11    them to the cover of a B.B. King album?
12    You said you saw a clear path?
13      A.   Obviously, what I'm trying to
14    explain to you is sets of photographs
15    appeared, not these photographs, these
16    three photographs we're talking about, in
17    Changes Magazine that were sold to Changes
18    Magazine.
19            Not a work-for-hire situation.
20    Nobody in Changes Magazine was on staff
21    and so forth, everybody was freelance,
22    writers and so forth and so on and
23    confirmed that.  The point here is the
24    layout.  When you see this layout and
25    there's the name and then there's the
```

Page 57

```
 1            G. Craig
 2    layout in the book, it's quite evident you
 3    have to be stupid to not realize it's the
 4    same thing minus the name.
 5      Q.   If these three photographs were
 6    never published, how did anybody get a
 7    hold of them to reproduce?
 8      A.   Well, you asked the question and
 9    this is the big mystery of what happened
10    between Changes Magazine and B.B. King.
11      Q.   So you gave the three
12    unpublished photos to Changes Magazine?
13      A.   They were given in a batch of
14    photographs, okay.
15      Q.   How big was the batch?
16      A.   30, 40 different photographs.
17      Q.   We will get back to this.  I
18    just want to know more about your
19    background.
20            Did you graduate from high
21    school?
22      A.   Yes.
23      Q.   What year?
24      A.   '69.
25      Q.   Did you graduate from college?
```

15 (Pages 54 to 57)

Page 58

```
 1           G. Craig
 2      A.   No.
 3      Q.   Did you go to college?
 4      A.   I took courses.
 5      Q.   Where?
 6      A.   Parsons.
 7      Q.   What were the courses in?
 8      A.   Photography and graphic design.
 9      Q.   When were you taking those
10  courses?
11      A.   Around 1970.
12      Q.   Just that one year?
13      A.   Yeah.
14      Q.   Have you taken other courses in
15  photography since 1970?
16      A.   Workshops.
17      Q.   Do you have any certifications
18  or any other training in photography?
19      A.   Well, let's put it this way, if
20  you have read my bio, okay, I was mentored
21  by my teacher, Benedict J. Fernandez;
22  Martin Luther King's photographer, Diane
23  Arbus, who was at Parsons who hangs in
24  every museum around the world; and Gordon
25  Parks, who was the Life photographer.
```

Page 59

```
 1           G. Craig
 2      Q.   Are you a member of any
 3  professional organization or association?
 4      A.   No.
 5      Q.   Do you specialize in any kind of
 6  photography?
 7      A.   Yes.
 8      Q.   What kind?
 9      A.   Reportage, music, fashion,
10  travel.
11      Q.   Now I want to get into your
12  employment history, and first
13  nonphotography-related employment.
14           Starting in 1967, can you just
15  give me a list of all the known
16  photography jobs you've had through, say,
17  1975?
18      A.   Oh, staff photographer for
19  Hullabaloo Circus Magazine, Sid Bernstein
20  Enterprises.
21      Q.   Sorry.  I was asking for
22  nonphotography related.
23      A.   Well, I'm trying to explain to
24  you.  It's always been parallel at the
25  same time.  So I would say Sid Bernstein.
```

Page 60

```
 1           G. Craig
 2  Ben Benson.  And the name is not going to
 3  mean anything to you, but Tuesday,
 4  Wednesday, Thursday, Fridays Restaurant
 5  Group, he was the gentleman who started
 6  that chain.
 7           Probably that's, I would say, up
 8  to that point.
 9      Q.   And so you said you were a staff
10  photographer at Hullabaloo?
11      A.   Uh-huh.
12      Q.   What was your position with Sid
13  Bernstein and Bernstein Enterprises?
14      A.   Sid Bernstein, I was creative
15  director, management assistant, press
16  officer.
17      Q.   When was that period?
18      A.   From '66, '67, '68, '69, '70,
19  '71, something like that.
20      Q.   Did you hold all of those titles
21  at once?
22      A.   Yes.
23      Q.   So you were the creative
24  director and press officer for Sid
25  Bernstein Enterprises from about '66 to
```

Page 61

```
 1           G. Craig
 2  '71?
 3      A.   Yes.
 4      Q.   And what was your position at
 5  Ben Benson's Restaurant Group?
 6      A.   I was their musical director.
 7      Q.   When was that?
 8      A.   '75, '74, something like that.
 9  '73, something along those areas.
10      Q.   So around 1969, your only job
11  was -- I'm sorry.  I forgot.  When were
12  you a staff photographer for Hullabaloo
13  magazine?
14      A.   '65, '66, '67, '68, '69, and so
15  forth.  Always parallel.
16      Q.   Would you say it ended in '69 or
17  it kept going?
18      A.   It kept going.
19      Q.   Until?
20      A.   Until they ceased publication.
21      Q.   Do you know when they ceased
22  publication?
23      A.   Early '70s probably.
24      Q.   So in 1969 you were a staff
25  photographer at Hullabaloo?
```

16 (Pages 58 to 61)

1           G. Craig
2       A.   Uh-huh.
3       Q.   And you were also the creative
4   director, management assistant and press
5   officer for Sid Bernstein Enterprises?
6       A.   Yes.
7       Q.   Did you have any other
8   employment at that time?
9       A.   The only thing else that I was
10  doing was freelance journalism, you know,
11  photography, for different publications
12  around the world.
13      Q.   I will represent to you that in
14  your answers to written interrogatories in
15  this matter, your attorneys have
16  represented to us that you were a waiter
17  at the TWTF Restaurant Group in 1969?
18      A.   That's incorrect. It's not a
19  waiter. It's musical director.
20      Q.   Is that date correct?
21      A.   Yes, more or less, yes.
22      Q.   In 1969?
23      A.   Yeah.
24      Q.   So you previously said '73 to
25  '75?

1           G. Craig
2       A.   No, no. Let's get this
3   straight. This was after -- yes. This
4   was after Sid Bernstein, after.
5       Q.   So that means the date is also
6   incorrect?
7       A.   Yes.
8       Q.   What were your responsibilities
9   as music director?
10      A.   Okay. They started, before they
11  started franchising, Ben Benson and his
12  partner Alan Stillman, they had the five
13  restaurants here in New York, Tuesday,
14  Wednesday, Thursday, Friday. Okay, so I
15  ran all the music programming, the parties
16  and so forth that they were doing. In
17  other words: Oh, you want to do a
18  Christmas party. Fine. Corporate party.
19  Rent out the restaurant.
20      Q.   Were you paid?
21      A.   Yes, of course.
22      Q.   How were you paid?
23      A.   By check.
24      Q.   Were you on salary?
25      A.   Of course.

1           G. Craig
2       Q.   And what was your salary?
3       A.   I don't even remember.
4       Q.   Was it $10,000 a year, less,
5   more?
6       A.   More. Oh, yeah.
7       Q.   Was it $50,000 a year?
8       A.   Could be.
9       Q.   So somewhere between 10 and
10  $50,000 a year?
11      A.   Right, uh-huh.
12      Q.   When you were working with Sid
13  Bernstein, were you paid?
14      A.   I was paid.
15      Q.   And how were you paid? Were you
16  on salary or --
17      A.   By project.
18      Q.   How were you paid by project?
19      A.   I believe it was checks at the
20  time.
21      Q.   And how much were you paid?
22      A.   Depends on what the project was.
23      Q.   What kind of projects would you
24  work on?
25      A.   Artist placement, concert

1           G. Craig
2   promotion, working on scheduling concerts,
3   and so forth. If you don't know who Sid
4   Bernstein is or was, this is the gentleman
5   that was U.S. management for the Beatles,
6   Rolling Stones, The Who, Herman's Hermits,
7   and brought all these people to the United
8   States.
9           He was the man who put together
10  the famous Carnegie Hall concerts, the
11  first Beatles, Washington, D.C., Florida
12  and so forth, the big Shea Stadium concert
13  of the Beatles, The Rolling Stones tours
14  and so forth and so on.
15      Q.   Did you work with Mr. Bernstein
16  on all of these artists?
17      A.   Yes. Plus Sid at the time
18  managed The Young Rascals as for personal
19  management and Laura Brannigan, Morris
20  Albert.
21      Q.   As staff photographer for
22  Hullabaloo, was there a contract?
23      A.   No.
24      Q.   So how was your employment
25  identified?

1          G. Craig
2     A.   On the masthead, it said "staff
3 photographer," okay.  I would sit in on
4 editorial meetings and so forth, and we
5 would decide what we were going to do in
6 terms of layouts for the next month, what
7 stories so forth and so on, work with the
8 editors and so forth, the writers and so
9 forth.
10        Okay, we're going to do these
11 stories, blah, blah, blah, blah.  I'm
12 going to shoot this, shoot that, that type
13 of thing.
14    Q.   Did you have a salary?
15    A.   Paid per assignment.
16    Q.   Do you recall how much the
17 assignment would be?
18    A.   Depends on the number of pages
19 used.
20    Q.   Per page?
21    A.   A couple of hundred dollars,
22 four or $500.  Again approximately.
23    Q.   Is Hullabaloo, does it have any
24 relation to Go Publications or Changes
25 Magazine?

1          G. Craig
2     A.   Completely different publishers.
3     Q.   Are you currently employed?
4     A.   No.
5     Q.   So you also mentioned that you
6 were doing freelance photography during
7 the late '60s, early '70s period?
8     A.   Sure.
9     Q.   Can you explain for me how you
10 were making money as a freelance
11 photographer?  Just the basics of how you
12 go from taking a photo, getting work and
13 then getting paid as a freelance
14 photographer?
15    A.   Okay.  Because of my connections
16 with Sid Bernstein, Sid Bernstein was not
17 only a father to me and taught me the
18 business, okay.  He was also, the name was
19 worth in gold, okay.
20        A lot of people would approach
21 me, okay:  Hey, you got any pictures of
22 blah, blah, blah, blah, whatever.  That
23 type of thing.
24        So I was doing things for Der
25 Spiegel, Sunday London Times, Paris Match,

1          G. Craig
2 Paris as in Paris, U.S. publications, Wall
3 Street Journal, New York Times.  If you
4 read that, it's like this (indicating), as
5 far as being published.
6     Q.   When you say people approached
7 you, what types of people?  And by that, I
8 mean was it the artist?
9     A.   Editors, photo editors and so
10 forth from these publications.
11    Q.   So you're saying photo editors
12 would approach you.  Is this after you had
13 taken the photos, they would approach you
14 and say we'd like to run, can you show us
15 what you took, we would like to run some?
16    A.   Exactly.
17    Q.   How do they know you took these
18 photos?
19    A.   Well, obviously, if the name is
20 out there, not being egotistical, but the
21 name was out there within the industry,
22 okay, myself and Jim Marshall, and it was
23 like a go-to type of situation.  People
24 would say:  Hey, do you have any pictures
25 of ba, ba, ba, ba.

1          G. Craig
2        And put yourself in my shoes,
3 the relationship of Sid Bernstein, the
4 biggest promoter in the world, and you
5 have access, we're doing a concert and
6 you're taking pictures, okay, how much
7 more, it's like people are like oh,
8 really, wow, type of thing, and that's
9 what's happening now.
10    Q.   I'm trying to understand -- what
11 I'm trying to understand is would they say
12 -- were you at each and every press and
13 live event, and that's why they knew you
14 would have them and they came to you?  Or
15 they somehow knew you were at this event
16 or that event and then they came to ask?
17    A.   Curiosity, you know, it's like
18 "do you have" type of thing.
19        Yes, I do or no, I don't.
20 Simple.
21    Q.   So --
22    A.   You have to understand, there
23 are people that are represented by
24 Morrison Hotel that did nothing during
25 that time period but 24/7 photograph, who

Page 70

1          G. Craig
2    have enormous picture libraries starting
3    with Henry Diltz, A to Z. You name the
4    person and he's photographed it for this
5    record company, or the Doors cover, or The
6    Mamas and The Papas, or whatever or
7    whatever. I was working for Sid
8    Bernstein. A job. Work. You've got
9    responsibilities to take care of. The
10   photography is on the side.
11       Q.   Did he know that you were doing
12   the photography job on the side?
13       A.   Of course. He championed it.
14       Q.   So when you took these
15   photographs and these photo editors would
16   come and say do you have photographs of
17   so-and-so, you say yes, here are some and
18   they would pick?
19       A.   Yeah.
20       Q.   So if they chose to run a photo,
21   was there a written contract?
22       A.   No. Nobody did written
23   contracts at that time. It's like okay,
24   we want to run this, a quarter page or
25   something, we will pay you 100 bucks or

Page 71

1          G. Craig
2    whatever the deal was. That was it.
3        Q.   What was the standard fee back
4    in the '60s or early '70s, let's say for a
5    quarter page?
6        A.   Quarter page could be, depending
7    on the rarity of the picture and so forth,
8    could be 4, $500. Could be 1,000 bucks.
9    You know, it really depends on the size of
10   the publication, the readership and so
11   forth.
12       Q.   Let's say Wall Street Journal, a
13   quarter of a page, and it's a really rare
14   photo. How much would it be?
15       A.   Negotiable. Could be $1,000.
16   Could be $2,500.
17          Now, you're talking about today
18   or then?
19       Q.   Then.
20       A.   500 bucks maybe.
21       Q.   And an ordinary photo?
22       A.   100 bucks.
23       Q.   And what would be the terms
24   under which you give these photographs to
25   the newspapers?

Page 72

1          G. Craig
2        A.   One -time usage, nonexclusive,
3    and then depending on the territory.
4    Okay. U.S. or North America only or
5    worldwide and so forth and so on, then
6    you're talking different price structures.
7        Q.   How was that understood, was it
8    negotiated?
9        A.   Let's put it this way, I was
10   schooled by Jim Marshall. Probably the
11   craftiest person in the business
12   photographically. Jim protected his
13   rights and taught me that. So that's it.
14          In other words, you want to use
15   the picture? What do you want to use the
16   picture for? How do you want to run it?
17   Where do you want to run it and how much
18   do you want to pay? Those standard drill
19   questions. Good, bad, I like it, no, FU,
20   not interested.
21       Q.   So would it be fair to say that
22   it was your business practice in the late
23   '60s, early '70s, when you were doing
24   freelance photography work, that your
25   standard terms were for newspapers and

Page 73

1          G. Craig
2    those kind of publications, the standard
3    terms were one-time use, nonexclusive, and
4    you would define the territory?
5        A.   Exactly.
6        Q.   And also how much you got paid?
7        A.   Exactly.
8        Q.   And you kept the copyright?
9        A.   Of course.
10       Q.   What would you send them; would
11   you send them an original print, a copy to
12   print?
13       A.   Okay. Do you know anything
14   about the process at that time?
15       Q.   Pretend I don't.
16       A.   Okay. Digitally now, everything
17   is layouts and so forth. I studied
18   graphics and magazine layout. Easy to
19   compose.
20          Then, you had to print a light,
21   a dark photograph. The art director would
22   put it on a storyboard, send it out to
23   what they call camera ready, it would come
24   back where you see the little dots and so
25   forth, ready to be printed.

19 (Pages 70 to 73)

Page 74

```
 1            G. Craig
 2        So it was a long, involved
 3  process.  People would sit there and cut
 4  pieces of type that were printed on
 5  photographic paper with glue sticks and
 6  paste it in and do the layouts.  So time
 7  consuming to put something together.  Now
 8  you can just whack it out in half an hour
 9  a page.
10     Q.   So once the publication accepted
11  your terms, you would send them the light
12  and the dark prints?
13     A.   Yes.
14     Q.   That were made from the
15  negative?
16     A.   Uh-huh.
17     Q.   Did they return the light and
18  the dark print that you sent?
19     A.   To be honest with you, the
20  picture is destroyed.
21     Q.   Can you explain?
22     A.   Okay.  In the photographic
23  process that they used with their
24  preparation for publication, number 1, the
25  photograph is pasted in and so forth, it's
```

Page 75

```
 1            G. Craig
 2  totally useless afterwards.
 3        Think of a piece of oak tag your
 4  child puts together for school and mommy
 5  pastes in all the pictures in the mall, in
 6  the thing.  Try pulling those pictures off
 7  afterwards.  It rips apart.  Gone.
 8     Q.   So it wasn't your practice then
 9  to ask for those prints back?
10     A.   Technically, you couldn't.  You
11  couldn't, because the stuff was destroyed.
12  I got one back like that.  And it was like
13  you didn't know how to be careful because
14  with the glue and everything on the back
15  of it, it was like, you know.
16     Q.   Did you ever sell your
17  photographs to be put on album covers back
18  then?
19     A.   Back then, yes.
20     Q.   Which photographs and to whom?
21     A.   For CBS, for A&M records.  Let's
22  see, who else.  That's the two I can
23  remember.
24     Q.   What were the photographs?
25     A.   A band of a friend that was on
```

Page 76

```
 1            G. Craig
 2  CBS.
 3     Q.   What was it called?
 4     A.   CBS Jazz All Stars.
 5     Q.   What about on A&M records, who
 6  was the band or artist?
 7     A.   I think it was Lee Michaels, I
 8  think it was.
 9     Q.   Was it a picture of Lee Michaels
10  that you --
11     A.   Uh-huh, yeah.
12     Q.   When were these photographs
13  sold?
14     A.   Early '70s, probably.
15     Q.   So with the newspapers and the
16  magazines, they would call you to ask for
17  photographs?
18     A.   Uh-huh.
19     Q.   How did it come about that you
20  were you able to sell these photographs to
21  these record companies?
22     A.   In the case of the CBS
23  situation --
24     Q.   We can do one at a time.  So for
25  CBS?
```

Page 77

```
 1            G. Craig
 2     A.   One, all the members in the
 3  group were personal friends, okay.  They
 4  were session players here in New York that
 5  composed in the group.  That was that.
 6        Two, I already had a
 7  relationship at Columbia, preSony, because
 8  of Miles Davis.
 9     Q.   So did your friend in the band
10  request a photo that you took of them to
11  be put on the album or --
12     A.   Exactly.
13     Q.   And what were the terms for
14  using your photo on their album?
15     A.   Same thing.  There were no CDs
16  at the time.  It was an album.  Okay.
17  One-time usage.  And then from there what
18  territories are you going to do, you know.
19     Q.   And was it nonexclusive as well?
20     A.   Yes.
21     Q.   Was there a contract?
22     A.   The only thing that I could
23  remember is maybe probably like a purchase
24  order that CBS does, a little formal.
25  They didn't use contracts until Sony came
```

20 (Pages 74 to 77)

Page 78

```
 1              G. Craig
 2  in later on.
 3       Q.   How much was the purchase order
 4  for?
 5       A.   Maybe 500.  Maybe 1,000.  It was
 6  a back cover.
 7       Q.   And with these terms, did you
 8  ever request to be credited?
 9       A.   Always.  That was part of the
10  drill.  I learned from Jim.  If you don't,
11  you got problems.  And my dear friend used
12  to go in and enforce these personally.
13              He would go up to an art
14  director at a label, it's like:  You used
15  this picture, and so forth.  Give me my
16  fucking check, in plain English.  And he
17  used to carry his little friend in his
18  pocket.  He was legendary for that.
19       Q.   That's one way to get paid.
20       A.   There was a lot of skeevy people
21  at the time working in places.  Called
22  them the creatures of the music business.
23       Q.   So then for A&M records and Lee
24  Michaels, how did it come about that your
25  photograph ended up on the album?
```

Page 79

```
 1              G. Craig
 2       A.   They borrowed a theater that Sid
 3  had access to to rehearse, use that as a
 4  rehearsal space for tours out in Staten
 5  Island, so everybody that you could think
 6  of, from Emerson Lake & Palmer on down and
 7  so forth used to borrow the spot.  Because
 8  where do you set up arena, lighting and
 9  equipment, okay, to work out technical
10  issues and so forth.  Now you rent a sound
11  stage, you know, before a tour.
12       Q.   So were you there when Lee
13  Michaels was rehearsing?
14       A.   Yes.
15       Q.   And then you took a photo?
16       A.   Sure, uh-huh.
17       Q.   Did Lee Michaels know you took
18  the photo?
19       A.   Of course.
20       Q.   And then he asked for the photo?
21       A.   Actually, somebody at A&M asked
22  for it afterwards, yeah.
23       Q.   Did they ask for a specific
24  photo, or just say:  Hey, can I see all
25  the photos you took?
```

Page 80

```
 1              G. Craig
 2       A.   No.  One of their guys:  Hey,
 3  can we take a look at your pictures and
 4  stuff and let's choose something from it.
 5       Q.   Was it one picture?
 6       A.   One picture.
 7       Q.   Just to clarify for the CBS Jazz
 8  All Stars, was it one picture?
 9       A.   No.  It was one, two, three, it
10  was each individual member on the back
11  cover.  Small.
12       Q.   So for Lee Michaels, it was one
13  picture on the front or the back cover?
14       A.   On the back.
15       Q.   Did you have your standard
16  one-time use?
17       A.   Yes, exactly.
18       Q.   The territories, nonexclusive
19  and credit terms?
20       A.   Exactly.
21       Q.   How much were you paid?
22       A.   Maybe 550, 750, something like
23  that.
24       Q.   Was there a purchase order or a
25  contract?
```

Page 81

```
 1              G. Craig
 2       A.   I think there was just an
 3  invoice afterwards.  That's about it.  A
 4  lot of things at this time were loose in
 5  terms of handshakes meant something, okay.
 6       Q.   So are you saying a lot of this
 7  was also done verbally then?
 8       A.   Yes.  If you're working with
 9  somebody that you know personally and you
10  have a working relationship, there's trust
11  going on.  A stranger is a different
12  story.
13       Q.   How did you keep track of, they
14  said this much and I haven't been paid
15  yet; with, they said this much and I
16  haven't been paid yet, did you write it
17  down, did you keep records somewhere?
18       A.   Let's put it this way, you would
19  generate a memo.  That's it.  Okay, this
20  is it, ba, ba, ba, ba, and this is it and,
21  then it's like you give them say 30 days,
22  you know, where is the money.
23       Q.   So it was your practice to after
24  you made, say, a handshake agreement or
25  any other kind of agreement that you were
```

21 (Pages 78 to 81)

Page 82

```
1            G. Craig
2   going to get paid for, you would write it
3   down?
4       A.  Uh-huh.
5       Q.   And would you give that to them
6   and say:  These are my terms.  Pay me in
7   30 days.
8       A.  Yeah.
9       Q.   Was that a regular practice?
10      A.  Yes.
11      Q.   At this point, did you have
12  anybody helping you with you keeping track
13  of this magazine?
14      A.  No.
15      Q.   Or that newspaper?
16      A.  No.
17      Q.   It was all you?
18      A.  Yes.
19      Q.   Do you have any of those
20  records?
21      A.  No.
22      Q.   Have you searched for those
23  records?
24      A.   They probably were in my
25  parents' house at the time.  That kind of
```

Page 83

```
1            G. Craig
2   thing.  In terms of over 45 years, you
3   know, that type of thing.
4       Q.   Do you think they still exist?
5       A.   God knows.
6       MS. CHEN:  We're going to make a
7   request that you guys search for these
8   records.  Best efforts to search.
9       MS. TSYVKIN:  Best effort.
10  That's what is represented in our
11  response.  A best effort was made to
12  search for these things.  This is what
13  he's representing.  He's representing
14  exactly what --
15  BY MS. CHEN:
16      Q.   Have you searched for them?
17      A.  No.
18  RQ      MS. CHEN:  We would like for him
19  to search because this is obviously
20  very relevant if he has written record
21  of licenses and terms in the same time
22  as when the King photographs were
23  taken.
24  BY MS. CHEN:
25      Q.   You said in the late '60s, early
```

Page 84

```
1            G. Craig
2   '70s, you were also a staff photographer
3   for Hullabaloo?
4       A.  Uh-huh.
5       Q.   And that you were paid per
6   assignment?
7       A.  Yes.
8       Q.   Can you explain how you were
9   paid first and what does "per assignment"
10  mean?
11      A.  Okay.  Let's say we're going to
12  do an article and they're going to use
13  five photographs, then, okay, a price.
14      You can never say set and cut
15  dry, is it the cover, is it the inside
16  cover, is it a centerfold, is it a poster,
17  you know, there's all types of things.
18      You remember if you went -- I
19  don't know if you were involved at that
20  time like Henry and I were, Henry was
21  doing David Cassidy posters and crap like
22  that, stuff that you're ashamed of, what's
23  your 50 likes and dislikes, you know, that
24  crap.
25      Q.   I guess I'm trying to figure
```

Page 85

```
1            G. Craig
2   out, so would you, as a staff
3   photographer, take photographs first and
4   then go to an editorial meeting and they
5   say this month or this issue we're going
6   to do a story on this.  Who's got pictures
7   and you raise your hand and say last week
8   or last month I took photographs at this
9   event, you want to see them?  Let's see
10  what we could do with them.
11      A.  It can work in that process.
12      Q.   What would the other processes
13  be?
14      A.   The other process would be well,
15  such-and-such is coming to town.  Hey, we
16  would like to do a cover, we would like to
17  do an article on The Who.  Their tour.
18  And then da, da, da.  Let's put it
19  together.  And let's do it.
20      Q.   So what would you be paid, how
21  would you be paid in terms of, we can take
22  it one at a time, what if it was a cover
23  photo, how much would you be paid?
24      A.   At the time, I can't remember.
25  I'm being honest.
```

22 (Pages 82 to 85)

Page 86

```
1            G. Craig
2      Q.   What about if it was poster, a
3  centerfold poster?
4      A.   750.  Again, these are
5  approximates.  This is not etched in
6  stone.
7      Q.   Would the cover photo be more or
8  less than a centerfold?
9      A.   Really depends on who it is.
10     Q.   And you explained the process of
11 how you gave the light and dark photos to
12 the publications when you were a freelance
13 photographer.
14     A.   Correct.
15     Q.   Is that process the same as when
16 you were a staff photographer?
17     A.   Yes.
18     Q.   You gave the light and the dark
19 and they were stuck to a board?
20     A.   All publishing in the industry,
21 whether it be Vogue, Mademoiselle, I had
22 friends at Mademoiselle, at Parsons, same
23 process, sitting there, putting the issue
24 together on the storyboards.  Sending it
25 out to photograph it, getting it camera
```

Page 87

```
1            G. Craig
2  ready and then to the printer.
3      Q.   I understand obviously when
4  you're doing freelance work, you have to
5  have the handshake agreements each time
6  because it's freelance work?
7      A.   Uh-huh.
8      Q.   What about when you're a staff,
9  what are your terms for using your
10 photographs by the magazine and how did
11 you and the magazine come to understand
12 what those terms are?
13     A.   Well, in the case of Hullabaloo,
14 we knew it was a U.S.-based magazine, and
15 I knew their U.S. Eastern News, which
16 still exists today, was their distributor.
17 So they had distribution throughout the
18 United States, not worldwide and so forth,
19 so you know that.
20          You know, more or less the
21 circulation of the magazine per issue,
22 paid or newsstand so forth, because
23 everybody is ABC audited at the end of the
24 year, because when you go to seek
25 advertising from an advertising agency,
```

Page 88

```
1            G. Craig
2  what's the first thing that the art buyer
3  is asking, okay, what is your circulation
4  rate, leadership and so forth and so on,
5  so you know these facts.
6      Q.   What about the one-time usage
7  and the nonexclusivity of your
8  photographs, were those terms --
9      A.   Yes.
10     Q.   -- the same at Hullabaloo?
11     A.   Yes.  In other words, you're
12 using it for this issue, that's it.  If
13 you want to use it again later on or
14 something, then we will talk about it, but
15 it's a separate usage.
16     Q.   How did the magazine know that?
17     A.   I worked very close with the art
18 director and the editor and they knew it,
19 they're pretty straight people.  Not out
20 to screw people and so forth.
21     Q.   Did you ever -- were you ever a
22 freelance photographer for Atlantic
23 Records?
24     A.   I did something for Atlantic at
25 the time.
```

Page 89

```
1            G. Craig
2      Q.   When?
3      A.   '66, '67.
4      Q.   What did you do?
5      A.   For Sid, for Sid's group, the
6  Young Rascals, I did a series of 45 album
7  covers.
8      Q.   How many photographs of yours
9  were used?
10     A.   On one sleeve, it was one, two,
11 three, four.  On one side.  And then on
12 the other side, one photograph.  So five
13 in total.
14     Q.   How much were you paid?
15     A.   Probably around 1,000,
16 somewhere.
17     Q.   And was there a purchase order
18 or an invoice for this purchase, usage?
19     A.   Again, we want to use the
20 pictures.  Okay.  This is what we want to
21 use it for.  Okay.  Same questions.  50
22 quiz questions.  Same drill.  That's it.
23 Okay, fine.  Let's come to a price.
24 That's it.  Here's an invoice.  And when
25 is the check.
```

23 (Pages 86 to 89)

Page 90

```
 1           G. Craig
 2     Q.   Did you ever give a license for
 3  more than a one-time use?
 4     A.   No.
 5     Q.   You've never given those kind of
 6  licenses?
 7     A.   No.
 8     Q.   Have you ever given an exclusive
 9  license for a photograph?
10     A.   No.  And I'll explain to you
11  this.  Rule of thumb is the following:
12  Copyrights are like songs.  They're in the
13  catalogue.  They get regurgitated over and
14  over again and so forth.
15          Now, if somebody were to come,
16  which I did have that come, Richard was
17  involved with that, with the director Jim
18  Jarmusch for his film this year, okay, and
19  wanted photographs of mine of Iggy Pop,
20  which are the principal stills in his
21  whole movie that's based around my
22  photographs, okay.
23          Well, they came, their U.S.
24  distributor which was Amazon Magnolia and
25  their European distributors wanted
```

Page 91

```
 1           G. Craig
 2  exclusives for posters and all kinds of
 3  garbage, T-shirts and stuff like that, and
 4  they sent us over a contract.  Richard
 5  looked at it.  I asked Henry also, and the
 6  answer was you want the pictures for the
 7  movie, that's it.  Okay.
 8          And then Amazon wanted two
 9  pictures for stills for press, okay.  That
10  was negotiated with Amazon.  That's it.
11  We passed on it.  They wanted what you're
12  talking about exclusive.  They wanted four
13  posters for Japan.  They wanted press
14  material for Europe, because the film is
15  now out in Europe.  They wanted for the
16  DVD.  They wanted for a book.  They wanted
17  for that.
18          And my question to them is what
19  is your usage.  Define it.  How can I tell
20  you -- you want to buy this, okay.  You
21  want to buy the distribution rights for
22  this Coke?  Where?  For how long?  How
23  much?  Guidelines, go to Getty, anybody,
24  and figure out a price.  They have a
25  computer.  What industry do you want to
```

Page 92

```
 1           G. Craig
 2  use it for?  For how long?  How do you
 3  want to use it and so forth?  It's very
 4  easy.  It's a calculator and it spits out
 5  a price.
 6     Q.   I just want to circle back to
 7  something.  With these album covers --
 8     A.   Yes.
 9     Q.   -- so I know you said obviously
10  you didn't get most of your photographs
11  back when you sent them to publications
12  because of the way the publications were
13  printed?
14     A.   Right.
15     Q.   What about for the album covers?
16     A.   Same.  Everything, in any kind
17  of industry that was printed matter,
18  revolved around this process at this time
19  period until everything went digital.
20     Q.   So back in the '60s, early '70s?
21     A.   '80s, '90s.  Almost to 2000,
22  believe it or not.
23     Q.   Okay.  So from the '60s to
24  almost 2000, for artwork to be printed on
25  an album cover, front or back, you sent in
```

Page 93

```
 1           G. Craig
 2  a light or a dark?
 3     A.   Right.
 4     Q.   A light and a dark print?
 5     A.   Yes.
 6     Q.   Those were never returned?
 7     A.   Right.
 8     Q.   And you never asked for them?
 9     A.   It's not a question of asking
10  for them back.  It's a question of what
11  would you want them if the pictures are
12  destroyed.  What are you going to do with
13  them?
14     Q.   And because the pictures were
15  destroyed?
16     A.   Right.  Are you going to start
17  checking storyboards?  You know, it
18  doesn't make sense.
19     Q.   They might be worth a lot these
20  days.
21     A.   Which leads us into another path
22  because a lot of these art departments put
23  their stuff after the publication in the
24  trash.  So based on that, there have been
25  cases that are going on at that point,
```

24 (Pages 90 to 93)

Page 94

```
 1          G. Craig
 2  still today, of dumpster diving.
 3      Q.   Okay.  From the art department
 4  trash, is what you mean?
 5      A.   Gallery, our gallery, has run
 6  across that.  Okay.  Certain people in the
 7  industry, which will remain nameless, were
 8  king of the dumpster divers.
 9      Q.   How would dumpster diving be
10  valuable if, like you said, the
11  photographs were sort of rendered
12  worthless because they were glued and
13  processed and cut?
14      A.   This particular person was a
15  collector at that time period, but then he
16  also took that and sold it on eBay and so
17  forth and so on is like rare, da, da, da,
18  da, kind of thing, you're talking about,
19  the value of something, the vintage
20  whatever.
21      Q.   Who is this person?
22      A.   I choose not to use his name at
23  this point.
24      Q.   Why?
25      A.   I will be pursuing him.
```

Page 95

```
 1          G. Craig
 2      Q.   So then it will be made public.
 3  Who is this person?
 4      A.   At this point, it's not ready
 5  yet  and we will discuss it at another
 6  time.
 7          MS. CHEN:  We will leave a blank
 8      on the page for you to put the name
 9      in.
10          MS. TSYVKIN:  Yes.
11  (INSERT): _____
12  BY MS. CHEN:
13      Q.   Just to confirm with all of
14  these works with these -- when you were
15  selling your photographs, you sent them
16  prints, you kept the negatives; is that
17  correct?
18      A.   Yes, right.
19      Q.   Where did you keep your
20  negatives?
21      A.   At the lab or at home.
22      Q.   Where was your lab and where was
23  your home?  I'm talking about the late
24  '60s, early '70s.
25      A.   Brooklyn for home and the lab in
```

Page 96

```
 1          G. Craig
 2  the city.
 3      Q.   Was your lab your personal lab,
 4  or did you share it with other
 5  photographers?
 6      A.   Both during different time
 7  periods and commercial lab as well.
 8      Q.   In, say, 1969, was it your
 9  personal lab or did you share it with
10  other people?
11      A.   Commercial lab and personal.
12      Q.   Who else shared the lab?
13      A.   Myself.  Sometimes Sardi.
14      Q.   Is that it?
15      A.   Yeah.
16      Q.   How did you choose where to keep
17  the negatives in your lab or in your home?
18      A.   Well, if I'm going to go print
19  something, then I'm bringing it to the lab
20  to print.
21      Q.   So the negatives would stay at
22  the lab, you wouldn't print them and then
23  take everything home?
24      A.   A lot of times, yes.  Like I do
25  that now out of paranoia.  When I do
```

Page 97

```
 1          G. Craig
 2  something for Morrison, I bring it, use
 3  it, and it comes back.  For instance, when
 4  we were printing for the Leica thing, that
 5  stuff went home with me every day.
 6      Q.   And your home in Brooklyn at
 7  that time in 1969, did you share your home
 8  with anyone?
 9      A.   No.
10      Q.   You lived by yourself?
11      A.   Parents.
12      Q.   So you lived with your parents,
13  it was you and your parents?
14      A.   Correct.
15      Q.   How were your negatives kept?
16  Were they filed by date, by name?
17      A.   Yes.  Folder, glassine
18  envelopes.
19          MS. CHEN:  I think we can take a
20      break now, if you guys want to get
21      lunch.
22          (Whereupon, a luncheon recess
23      was taken at 12:31 p.m.)
24
25            *  *  *
```

25 (Pages 94 to 97)

Page 98

G. Craig

1    AFTERNOON SESSION
2    (Time noted: 1:10 p.m.)
3
4    GLEN CRAIG,
5    resumed and testified as follows:
6    BY MS. CHEN:
7        Q.    Good afternoon, Mr. Craig.
8        A.    Okay.
9        Q.    Before we broke for lunch we
10   were talking about your photography
11   practices in the late '60s, early '70s?
12       A.    Correct, yes. Can we clarify
13   one thing?
14       Q.    Yeah.
15       A.    Dates and pricing, okay, they're
16   all estimates. Nobody has like, okay,
17   there it is, on paper. It was $1,000, you
18   know. It's ballpark figures, you know,
19   trying to help you guys, but it's not
20   etched in stone, and so forth, and
21   employment dates. Also same deal.
22           I'd have to go back and research
23   and ask for a whole W-2 record and so
24   forth and so on with earnings and all of

Page 99

G. Craig

1    that stuff.
2        Q.    I understand that all those
3    figures and dates when we're talking about
4    the late '60s and early '70s are
5    estimates. But are those answers you gave
6    to the best of your recollection today?
7        A.    To be honest with you, in 90
8    percent of the cases in terms of dates for
9    employment, yes. But I'm lying, thinking
10   like what time, what time, that type of
11   thing. So the answer is no on the
12   employment. In other words, to the pin,
13   from what month to what month and so
14   forth, no. Rough estimates.
15       Q.    Right. But I just mean that's
16   to the best that you could recollect
17   today?
18       A.    Yes.
19       Q.    Can you represent that if you're
20   saying it's '66 to '75, it's somewhere
21   close to that period?
22       A.    Yes.
23       Q.    It wouldn't be like we're
24   talking '66 to '75, but in reality, it's

Page 100

G. Craig

1    the late '50s or the early '80s?
2        A.    Right. Yes.
3        Q.    So if we're talking about
4    monetary amounts, it's also that if you
5    say 500, it's not going to be 5,000?
6        A.    Right.
7        Q.    It's not $5, but it will be
8    somewhere closer to 500?
9        A.    Yes.
10       Q.    Are there any other
11   clarifications you'd like to make?
12       A.    No.
13       Q.    So before we broke for lunch,
14   you were explaining how the photographs,
15   the prints you would send for publication
16   would not be returned?
17       A.    Right.
18       Q.    Can you explain more about that
19   process? I understand that editors would
20   call you and say: Do you have
21   photographs?
22       A.    Correct.
23       Q.    And is it correct that your
24   response would be: Yes, I have this many,

Page 101

G. Craig

1    and you sent them to them, or how does
2    that process work?
3        A.    Process would work if they were
4    New York based, which probably I would say
5    anybody in the world that's serious, like
6    a Paris Match, a Der Spiegel, has a New
7    York bureau, New York Times, Los Angeles,
8    New York and so forth, okay.
9            We would get together.
10       Q.    So you would meet in person?
11       A.    Sure.
12       Q.    And you would bring in personal
13   prints of photographs that you took?
14       A.    Correct, yes.
15       Q.    What would you do at that
16   meeting?
17       A.    They would propose: Hey, we're
18   doing a story next week in our issue, we
19   have space and we want to run three
20   pictures, whatever.
21           And then the editor would call
22   in the photo editor or the art director,
23   which we spoke the same language
24   figuratively, so I'd ask him some

25   (line 25 continues)

26 (Pages 98 to 101)

Page 102

G. Craig

1 
2 technical questions, blah, blah, blah, and
3 then space usage and whatever it is, what
4 do you want to do.
5     And a lot of times there was
6 already a story already written that they
7 were trying to fill pictures with
8 afterwards type of thing.  It happens even
9 today.  I had that recently with Esquire
10 after the fact.  They had an article and
11 they wanted to do this and they wanted to
12 run a U.S. edition, Asian edition, and so
13 forth and so on.  We will need this, this
14 and this.  Okay.
15     This is what it is.
16    Q.   Would it be at that meeting that
17 the photo editor that you met with selects
18 the one or how many ever photos that he
19 wants to run?
20    A.   Yes.  If the person knew what he
21 was doing.  Like, in anything, at an ad
22 agency, whatever, if you have somebody who
23 is an astute art buyer, knows what they're
24 doing, not there sitting scratching their
25 head at the meeting with, let's say, the

Page 103

G. Craig

1 
2 client and whatever, they're trying to
3 talk their way out of the situation, you
4 know, okay.
5     In other words, if you're
6 precise and you know you need to do this
7 and this, I'm looking for a thing.
8     Example, when I did the Jim
9 Jarmusch movie, he had already started to
10 cut the film and he brought in his editors
11 and so forth, and he saw he needed
12 verticals, horizontals and stuff, and then
13 he wound up having to cut, recut the film
14 to fit the photographs to what he needed.
15    Q.   So I'm really talking about the
16 late '60s, early '70s.
17    A.   Same process always.  It works
18 that way.
19    Q.   So sometimes when you met with
20 these editors in person, you brought the
21 photographs and at the meeting they would
22 decide: I want this?
23    A.   Right.
24    Q.   These photos, and they would
25 print them?

Page 104

G. Craig

1 
2    A.   Yes.
3    Q.   Am I correct in describing the
4 process as they would select the photos
5 and then you would go home and print the
6 light and the dark photos?
7    A.   Exactly.
8    Q.   And then give that to the
9 publication to print?
10    A.   Exactly.
11    Q.   How would you send those light
12 and dark photos?  Was that in person or
13 did you mail them?
14    A.   In most cases I brought them.
15    Q.   Let's talk about the other times
16 when the editors couldn't make a decision
17 at the meeting, then what happens?
18    A.   Well, what, in those days, since
19 there was nothing digital, they would
20 make, let's say, a rough photocopy.  I
21 would use that as a working layout and so
22 forth.  I worked with that process also
23 even, believe it or not, even today,
24 people still work like that.
25     People over at Conde Nast and so

Page 105

G. Craig

1 
2 forth, they're putting an issue together,
3 there's the wall, and they're using
4 photocopies of the pictures on the wall
5 and playing it around and so forth and so
6 on.  Some people, art directors, depends
7 on the person, work like that.
8    Q.   So they would make photocopies
9 of all of the photos you brought?
10    A.   Selection.  Let's say selection.
11    Q.   Did they ever return those rough
12 copies to you?
13    A.   No.
14    Q.   So if they made -- so the
15 process is they select photos that they
16 might want to use?
17    A.   Right.
18    Q.   They make rough copies and then
19 they figure out what they actually want to
20 use?
21    A.   Yes.
22    Q.   And those copies are not
23 returned to you?
24    A.   Right.
25    Q.   And instead they would tell you

27 (Pages 102 to 105)

Page 106

G. Craig

1
2     I want this and this photo, and you would
3     send them the light and the dark of each?
4         A.   Yes.
5         Q.   And those would not be returned?
6         A.   Right.
7         Q.   Were there times that the
8     magazines or newspaper had rough copies of
9     your photographs and didn't select any to
10    print?
11        A.   Yes.
12        Q.   Did they return those rough
13    copies at that point?
14        A.   From the working, you're talking
15    about the working --
16        Q.   Yes.
17        A.   The light and the darks or --
18        Q.   I'm talking about the rough
19    photographs first?
20        A.   No.  No.
21        Q.   What about when they had the
22    light and the dark, was there ever a time
23    they asked you for the light and the dark
24    photographs, but then it never made it to
25    publishing?

Page 107

G. Craig

1
2         A.   Yes.
3         Q.   Did they still pay you for those
4     photographs?
5         A.   No.  In most cases, no.
6         Q.   Did they return those
7     photographs to you?
8         A.   No.
9         Q.   And you also talked about
10    one-time usage?
11        A.   Yes.
12        Q.   So when it's for a publication,
13    can you explain what that one-time use
14    would be for?
15        A.   Okay.  Pick a magazine.
16        Q.   I will make it easier.  When you
17    say one-time usage, do you mean that it is
18    to be run in one issue in one particular
19    space in the magazine in however many
20    copies the magazine decides?
21        A.   Okay.  I will give you an
22    example to explain to you the process.
23    Esquire magazine that I did something for
24    the Christmas issue.
25        Q.   I'm really focusing on the '60s.

Page 108

G. Craig

1
2         A.   But it's the same process.
3              Well, how many pictures did you
4     want to use.  Gets shown a rough of the
5     layout.  Work with the art director and
6     the photo editor of the selection of the
7     pictures of having a hand in that, in most
8     cases.
9              And then okay, we're going to
10    run this for the U.S. edition, but a
11    company like Conde Nast has Vogue England,
12    Vogue South America, Vogue Brazil, on and
13    on and on.
14             Same thing with Esquire that I
15    just did.  We did the U.S. edition first
16    and then the Asian edition contacted me to
17    run a similar almost identical thing.  And
18    they contacted me directly and said okay,
19    we want to run this for our Southeast
20    Asian edition.
21        Q.   So am I correct in saying that
22    your one-time use is for one particular
23    issue?
24        A.   Yes.
25        Q.   Of a particular magazine?

Page 109

G. Craig

1
2         A.   Correct.
3         Q.   In a particular territory?
4         A.   And a territory.
5         Q.   Right.
6         A.   Right.
7         Q.   But it doesn't specify how many
8     copies, so, for example, the one-time use,
9     if their circulation was 10,000 --
10        A.   Wrong.  Let me explain to you.
11        Q.   Let me finish my question.  If
12    their circulation number was 10,000 and
13    that's what they represented to you and
14    they sold 10,000 copies, that's one use?
15        A.   Yes.
16        Q.   Correct?
17        A.   Yes.
18        Q.   So with respect to the album
19    covers --
20        A.   Yes.
21        Q.   -- when you say it's a one-time
22    use --
23        A.   Uh-huh.
24        Q.   -- am I correct in describing
25    that one-time use as you, let's say, for

28 (Pages 106 to 109)

Page 110

```
1          G. Craig
2   CBS, it's a one-time use on that
3   particular album?
4       A.  Yes.
5       Q.  In a particular territory?
6       A.  Yes.
7       Q.  But it could be for as many
8   copies of that same record as the record
9   company wanted to print?
10      A.  No.
11      Q.  So what's the number there?
12      A.  Criterion to ask in those cases,
13  and still today, it's the same thing,
14  what's the territory, for how long, the
15  duration of how long you want it for, and
16  what's your projection of what you want to
17  print initially, and then go into a second
18  run or a third run, okay, which of course
19  they're looking at from here to here in
20  terms of what they think.  Okay.
21          It's like a book.  It's the same
22  thing.  Publisher publishes a book the
23  first run.  Then wants to go into second
24  run, third run and so forth.  Anybody
25  who's smart is going to negotiate
```

Page 111

```
1          G. Craig
2   additional runs.
3       Q.  So what were your -- what was
4   your practice at the time in the late
5   '60s, early '70s with respect to those
6   kind of terms for album cover releases of
7   your photographs, that include your
8   photographs?
9       A.  Okay, you want to use this, for
10  where?  North America?  Let's start out
11  with that.  So you're buying North America
12  first.
13      Q.  Let's go with a concrete example
14  of the Jazz All Stars album.
15      A.  So you're buying this for usage
16  on this product.  You're not buying it for
17  multiple usages.
18      Q.  Right.
19      A.  Okay.
20      Q.  I'm talking about the actual
21  example.
22      A.  Yes, okay.  So then the next is
23  we're doing North America to start off
24  with.  Yes.  Okay.  What do you project
25  that you're going to do in terms of a run.
```

Page 112

```
1          G. Craig
2   Okay.  And then come with a price.
3       Q.  So you had said that they use
4   five small pictures of each of the band
5   members?
6       A.  Yes.
7       Q.  And it was, again, an estimate
8   of 500 to 1,000 for the back cover?
9       A.  Right.
10      Q.  What would that amount -- what
11  does that equal in terms of how many
12  presses or how many copies they were
13  expecting to sell?
14      A.  On an album like that, they'd be
15  looking at 400, 500,000, period, and
16  that's just a rough estimate there because
17  it's a jazz album and they can kind of
18  project their sales.
19      Q.  What about for the Lee Michaels
20  album?  You said it was -- you thought it
21  was about 550 to 750.  Would that then be
22  maybe less in terms of number of copies
23  sold projected?
24      A.  I'm being honest with you,
25  depends on the artist, depends on their
```

Page 113

```
1          G. Craig
2   track record, what the management team at
3   the label puts together in terms of what
4   they think projection-wise in their sales
5   forecasts and so forth.
6       Q.  And you also mentioned that
7   another of the criteria was time period?
8       A.  Uh-huh.
9       Q.  So was the, going back to the
10  Jazz All Stars, was this license for how
11  long?
12      A.  Not perpetual.
13      Q.  So how long was it for?
14      A.  A five-year period.
15      Q.  Was that a standard term for you
16  back then?
17      A.  It really depends on their
18  projection in terms of what they think the
19  outcome will be.  Okay.  Obviously, if
20  you're doing a Beatles cover, you're
21  looking at longevity, you're looking at
22  recycling and so forth.  You're looking at
23  multiple territories and so forth.
24          So, of course the label is going
25  to come to you with those kind of
```

29 (Pages 110 to 113)

Page 114

```
 1          G. Craig
 2    projections that they want to sell with
 3    the campaign.  Okay.  When you finish a
 4    piece of product, and everybody at the
 5    label is sitting there, listening to that,
 6    everybody is putting their two cents in,
 7    the marketing people and so forth, the
 8    advertising people and so forth, and
 9    they're looking at this type of situation
10    as to their projections.
11       Q.   Okay.  But you're the one
12    selling the photograph?
13       A.   Yes.
14       Q.   So you can dictate your terms?
15       A.   Of course.
16       Q.   So would you have agreed to any
17    term longer than five years?
18       A.   No.
19       Q.   For certain albums?
20       A.   No.
21       Q.   So five years would have been
22    the longest --
23       A.   Yes.
24       Q.   -- license you give?
25       A.   Yes.
```

Page 115

```
 1          G. Craig
 2       Q.   If you could please let me
 3    finish my question.
 4       A.   Uh-huh.
 5       Q.   Did you ever give a renewal
 6    license for the Jazz All Stars album
 7    cover?
 8       A.   No.
 9       Q.   Was there ever a renewal for the
10    Lee Michaels cover?
11       A.   No.
12       Q.   Was there ever renewal for the
13    Rascals cover?
14       A.   No.
15       Q.   Did the record labels understand
16    it was a five-year-or-less license period?
17       A.   Yes.
18       Q.   Is that in writing?
19       A.   It would have, on their part it
20    should have been, yes.
21       Q.   I understand when you meet with
22    the publications you meet in person and
23    you have this exchange of conversation and
24    maybe a handshake, correct?
25       A.   Correct.
```

Page 116

```
 1          G. Craig
 2       Q.   With the record labels, would
 3    that be a similar process that you would
 4    meet with, say, the art director?
 5       A.   Correct.
 6       Q.   In person?
 7       A.   Yes.
 8       Q.   So you met with the art director
 9    of the Jazz All Stars in person, for Lee
10    Michaels in person?
11       A.   Yes.
12       Q.   And for the Rascals in person?
13       A.   Of course.
14       Q.   In those meetings, is that when
15    you set out the terms, including the
16    license period and number of copies and
17    the territory and the price?
18       A.   Yes, of course.
19       Q.   Did you ever differ from those
20    standard practices?
21       A.   No.
22       Q.   Did you ever -- and I know you
23    said that most of the publications you met
24    in New York.  Were there any that just
25    didn't have a New York presence and you
```

Page 117

```
 1          G. Craig
 2    had to negotiate with via mail?
 3       A.   No, because one thing I prefer
 4    to work with is to work with the
 5    publication directly hands-on and so forth
 6    because people on the artistic portion
 7    don't want to have a butcher job.
 8          In other words, there has to be
 9    an agreement.  It's your work.  You want
10    to use the work, correct, okay, I want to
11    be represented in a certain way.  If I
12    don't like what I'm seeing and so forth,
13    sorry.  Maybe I'm difficult, but I'm
14    backing away.  I'm telling the person
15    sorry, we can't come to any kind of
16    agreement.  I don't like what you're
17    doing.  I don't want my things represented
18    this way.  So sorry.  I pass.
19          And there has been plenty of
20    those people, either I didn't trust them,
21    didn't like the way they operated, and so
22    forth, their ethics and so forth, and you
23    don't want -- you kind of learn you don't
24    want to get involved with people like that
25    that are going to be a headache down the
```

30 (Pages 114 to 117)

Page 118

```
 1           G. Craig
 2  road.
 3     Q.    So I understand your prior
 4  testimony was that through your work with
 5  Sid Bernstein, you had lots of access to
 6  live events?
 7     A.    Correct.
 8     Q.    When you were taking photographs
 9  at these live events on the side, as you
10  say?
11     A.    Yes.
12     Q.    Would you -- I know that you
13  also said your photo editors knew because
14  of that relationship that you had the
15  access?
16     A.    Yes.
17     Q.    And you probably had
18  photographs, but would you ever market
19  those photographs yourself?
20     A.    No.
21     Q.    Did you ever give copies of the
22  photographs to the artists, and I'm
23  talking about at these live events?
24     A.    The only people that I did that
25  with that I have a personal relationship
```

Page 119

```
 1           G. Craig
 2  still today, who's still alive, is Iggy
 3  Pop, that we worked together 45 years and
 4  we were just together last night.  There
 5  has been a working relationship from that,
 6  yes.
 7     Q.    And these artists are aware that
 8  you're taking their pictures at their
 9  events?
10     A.    Of course.
11     Q.    Did they ever request your
12  photos then?
13     A.    I've had sometimes an artist
14  through the gallery, let's say in the case
15  of Jim Jarmusch, the director, that's how
16  the whole thing started that way, that
17  they contacted Morrison, and then I got a
18  phone call from one of the band member's
19  sister and so forth and started in two
20  different directions requesting things.
21     Q.    I'm talking about again back in
22  the '60s and '70s.
23     A.    Same process.
24     Q.    So when you're taking pictures
25  at these events, is there a manager that
```

Page 120

```
 1           G. Craig
 2  said:  Hey, do you have any good shots?
 3  Could you send them to us?
 4        Has that ever happened?
 5     A.    No.
 6     Q.    Anybody from the record label
 7  say that:  Hey, I saw you taking pictures?
 8     A.    It happened many times, but my
 9  standard answer was let's set up a meeting
10  with the art director or whoever and let's
11  chat.
12     Q.    So would you ever give
13  photographs to an artist, their management
14  or record label without first discussing
15  the terms on which you'd be giving your
16  photographs?
17     A.    The answer is no.
18     Q.    So when you said, you would
19  always say:  Yes, but let's have a meeting
20  first?
21     A.    Yeah.
22     Q.    What would happen at the
23  meeting?
24     A.    What do you want to do, guys?
25  What are you interested in doing?
```

Page 121

```
 1           G. Craig
 2     Q.    Would you bring photographs to
 3  this meeting?
 4     A.    Sometimes, yes.  Sometimes a
 5  second meeting will be established and
 6  then was like okay, what are you looking
 7  for.  And then go back and put those
 8  things together.
 9     Q.    But you never gave your
10  photographs to any artist, management or
11  record label without first --
12     A.    Like I said --
13     Q.    Let me please finish -- without
14  first establishing your standard terms,
15  which as we discussed before were the
16  one-time use, the territory, the
17  nonexclusivity, the time period and also
18  the amount of money to be paid; is that
19  correct?
20     A.    That is correct, if it was a
21  commercial situation with a label coming
22  to me or magazine and so forth.  The only
23  people that I have ever given anything to
24  personally was to the band members of Iggy
25  Pop and The Stooges because we're friends
```

31 (Pages 118 to 121)

Page 122

```
 1           G. Craig
 2    that many years.
 3           And then when two of them passed
 4    away, their sister inherited, who was with
 5    us yesterday here in New York when we were
 6    discussing business.
 7       Q.   And when you came -- when you
 8    sat down for a meeting with the artist,
 9    the management or the record label about
10    using your pictures, were your submission
11    procedures the same as when we discussed
12    about the freelance, so you only submitted
13    once there were terms set, you only gave
14    the photos that they were going to pay
15    for, and that the only copies they had of
16    photographs that they hadn't selected and
17    paid for yet were rough copies?
18       A.   Correct.
19       Q.   Has an artist or a manager or
20    management company ever, and I'm still
21    back in the '60s, '70s period, ever
22    demanded or limited your access by saying
23    if you want access, you have to give us
24    these photographs?
25       A.   The answer is FU.
```

Page 123

```
 1           G. Craig
 2       Q.   Can you explain that?
 3       A.   Okay.  I was trained by Sid
 4    Bernstein.  So I had, should we say, the
 5    legal chutzpah with somebody like Sid
 6    Bernstein of, okay, you know how to pound
 7    on the table and say FU.  Simple.  Okay.
 8    People that fall into this trap today
 9    legally, okay, with these bands of signing
10    riders from the band's manager and the
11    lawyer and so forth, okay, you're limited
12    to three songs, and we own all the rights
13    and so forth and so on to these
14    photographs, blah, blah, blah, blah.
15           Okay, that's more, should we
16    say, now structured.  But did the same
17    thing exist then?  Yeah, verbally.
18    Verbally.
19       Q.   So verbally there were artists
20    or management that told you that if you're
21    at this event, you can only take pictures
22    for the first three songs, and any
23    pictures you took we own?
24           And by "we," I mean artists or
25    management.
```

Page 124

```
 1           G. Craig
 2       A.   No.  Let's correct this.  We're
 3    talking about now.
 4       Q.   I'm talking about the '60s and
 5    '70s.
 6       A.   That did not -- those
 7    restrictions did not exist then.  People
 8    were a little bit more friendlier.  It
 9    wasn't a business type of situation where
10    people were trying to pry on people in
11    terms of gaining for their own selfish
12    interests and so forth.
13           But you have to remember one
14    thing.  If I'm at an event that we're
15    doing, we're the promoter, the band is
16    working for the promoter, it's a whole
17    different story.
18       Q.   So then no artist or management
19    at any event that you've taken photographs
20    at back in the '60s or '70s has ever said
21    to you those photographs that you took of
22    me or of us belong to us?
23       A.   No.
24       Q.   And that was never a part of any
25    verbal agreement or negotiation?
```

Page 125

```
 1           G. Craig
 2       A.   No.
 3       Q.   How did you first meet Mr. King?
 4       A.   I met him through a friend,
 5    okay, and I believe the first time around,
 6    Sid did one of his concerts that he booked
 7    him.
 8       Q.   When you say "did," you mean Sid
 9    Bernstein --
10       A.   Yes.
11       Q.   -- booked one of Mr. King's
12    concerts?
13       A.   Right.  And I believe that was
14    one of the concerts, Central Park,
15    Schaefer Music series that Sid did.
16       Q.   Do you know what year
17    approximately?
18       A.   No, because Sid ran that
19    festival with the city for God knows how
20    many years.
21       Q.   When you say you met him through
22    a friend, is that Mr. Bernstein or someone
23    else?
24       A.   That was a musician friend.
25       Q.   Who?
```

32 (Pages 122 to 125)

Page 126

```
1            G. Craig
2     A.   I think it was Howard who
3  introduced me to him.
4     Q.   What's Howard's last name?
5     A.   Howard Johnson.
6     Q.   Was he in a band or --
7     A.   Howard Johnson is a famous
8  saxophone player, jazz.  Played with John
9  Coltrane, et cetera.
10    Q.   How did Mr. Johnson know Mr.
11 King?
12    A.   Howard did -- was part of the,
13 what you would call the session mafia here
14 in New York, which encompassed half the
15 people that you saw on the David Letterman
16 show, Will Lee and Steve Gadd and so
17 forth.  They were all a tight knit group
18 of people.  Paul Schaefer, the musical
19 director, who was the musical director
20 before at Saturday Night Live.  Howard was
21 in the Saturday Night Live band, which
22 manifested into David Letterman's thing.
23    Q.   When did you first meet B.B.
24 King approximately?
25    A.   Maybe '68.
```

Page 127

```
1            G. Craig
2     Q.   Do you recall where you met?
3     A.   Central Park.
4     Q.   What was going on in Central
5  Park?
6     A.   One of Sid's concerts.
7     Q.   But Sid didn't introduce you?
8     A.   No.
9     Q.   Mr. Johnson did?
10    A.   Yeah.
11    Q.   Did you meet backstage, did you
12 meet before the concert, after?  Can you
13 tell me about the circumstances?
14    A.   It was afterwards that I could
15 remember.
16    Q.   Did you have a long
17 conversation?  What did you talk about?
18    A.   No.  Just hi, kind of thing.
19    Q.   Did you take photographs at the
20 event?
21    A.   I think so.
22    Q.   At this point, you were still
23 employed by Sid Bernstein as the creative
24 director?
25    A.   Yes.
```

Page 128

```
1            G. Craig
2     Q.   Press officer?
3     A.   Yes.
4     Q.   And management assistant?
5     A.   Yes.
6     Q.   What did you do, if anything,
7  with the photographs that you took at this
8  event?
9     A.   Absolutely nothing.  Used them
10 for my portfolio.  I mean, I'm being
11 honest, at that point, I didn't even know
12 who he was.
13    Q.   Okay.  Were you ever employed by
14 Mr. King?
15    A.   No.
16    Q.   So you were never Mr. King's
17 manager?
18    A.   No.
19    Q.   Did you know that your biography
20 on the Morrison Hotel Gallery has stated
21 in the past that you worked as "artist
22 manager, creative director and press
23 officer to B.B. King" in the 1970s?
24    A.   Which was corrected, because
25 Stephanie Dunn from your firm in Nashville
```

Page 129

```
1            G. Craig
2  brought that to the attention.  I did not
3  write that bio because it was supposed to
4  have read Sid Bernstein, not, again, the
5  confusion, Sid Bernstein, Sid whatever,
6  two different people.
7     Q.   So who wrote that biography?
8     A.   The gallery wrote it.  And there
9  were facts incorrect, which I have an
10 e-mail back and forth, not me, but Ben
11 Thompson did.  We reached out to Morrison
12 to please make the corrections which they
13 did, okay, to set the thing straight.
14    Q.   So you didn't write yourself
15 that biography?
16    A.   No, no, no.
17    Q.   Did you review it before they
18 put it up?
19    A.   No.
20    Q.   Why not?
21    A.   They just did it.
22    Q.   You didn't want to know what
23 they were saying about you?
24    A.   To be honest with you, no.
25    Q.   So you never represented to
```

33 (Pages 126 to 129)

Page 130

```
1            G. Craig
2    anybody you were you B.B. King's manager
3    at any point?
4        A.   No.
5        Q.   And you, I think, mentioned that
6    you were like a photography brand
7    ambassador?
8        A.   Uh-huh.
9        Q.   And that you did the exhibition
10   in Germany with them?
11       A.   Yes.
12       Q.   Do you know your current
13   biography on Like a Storm Miami's website
14   also has that similar language that you
15   were B.B. King's manager?
16       A.   No.  I've got to have that
17   corrected.
18       Q.   Did you provide them with your
19   biography?
20       A.   The only biography that I
21   provided them with was my own thing that I
22   had a personal hand in doing.
23       Q.   Where is that biography?  Is it
24   published anywhere?
25       A.   Probably it was.
```

Page 131

```
1            G. Craig
2        Q.   Do you know where?
3        A.   To be honest with you, I know
4    Leica used it, corporate, in the Leica
5    blogs and so forth and so on, yeah.  The
6    updated or the corrected situation is on
7    Morrison.
8        Q.   So you've never personally had a
9    hand in any biography that has represented
10   you to be Mr. King's manager?
11       A.   No.
12       Q.   And you're not aware of any
13   other place in terms of websites or books,
14   articles, where you are represented to be
15   Mr. King's manager?
16       A.   No.
17       Q.   So who's Sid Seidenberg?  Do you
18   know who that is?
19       A.   I think he was at the time the
20   accountant and business manager.
21       Q.   For Mr. King?
22       A.   Yes.
23       Q.   When you say "at the time," what
24   time period are we talking about?
25       A.   What you're talking about.
```

Page 132

```
1            G. Craig
2        Q.   The late '60s, early '70s?
3        A.   Yes.
4        Q.   Did you ever meet him?
5        A.   I did.
6        Q.   When?
7        A.   Probably in '69, '70.
8        Q.   Where?
9        A.   First time at an ad agency.
10       Q.   And how did you meet him at an
11   ad agency?
12       A.   I did some commercials.
13       Q.   For?
14       A.   For a product, and the agency
15   wanted to use him for the music.
16       Q.   When you say "him," you mean
17   Mr. King's music?
18       A.   Yes.
19       Q.   Which ad agency?
20       A.   I don't remember.
21       Q.   So it's not one that exists now?
22   Was it Gray, McCann?
23       A.   Again, I remember it was
24   Southern Bell.  AT&T Long Lines was the
25   product.
```

Page 133

```
1            G. Craig
2        Q.   Was it a TV commercial --
3        A.   Yes.
4        Q.   -- or a radio.
5            In what capacity were you doing
6    TV commercials, because I don't know that
7    you gave me that employment when we were
8    going over the list of --
9        A.   Freelance.
10       Q.   How did you come about to go
11   from photography to TV commercials?
12       A.   How?
13       Q.   Yes.
14       A.   I've always done that.
15       Q.   So your freelance photography
16   also included TV work?
17       A.   Uh-huh.  Well, commercials --
18   not commercials, but the film.
19       Q.   Were you ever employed by Mr.
20   Seidenberg?
21       A.   No.
22       Q.   Did you ever have a personal
23   relationship with Mr. King?
24       A.   Personal personal, no.
25       Q.   What kind of relationship did
```

                                    34 (Pages 130 to 133)

Page 134

```
 1            G. Craig
 2  you have?
 3      A.   A work relationship.
 4      Q.   What kind of work did you do for
 5  him?
 6      A.   When I did the commercials.
 7      Q.   So the only work you've done for
 8  Mr. King are TV commercials?
 9      A.   That was a special project, yes.
10      Q.   Anything else?
11      A.   Something that Sid Bernstein put
12  together.
13      Q.   What was that?
14      A.   Okay, or should we say
15  influenced in the situation with The
16  Rolling Stones.
17      Q.   What was it?
18      A.   Well, Sid put together a Rolling
19  Stones tour and so forth.  And he had a
20  hand in doing all the dates and so forth
21  and so on.
22           Since Sid had a very long
23  relationship with The Rolling Stones, the
24  management and so forth and so on, okay,
25  and they were looking for acts to, what do
```

Page 135

```
 1            G. Craig
 2  you call it...
 3      Q.   To open?
 4      A.   To open for them.
 5      Q.   In what capacity were you
 6  working for Mr. King in that project?
 7      A.   I'm explaining to you this was
 8  in conjunction with Sid Bernstein.
 9      Q.   So are you saying you worked
10  with Sid Bernstein in putting together
11  this tour that included Mr. King?
12      A.   Yes.
13      Q.   With the Rolling Stones?
14      A.   Yes.
15      Q.   So your role was putting this
16  tour together?
17      A.   Yes.
18      Q.   And getting the dates?
19      A.   Yes.
20      Q.   Any other work for Mr. King?
21      A.   No.
22      Q.   When you were doing the
23  commercial and then doing, helping out,
24  putting the tour together, did you
25  communicate with Mr. King directly or was
```

Page 136

```
 1            G. Craig
 2  it through someone?
 3      A.   When we -- let's start with the
 4  commercials.  Commercials were shot; the
 5  process shot, and then the click tracks
 6  furnished.  Okay.
 7           So we were in the studio with
 8  him, okay, as you understand the process
 9  of when you're scoring, there's a time
10  space and so forth, and then he was
11  working with his arranger, okay, to put
12  together time spaces for that spot.
13      Q.   So I understand that obviously
14  Mr. King was involved in putting the music
15  together?
16      A.   Of course.
17      Q.   But in terms of negotiating what
18  his role would be, whether his music would
19  be used, and you said you met Mr.
20  Seidenberg at the ad agency, was Mr.
21  Seidenberg the person who was representing
22  him in figuring out the business aspects
23  of the commercial?
24      A.   Yes.
25      Q.   Is that the same for the tour
```

Page 137

```
 1            G. Craig
 2  dates?
 3      A.   Yes.
 4      Q.   And --
 5      A.   Yes, yes.
 6      Q.   Were you ever employed by Mr.
 7  Seidenberg?
 8      A.   Directly, no.
 9      Q.   So you were employed indirectly?
10      A.   No.
11      Q.   We've talked about Mr. Bernstein
12  a lot, so can you explain generally who he
13  is, and how you met him?
14      A.   Okay.  Sid Bernstein came to my
15  father's bank.  In terms of what you would
16  call in 2017, internship, I started
17  working with him in the summer.  Okay.  He
18  took me under his wing and taught me the
19  booking business, the whole process,
20  dealing with record labels, artists
21  management, so forth.
22      Q.   And you talk about -- when did
23  you meet?
24      A.   Probably 1965, 1966.
25      Q.   You've also referred to his
```

                              35 (Pages 134 to 137)

Page 138

```
 1          G. Craig
 2  business as Bernstein Enterprises?
 3     A.   Yes.
 4     Q.   So what services were offered?
 5  You listed some of them, but can we have
 6  as complete as you can do today?
 7     A.   Sid Bernstein was
 8  representation, artists management,
 9  concert promotion.
10     Q.   Anything else?
11     A.   I would say he'd fall into those
12  three categories, yeah.
13     Q.   Just so we're clear, this is all
14  for -- the representation and management
15  is all for musicians, musical acts, not
16  any kind of other creative person or
17  otherwise?
18     A.   He did some songwriters, he did,
19  of course, musicians.  I think that was
20  about it.
21     Q.   Did he have any relationship
22  with Mr. King?
23     A.   Other than booking him?
24     Q.   Correct.
25     A.   No.
```

Page 139

```
 1          G. Craig
 2     Q.   Do you know how he came to get
 3  the opportunity to book Mr. King's gigs?
 4     A.   It was only in conjunction with
 5  that particular tour that it put together,
 6  but on a regular basis or so forth, no.  I
 7  think he had his own people that did his
 8  booking and stuff.
 9     Q.   When you say "he," you're
10  referring to Mr. King?
11     A.   Or whomever, right.
12     Q.   You had said previously you were
13  employed by Mr. Bernstein?
14     A.   Yes.
15     Q.   I think you said creative
16  director?
17     A.   Uh-huh.
18     Q.   So you were creative director of
19  Sid Bernstein Enterprises; is that
20  correct?
21     A.   Correct.
22     Q.   What were your overall
23  responsibilities?
24     A.   Overall responsibilities was,
25  one, being an assistant in everything.
```

Page 140

```
 1          G. Craig
 2  Okay.  Two, functioning as a press officer
 3  and coordinating, let's say, concerts and
 4  so forth.  Creative director of working
 5  with labels and so forth and so on in
 6  conjunction with concerts that Sid was
 7  doing.
 8     Q.   What do you mean by "working
 9  with labels"?
10     A.   Okay.  I'm going to book you for
11  Carnegie Hall, like last night, the Tibet
12  House concert.
13        So, in other words, Iggy's
14  manager was working with the people, the
15  promoter who put on the press and so
16  forth, and Carnegie Hall and so forth,
17  their public relations and all of that.
18        In other words, who's ever
19  involved in a concert, you know, there's
20  different aspects of, you know, is there a
21  public relations firm that's handling
22  media.
23     Q.   So when you say you're a
24  creative director and you were working
25  with the labels and press, what were you
```

Page 141

```
 1          G. Craig
 2  responsible for, were you responsible for
 3  the tour posters, were you responsible for
 4  the promos, you know, any giveaways,
 5  things like that, were you responsible for
 6  press, what were you doing day to day?
 7     A.   Okay.  It was what we would
 8  coordinate with between, let's say, is the
 9  label, the artist, and/or say sponsor,
10  okay, which, you know, Coke is sponsoring
11  a series of concerts and so forth, so
12  everybody is working together on a team.
13     Q.   How were you paid?  Were you
14  paid per concert, per tour?  How were you
15  paid?
16     A.   In most cases, per concert.
17     Q.   What were you paid per concert?
18  You can give me a range.  I understand it
19  would be different depending on how many
20  people show up.
21     A.   Could be $500, could be 1,000,
22  1,500.
23     Q.   I understand these are
24  estimates.  And I'm still talking about
25  the '60s, '70s, period.
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 142

G. Craig

1
2    A.   Uh-huh.
3    Q.   And this would be paid to you by
4  Mr. Bernstein?
5    A.   Correct.
6    Q.   Not anybody else?
7    A.   Right.
8    Q.   Did you have a contract with
9  Mr. Bernstein?
10   A.   No.
11   Q.   What were the terms of your
12 employment then, was there an office, did
13 you show up, how did you know what you
14 were responsible for?
15   A.   Sid maintained a New York
16 office, yes.  And you come here every day.
17   Q.   So you showed up to work until
18 he told you not to show up to work
19 anymore?
20   A.   No, I chose.  I chose.
21   Q.   So you quit at some point?
22   A.   Yes.
23   Q.   Why did you quit?
24   A.   Other things that I wanted to
25 do.

Page 143

G. Craig

1
2    Q.   In your role as creative
3  director or press officer, did you ever
4  take photographs?
5    A.   Yes.
6    Q.   For that purpose?
7    A.   No.  For myself.
8    Q.   And so when you took
9  photographs, even though -- even when you
10 were employed by Mr. Bernstein, the
11 photographs were always for your side
12 business?
13   A.   Of course.
14   Q.   And never for the Bernstein
15 business?
16   A.   No.
17   Q.   You said you were also a
18 management assistant?
19   A.   Uh-huh.
20   Q.   Can you explain what that
21 entailed?
22   A.   Okay.  Sid had taught me the
23 ropes in terms of his whole business, so a
24 lot of times duties were divided up in
25 terms of the acts that he was managing of

Page 144

G. Craig

1
2  things that had to be attended to.
3    Q.   How were you paid for that
4  position then?  I understand with
5  promoting concerts you can get paid per
6  concert.  How were you paid for your
7  assistance with managing these artists?
8    A.   Depends, let's say, on the
9  project at hand.  What had to be done.
10   Q.   So you were paid per project?
11   A.   Yes.
12   Q.   Did he pay you by check?
13   A.   I think it was, yeah.
14   Q.   And you filled out W-2 forms.
15 Did you pay taxes?
16   A.   On that, yeah.
17   Q.   Did you take photographs as part
18 of your responsibilities as a management
19 assistant?
20   A.   No.
21   Q.   So the photographs was always
22 your side business?
23   A.   Exactly.  Understood situation.
24   Q.   And did Sid Bernstein understand
25 that?

Page 145

G. Craig

1
2    A.   Of course.
3    Q.   So when you worked as a
4  management assistant and you said in your
5  other roles you had to coordinate with
6  labels, based on that experience, do you
7  have an understanding of back in that time
8  period how album covers, how photographs
9  for album covers were selected?
10   A.   Yes.
11   Q.   Can you explain?
12   A.   A lot of times through the
13 course of vanity the artist himself said
14 this is who I want to use and started a
15 temper tantrum.
16   Q.   What about the other times?
17   A.   Other times politically it might
18 be somebody at the label saying:  Hey,
19 this is a good picture.  Let's use it.  Or
20 the art director.
21   Q.   Did it ever come to a point
22 where you were both working as a
23 management assistant and photographer and
24 one of the photos that you were liaisoning
25 with labels to use was one of your

37 (Pages 142 to 145)

Page 146

```
1            G. Craig
2  photographs?
3       A.   The only time that happened was
4  on Atlantic, and that was with the
5  Rascals, that we had control over all of
6  that.
7       Q.   When you say "we," what do you
8  mean?
9       A.   Well, starting with the group
10 obviously.  And then we would make maybe
11 some suggestions.
12      Q.   So I just want to make it clear
13 in my head.  What you're saying is so that
14 was the only situation where you were
15 working with Mr. Bernstein as part of all
16 these management activities, including
17 working with the Rascals, and the Rascals
18 wanted to use one of your photos on their
19 album cover?
20      A.   Correct.
21      Q.   And so that's when you were
22 liaisoning with the record label Atlantic?
23      A.   Yes.
24      Q.   As both management assistant?
25      A.   Uh-huh.
```

Page 147

```
1            G. Craig
2       Q.   And photography?
3       A.   Yes.
4       Q.   And that was the only one?
5       A.   Right.
6       Q.   So who, at the end of the day,
7  has the final say of what the album is
8  going to look like in terms of the cover
9  art?
10      A.   At that point, should we say,
11 and I think it's still that way today, is
12 a tug of war of egos between the label and
13 between the artist.  I think some people
14 have in their contracts, you know, certain
15 things, certain riders and so forth about
16 final selection of song material and
17 creative process and so forth and so on.
18 I guess it really depends on how somebody
19 negotiated a contract with the label,
20 okay.
21      Q.   So previously we talked about
22 your practices.  When you were working for
23 Mr. Bernstein you obviously had access to
24 other photographers and how they gave
25 their photographs and submitted them to
```

Page 148

```
1            G. Craig
2  record labels.
3            Was it typical in that period to
4  not have a written agreement?
5       A.   Yes.
6       Q.   Was there ever a time there was
7  a written agreement for cover art to be
8  used?
9       A.   To my knowledge, that I saw?
10      Q.   Uh-huh.
11      A.   The answer is no.
12      Q.   We talked about your typical
13 business terms.  Were those terms typical
14 for that time period?
15      A.   I can't speak for other people
16 how they handle their business.
17      Q.   Were your rates typical for that
18 period?
19      A.   That, again, I can't answer
20 because I can't speak for somebody else.
21      Q.   What about in the course of your
22 working as a management assistant and
23 press officer, when those things came
24 across your desk or you were involved in
25 the conversations, what was your
```

Page 149

```
1            G. Craig
2  experience in terms of, you know, how many
3  uses, duration?
4       A.   We didn't buy things per se, so
5  I did not have that.  In other words, that
6  was, say, a public relations company
7  dealing with that, okay, or the label
8  itself.
9            In our case, we used the firm
10 John Springer, okay.  That goes back many
11 years in Hollywood.  And you're paying for
12 public relations, you know, and so forth,
13 and they're dealing with all of that.  If
14 they want a picture for the press, they're
15 reaching out to you to buy something, to
16 the photographer or the writer or
17 whatever:  Hey, I like this review you
18 did.  Can we buy this to use this and
19 publish it?
20           That kind of thing.
21      Q.   Did you ever get pushback from,
22 this is from the photographer's side, did
23 you ever get pushback from labels,
24 publications, or really anyone else
25 looking to buy your pictures who said:
```

38 (Pages 146 to 149)

Page 150

```
 1           G. Craig
 2   Your terms are not typical.  These are
 3   what's typical and I will only deal on
 4   these terms?
 5       A.   Yes.
 6       Q.   What did they represent to you
 7   were the typical terms then?
 8       A.   They didn't.  It's just an inner
 9   thing of you don't like the person, you
10   don't like what they're saying, their
11   business tactics and so forth, you just
12   got that feeling, it's like:  Stay away.
13   I don't want to deal with you.
14       Q.   They would represent that to
15   you?
16       A.   You learn very fast of the
17   sharks and snakes in the business.
18       Q.   So you never veered from your
19   insistence on your standard terms?
20       A.   No.  Even until this day, like I
21   say to you.  People come and it's like I'm
22   not hearing, what I want to hear.  It's
23   not being egotistical or stubborn.  It's
24   just not ethical, so I'm sorry.  We can't
25   do anything.
```

Page 151

```
 1           G. Craig
 2       Q.   You said you quit working for
 3   Mr. Bernstein?
 4       A.   Uh-huh.
 5       Q.   When was that?
 6       A.   '70, something.
 7       Q.   After you quit, did you continue
 8   to have a relationship with Mr. Bernstein?
 9       A.   Oh, yeah.  Until he died.
10       Q.   Was it a business or personal
11   relationship?
12       A.   Father/son relationship.  He
13   knew my dad.
14       Q.   So you two were very close?
15       A.   Yes.
16       MS. CHEN:  Let's mark this 3,
17   and then 3A, 3B, 3C.
18       (Craig Exhibit 3, Photograph,
19   marked for identification, as of this
20   date.)
21       (Craig Exhibit 3A, Photograph,
22   marked for identification, as of this
23   date.)
24       (Craig Exhibit 3B, Photograph,
25   marked for identification, as of this
```

Page 152

```
 1           G. Craig
 2   date.)
 3       (Craig Exhibit 3C, Photograph,
 4   marked for identification, as of this
 5   date.)
 6   BY MS. CHEN:
 7       Q.   So I just gave you a document
 8   marked Exhibit Craig 3, 3A through 3C.  I
 9   will represent to you this was Exhibit A
10   that was attached to the Complaint filed
11   in this action.
12       A.   Yes.
13       Q.   Did you take photographs, 3A
14   through 3C?
15       A.   First one, 3A, the answer is
16   yes.
17       3B, yes.
18       And 3C, yes.
19       Q.   Did you take them at the same
20   event?
21       A.   That I beg to say.  Maybe yes,
22   maybe no.
23       Q.   You're not sure?
24       A.   No.
25       Q.   Why not?
```

Page 153

```
 1           G. Craig
 2       A.   Do you remember 45 years ago
 3   what you were doing at what hour?
 4       Q.   I'm the one asking questions.
 5       A.   Well, I'm asking you that
 6   question.
 7       Q.   I'm under no obligation to
 8   answer.
 9       A.   Okay.
10       Q.   If that's your answer that's
11   fine.
12       A.   That's the answer.  No.
13       Q.   When did you take the first
14   photograph 3A?
15       A.   During the period probably 1969
16   to 1970.
17       Q.   When did you take 3B?
18       A.   Same thing.
19       Q.   3C?
20       A.   Same thing.
21       Q.   What makes you say that these
22   three photographs were taken around that
23   time?
24       A.   How?
25       Q.   Yeah.
```

Page 154

G. Craig

1
2       A.   I can look at them from a
3  technical standpoint and say to you that
4  is a Summacron F2 lens on a Leica from the
5  clarity the positions and the framing.
6            This was either a 35 or a 90
7  millimeter Summacron and this was a
8  cropped out picture.  And the original
9  frame was probably 35 millimeter Summacron
10 F2 as well.
11      Q.   Was that the equipment that you
12 used in 1969 to 1970?
13      A.   Yes.
14      Q.   That's how you remember?
15      A.   Yes, of course.
16      Q.   Do you recall where you took 3A,
17 at what event?
18      A.   No.
19      Q.   3B?
20      A.   No.
21      Q.   3C?
22      A.   No.  Time period, yes.  Camera
23 equipment, yes.
24      Q.   I know you said you're not sure,
25 if they were all taken at the same event?

Page 155

G. Craig

1
2       A.   Right.
3       Q.   Is 3B and 3C are they taken at
4  the same event?
5       A.   Let's go to 3A.
6       Q.   There's still a question
7  pending.
8       A.   This is important.  Look at the
9  suit.  Look at the suit.  Okay.  And look
10 at the tie.  Okay.  The tie is the same.
11 Yes.  Suit different.  Shirt different.
12 Okay.  Look at the suit here and look at
13 the suit here.  Different suit.
14      Q.   I'm asking whether B and C were
15 the same event?
16      A.   Yes.
17      Q.   That's what I wanted to know.
18      A.   I'm just bringing to your
19 attention look at the suit.
20      Q.   So let's talk about 3A.
21      A.   Yes.
22      Q.   Do you recall the circumstances
23 that led to you take this photo as in how
24 were you at the event, what were you there
25 for?  Why were you there?

Page 156

G. Craig

1
2       A.   This is probably -- this was
3  definitely a Sid event.
4       Q.   And so just to be clear, when
5  you say it was a Sid event, are you saying
6  that you were there because you worked
7  with Sid and you had access to this event?
8       A.   Correct.
9       Q.   And so you didn't have to buy a
10 ticket?
11      A.   No.
12      Q.   And you were there as press or
13 staff?
14      A.   I was there handling affairs for
15 Sid Bernstein.
16      Q.   What kind of affairs would you
17 need to handle on the day of the concert?
18      A.   Day-to-day operations with him
19 like anything, in terms of working with
20 the house, working with the lighting
21 people, and you know, so forth.
22      Q.   Did anybody ask you to take
23 photographs of this show or was this as
24 you say part of your side business where
25 you just took photos?

Page 157

G. Craig

1
2       A.   Side business.
3       Q.   What about 3B and 3C?
4       A.   Same situation.
5       Q.   It was a Sid Bernstein event?
6       A.   Yes.
7       Q.   You were there handling affairs
8  for him?
9       A.   Yes.
10      Q.   You didn't have to buy tickets,
11 we talked about that?
12      A.   No.
13      Q.   And you took photographs as part
14 of that side business?
15      A.   Correct.
16      Q.   Not because anyone asked you to
17 cover the event?
18      A.   Correct.  To be honest with you,
19 I'm not being derogatory here, people at
20 that time were interested in The Rolling
21 Stones.  That was the big deal.  That's
22 what everybody was asking me for.  That
23 just came, type of situation.  Ike and
24 Tina Turner, the same thing.  Chuck Berry.
25 It was like nobody was interested.

40 (Pages 154 to 157)

Page 158

G. Craig

1
2    Q.   Do you remember at the event for
3    3A was there anyone else there taking
4    pictures?
5    A.   Probably, yeah.
6    Q.   Did Mr. King have a personal
7    photographer with him?
8    A.   No idea.
9    Q.   Tour photographer?
10    A.   Rolling Stones had their own
11    photographer.
12    Q.   But they weren't taking pictures
13    of Mr. King or were they?  You have to
14    answer verbally?
15    A.   To be honest with you, I don't
16    know.  Okay.
17    Q.   And the same questions for 3B
18    and 3C?
19    A.   Same thing.
20    Q.   So you don't know?
21    A.   Right.
22    Q.   There were probably other people
23    there taking pictures?
24    A.   Yes.
25    Q.   But you don't know who?

Page 159

G. Craig

1
2    A.   Uh-huh.
3    Q.   Back to 3A, when did you take
4    this picture, was it during sound check,
5    was it during the concert, was he tuning
6    the guitar, was he playing a song, do you
7    recall any of that?
8    A.   Probably was during the concert.
9    Q.   Were you on stage when you take
10    the photo?
11    A.   No.
12    Q.   Where were you then?
13    A.   Off to the side.
14    Q.   Of the stage or were you off to
15    the side in the crowd?
16    A.   No, in the pit area.
17    Q.   In the pit where the
18    photographers are?
19    A.   Yeah.
20    Q.   What camera and lens did you
21    use?
22    A.   That was a Leica, and that was a
23    35 millimeter.
24    Q.   What kind of film did you use?
25    A.   At that time, the only thing

Page 160

G. Craig

1
2    that I was using exclusively was Illford,
3    I-L-L-F-O-R-D.
4    Q.   Is that color?
5    A.   HP 5.
6    Q.   Is that color or black and
7    white?
8    A.   Black and white.
9    Q.   Is that the exact photograph
10    that you took?  By that, I mean is it
11    cropped, is it flipped, is it different
12    color somehow?
13    A.   Okay.  Let's look at 3A.  This
14    is one from a design standpoint, when I
15    shoot, that is full frame right out of the
16    Leica.  Afterwards, I noticed there have
17    been alterations to this photograph, not
18    by me, but by whomever.
19    Q.   That's what I mean.  So what
20    alterations have been done on this
21    particular print versus what you took?
22    A.   Okay.
23    Q.   Has this been cropped?  Has this
24    been flipped?
25    A.   Well, as I understand it, okay,

Page 161

G. Craig

1
2    and what we have discovered, in the case
3    of some ads where this picture was used,
4    it was cropped vertically.
5    Q.   I'm referring very specifically
6    to this.
7    A.   This photograph we're talking
8    about.
9    Q.   I mean, this print versus the
10    picture you took, is there anything out of
11    frame that we're not seeing here?
12    A.   No.
13    Q.   Are the colors changed from what
14    you originally took?
15    A.   It's a shit print job, I can
16    tell you that.
17    Q.   So this is not something I would
18    have gotten if I had a negative and made a
19    copy?
20    A.   No.
21    Q.   We will go back to 3B and 3C,
22    the same questions.  Where were you when
23    these photographs were taken?
24    A.   Okay.  This was probably taken
25    from the pit area.

41 (Pages 158 to 161)

Page 162

```
1              G. Craig
2      Q.   At a concert?
3      A.   Right, uh-huh.
4      Q.   During the concert?
5      A.   During the concert, probably,
6   yeah.
7      Q.   And what camera and film did you
8   use and lens?
9      A.   Leica.  This was, bom, bom, bom,
10  I got to say, remember, whoever cropped
11  this, okay.  This has been cropped.  It's
12  not my framing.
13     Q.   Just for the record, he's
14  pointing to 3B?
15     A.   Yes.  Okay, so the original, I
16  would have to say probably was a 90
17  millimeter Summacron, but it's a bad crop
18  job.
19     Q.   Was it in color because this is
20  in color, or did you take it in black and
21  white?
22     A.   Okay.  This is a bad example of
23  a butchered job.  Meaning that picture
24  lost all of its tones, definition, shadow
25  areas and so forth.  I had experimented
```

Page 163

```
1              G. Craig
2   with a couple of different fills, Kodalith
3   film that I had used for a Rascals cover.
4   This did not start out.  This started out
5   as a regular black and white photograph.
6   Whoever did the butchered job afterwards
7   on it doesn't know photography.
8      Q.   Do those comments apply to 3C as
9   well?
10     A.   As well.
11     Q.   The same event?
12     A.   Right.
13     Q.   It was in black and white?
14     A.   Yes.
15     Q.   Same camera?
16     A.   Right.
17     Q.   And the butchered job?
18     A.   Right.  And horrible.  I'm
19  ashamed.
20     Q.   These two 3B and 3C both include
21  the letter "BB"?
22     A.   Uh-huh.
23     Q.   Were those in your original
24  photographs?
25     A.   Of course not.  Of course not.
```

Page 164

```
1              G. Craig
2      Q.   Where did you get those two
3   photographs then?
4      A.   We bought this originality, or
5   should we say this abortion on eBay.
6      Q.   What did you buy, was this a
7   print?
8      A.   No.  This was a book, okay, of
9   which those pictures were doctored up for
10  the cover, and converted with color and so
11  forth and so on, yeah.
12     Q.   What book?
13     A.   It was a B.B. King tour book.
14     Q.   Is that the same book you were
15  mentioning earlier that had the layout
16  from Changes?
17     A.   Exactly.  That was the start of
18  the trail of the children.
19     Q.   Do you know what the name of the
20  tour book is?
21     A.   No.  But we bought copies of it.
22     Q.   Do you know who published it?
23     A.   To be honest with you, the
24  publisher, no.  We found two copies on
25  eBay.
```

Page 165

```
1              G. Craig
2      Q.   So these were scans you took
3   from the book?
4      A.   Yes.
5      Q.   That had these prints?
6      A.   Right.
7      Q.   Did the book mention where these
8   photographs are from?
9      A.   No.
10     Q.   Did the book mention who took
11  them?
12     A.   No.
13     Q.   So the book didn't reference --
14  didn't give any history or explanation for
15  these photographs?
16     A.   Absolutely not.  This was what I
17  was insinuating to you before, that when
18  we found this now recently, and we saw the
19  direct correlation, and we conferred with
20  the Rock and Roll Hall of Fame archivalist
21  and so forth, and we have the copy of the
22  Changes Magazine and there was the layout
23  in the middle that was politely taken, or
24  however, from Changes Magazine, minus my
25  name.  That's the start of this whole
```

42 (Pages 162 to 165)

Page 166

```
 1          G. Craig
 2  nonsense here.
 3      Q.   Who did you speak with at the
 4  Rock and Roll Hall of Fame?
 5      A.   One of the archivists.
 6      Q.   What were you speaking to him or
 7  her about?
 8      A.   We were looking for a clean copy
 9  of Changes Magazine.  I had one that was
10  through the years, you know, the paper
11  turns brown and crumbles and so forth.
12  They had everything scanned, digitalized
13  microfilm and they have the original copy
14  of that magazine in their archives.  But
15  they were gracious enough to send us over
16  that.
17          MS. CHEN:  And we're asking for
18      production of that copy.
19          THE WITNESS:  Yeah.
20          MS. TSYVKIN:  Of Changes
21      Magazine?
22          MS. CHEN:  Yes.
23      A.   Sure.  That was what we looked
24  at, and we saw the correlation of their
25  Changes Magazine where those three
```

Page 167

```
 1          G. Craig
 2  photographs do not appear, but the layout
 3  in the middle was generously taken and put
 4  into this book.
 5          MS. CHEN:  Off the record.
 6          (Thereupon, a recess was taken,
 7      and then the proceedings continued as
 8      follows:)
 9  By MS. CHEN:
10      Q.   So you explained that 3B and 3C,
11  you saw those in the tour book?
12      A.   Yes.
13      Q.   Was 3A in the tour book as well?
14      A.   Yes.
15      Q.   So is this exhibit a scan that
16  you took from the tour book?
17      A.   No.
18      Q.   No.
19      A.   This is my actual from the
20  prints.  This one?
21      Q.   Yes.
22      A.   Yeah.
23      Q.   So this is a copy of a print of
24  the photograph that you took?
25      A.   Yes.
```

Page 168

```
 1          G. Craig
 2          MS. TSYVKIN:  Indicating 3A.
 3      Q.   Yes, 3A?
 4      A.   3A, yes.
 5      Q.   Do you have the negatives for
 6  3A, 3B or 3C?
 7      A.   Yes.
 8      Q.   For all three?
 9      A.   Yes.
10      Q.   So you have a -- so do you have
11  original prints of 3B and 3C?
12      A.   Printed we have -- I have 3A.
13  And I didn't bother to print -- maybe
14  those.
15      Q.   "Those," as in 3B and 3C?
16      A.   Yeah.
17      Q.   Why didn't did you print 3B or
18  3C?
19      A.   You're talking about now or
20  then?
21      Q.   Both.  Let's start with then.
22      A.   Then, yes.  Now, there is no --
23  nobody asking.
24      Q.   When you say "then, yes" as in
25  back then when you took the photographs,
```

Page 169

```
 1          G. Craig
 2  you did make prints of 3B and 3C?
 3      A.   Yes.
 4      Q.   Where are those prints?
 5      A.   I have prints, I believe, yes,
 6  in that batch that was at Changes was
 7  also.
 8      Q.   That batch as in 3B and 3C was
 9  at Changes?
10      A.   Uh-huh.
11      Q.   Is it your testimony that 3B and
12  3C was given to Changes Magazine?
13      A.   Yes.
14      Q.   And we talked about the
15  submission procedures before.  So is it
16  your testimony that 3B and 3C, was it the
17  light and dark photos that were given to
18  Changes or the rough bad copies that were
19  submitted?
20      A.   No.  Those were light and darks
21  of uncropped pictures.
22      Q.   And without the BBs?
23      A.   Yes, whoever added those things
24  on afterwards.
25      Q.   Was 3A part of the crop that you
```

43 (Pages 166 to 169)

Page 170

1           G. Craig
2  gave to Changes Magazine?
3       A.   No, that was the original full
4  frame.
5       Q.   I'm sorry.  I meant crop as in
6  batch.
7       A.   Yes, crop.
8       Q.   Is it part of the batch of
9  photographs that you gave to Changes?
10      A.   Yes.
11      Q.   Was it in the same batch as 3B
12  and 3C?
13      A.   Yes.
14      Q.   So would it be fair to say that
15  3A, 3B and 3C were taken close in time?
16      A.   Yes.
17      Q.   When did you develop the
18  photographs?  And by that, I mean you took
19  the pictures at an event, did you then go
20  to your lab the next day and develop it or
21  did you wait a week?  What was your
22  process?
23      A.   Depending on how busy I was, you
24  know, and so forth, and I had a moment to
25  go in and run film.

Page 171

1           G. Craig
2       Q.   So if you were not busy, would
3  you go the next day?
4       A.   No.
5       Q.   Would you go a week later?
6       A.   Within some days, yeah, yeah.
7       Q.   Was it your practice to develop
8  all the photographs you took?
9       A.   Yes.
10      Q.   And by that, I mean I've taken
11  photographs where I know that's probably
12  not going to come out well, so I wouldn't
13  get those printed.  Did you ever have
14  where:  I just wasted that roll of film,
15  I'm never going to actually print those?
16      A.   Yeah.
17      Q.   Or develop those, I guess?
18      A.   Well, develop them, yes.  But
19  print them, no.
20      Q.   At the first event where you
21  took 3A, do you remember how many rolls of
22  film you used?
23      A.   All 36-exposure rolls, okay,
24  three Leica bodies, one roll in each, two
25  35 millimeters of different types of glass

Page 172

1           G. Craig
2  from Leica, and a 90 millimeter on the
3  other one, so probably I would say five
4  rolls, six rolls.
5       Q.   Did you develop all of those
6  photos?
7       A.   Yes.
8       Q.   And you still have those
9  negatives?
10      A.   Yes.
11      Q.   Now moving on to 3B and 3C, how
12  many rolls of film do you think you used?
13      A.   Probably the same.  You're a
14  little bit more conservative when you're
15  shooting film than shooting digital.  I
16  teach students and so forth that come in
17  the digital age of pressing the burst
18  button and producing 1,000 pictures of
19  garbage and then selecting one photograph
20  out of it.
21      Q.   And I think you said before you
22  have the negatives for 3B and 3C?
23      A.   Yes.
24      Q.   And all the other pictures you
25  took at that time?

Page 173

1           G. Craig
2       A.   Yeah.
3       Q.   You said earlier that you keep
4  your negatives at either your lab or in
5  Brooklyn at home?
6       A.   Uh-huh.
7       Q.   Your lab in the city, is that
8  where you developed both 3A, 3B and 3C?
9       A.   At the time?
10      Q.   Yes.
11      A.   Yeah.
12      Q.   This was the lab that, at the
13  time you shared with Ms. Klein?
14      A.   Yes.
15      Q.   Is she the only other person who
16  would have had access to that lab?
17      A.   Correct.
18      Q.   At that time?
19      A.   Yes.
20      Q.   It was locked?
21      A.   Yes.
22      Q.   Were your negatives locked like
23  filing cabinets have locks, right?
24      A.   Yeah.
25      Q.   So it was also under lock?

44 (Pages 170 to 173)

Page 174

```
 1           G. Craig
 2      A.   Yes.
 3           Now, in the case of a commercial
 4  lab, you're a victim to employees working
 5  there and so forth and maybe trying to
 6  help themselves to things.  I've heard
 7  stories like that from photographers.
 8      Q.   So there was no assistant at the
 9  lab helping you?  And Ms. Klein?
10      A.   No.
11      Q.   You did it all by yourself and
12  she did it all by herself?
13      A.   Right, of course.
14      Q.   You said 3A and 3B and 3C were
15  all in the same batch of photographs that
16  you submitted Changes?
17      A.   Correct.
18      Q.   Can you explain the
19  circumstances behind that, what lead to
20  you submitting the photographs, who did
21  you speak to, when, where?
22      A.   Sure.  Sure.  Okay.  They were
23  primarily interested like every magazine
24  in America at that time period, that was
25  the first time since probably 1965 or 1966
```

Page 175

```
 1           G. Craig
 2  that Rolling Stones did any live gigs.  It
 3  was their first time out since that time
 4  period.  So every magazine was clamoring
 5  for Rolling Stones pictures.  That was the
 6  interest, the Rolling Stones, not Chuck
 7  Berry, not B.B. King, not Ike and Tina
 8  Turner.  Nobody cared.
 9      Q.   So did someone call you for the
10  B.B. King photos, or did you call them and
11  say hey:  I also took pictures of the
12  owner.  Do you want to see?
13      A.   When I did the issue of Changes
14  Magazine and I sold the pictures to
15  Changes, I had mentioned it.  And they say
16  -- oh, okay, maybe we'll do a story on,
17  you know, one of the other artists.  Can
18  we see pictures and work up maybe a layout
19  here?
20      Q.   So --
21      A.   Which not to interrupt you, that
22  came to fruit afterwards, they decided to
23  do a thing on Ike and Tina Turner, they
24  decided to do a thing on B.B. King later
25  on, months later.
```

Page 176

```
 1           G. Craig
 2      Q.   So the process was you were
 3  contacted by Changes for photographs of
 4  the Rolling Stones?
 5      A.   Correct.
 6      Q.   Which you were able to sell to
 7  them?
 8      A.   Yes.
 9      Q.   And you mentioned you also had
10  photographs of Mr. King?
11      A.   Right, exactly.
12      Q.   Was it at that point that they
13  said sure, we'd be interested.  Can we see
14  them?  Or was it months later that they
15  said:  Hey, we're doing an article on
16  these acts, can we see the photographs?
17      A.   Initially, there was no interest
18  immediately.  Like let's, you know, let's
19  get it out, type of thing.  No, some time
20  passed.
21      Q.   A couple of months?
22      A.   If we look at the dates and we
23  have to go back and look at the dates of
24  the issues, I would say there's the
25  Rolling Stones first.  And a month or two
```

Page 177

```
 1           G. Craig
 2  goes by, and then da-da.  Like that.  It
 3  was like maybe they needed to fill in an
 4  issue and they were hard up for something,
 5  so let's do this or let's do that kind of
 6  thing, but it wasn't kind of urgency, no.
 7      Q.   So then if you were mentioning
 8  that you had photos of Mr. King in
 9  conjunction with The Rolling Stones, would
10  it be fair to say that these photos, that
11  3A through 3C were taken during that
12  Rolling Stones, B.B. King tour?
13      A.   Yes, I would say so.
14      Q.   To the best of your recollection
15  today?
16      A.   Yeah, I would say, yeah.
17      Q.   So when you first were contacted
18  by Changes for Rolling Stone photos, who
19  contacted you?
20      A.   Their editor.
21      Q.   Who's that?
22      A.   Let's see who contacted us.
23      Q.   If you don't remember right now,
24  we can leave a blank and you can fill it
25  in.
```

45 (Pages 174 to 177)

```
 1            G. Craig
 2      A.   To be honest, no.
 3   (INSERT): _____
 4           MS. CHEN:  Leave a space,
 5      please.
 6             MS. TSYVKIN:  You can ask
 7      whether he remembers or not.
 8             MS. CHEN:  I did.
 9   BY MS. CHEN:
10      Q.   Do you remember?
11      A.   Which person there?  The answer
12   is no.
13      Q.   You mean which person was the
14   editor on The Rolling Stones issue?
15      A.   Yes.
16      Q.   Do you recall how it progressed
17   from him reaching, or her reaching out to
18   you to the photos being printed?  Was
19   there an in-person meeting like you said
20   before?
21      A.   Of course.
22      Q.   Did you bring a batch of photos
23   at that point?
24      A.   I did.
25      Q.   Did the editor select photos
```

```
 1            G. Craig
 2   during the meeting to print?
 3      A.   No.
 4      Q.   Did he come back to you -- did
 5   he make rough copies of prints that he
 6   liked at the meeting?
 7      A.   No.
 8      Q.   How did it progress to he didn't
 9   select anything at that meeting to
10   printing your photos?
11      A.   They, I guess, discussed it
12   internally about space-wise and so forth,
13   how many, and so forth.  They didn't seem
14   too sure at that point.  To me it seemed
15   like a kind of like a fill-in kind of
16   thing.  Okay.  We got some extra space.
17   Let's dump stuff in there.
18      Q.   How many photographs of The
19   Rolling Stones did you sell for that
20   issue?
21      A.   I think it was 10 the first
22   time.
23      Q.   Is this 1969 or 1970?
24      A.   Almost the end of year of 1969
25   into '70.
```

```
 1            G. Craig
 2      Q.   So when the editor came back and
 3   said yes, we fixed out what we want, did
 4   he specify what he wanted, which
 5   photographs?
 6      A.   At that point, they were still
 7   choosing and they said roughly we want to
 8   use this number of pages, and we want to
 9   do a cover.  And we're going to spread
10   this story over approximately five or six
11   pages, so they were like okay type of
12   thing.
13           In other words, I guess it was a
14   work of progress for them in terms of how
15   big or how they wanted to stretch it out
16   type of thing.
17      Q.   How did you know what pictures
18   to submit to them?  Did you submit the
19   light and dark photographs or did you
20   submit rough copies at that one?
21      A.   I had submitted at that point
22   what you -- what I would consider or you
23   would call it a work print.
24      Q.   What's the difference between a
25   work print and a print?
```

```
 1            G. Craig
 2      A.   Time spent.
 3      Q.   What does time spent have on the
 4   effect of the quality of a print?
 5      A.   If you're printing for just eh,
 6   you know, you're giving somebody a decent
 7   print.  If you're printing for an
 8   exhibition, you may spend six hours.  You
 9   may spend a day on printing one
10   photograph.
11      Q.   And were the work prints sent to
12   the magazine for the purpose, the sole
13   purpose of helping them choose which
14   photos?
15      A.   Correct.
16      Q.   So I think you testified before
17   you always handed the photos in person?
18      A.   Yes.
19      Q.   Is that the same process here?
20      A.   Yes.
21      Q.   Did they ever return to you the
22   work prints?
23      A.   For which one?
24      Q.   The Rolling Stones.  We're still
25   on the Rolling Stones here.
```

46 (Pages 178 to 181)

Page 182

G. Craig

1
2    A.   Yes.  Except for the damaged
3    ones that were used in the layouts.
4    Q.   Once they decided which ones
5    they were going to print and where they
6    would print it, is that when you
7    negotiated your terms?
8    A.   Correct.
9    Q.   Including your standard terms of
10   one year?
11   A.   Yes.
12   Q.   The territory?
13   A.   Yes.
14   Q.   Nonexclusive?
15   A.   Yes.  And North America.
16   Q.   The territory?
17   A.   Yes.
18   Q.   Is the work print of a quality
19   that a magazine would actually just use
20   that and run it?
21   A.   To be honest, yes.  Not my
22   standards, but a lot of people get away
23   with that, yeah.
24   Q.   Did you ever have a policy then
25   when you gave out work prints to ask for

Page 183

G. Craig

1
2    them back?
3    A.   I think out of courtesy
4    probably, yes, uh-huh.
5    Q.   How often would you say those
6    were returned?
7    A.   Sometimes yes.  Sometimes no.
8    Photographers at that time period had that
9    particular program, and I heard stories
10   from different photographers from people
11   like Sony and on down that things were not
12   returned and were kept in files and things
13   like that.
14          Recently, I heard a story from a
15   photographer from Morrison that they went
16   and rescued stuff.
17   Q.   So then let's talk about the
18   issue that had the B.B. King photographs.
19   A.   Yes.
20   Q.   Who reached out to whom after he
21   first suggested that you had photos of
22   Mr. King that they might want to run?
23   Then a couple of months later who reached
24   out to whom?
25   A.   The editor said:  Hey, we're

Page 184

G. Craig

1
2    going to get around to doing something.  I
3    know you had stuff, blah, blah, blah, so
4    we want to do something in one of the
5    issues.
6    Q.   This is the same editor as --
7    A.   Yes.
8    Q.   -- that we referred to earlier?
9    A.   Yes.
10   Q.   That you don't remember?
11   A.   Right.
12   Q.   Was it Ruby Mazur?
13   A.   Ruby Mazur was the art director.
14   Q.   So it wasn't Ruby Mazur?
15   A.   Right.
16   Q.   Did Ruby have any role in
17   selection of photos?
18   A.   Oh, definitely.
19   Q.   So he was a part of the process?
20   A.   Oh, yeah.
21   Q.   For both of these issues?
22   A.   Yes.
23   Q.   But he wasn't the person who
24   asked you for the photographs?
25   A.   No.

Page 185

G. Craig

1
2    Q.   So then let's go back to the
3    Rolling Stones issue.  When you met with
4    Changes, who did you meet with?
5    A.   I sat with the publisher, I sat
6    with the editors and a few of the writers,
7    and they were kicking ideas around of what
8    they wanted to do.
9    Q.   Was Ruby there?
10   A.   I believe so.
11   Q.   Who makes the final decision on
12   -- to the best of your knowledge, who made
13   the final decision on which of the
14   photographs to use in the Rolling Stones
15   issue?
16   A.   To be honest with you, I don't
17   know.  Could be a choice between the
18   editor and the art director.  I don't
19   know.
20   Q.   Who was the person that you
21   corresponded with, was there one person in
22   particular that was liaisoning?
23   A.   No, it depends on which editor
24   was doing what for a particular issue, so
25   I might work with a different editor.

47 (Pages 182 to 185)

Page 186

G. Craig

1
2      Q.   I'm talking just specifically
3  for the Rolling Stones issue.  Was there
4  one particular person you corresponded
5  with about this process?
6      A.   No.
7      Q.   How many people would you say
8  you talked to about this process?
9      A.   Two or three different people
10 there.
11     Q.   Who, if you can remember?  Even
12 their titles help.
13     A.   I know I had spoken to a writer,
14 but he was not involved in the process,
15 but was possibly going to write an
16 article.  He put his two cents in.  The
17 publisher, but she was never there.  She's
18 still alive, but she was busy doing her
19 other stuff.
20     Q.   So who would you talk to when
21 you were discussing your terms of this is
22 one-time use?  This is nonexclusive, the
23 territory is only North America, what's
24 your circulation?
25     A.   In other words, whoever was -- I

Page 187

G. Craig

1
2  was doing stuff a bunch of times with
3  them, so I kind of knew the groundwork.
4  The circulation didn't change overnight
5  from, you know, 100 million to, you know,
6  what I mean, so it was pretty much like
7  that was their run all the time.
8      Q.   So who did you have a
9  conversation with so that the magazine had
10 that initial knowledge that these are
11 Glen's terms?
12     A.   Whoever was assigned to that
13 particular issue to oversee the other
14 editors and the writers and stuff like
15 that and coordinate all of that stuff
16 together.
17     Q.   And that changed from issue to
18 issue?
19     A.   Of course, yes.
20     Q.   So when we get to the issue with
21 the B.B. King photos, who reached out to
22 you?
23     A.   One of the editors that was at
24 the original chat, and they must have you
25 talk again amongst themselves and decided

Page 188

G. Craig

1
2  well, okay, we need it.  We're coming up
3  with an issue.  We need space to fill.
4  Let's do a, you know, a B.B. King issue or
5  that kind of thing.
6      Q.   Did you have an in-person
7  meeting with that person?
8      A.   Yeah, sure.
9      Q.   Was anyone else there?
10     A.   A couple of the writers
11 probably.  Maybe one of the other editors.
12     Q.   Was this when you brought in
13 your batch of photographs?
14     A.   Yes.
15     Q.   This is the batch that included
16 3A to 3C?
17     A.   Yes, correct.
18     Q.   Did the magazine decide during
19 that meeting that they wanted to buy
20 photographs from you?
21     A.   Yes, but they didn't know how
22 many.
23     Q.   Or which ones?
24     A.   Yes.
25     Q.   They didn't know which ones?

Page 189

G. Craig

1
2      A.   Right.
3      Q.   So what did you do with your
4  photos?  Did you give them working prints,
5  did they make rough copies to decide?
6      A.   They had some work prints.
7      Q.   How many working prints did you
8  bring in your batch approximately?
9      A.   Roughly 50, 60 maybe.
10     Q.   How many working prints did
11 Changes take or request?
12     A.   They wanted all of them.
13     Q.   Did you give them all of them?
14     A.   Yes.
15     Q.   The working prints for all the
16 photographs?
17     A.   Yes.
18     Q.   Including 3A through 3C?
19     A.   Yes.
20     Q.   Did they return them?
21     A.   Some returned.  The ones used
22 from the, what do you call it, in the
23 issue, okay, of course were unusable
24 afterwards.  They were on storyboards.
25     Q.   So they returned 3A through 3C,

48 (Pages 186 to 189)

Page 190

```
1              G. Craig
2    the working prints?
3         A.   No.
4         Q.   They did not?
5         A.   No.
6         Q.   How do you know that?
7         A.   Because I afterwards did an
8    inventory.
9         Q.   When afterwards?
10        A.   When the issue came out.
11        Q.   What were you doing an inventory
12   of?
13        A.   Okay, this was used.  Okay, this
14   was used.  There's pictures here missing.
15        Q.   So was it your practice then
16   that you gave working prints and then they
17   say:  Here are all the working prints back
18   that we didn't use, so the ones that are
19   missing are the ones that we printed?
20        A.   No, incorrect.
21        Q.   So what's the process?
22        A.   The process with everybody else
23   was okay, look, choose, and then decide
24   and I'll print.
25        Q.   I'm talking about this specific
```

Page 191

```
1              G. Craig
2    issue?
3         A.   With them, I had a very nice
4    relationship of trust and so forth with
5    them.
6         Q.   Is what I described correct with
7    that issue?
8         A.   Yes.
9         Q.   So, for example, if you gave 60
10   and they only gave you 50 working prints
11   back, your assumption was when the issue
12   comes out, those 10 that are missing are
13   going to be in the issue?
14        A.   Yes, my assumption.
15        Q.   Right.
16        A.   Yes.
17        Q.   So your testimony was that 3A
18   and 3C, the working prints didn't come
19   back?
20        A.   Right.
21        Q.   So when the issue came out, you
22   expected to see 3A to 3C in the issue?
23        A.   Right.  And if you see the copy
24   of Changes Magazine, which we're going to
25   furnish you, you can see which pictures
```

Page 192

```
1              G. Craig
2    were actually used and those children were
3    not used.
4         Q.   When you saw that 3A, 3B and 3C
5    were not used, did you ask Changes:  Hey,
6    what did you do?
7         A.   Oh, definitely.  I did.
8         Q.   What did they say?
9         A.   I don't know what happened to
10   them.
11        Q.   Who did you speak to?
12        A.   One of the editors.
13        Q.   Do you remember who?
14        A.   I think his name was Jack.
15        Q.   Did you speak with Ruby?
16        A.   Ruby was gone.
17        Q.   When the B.B. King issue came
18   out, Ruby was gone?
19        A.   After the issue came, Ruby left
20   the building and that's when Ruby popped
21   up at ABC Dunhill.
22        Q.   Were these three pictures the
23   only prints, only working prints that you
24   didn't get back and that also weren't in
25   the issue?
```

Page 193

```
1              G. Craig
2         A.   Yes.  What we're trying to
3    explain to you of the direct correlation
4    here of that time period, okay, and you're
5    talking 1969, 1970, okay.  And then we
6    found in 2014 when I'm doing the research
7    for the Leica exhibitions, and I start to
8    dig.  I'm finding stuff at the Rock and
9    Roll Hall of Fame.  I'm finding stuff at
10   Lincoln Center at their archives that Sony
11   uses regularly and so forth.  A lot of
12   people donate their archives, producers
13   and stuff there, so it's a good point of
14   research.
15             Well, we had the shocker because
16   that book that we bought, Richard and I
17   bought on eBay, two copies, we go holy
18   shit.  There is the pictures.  There's the
19   layout from Changes Magazine without my
20   name.  So we're going, light bulb, let's
21   put 2 and 2 here.  Here's the issue of
22   Changes that comes out in 1969, 1970.  And
23   around '70 to '71 this book was published,
24   okay, and there's the start of the
25   hemorrhage.
```

49 (Pages 190 to 193)

```
1              G. Craig
2       Now, why I say this is the proof
3  is there's the layout in the magazine with
4  my name on it. There's the layout in that
5  book without my name on it. Now how did
6  they get that layout for that book? Who
7  gave them to them?
8       Q.   You do understand that the
9  defendants here didn't publish that book?
10      A.   No, no, but I'm explaining to
11 you this is the source. You guys were
12 wondering where the hell this all started
13 from.
14      Q.   Did you ever provide 3A through
15 3C to any other magazine for publishing?
16      A.   No.
17      Q.   Did you ever try to sell those
18 in any way?
19      A.   These pictures, along with other
20 photographs, were put aside for current
21 work, current projects, and so forth. It
22 was only in the start of 2013 as I was
23 working on a Sony Music project and did
24 the Miles Davis project working with the
25 family and so forth, that all of a sudden
```

```
1              G. Craig
2  oh, my God, there's an interest in Miles
3  Davis. And everything exploded from
4  there.
5       And then the requests came out
6  of the woodwork in terms of up until that
7  point, everything was dormant. I'm doing
8  other stuff. Not old stuff. But now all
9  of a sudden there's like oh, my God,
10 between Stooges, Iggy Pop, this one, that
11 one, everybody is working on retro
12 projects and so forth.
13      MS. CHEN: I'm going to mark
14 this as Craig 4.
15      (Craig Exhibit 4, E-mail, Bates
16 stamped UMG000259 through 266, marked
17 for identification, as of this date.)
18 BY MS. CHEN:
19      Q.   I'm showing you a document
20 that's been marked Craig 4. It's part of
21 Universal's production and it's Bates
22 labeled UMG000259 through 266.
23      A.   Good. You got it.
24      Q.   This is an e-mail that your
25 prior attorney, Ben Thompson, sent to an
```

```
1              G. Craig
2  attorney at Universal?
3       A.   Correct. Brad Cohen.
4       Q.   So is 260 the layout that you've
5  been mentioning this time?
6       A.   There it is, folks.
7       Q.   This was the page that -- I'm
8  looking at 260.
9       A.   Yeah, yeah, yeah. It was a
10 double spread in the middle of the
11 magazine.
12      Q.   So 260 and 261 was published in
13 Changes Magazine?
14      A.   Yes.
15      Q.   And that's the layout that you
16 were talking about?
17      A.   Yes. You guys got it. Good.
18      Q.   So the pictures that are in this
19 layout, are they from the same event?
20      A.   They were at the same time
21 period, possibly were at the same event,
22 but the same time period for sure.
23      Q.   And the same period as 3A
24 through 3C?
25      A.   Damn right.
```

```
1              G. Craig
2       Q.   If you go to 265, is that the
3  cover of the -- I'm sorry. Is that page
4  the cover of Changes Magazine that
5  contained your photos?
6       A.   Correct.
7       Q.   If you go to 266, was this ever
8  published?
9       A.   No. This is incorrect because
10 we have the actual magazine that was
11 furnished to us which you're going to get
12 from Rock and Roll Hall of Fame with start
13 to finish with all the layouts and
14 advertising and stuff. That picture was
15 never used.
16      Q.   If you look on page 263 to 264,
17 can you explain what these pages are?
18      A.   Which one?
19      Q.   243 to 264. The numbers are on
20 the bottom. One is upside down.
21      A.   There were two magazines
22 produced every month at the same time.
23 Changes Magazine and Go Magazine. At the
24 time, I believe Brad Cohen requested to
25 Ben Thompson, can you furnish the layouts,
```

Page 198

```
 1              G. Craig
 2    and do you have a copy of the magazine.
 3          The only thing I had at that
 4    point was the cut-up portion of the
 5    magazine.  And then we requested through
 6    some people at Rock and Roll Hall of Fame
 7    a whole start to finish of the issue.  So
 8    this was just to familiarize you guys with
 9    look at the masthead.
10          There's Ruby Mazur's name.  And
11    there are some of the people there
12    associated with the magazine.  But
13    unfortunately, I can honestly tell you
14    looking at the masthead associate
15    publisher, Bruce Gedman.  Bruce Gedman I
16    worked with at Hullabaloo.  I worked with
17    Joseph Coleman, who was the advertising
18    director at Hullabaloo as well.
19          But what's listed as
20    contributors and advisors and so forth,
21    does not include all these people.  For
22    instance, Paul Nelson was a writer.  I
23    used to work with Paul Nelson a lot, okay,
24    at different magazines.  He did a lot of
25    stuff from Hit Parader.  He did a lot of
```

Page 199

```
 1              G. Craig
 2    stuff for Hullabaloo and so forth.
 3    There's Bruce Gedman's name again.
 4       Q.   Were any of your photos in 3A
 5    through 3C printed in Go Magazine?
 6       A.   No.
 7       Q.   Is 264, is this a page from Go
 8    Magazine or Changes Magazine?
 9       A.   Which one?
10       Q.   264, the next page.
11       A.   This is a -- when you see this
12    afterwards in its entirety, this is the
13    second page after you open the cover.
14       Q.   Of?
15       A.   Of Changes Magazine to indicate
16    look, there's B.B. King.  See on the
17    bottom.
18       Q.   Uh-huh.
19       A.   Page number, blah, blah, blah,
20    and then the article starts somewhere in
21    the issue.
22       Q.   Is there a reason your counsel
23    provided us with a copy of a page from Go
24    Magazine?
25       A.   Yes, because at the time he
```

Page 200

```
 1              G. Craig
 2    didn't have the actual finished, start to
 3    finish copy of that.  He wanted to show
 4    you guys this is the sister publication of
 5    Changes and some of the same people
 6    working on both issues or both
 7    publications for the same publisher.
 8       Q.   You said you didn't remember the
 9    names of the editors that you spoke to at
10    Changes?
11       A.   Right.
12       Q.   Can you recognize any of these
13    names?
14       A.   The only people that I'm going
15    to say to you that I've worked with from
16    other magazines was okay, Bruce Gedman --
17       Q.   Sir, you're not understanding my
18    question.  I'm saying looking at this
19    masthead for Go Magazine and these names,
20    and you represented that these people also
21    may have worked at the sister magazine
22    Changes.
23          So looking at these names, does
24    it refresh your recollection of the name
25    of the editor that you spoke to at Changes
```

Page 201

```
 1              G. Craig
 2    Magazine?
 3       A.   Absolutely, no.
 4       Q.   So it's not any of these people?
 5       A.   Right.
 6       Q.   How many pictures did you sell
 7    to Changes Magazine in this issue?
 8       A.   Which one, the B.B. King issue?
 9       Q.   The B.B. King issue.
10       A.   We would have to go back and
11    count the actual pictures in the actual,
12    in all fairness, in the issue.  This is
13    all a cut, cut-up job.
14       Q.   So you don't recall?
15       A.   No.
16       Q.   Off the top of your head?
17       A.   No.
18       Q.   You said you gave them a batch
19    of maybe 50 to 60.  Did they buy half of
20    them?
21       A.   Approximately probably 10.
22       Q.   10.
23       A.   Again, without us all looking at
24    the issue and counting, yeah.
25       Q.   So your current estimate is
```

51 (Pages 198 to 201)

```
1              G. Craig
2  about 10?
3      A.   10, yeah.
4      Q.   What were you paid, if you
5  recall?
6      A.   That, I don't.
7      Q.   Was it in the thousands or was
8  it in the hundreds?
9      A.   I don't.  I'm being honest with
10 you.
11     Q.   But it wasn't an outrageously
12 large or small number that would stick out
13 in your head?
14     A.   No, no, no.  If it was something
15 like, oh, man, $5,000, that kind of thing,
16 you go, oh, nice.
17     Q.   You would remember?
18     A.   Of course you would remember
19 something like that.
20     Q.   You said you had a relationship
21 with them and obviously you had sold
22 photos to them before?
23     A.   Yes.
24     Q.   Was it understood that these
25 photos were to be printed on the same
```

```
1              G. Craig
2  terms as the prior photos, which is your
3  standard terms?
4      A.   Yes.  As you can see judging at
5  go back to the masthead for --
6      Q.   Go?
7      A.   -- Go.  I had worked, when I say
8  personal relationship, trust, I had worked
9  many times with Paul Nelson as a writer
10 and doing photographs with him.  I had
11 worked with Bruce Gedman at Hullabaloo for
12 long periods of time.  He was one of the
13 writers and one of the publishers of the
14 magazine.
15         So there's three or four people
16 that there's a working relationship that
17 you know, you know, hey, I'm going to let
18 this guy into my house.  I know who the
19 hell he is.
20     Q.   So it was your understanding
21 because you had this long-standing
22 relationship they understood that the
23 terms under which you were giving them
24 your prints?
25     A.   Yes.
```

```
1              G. Craig
2      Q.   So there was no written
3  contract?
4      A.   No.
5      Q.   Was there an invoice or a
6  purchase order?
7      A.   There probably was an invoice at
8  the time.
9      Q.   And they paid it?
10     A.   Yeah.  Yeah, I never -- they
11 were like okay.  Boom.  Come around.
12 Check is ready, that kind of thing.
13     Q.   I think you testified earlier
14 you didn't take 3A, 3C or any of the other
15 photographs that didn't get published to
16 any other magazines?
17     A.   No, correct.
18     Q.   Have you licensed 3A, 3B or 3C
19 for any other purpose?
20     A.   From 1969 through today 2017,
21 okay.  The only things that were done with
22 those three photographs and other
23 photographs was sold as fine art prints
24 through Morrison Hotel, period, that's it.
25 No licensing.  No nothing.  And that's
```

```
1              G. Craig
2  also a sore spot because total revenue was
3  lost in terms of having those pictures
4  that were never before seen type of thing
5  diluted in terms of market value and
6  things.
7      Q.   Did you, prior to 2014, did you
8  ever try to license 3A, 3B or 3C?
9      A.   No.
10     Q.   After 2014, have you?
11     A.   Yes.
12     Q.   To whom?
13     A.   I got requests from many people.
14 The gallery got requests when Mr. King
15 died in 2015 and they didn't want to pay,
16 they wanted to pay very little.  That was
17 the only attempt.
18     Q.   Who is they?
19     A.   Well, from one thing the BBC,
20 upon his death, contacted the gallery and
21 wanted to license a couple of those
22 pictures that you're referring to and so
23 forth, and they were given some pricing
24 and they passed on it so there was no
25 market value whatsoever.
```

52 (Pages 202 to 205)

Page 206

G. Craig

1
2      Q.   Are you talking about 3A -- I'm
3  talking about these three pictures
4  specifically?
5      A.   Yes, that and others.
6      Q.   You said there was one attempt
7  to.  Have you actually licensed 3A, 3B or
8  3C?
9      A.   No.
10     Q.   Not from '69 to now?
11     A.   No.
12     Q.   But from '69 to now, you have
13 sold prints of 3A through 3C?
14     A.   Only recently starting in 2014
15 when I started with Morrison Hotel until
16 now.
17     Q.   How many prints have you sold
18 for 3A through 3C?
19     A.   I would probably say 16, 18.
20     Q.   How much money is that to you,
21 paid to you?
22     A.   Depending on the size of the
23 print.  On the average, anywhere from
24 1,200 up to about $3,500.
25     Q.   Per print?

Page 207

G. Craig

1
2      A.   Per print.  And you can refer
3  right now to Paddle 8.  I just joined
4  Paddle 8, which is an art house.
5      Q.   So you said earlier that the BBC
6  was also inquiring about other photographs
7  about potentially licensing other
8  photographs?
9      A.   Of B.B. King.
10     Q.   Of B.B. King, not 3A or 3C?
11     A.   Yes.
12     Q.   Have you licensed other pictures
13 of Mr. King from '69 until now?
14     A.   No.
15     Q.   Have you sold prints of other
16 pictures of Mr. King from 1969 until now?
17     A.   One other one that's on the
18 Morrison site.
19     Q.   Can you just generally describe
20 what it looks like so I can find it?
21     A.   Well, if you go on the website,
22 it's a picture of B.B. King with The
23 Rolling Stones, and they bought it because
24 it was the Rolling Stones, not because it
25 was B.B. King.

Page 208

G. Craig

1
2      Q.   When you said you had sold 16 to
3  18 prints of 3A through 3C --
4      A.   Yes.
5      Q.   -- were they split equally
6  between 3A, 3B, 3C?  Do you have any idea
7  of how many you sold of 3A?
8      A.   Six, seven maybe.
9      Q.   What about 3B?
10     A.   Whatever the balance is.  That
11 seems to be the most popular one.
12     Q.   3A is?
13     A.   Yes.
14     Q.   3B and 3C, you think, is less
15 popular?
16     A.   Yes.
17     Q.   So out of 16 to 18 prints, would
18 you say half of them are 3A?
19     A.   Yes.
20     Q.   Have you sought to license any
21 of those other B.B. King photographs?
22     A.   I'm very adamant against it
23 based on what's going on now with this.
24     Q.   This action?
25     A.   Yes, to, should we say, trust,

Page 209

G. Craig

1
2  you know, trust the outside world, you
3  know, and so forth.  Again, in the
4  projects that I've done through 2014 to
5  2017 have been super careful about who
6  I've been dealing with and what and so
7  forth being hard to say but probably
8  tough, I mean really tough on people.
9  Because you get burnt one time and it's
10 like:  That's it.
11     Q.   You testified previously that
12 you -- if an artist or a management ever
13 said you can only take these photographs
14 for three songs and they all belong to us
15 you would say FU, I'm not doing that?
16     A.   Right.
17     Q.   And when you say FU I'm not
18 doing that, you mean I'm not going to take
19 pictures then, right?
20     A.   Yes.
21     Q.   Not that I'm not going to take
22 pictures and not give them to you?
23     A.   Yes.
24     Q.   Has there ever been where you
25 take photographs, you develop them, and

53 (Pages 206 to 209)

Page 210

```
1            G. Craig
2   you think: Wow, these are really great,
3   and you bring them to the artist or the
4   management?
5       A.   No.
6       Q.   And say what do you think, these
7   are great?
8       A.   No, no, no, no.  Because I can
9   say to you honestly, from 2014 to 2017,
10  anybody that approached me, whether it be
11  Jim Jarmusch for his films, whether it be
12  Jack White in his record label and book
13  publishing and so forth, anybody like
14  that, Amazon, Esquire, it's like been
15  super careful, okay, what are you doing
16  here.
17      Q.   I'm talking about in the '60s,
18  '70s?
19      A.   No, no.
20      Q.   So you never took photographs at
21  an event, developed them and thought:
22  Wow, this is really great.  I bet this
23  artist would like them.  Let me see if he
24  would be interested?
25      A.   No.
```

Page 211

```
1            G. Craig
2       Q.   Never?
3       A.   No.
4       Q.   So what would you do if you were
5   at an event, took pictures that you
6   thought were great, what would you do?
7       A.   At that point, I would use them
8   in my portfolio and so forth.  Remember I
9   was busy doing other things.  I wasn't
10  depending on this full-time.  That's
11  number 1.
12           Number 2, my other work was a
13  little bit more important.
14      Q.   Did Mr. Bernstein ever ask to
15  see your photos?
16      A.   Yeah, many times.
17      Q.   Does he have copies of your
18  photos?
19      A.   No.
20      Q.   What about Mr. Seidenberg, has
21  he ever asked to see photos that you took
22  of Mr. King?
23      A.   Not that I'm 100 percent sure
24  that he did.  Not from me.
25      Q.   So you think Mr. Seidenberg
```

Page 212

```
1            G. Craig
2   would have asked other people to see your
3   photographs of Mr. King?
4       A.   I would suspect so.
5       Q.   Why do you say that?
6       A.   Well, based, it's only on theory
7   and deduction, that I put together, again,
8   maybe it's irrational thinking, but gee,
9   Ruby Mazur is at Changes Magazine during
10  that time period.
11           That book or books that we found
12  that were published were approximately in
13  1971 that book was published.  How did
14  those pictures wind up from Changes
15  Magazine, which you just saw is the
16  layout, into that book?  Explain that.
17      Q.   Well, I'm focusing on the three
18  photographs at issue which are not in the
19  layout.
20      A.   Yes.
21      Q.   You said you only gave working
22  prints of those three pictures to Changes
23  Magazine, correct?
24      A.   I told you we gave them
25  approximately 50, 60 pictures.
```

Page 213

```
1            G. Craig
2       Q.   So you gave a working print of
3   3A, 3B and 3C to Changes Magazine?
4       A.   Yes.
5       Q.   Is that the only time where you
6   gave any print or any copy of any print of
7   3A, 3B and 3C to anybody?
8       A.   Correct.
9       Q.   How many prints did you make of
10  3A at that time?
11      A.   Because of the darkness to them,
12  probably a little bit lighter version so
13  you could see the shadows and so forth and
14  a darker version.
15      Q.   So you have a lighter and a
16  darker version of 3A?
17      A.   Yeah.
18      Q.   And you still have those two in
19  your possession, those two prints?
20      A.   No.
21      Q.   Where did they go?
22      A.   That's what we're asking.  Where
23  do they go?
24      Q.   For 3B, how many prints did you
25  make of that?
```

54 (Pages 210 to 213)

Page 214

```
 1              G. Craig
 2     A.   Again, a light and a dark.
 3     Q.   Same for 3C?
 4     A.   Uh-huh.
 5     Q.   Do you have still have those
 6  prints?
 7     A.    No.  This is what I'm trying to
 8  say to you, that out of the batch there's
 9  about ten or so in the air.  What we're
10  trying to insinuate --
11     Q.   Sir, I think we're crossing
12  paths here.  I know you gave prints to
13  Changes that are in the air now.
14     A.   Yes.
15     Q.   What I'm talking about is
16  besides those, did you make copies of 3A,
17  3B and 3C for yourself or for your files?
18     A.   On the 3A, yes.
19     Q.   How many copies?
20     A.   A copy.
21     Q.   Do you still have that copy?
22     A.   Yes.
23     Q.   Did you make any prints, aside
24  from the Changes ones that you gave to
25  Changes, of 3B and 3C?
```

Page 215

```
 1              G. Craig
 2     A.   No.
 3     Q.   So the only print that you've
 4  ever made in that time, in the late
 5  1969/1970 time period of 3B and 3C were
 6  sent to Changes Magazine?
 7     A.   Correct.
 8     Q.   In that time period you only
 9  made one copy of 3A that was not sent to
10  Changes?
11     A.   Correct.
12     Q.   And you still have that copy?
13     A.   It went into my portfolio.
14     Q.   And you still have that copy?
15     A.   Yes.
16     Q.   We've talked about the layout,
17  your book, the theory, and you started
18  talking about Ruby.  What is your theory
19  of how -- I'm not talking about the
20  book -- about how these photographs 3A,
21  3B, 3C ended up in the possession of ABC
22  Dunhill?
23     A.   Okay.  Let's start the mother
24  path here.  The Rolling Stones issue was
25  published in Changes.  They were the
```

Page 216

```
 1              G. Craig
 2  initial:  I need that type of thing badly.
 3  That was the hot thing.
 4          Then they decided to want to do
 5  some separate issues on the other artists,
 6  okay.  By that time, we're looking at the
 7  timeline and it's only rough timeline, all
 8  of a sudden, one, we roll the tape to
 9  1971.  That book comes out with that
10  layout.  That layout.
11     Q.   And you're referring to UMG 260
12  and 261?
13     A.   Yes.
14     Q.   Are you talking about the cover,
15  is that what you're going to point to?
16     A.    No.  And this photograph amongst
17  some other photographs in that book.
18     Q.   This is 266.
19     A.   Right.  Now, that's 1971.  In
20  the research that I did, UMG first put out
21  those first two pictures.
22     Q.   Are you talking about 3B and 3C?
23     A.   Right.  On the back and front of
24  the CD, approximately in 1971 in Japan at
25  MCA Universal in Japan, which became the
```

Page 217

```
 1              G. Craig
 2  cover for Live in Japan, which was an
 3  exact copy.  We don't have it here, but
 4  if you fish out the CD and you match the
 5  CD to the artwork on this book, identical.
 6     Q.   Are you saying that this book
 7  came out --
 8     A.   Before.
 9     Q.   -- before?
10     A.   The CD.
11     Q.   -- before the CD came out?
12     A.   Right.
13     Q.   Is it your theory that the Live
14  in Japan cover art came from the book --
15     A.   Of course.
16     Q.   -- essentially?
17     A.   The only thing they stripped in
18  the title, airbrushed in, and that's been
19  confirmed to me by sources at your
20  company.
21          MS. CHEN:  We will mark this
22  Craig 5.
23          (Craig Exhibit 5, B.B. King Live
24  in Japan CD, marked for
25  identification, as of this date.)
```

55 (Pages 214 to 217)

Page 218

G. Craig

1
2    A.   Show and tell here, folks.
3    Q.   Let's refer to the second page
4    as 5A and the third page as 5C.  And for
5    identification, this is an exhibit filed
6    as Exhibit I as part of your Complaint in
7    this action?
8    A.   Right.
9    Q.   I will represent to you that
10   Exhibit I as identified in your complaint
11   was a B.B. King Live in Japan CD, I
12   believe.
13   A.   Correct.
14   Q.   I'm sorry.  5A and 5B, not C.
15        So looking at 5A and 3B and 3C,
16   if we can put them side by side --
17   A.   Yes.
18   Q.   -- is it your theory that 5A
19   came from a copy of B and C, 3B and 3C?
20   A.   Okay.  Now let's put this on
21   record.  In my research, and my
22   conversations personally with their
23   company.
24   Q.   Universal?
25   A.   Universal, and their art

Page 219

G. Craig

1
2    director, confirmed to me in an e-mail and
3    by phone that where this stuff came to
4    them from their Japanese affiliate, okay.
5        When they went to reproduce the
6    U.S. version, they got the scans and so
7    forth from Japan, and if you notice here,
8    please look at your other copy.  The other
9    ones, the big ones.  There.
10   Q.   3B and 3C?
11   A.   Right.  The only thing they did,
12   they took the exact same artwork and they
13   stripped in Live in Japan.
14        MS. TSYVKIN:  Indicating 5A.
15   A.   You see.  There it is.
16   Q.   And they took out the "BB" on
17   3C?
18   A.   No, the "BB" remained.
19   Q.   This "BB," they took it out?
20   A.   No.  It stayed the same on the
21   front cover.  That's the back cover.
22   Q.   They took out the "BB" on 3C for
23   the back cover of 5A.  And on the front
24   cover of 5A, they interposed B.B. King
25   Live in Japan on the two "BB" letters that

Page 220

G. Craig

1
2    are on 3B; is that correct?
3    A.   Correct.  That was confirmed to
4    me by Ryan Null at the art department at
5    UMG in Santa Monica.  He received the
6    artwork from Japan.  And I did a timeline
7    and date, meaning when this first came
8    out, and this came out months after that
9    book.  So it's pretty evident when you see
10   the book you see the layout that it was
11   identical to that.
12        Now, the other big question that
13   we have, I have in my mind, who is at
14   Universal at this point, or ABC Dunhill as
15   you call it, none other in the capacity of
16   art director at that time than Ruby Mazur.
17   He was employed by you guys during that
18   time period.
19   Q.   So is it your theory that Ruby
20   took the working prints that you had given
21   Changes Magazine to ABC Dunhill?
22   A.   Well --
23   Q.   Is that a theory that you have?
24   A.   A theory, yes.  It's kind of
25   coincidental that he's at Changes

Page 221

G. Craig

1
2    Magazine.  He leaves Changes Magazine.  He
3    goes there.  The book first is published.
4    There's the layouts from Changes Magazine.
5    Then the next step after that is he jumps
6    ship from Changes Magazine, winds up at
7    Universal, but before that happened, the
8    book came out.  So how did you get the
9    layouts from Changes Magazine?  Not
10   Universal.  The book publisher.
11   Q.   Does Ruby have any relationship
12   with the book publisher?
13   A.   I don't know.  That's a big
14   question.  What was his role.  Because
15   when I tried to contact him, he dived and
16   ducked.  He hid.  If you got blood on your
17   hands, why wouldn't you want to speak?
18   Q.   What do you mean, "he hid"?
19   A.   I contacted him.
20   Q.   When?
21   A.   I contacted him during 2015 when
22   this stuff all unfolded in the research
23   after I had spoken to Vartan at Universal
24   who's been there 35, 40 years, and Ryan
25   Null, and light bulb went on as to the

56 (Pages 218 to 221)

Page 222

```
 1          G. Craig
 2   whole process of where this stuff came
 3   from, how they got it and so forth, and
 4   quote/unquote admits to me, "Oh, my God,
 5   this is your work.  We have to send out a
 6   memo to all other sister offices saying do
 7   not use this product again."
 8       Q.   Who said that to you?
 9       A.   Ryan Null.
10       Q.   In an e-mail?
11       A.   In an e-mail and on the
12   telephone, and it was confirmed by Ben
13   Thompson.
14       Q.   When did you first reach out to
15   Universal?
16       A.   When I first reached out to
17   Universal was in the period, let's see,
18   March -- May/June of 2014.
19       Q.   Why were you reaching out to
20   them at that point?
21       A.   When I started to discover
22   things and I was working on the Leica
23   project and I wanted clarification at that
24   point of all this stuff popped up, and
25   it's like, okay, I see a direct path here
```

Page 223

```
 1          G. Craig
 2   of everything that's going on here.
 3          So I called looking to see what
 4   they had in their file.  And guess what?
 5   There was pictures of mine in their files.
 6       Q.   So you said earlier that with
 7   the Leica project you had reached out to
 8   Mr. King and the label looking for
 9   cooperation?
10       A.   Yes.
11       Q.   Was that a separate
12   conversation?
13       A.   That was a separate
14   conversation.  That was before -- that
15   came first.
16       Q.   Which came first?
17       A.   The Leica project with
18   cooperation to do the project as one of
19   the featured artists.
20       Q.   When did you have the
21   conversation with Universal as the label
22   about the Leica project?
23       A.   In the first, in May of 2014.  I
24   first reached out to Robert Terrell who
25   was the museum director of the B.B. King
```

Page 224

```
 1          G. Craig
 2   Museum.  I had no idea where to get in
 3   touch with you anybody, and Robert
 4   graciously started making phone calls and
 5   then I got a phone call back.  I started
 6   to get some phone calls back.
 7       Q.   From the label --
 8       A.   From the label and from the B.B.
 9   King office.
10       Q.   Can you please let me finish?
11       A.   Sure.
12       Q.   So in May of 2014, you reached
13   out to the director of the B.B. King
14   Museum and then you got responses back
15   from the label Universal and Mr. King's
16   representatives?
17       A.   Correct.
18       Q.   So if that's in May, when did
19   the issue of where did these photographs
20   come from come up; was this in
21   conjunction, was this before, was this
22   after?
23       A.   It happened in conjunction as
24   I'm talking to Ryan Null, this comes out
25   in conversation, he goes into the files
```

Page 225

```
 1          G. Craig
 2   out in Santa Monica of what they had in
 3   the file.  And that's when, nirvana.
 4       Q.   So when you first reached out
 5   and you heard from the label, who did you
 6   speak with about cooperating with the
 7   Leica photography exhibit?
 8       A.   I had spoken to Ryan Null.
 9       Q.   What was that conversation
10   about?
11       A.   That conversation was I wanted
12   to do some blowups of some stuff and do
13   they have scans and so forth for the
14   exhibit, for the entranceway that Leica
15   wanted to do for the entranceway to the
16   exhibit and so forth.  So we were sourcing
17   material out for the exhibit to different
18   people.
19       Q.   So if you have negatives, why
20   were you reaching out to the label for
21   blowups?
22       A.   Because we wanted the original
23   artwork.
24       Q.   From?
25       A.   Leica didn't want -- the
```

57 (Pages 222 to 225)

Page 226

```
 1          G. Craig
 2  pictures inside of the exhibit were the
 3  inside of the exhibit.  But the outside of
 4  the exhibit and their building into their
 5  entranceway where they were doing the
 6  exhibit, they wanted stuff like this.
 7      Q.   Are you referring to they wanted
 8  blowup of actual CD covers?
 9      A.   Right.
10      Q.   Or album covers?
11      A.   Right.
12      Q.   Not just the photos that are
13  incorporated on the album covers?
14      A.   Right, exactly.  And at that
15  point, Ryan Null went into the files and
16  did some research and said:  Okay, Glen,
17  this is what we have.  These are the scans
18  of the covers.
19          And he actually sent them to me.
20  And these are the RBGs and the CKMAs.
21  That's the color tones and processes of
22  the reproduction of that cover.  And then
23  he started digging in the files.  And he
24  came back to me and said:  Uh-oh, this
25  picture of here, other stuff of yours in
```

Page 227

```
 1          G. Craig
 2  the file.
 3      Q.   Well, let me take that apart for
 4  a second.  I wanted to know when you were
 5  asking Universal for cooperation, you were
 6  looking for high quality scans --
 7      A.   Yes.
 8      Q.   -- of the album covers, so that
 9  they could be blown up and shown outside
10  of the Leica exhibit; is that correct?
11      A.   Yes, correct.
12      Q.   And Ryan gave them to you; is
13  that correct?
14      A.   That is correct.
15      Q.   So is there a reason that you
16  stated previously that the label wasn't
17  cooperating?
18      A.   After that, I don't know who he
19  talked to after that, whether he got
20  reprimanded or what's the story after
21  that, but the next step was he had gone
22  into the files, and I don't know how many
23  years he was working there, and he found a
24  couple of photographs of mine in the
25  files.
```

Page 228

```
 1          G. Craig
 2          At that point, he then sent out
 3  an interoffice memo to all the sister
 4  offices requesting do not use these
 5  pictures anymore.
 6      Q.   But that's a separate issue from
 7  him sending you scans of album covers?
 8      A.   Yes.
 9      Q.   So after he sent you the album
10  covers, Universal didn't come back and
11  say:  Hey, don't use them.
12          Is that correct?
13      A.   To me?
14      Q.   Right.
15      A.   No.
16      Q.   No, they did not?
17      A.   Right.
18      Q.   So to the best of your
19  recollection now, Universal did cooperate
20  with your Leica photography exhibit?
21      A.   Yes, at that point.
22      Q.   You say "at that point."  Was
23  there a point where Universal said to you:
24  Don't use these blowups anymore?
25      A.   No.  This was after -- I will
```

Page 229

```
 1          G. Craig
 2  explain to you.  This was after the fact
 3  that he discovered these pictures in the
 4  files.
 5      Q.   I'm separating those two points.
 6      A.   Yes.
 7      Q.   They let you use the blowups?
 8      A.   We never got a chance to use the
 9  blowups.
10      Q.   At some point, Ryan discovers a
11  photograph of yours in Universal's files.
12  You also said that you spoke with Vartan.
13  Who is Vartan?
14      A.   Michael Vartan is the senior art
15  director who's been there, probably will
16  live and die there.  He's been there for
17  probably something like 35, 40 years.
18      Q.   Other than Mr. Vartan and
19  Mr. Null, did you speak to anybody else at
20  Universal?
21      A.   No.
22      Q.   What's Ryan Null's title at
23  Universal?
24      A.   I think he's an art director.
25  And that's when --
```

58 (Pages 226 to 229)

Page 230

```
 1            G. Craig
 2     Q.   I haven't asked you a question
 3 yet.
 4     A.   Okay.
 5     Q.   When did you speak with
 6 Mr. Vartan?
 7     A.   During that time period.
 8 May/June.
 9     Q.   Did you speak with him once or
10 twice?
11     A.   Once.
12     Q.   On the phone?
13     A.   Yes.
14     Q.   Was there anyone else on the
15 phone?
16     A.   Possibly maybe Ryan was on the
17 phone call as well.
18     Q.   What did you discuss?
19     A.   I said to Vartan, I said:
20 Vartan, Ryan discovered some photographs
21 here that belong to me that you guys used.
22        And right away at that point he
23 shut down.  He says:  I don't want to
24 discuss this F'n stuff that happened 35 or
25 40 years ago.
```

Page 231

```
 1            G. Craig
 2        And click.  And he hung up on
 3 me.
 4     Q.   So you didn't have any
 5 substantive conversation with Mr. Vartan
 6 at all?
 7     A.   No, none whatsoever.
 8     Q.   And with Ryan, when was the
 9 first time you communicated with him, was
10 it e-mail, was it phone?
11     A.   It was first e-mail.  Which I
12 think that Ben Thompson the former
13 attorney furnished Brad Cohen that
14 information, your in-house counsel.
15     Q.   And did you have a phone
16 conversation with Ryan?
17     A.   Many times.
18     Q.   When was the first time?
19     A.   May 2014.
20     Q.   Was that with Vartan?
21     A.   No.
22     Q.   That was before the Vartan phone
23 call?
24     A.   Yes.
25     Q.   What did you discuss with
```

Page 232

```
 1            G. Craig
 2 Mr. Null?
 3     A.   Scans for the Leica exhibition.
 4     Q.   The next phone call, when was
 5 that?
 6     A.   Days apart.
 7     Q.   And were you discussing still
 8 the Leica exhibit?
 9     A.   Yes.
10     Q.   And after that, when was the
11 next phone call?
12     A.   Again, they were in a period of
13 May and June.
14     Q.   How often were you speaking in
15 May and June?
16     A.   Once a week.  Once every two
17 weeks.
18     Q.   And in May or June, was it
19 always only about the Leica exhibit?
20     A.   At that point, yes.
21     Q.   Were all of these phone calls
22 just you and Mr. Null apart from that one
23 phone call with Vartan?
24     A.   Yes.
25     Q.   And at what point did it turn to
```

Page 233

```
 1            G. Craig
 2 the discovery from Ryan that Universal had
 3 your photo?
 4     A.   Accidentally, he went into the
 5 files in archives in Santa Monica,
 6 obviously he wasn't around at that time.
 7 I don't know how old he is.  I never asked
 8 his age, you know, but he came back to me
 9 and said:  Holy shit, there's stuff here
10 of yours in the files.
11        And that's when he sent out a
12 memo to all the sister labels, A&M, Hippo,
13 every label within the Universal family
14 around the world:  Please do not use these
15 photographs again.  You do not have
16 permission for this.
17     Q.   Okay.  You stated earlier that
18 the conversation with Vartan was in May or
19 June, and that's when he said he didn't
20 want to talk about it?
21     A.   Right.
22     Q.   Do you think it could have been
23 later because this discovery wasn't made
24 until after May or June?
25     A.   Yes, it definitely was.  It was
```

59 (Pages 230 to 233)

Page 234

```
 1         G. Craig
 2  maybe towards the end of June.
 3     Q.  How do you know that Ryan sent
 4  around an internal memo and what the
 5  internal memo said?
 6     A.  Because he put it in an e-mail.
 7     Q.  To you?
 8     A.  He said I'm sending out an
 9  e-mail to all the sister offices.  Please
10  do not -- you don't have authorization to
11  use this picture again.
12     Q.  Do you have that e-mail?
13     A.  We probably do.
14     Q.  That wasn't produced?
15     A.  We probably do.  Actually, Ben
16  Thompson produced it to Brad Cohen.
17     MS. CHEN:  I don't have those
18     files and you didn't produce them and
19     anything that Ben sent to Brad, we
20     produced to you so those weren't
21     included so we're calling for its
22     production.
23     A.  So it was verbal as well as an
24  e-mail.
25     Q.  And on that e-mail to you where
```

Page 235

```
 1         G. Craig
 2  he wrote that he's sending out this
 3  internal memo, was anybody copied?
 4     A.  I don't know.  In other words, I
 5  think he did what he had to do to his
 6  people within the company.
 7     Q.  So you don't know if anybody
 8  else was copied on the e-mail?
 9     A.  Right.  But I do know one thing,
10  lo and behold, all of a sudden the picture
11  arrives to my house UPS certified of which
12  I signed for and the package which has
13  your internal sticker on the back of that
14  photograph from the art department.  So it
15  shows you people had that picture in your
16  possession.
17     Q.  Okay.  After you had this e-mail
18  and phone conversation with Ryan where he
19  indicated that he was going to send out
20  this memo, did you speak with him any
21  other time?
22     A.  No.  After that, no.
23     Q.  You didn't have any
24  communication?
25     A.  No.
```

Page 236

```
 1         G. Craig
 2     Q.  With Mr. -- can you please let
 3  me finish?
 4     A.  Sure.
 5     Q.  So you didn't have any other
 6  conversation with Mr. Null after that?
 7     A.  No.
 8     Q.  And you didn't have any
 9  conversation with Mr. Vartan after that?
10     A.  No.
11     Q.  Did you have any communication
12  with anybody at Universal after that?
13     A.  No.
14     (Craig Exhibit 6, E-mail chain,
15     Bates stamped GC00019 through GC00026,
16     marked for identification, as of this
17     date.)
18  BY MS. CHEN:
19     Q.  I'm just giving you a document
20  labeled Craig 6.
21     A.  Correct.
22     Q.  This was produced by your
23  counsel to us and it's Bates labeled
24  GC00019 through GC00026.
25     A.  Right.
```

Page 237

```
 1         G. Craig
 2     Q.  And this is an e-mail chain
 3  between you and Mr. Ryan and it looks like
 4  it's between June 22, 2014 and July 21,
 5  2014?
 6     A.  Uh-huh.
 7     Q.  If you go to the first e-mail in
 8  this stack, I believe that starts on
 9  GC00022.
10     A.  22.
11     Q.  It should be page 4.
12     A.  Page 24?
13     Q.  Yes.
14     A.  Okay.
15     Q.  So at the bottom, Ryan writes:
16     "Hi, Glen.  Nice to speak to you
17  again.  Please reply to this e-mail with
18  the B.B. King attachments."
19     Do you know what he's referring
20  to?
21     A.  Ryan was trying to, since he was
22  based in Santa Monica, he was trying at
23  that point to look up to see which
24  photograph, number 1, was the problem
25  child, and then what covers it actually
```

60 (Pages 234 to 237)

Page 238

```
1              G. Craig
2   appeared on.
3       Q.   So when he writes, "Please reply
4   to this e-mail with the B.B. King
5   attachments," what was he asking you to
6   attach?
7       A.   Those covers.
8       Q.   Those covers that what?
9       A.   What you're saying.  Those B.B.
10  King CD covers.
11      Q.   Why was he asking you to --
12      A.   Because he wanted to actually
13  see.  He started to do research on his end
14  as to how many damn things around the
15  world this star picture was on.
16      Q.   So you reply back with the
17  photos and this will be on page 2.  And
18  you write to both Vartan and Ryan and you
19  refer to the original art for a Leica
20  show?
21      A.   Uh-huh.
22      Q.   At this time, was this still
23  about coordinating blowups for the Leica
24  show?
25      A.   Yes.
```

Page 239

```
1              G. Craig
2       Q.   On the second line, you write:
3          "B.B.'s people in Las Vegas know
4   now the contents of things returned from
5   former MGR" -- manager -- "were not
6   complete when returned to them."
7          Can you explain what that means?
8       A.   After Ryan discovered the
9   pictures in the files at Universal, I
10  received a phone call from the B.B. King
11  management in Las Vegas.  At that point, I
12  was looking for what could have been in
13  the offices that possibly belonged to me.
14      Q.   When you say "offices," you mean
15  B.B. King's offices?
16      A.   Yes.
17      Q.   Did you think that your
18  photographs were in B.B. King's offices?
19      A.   After seeing or hearing from
20  Ryan what he found in their files, and
21  based on what I started to find on eBay at
22  that point during those summer months
23  leading up to September, it was just a
24  surprise around the corner every day.
25  It's like oh, my God.  There's 13 CDs.
```

Page 240

```
1              G. Craig
2   There's the books.  There's this.  There's
3   that.  It's coming out of the woodwork
4   like there is no tomorrow.
5          And that's when I brought
6   that -- probably one of the two phone
7   calls that I received from them, I brought
8   that up quizzing:  What do you have in
9   your possession?
10      Q.   By "them," you mean B.B. King's
11  representatives?
12      A.   Uh-huh.
13      Q.   And you said you had one or two
14  phone calls only with them?
15      A.   Yes.
16      Q.   Who is them?  Who did you speak
17  with?
18      A.   The first person, like I said,
19  that I had reached out to was Robert
20  Toney at -- no, what is his name?
21  Robert --
22      Q.   At the museum?
23      A.   At the museum.  I didn't know
24  where to find these people.  Get in touch
25  with them, who's where or whatever.
```

Page 241

```
1              G. Craig
2   Robert was nice enough to make -- he
3   didn't give me out phone numbers, but he
4   made phone calls.
5          And the next thing, about three
6   days later, I received a phone call from
7   the B.B. King office.
8       Q.   Do you know who from the B.B.
9   King office called you?
10      A.   Yes.  What's her name?
11      Q.   Is it Ms. Toney?
12      A.   Yes, correct.
13      Q.   Who did she represent to be from
14  his office?
15      A.   She didn't state who she was.
16  Her phone call was:  Can I help you?
17      Q.   And what did you say?
18      A.   I said to her:  Yeah, I'm
19  working on a project for Leica.
20          She didn't even know who Leica
21  is.  I said:  Well, why don't you Google
22  it and so forth.  We're doing an exhibit,
23  and B.B. was chosen for the exhibit, and
24  we would like to work with you hand in
25  hand, possibly with the label and so
```

61 (Pages 238 to 241)

Page 242

```
 1            G. Craig
 2   forth, and I'm looking for some antique
 3   stuff and things like that that go way
 4   back and so forth that you possibly could
 5   help with.
 6            That's when I asked her if she
 7   had any of the contents from the offices.
 8     Q.   What did she say?
 9     A.   She said to me:  No, Glen.  I
10   have some stuff hanging up on the wall
11   here in Las Vegas, but most of the stuff
12   that was in the offices was not
13   transferred over to me.
14     Q.   Did she say where they were?
15     A.   She didn't know.  Maybe it was
16   too far back.  I don't know.
17     Q.   What kind of cooperation were
18   you looking for?  I understand that from
19   the label you wanted blowups of the
20   albums, but in terms of photographs of
21   B.B., you had the photographs?
22     A.   What I had received from Sony
23   Music, from Rogers Cowen Brenner and the
24   Miles Davis children, was they understood
25   the process what we were going to do, and
```

Page 243

```
 1            G. Craig
 2   they, right away, had their public
 3   relations office get in touch with Leica
 4   to coordinate a whole media campaign with
 5   Leica in terms of producing T-shirts to
 6   give away, and Instagram contest and stuff
 7   like that Leica social media initiated
 8   with in conjunction with that exhibit.
 9            And Sony Music flew over a whole
10   bunch of merchandise to give away and in
11   contest and so forth and so on.  So it
12   kind of like, looking, okay, you're the
13   manager or you're the office, can we get
14   that kind of cooperation for you.
15     Q.   And what did she say?
16     A.   I drew a blank.  She didn't even
17   understand the process of what Photokina
18   was.  I told her to Google it.  You know,
19   any of that stuff.  Totally, totally not
20   in the loop.
21            Then my next phone call with her
22   was I had gone back to Leica and said:
23   Look, what do you want to do?
24            And the woman, the owner's wife
25   of Leica, said to me:  Why don't we do a
```

Page 244

```
 1            G. Craig
 2   thing called "a day in the life of."  We
 3   have the past.  Let's do the present.
 4            So then I reached out to her
 5   again asking for permission to go to a
 6   couple concerts and shoot him in the
 7   present so we could combine the past and
 8   the future.  At that point, that was then
 9   full 100 percent no cooperation.  "No, we
10   can't," and so forth.
11            And one of the promoters from
12   this area that had a relationship with Sid
13   Bernstein, Jim Faith, who does the Long
14   Island Festival every summer over three or
15   four days music festival, he had booked
16   B.B. for the show as a headliner for two
17   nights, he made a phone call to Tina
18   France and to Toney requesting permission
19   for me to shoot.  Nothing.  Zero.  Denied.
20     Q.   When you say there's nothing,
21   zero, denied, do you mean you got no
22   response, or do you mean that they said
23   no?
24     A.   They said no.
25     Q.   And did Ms. Toney explain why?
```

Page 245

```
 1            G. Craig
 2   Let's take it one at a time.
 3            Did Toney explain why the first
 4   go-around when you asked for cooperation
 5   in terms of photographing at live events,
 6   did she explain why not?
 7     A.   No.
 8     Q.   Did you ask?
 9     A.   I tried to push the issue, and
10   she was like when you see somebody doesn't
11   understand the math in the equation, are
12   you going to go kindergarten 101 and
13   explain how to do addition to somebody?
14     Q.   Did you reach out to anybody
15   else in B.B.'s campaign when you realized
16   Ms. Toney didn't understand?
17     A.   I tried sending an e-mail to
18   Tina France.  That was the name that was
19   given to me by Jack Faith, and she
20   intercepted the e-mail.
21     Q.   By "she," you mean Ms. Toney
22   did?
23     A.   Uh-huh.
24     Q.   Who's Jack Faith?
25     A.   That's the promoter, right, at
```

62 (Pages 242 to 245)

Page 246

```
1           G. Craig
2  the local New York promoter here.
3      Q.   So once Ms. Toney said no, that
4  was when you reached out with Jack Faith,
5  who reached out to Tina and Ms. Toney?
6      A.   Right.
7      Q.   And the response from Ms. Toney
8  was again no?
9      A.   No.
10     Q.   And did you ask why?
11     A.   Yes, and didn't get an answer
12 back why.
13     Q.   And did you have any further
14 communications with Ms. Toney?
15     A.   After that, zero.
16     Q.   Did you attempt to have any
17 other conversations with Ms. Toney?
18     A.   For what reason?
19     Q.   So is that a no?
20     A.   Yes.
21     Q.   Yes, that's a no?
22     A.   Yes.
23          MS. CHEN:  Let's take a break.
24          (Thereupon, a recess was taken,
25    and then the proceedings continued as
```

Page 247

```
1           G. Craig
2  follows:)
3  BY MS. CHEN:
4      Q.   So we've talked about your
5  theory of how the Live in Japan album
6  cover was produced, which you think
7  somebody made copies from this tour book
8  in 1971 and changed it in such a way and
9  then put it on the cover of the Live in
10 Japan album.
11          Was Exhibit 3A the star photo,
12 was that in the 1971 tour album, sorry,
13 tour book?
14     A.   Yes.
15     Q.   Did that have an attribution to
16 anybody?
17     A.   No.
18     Q.   Did that include any description
19 of where it came from?
20     A.   Absolutely not.
21     Q.   Did it include any description
22 of what it was?
23     A.   No.
24     Q.   Or where it was taken?
25     A.   No, zero.
```

Page 248

```
1           G. Craig
2      Q.   Or where it came from?
3      A.   No, no, no, no.
4      Q.   So your theory is also that the
5  album covers incorporating the star photo
6  also came from the tour book?
7      A.   Yes.
8      Q.   When did you first discover the
9  1971 Live in Japan album?
10     A.   When I spoke with Ryan, which
11 was, you see, the time span, May, June,
12 into July.  And I'm doing research and I'm
13 going okay.
14          At that point I hadn't seen the
15 tour book yet at that point.  And then, as
16 I'm further doing digging at Lincoln
17 Center and other sources and the guys at
18 the gallery, and I start to go, uh-oh, we
19 find 13 CDs including the Live in Japan,
20 plus others, containing the star picture.
21     Q.   You said that the Leica people
22 came to you and said we want to get
23 blowups of album covers?
24     A.   Correct.
25     Q.   Which album covers did Leica
```

Page 249

```
1           G. Craig
2  want?
3      A.   Anything that could be
4  furnished.  In other words, anything that
5  was in decent shape that you could blow
6  up, you know, 30 by 40 for an entranceway.
7      Q.   Did they give you a list of
8  which album covers they wanted?
9      A.   They had no idea.  They just
10 said maybe we can get some B.B. King stuff
11 that we can use to blowup poster size to
12 put in the beginning of the exhibition for
13 each artist.
14     Q.   So which albums did you ask for
15 the covers of?
16     A.   Anything.  Anything that they
17 may have had.
18     Q.   By "they," you mean Universal?
19     A.   Yes.
20     Q.   So any original artwork for any
21 B.B. King albums?
22     A.   Yes, correct.
23     Q.   Not just ones that were
24 incorporating your photographs?
25     A.   No.  Just anything.  Anything
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 250

```
1              G. Craig
2    that would blow up technically to a 30 by
3    40.
4         Now, may I interject something
5    here, please?
6    Q.   No.
7    A.   Okay.
8    Q.   I just want to keep this going.
9    It's getting late.
10        Then we get to these e-mails in
11   June of 2014 where you're asking
12   specifically for photographs for the Leica
13   show in Germany, and all the photographs
14   that you attach of album covers are the
15   one incorporating photographs 3A through
16   3C?
17   A.   Right.
18   Q.   At what point did you go from
19   any pictures to only the pictures -- only
20   the artwork with my pictures?
21   A.   When I started doing intense
22   scanning research and so forth at Lincoln
23   Center, Rock and Roll Hall of Fame and
24   other -- Google and other sources.  And
25   then all of a sudden it's having children
```

Page 251

```
1              G. Craig
2    like, you know, illegitimate children all
3    over the freakin' world.
4    Q.   So what kind of research were
5    you doing?
6    A.   I was looking for every
7    exhibition they do.  They put out --
8    Q.   Who's "they"?
9    A.   Leica.  They put out a booklet
10   for that exposition.  Like, when you go to
11   an art show.  There's the show, there's
12   the thing about the photographer, there's
13   the thing about the artist that's being
14   featured in the exhibition, so forth and
15   so on.
16        I had gotten all those things
17   from Miles Davis, Sony and so forth, that
18   they contributed, you know, artwork and
19   other things, even a painting.  A
20   lithograph of Miles, and other stuff to
21   use and hang for the show.
22   Q.   So you were doing research for
23   artwork and other memorabilia to be
24   included in your show?
25   A.   Right.
```

Page 252

```
1              G. Craig
2    Q.   In addition to your photographs?
3    A.   Yes, correct.
4    Q.   Why were you tasked with that?
5    A.   One, I was the photographer who
6    they're featuring.
7         Two, they reached out to me,
8    Leica, from my side, for my exhibition
9    hall, for components.  I was working with
10   their editors, their art director and so
11   forth in putting the whole show together.
12   They knew how much space relationship they
13   had for how many prints they could fit in
14   and so forth, and they wanted background
15   information to put in the book to send out
16   to press and so forth.
17        And they were harping on wanting
18   stuff for the entranceway leading into
19   each room.
20   Q.   So is it fair to say your side
21   of the exhibition was curated by you?
22   A.   It was curated by myself.  It
23   was curated by Mrs. Kaufman, the owner of
24   Leica.  And Inez Feed, F-E-E-D, who's her
25   chief editor for all the Leica
```

Page 253

```
1              G. Craig
2    publications, between the three of us did
3    that, and then my friend Sardi Klein
4    worked with me on the selection of the
5    photographs for the exhibition.
6    Q.   But Mrs. Kaufman and Ms. Feed
7    had no -- they had no responsibility in
8    terms of actually reaching out to the
9    estate or the label for artifacts?
10   A.   No.  Each person that was
11   chosen, example, two people, myself and
12   Jim Marshall were picked for the United
13   States.  Jim's people, Jim passed away.
14   They furnished a book of one of Jim's
15   books, huge blowup they got from the
16   publisher and some other stuff.  At that
17   point, he had a brand new Haight-Ashbury
18   book.
19   Q.   This is no longer relevant.
20   A.   Okay.
21   Q.   When you're doing this research
22   and they're asking you for album covers,
23   that's when you discovered the tour book?
24   A.   Yes.
25   Q.   Had you known prior to doing
```

64 (Pages 250 to 253)

```
 1          G. Craig
 2  this research that your photos were used
 3  on B.B. King album covers?
 4      A.  No.
 5      Q.   You didn't know at the time in
 6  1971?
 7      A.  No.
 8      Q.   You didn't know in 1992?
 9      A.  No.
10      Q.   You didn't know in 2000?
11      A.  No.
12      Q.   Do you listen to B.B. King?
13      A.  No.
14      Q.   What kind of music do you listen
15  to?
16      A.   I listen to jazz.  I was working
17  with dance music at that time.
18      Q.  At what time?
19      A.   In the period in, let's say,
20  from 1980s and '90s.
21      Q.  Do you listen to blues?
22      A.  No.
23      Q.   So you didn't know that any of
24  these albums were released until you were
25  doing the research in 2014?
```

```
 1          G. Craig
 2      A.  Correct.
 3      Q.   So Leica wants you to find
 4  original cover artwork, so you reach out
 5  to Universal.  Did Ryan give you blowups
 6  of all the cover art?
 7      A.  The only thing that he had in
 8  his possession at that point were the
 9  scans for the Live in Japan that they had
10  in their files.
11      Q.  I understand, but Universal and
12  B.B. King released albums beyond the
13  albums contained in your photo?
14      A.  Right.
15      Q.   Did Ryan give you scans of those
16  album covers?
17      A.  That's the only thing that was
18  furnished to me was that, that particular
19  scan.
20      Q.  The Live in Japan scan?
21      A.  Yes.
22      Q.  5A?
23      A.  Yes.  And then he sent a bunch
24  of CDs in the mail.
25      Q.  Why did he send you CDs in the
```

```
 1          G. Craig
 2  mail?
 3      A.  I don't know.
 4      Q.   You didn't ask him to order
 5  them?
 6      A.  I had mentioned.  I said:  Do
 7  you have anything that we could blow up or
 8  anything?
 9          He said:  Oh, let me see what we
10  got around here in the office.  But the
11  actual scan-scan, the only thing he had
12  was the Live in Japan cover art in his
13  files.
14      Q.   You mentioned that someone from
15  Universal sent you the photo that they had
16  in their records?
17      A.  Yes, correct.
18      Q.  Who was that from?
19      A.  Ryan Null.
20      Q.  And did he send that to you in
21  conjunction with the CDs or in a separate
22  UPS package?
23      A.  In a separate thing.
24  RQ      MS. CHEN:  We will call for that
25      production, for the production of the
```

```
 1          G. Craig
 2  UPS package, the front and back,
 3  because you said that the back had a
 4  Universal scan number on it?
 5      THE WITNESS:  Correct.
 6  RQ      MS. CHEN:  Also call for, I
 7  don't need copies because I don't want
 8  to ruin your negatives, but for
 9  inspection purposes, the negatives for
10  3A through 3C.
11      MS. TSYVKIN:  We can arrange for
12  that.
13  BY MS. CHEN:
14      Q.   So if we go to the first page at
15  the bottom, June 23, 2014, Ryan writes
16  back to you.  So in the first line, Ryan
17  writes, "I can confirm that we do know" --
18  and I think that's "not" -- "images you're
19  looking for."
20          What images were you looking
21  for?
22      A.   Well, I asked him, or he said to
23  me:  Let me go back into the files in the
24  art department in the archives and let me
25  try to go back as far as we can to the ABC
```

65 (Pages 254 to 257)

Page 258

```
 1            G. Craig
 2  Dunhill days before Universal folded into
 3  the fold.
 4            And what he dug up and what he
 5  confirmed to me was the only thing they
 6  could find was a photograph.
 7     Q.   So you're saying Mr. Ryan
 8  represented to you that Universal didn't
 9  have the original -- doesn't have any
10  original artwork for the B.B. King albums,
11  for any B.B. King albums?
12     A.   Correct.
13     Q.   And that the only thing he could
14  find in their records in terms of artwork
15  for B.B. King's records was that one scan
16  of the Live in Japan album, which we
17  talked about?
18     A.   Exactly.
19     Q.   And another photo?
20     A.   Yes.
21        MS. CHEN:  Mark this Craig 7.
22        (Craig Exhibit 7, E-mail and
23     attachments, Bates stamped UMG0000118
24     through 121, UMG0000131, marked for
25     identification, as of this date.)
```

Page 259

```
 1            G. Craig
 2  BY MS. CHEN:
 3     Q.   So this is the same e-mail that
 4  I was just referring to but by itself so
 5  that we can see the attachments, and this
 6  is stamped UMG0000118 through 121.  And
 7  also UMG 0000131.
 8            So I will represent to you 131
 9  is one of the attachments to that e-mail.
10  I just didn't want to print out all the
11  other attachments.
12     A.   Okay.
13     Q.   Ryan writes that there was a
14  black and white live image.  And he says
15  it's attached.
16            So is that UMG131?  Is this the
17  photo you were referring to?
18     A.   Yes.
19     Q.   Is this the photo that you say
20  Mr. Null sent to you in the UPS package?
21     A.   Correct.
22     Q.   And the one that had the
23  Universal scan on the back?
24     A.   Exactly.
25     Q.   When did he send that to you?
```

Page 260

```
 1            G. Craig
 2     A.   There might be in one of these
 3  series of e-mails where he furnishes the
 4  tracking number and so forth to the
 5  package.
 6     Q.   Do you recall reading this
 7  e-mail?
 8     A.   Yeah.  Definitely.
 9     Q.   You recall seeing this photo?
10     A.   Yes.
11     Q.   What was your reaction upon
12  reading Mr. Null's findings?
13     A.   I went ballistic.
14     Q.   Did you call him?
15     A.   No.  That's when I got in touch
16  with Ben Thompson.
17     Q.   Did you have any other
18  communications --
19     A.   After this, no.
20     Q.   Please let me finish the
21  question -- with Universal after this?
22     A.   No.
23     Q.   Why did you go ballistic?
24     A.   Somebody breaks into your house
25  and steals, and it's confirmed when I see
```

Page 261

```
 1            G. Craig
 2  this, and then the package arrives from
 3  UPS with the sticker on the back of
 4  Universal and he confirms this is the
 5  source of the Energizer Bunny here that's
 6  being reproduced all over the world.
 7     Q.   You think someone from ABC
 8  Dunhill stole this image from you?
 9     A.   Yeah.
10     Q.   And by "this image," I'm
11  referring to UMG131.  This UMG131 photo is
12  referred to Mr. Ryan in his e-mail as a
13  publicity photo?
14     A.   Uh-huh.
15     Q.   And if you look at it, there's
16  on the left bottom corner, it says "ABC
17  Dunhill Records," and on the right it
18  refers to management direction, Sidney A.
19  Seidenberg, Inc.
20            Does this refresh your
21  recollection as to if you made any other
22  copies of the star photo of 3A?
23     A.   I repeat again, the only things
24  at the time were the things from Changes.
25  And we will go back to --
```

**66 (Pages 258 to 261)**

Page 262

```
1            G. Craig
2     Q.    That's good for your answer.
3     A.    Yeah.
4     Q.    So why would someone from
5  Changes or from ABC Dunhill put a mark
6  that says "Sidney A. Seidenberg" at the
7  bottom of a publicity photo?
8     A.    You tell me.
9     Q.    Is your answer you don't know?
10    A.    I don't know.
11    Q.    Why would someone from Changes
12 Magazine put at the bottom left-hand
13 corner, "ABC Dunhill Records"?
14    A.    They wouldn't, I guess.
15    Q.    Do you know what Sidney A.
16 Seidenberg Inc. is?
17    A.    It says on it, "management and
18 direction."
19    Q.    Had you ever given Mr.
20 Seidenberg any of your photographs?
21    A.    No.
22    Q.    Had you ever given anybody at
23 ABC Dunhill records any of your
24 photographs?
25    A.    No.
```

Page 263

```
1            G. Craig
2     Q.    You stated before that you
3  worked as a press officer for
4  Mr. Bernstein?
5     A.    Uh-huh.
6     Q.    Had you been responsible for
7  putting together publicity photos for
8  artists as part of your job as press
9  officer creative director or management
10 assistant?
11    A.    No.
12    Q.    Had you ever had any involvement
13 in putting publicity photos together?
14    A.    No.
15    Q.    So you would have no knowledge
16 of how a publicity photo gets sourced and
17 put together?
18    A.    No.
19    Q.    Of the ABC Dunhill Records and
20 Sidney A. Seidenberg, you have no
21 knowledge of who would have been
22 responsible for putting this publicity
23 photo together?
24    A.    No.  Theory and suspicions, yes.
25 But facts, no.
```

Page 264

```
1            G. Craig
2     Q.    What's your theory or suspicion?
3     A.    Who's working at ABC Dunhill at
4  the time?  Ruby Mazur.
5     Q.    And if ABC Dunhill put together
6  a publicity photo for their record
7  company, would there be any reason for
8  them to put Mr. Seidenberg's contact
9  information on the photo?
10    A.    You tell me.  I don't know.
11    Q.    So your answer is you don't
12 know?
13    A.    I don't know.
14    Q.    You never worked for
15 Mr. Seidenberg?
16    A.    No.
17    Q.    You never worked for ABC?
18    A.    No.
19    Q.    You mentioned earlier that you
20 sold photographs for album covers to CBS,
21 Atlantic and --
22    A.    A&M.
23    Q.    -- A&M.
24        Had you ever sold any to ABC
25 Dunhill?
```

Page 265

```
1            G. Craig
2     A.    Never did any business.
3     Q.    To MCA?
4     A.    Never.
5     Q.    To Universal?
6     A.    Never.
7     Q.    To any of the Universal
8  affiliates?
9     A.    No.
10    Q.    Hippo?
11    A.    No.
12    Q.    Geffen?
13    A.    No.
14        MS. CHEN:  This will be Craig 8.
15        (Craig Exhibit 8, E-mail, Bates
16    stamped UMG0000885, marked for
17    identification, as of this date.)
18 BY MS. CHEN:
19    Q.    This is Craig 8, which is Bates
20 stamped UMG0000885.  This is an e-mail
21 from glencraig@rcn.com to
22 bbkingvegas@aol.com.
23        And you write, "Hi, Laverne."
24        And who's Laverne?
25    A.    That's Laverne Tumey or Tomey.
```

67 (Pages 262 to 265)

Page 266

```
 1           G. Craig
 2     Q.  Toney?
 3     A.  Toney.
 4     Q.  And do you know her role in
 5  Mr. King's life?
 6     A.  No.
 7     Q.  Or business?
 8     A.  No.
 9     Q.  And can you explain why you were
10  writing to Ms. Toney in this e-mail?
11     A.  Why I was writing to her was
12  because when I had spoken to her the first
13  time, she had called me blind after the
14  phone call for, from Robert at the B.B.
15  King.  Okay, this is, she asked me to
16  state in writing what the intentions were
17  for all of this.  And this is what I
18  furnished her.
19     Q.  So if you look about a little
20  more than halfway down, you write:
21       "I do not feel I am a stranger
22  to BB, due to the fact that my photos have
23  graced eight CD covers of B's, a T-shirt
24  that is currently being sold at his
25  concerts, plus two Gibson guitar ads
```

Page 267

```
 1           G. Craig
 2  through the years."
 3     A.  Yes.
 4     Q.  So when did you find out --
 5  which eight CD covers are you talking
 6  about?
 7     A.  8 that turned into 13, that I
 8  discovered.
 9     Q.  So which eight, were they CDs
10  that you discovered in 2014?
11     A.  Correct.
12     Q.  When did you discover that your
13  photo was on a T-shirt?
14     A.  Ryan was the one, Ryan Null had
15  said to me that Vartan had furnished Carl
16  Gibbs of Music Merchandise -- Music City
17  Merchandising in Nashville.
18       I then proceeded to call Carl
19  Gibbs and confront him.  He said to me he
20  received the scans from Vartan for the
21  T-shirt.  And they were approved by the
22  B.B. King people.  And they were running
23  the B.B. King website, fan club,
24  merchandise, selling stuff at concerts and
25  stuff, and they were the people in
```

Page 268

```
 1           G. Craig
 2  partnership with B.B. King selling this
 3  and alongside other T-shirts and
 4  merchandise.
 5     Q.  So why didn't you ask her why
 6  and how this happened?
 7     A.  Because I found this -- first
 8  process was the T-shirt alongside the CDs.
 9       So I was stating to her don't be
10  stupid here.  You know, you're in bed with
11  Music City Merchandising.  You've got a
12  partnership that was admitted to me by
13  Carl Gibbs on the phone that you're
14  receiving royalties and so forth for these
15  T-shirts sales, both on web and at
16  concerts and so forth.
17     Q.  So you wrote that you're not a
18  stranger to B.B. to indicate that you knew
19  that you're not a stranger to B.B. because
20  he was using your photographs without your
21  permission?
22     A.  No.  She didn't even know who
23  the hell I was, nor did she bother to
24  Google to see any of my work on Morrison
25  or any of that.  It was like who are you,
```

Page 269

```
 1           G. Craig
 2  you know.  She obviously didn't even exist
 3  in that time period as part of his
 4  framework.
 5     Q.  So you noted to her that you
 6  knew that your photos were on eight CD
 7  covers and a T-shirt to intimate that?
 8     A.  I was stating to her this is
 9  what's going on.  I didn't threaten her or
10  anything.  But at that point I was
11  involved in starting legal proceedings
12  with Ben Thompson.
13     Q.  Did you ask her how these photos
14  ended on the CDs?
15     A.  She had no knowledge.
16     Q.  So you did ask her?
17     A.  Yes.
18     Q.  Did you ask her -- and the two
19  Gibson guitar ads through the years when
20  did you discover those ads?
21     A.  At the same time period.
22     Q.  In 2014?
23     A.  Yes.
24     Q.  How did you discover those?
25     A.  I happened to call somebody that
```

68 (Pages 266 to 269)

Page 270

1            G. Craig
2    worked at Gibson at the time that I knew.
3    And we found stuff on the internet that we
4    purchased.
5        Q.   Why were you calling Gibson at
6    the time?
7        A.   Because I saw the ad.
8        Q.   Where?
9        A.   First on Google.  Then I went
10   out and bought it on eBay.  There's the
11   ad.  Two different ads with the picture in
12   it.
13       Q.   And was this an ad that was then
14   currently -- then running, was it a then
15   current ad?
16       A.   I don't know the timeframe of
17   the ad of how long for expanse of how long
18   they used it or using it, but there it
19   was.
20       Q.   My question is different.  I
21   mean, you said you saw it on Google.  Was
22   it because you saw it on Google as an ad
23   and you were like oh, my God, that's my
24   picture, it's an ad on Google, and that's
25   when the process started.

Page 271

1            G. Craig
2        Or was it you saw the ad
3    somewhere and then you went on Google to
4    see where you could buy it and where it
5    came from?
6        A.   No.  As I'm doing the research,
7    up pops up the cover, or should we say the
8    artwork, and everything of the ad on Bing,
9    on Google, on other sources and I go oh,
10   my God.  Look at this.  Here's more.
11       Q.   And when you spoke to someone at
12   Gibson, what did they tell you?  Well, who
13   did you speak to at Gibson?
14       A.   I spoke to nobody at Gibson.
15       Q.   I thought you testified you had
16   a friend at Gibson?
17       A.   Yes, but he had been retired,
18   okay, and he had given me a couple of
19   names of people that may still be in the
20   company.  I made some phone calls to
21   Gibson.  Never got past the operator.
22       Q.   Who did you call?  What were the
23   names he gave you?
24       A.   Shea something who handles their
25   -- Shea something.  I don't know her last

Page 272

1            G. Craig
2    name, that handles like artist relations
3    and so forth down in Nashville at Gibson.
4    I called.  I left a couple of messages.
5    Never got a return phone call.
6        Q.   She was the only person that you
7    tried to contact from Gibson?
8        A.   Yes.  Because everybody that he
9    possibly knew long since passed away,
10   retired, or when the company split up and
11   then moved from where they were in the
12   midwest to Nashville, a lot of the guys
13   that were working in the factory and stuff
14   like that stayed behind in Michigan and
15   actually bought the building from Gibson
16   and they're producing guitars there now
17   under a different name.
18       Q.   Did you ask Ms. Toney how the ad
19   came to contain your photo?
20       A.   Yup.
21       Q.   What did she say?
22       A.   Got no answer.
23       Q.   Did she say she would look into
24   it?
25       A.   Yeah.

Page 273

1            G. Craig
2        Q.   And did she ever respond to you?
3        A.   No.
4        Q.   Did you ever follow-up?
5        A.   At that point, I turned it over
6    to Ben Thompson.
7        Q.   And below this, you ask for, to
8    photograph B.B. in concert.  Is this the
9    conversation you referred to earlier?
10       A.   Yes, correct.
11       Q.   And this is when she said no?
12       A.   Yes.
13       Q.   Do you know if she said no or
14   Mr. King said no?
15       A.   Have no idea who said no.
16       Q.   She didn't tell you:  I talked
17   to Mr. King and he doesn't want any
18   photography?
19       A.   No.  The answer was flatly no.
20       Q.   Then at the very bottom, you
21   say:
22       "Please see the e-mails going on
23   between myself and the Universal music art
24   director.  Our copy doesn't have that."
25       Do you recall what those e-mails

Page 274

G. Craig

1        G. Craig
2  are that you were referring to?
3      A.   All those Ryan Null e-mails.
4      Q.   Just for clarification, you're
5  referring to the Ryan Null e-mails that we
6  were just talking about --
7      A.   Correct, yes.
8      Q.   -- please let me finish -- where
9  you're asking for the original artwork for
10  the Leica show in Germany and his
11  responding?
12      A.   Right.
13      Q.   And finding the publicity photo?
14      A.   Yes.
15      Q.   Why were you forwarding those
16  e-mails to Ms. Toney?
17      A.   Because she had no idea
18  obviously of what was going on that I had
19  any prior conversations at all with
20  Universal and so forth.
21          So to clarify everything, I sent
22  it to her like to say hello, I'm not
23  waiting for the bus outside.  I've been in
24  communication with Universal at that
25  point.  Just so you can see what the hell

Page 275

G. Craig

1          G. Craig
2  is going on.  If you're too lazy to make a
3  phone call yourself, here's the e-mails.
4  Now contact them.
5      Q.   Do you know what Kingsid
6  Ventures is?
7      A.   No.
8      Q.   Are you aware you sued them in
9  this lawsuit?
10      A.   Yes, correct.
11      Q.   Why did you sue them if you
12  don't know what they are?
13      A.   Well, at the point when Ben
14  Thompson jumped into this and he had
15  initial conversations with Brad Cohen,
16  let's clarify one thing, a writ was sent
17  out in September --
18      Q.   You're not answering the
19  question anymore.
20          Does Kingsid Ventures have
21  anything to do with the release of B.B.
22  King CDs?
23      A.   I believe so.
24      Q.   To your knowledge, does Kingsid
25  Ventures have any relationship with

Page 276

G. Craig

1          G. Craig
2  Universal?
3      A.   In one form, yes.
4      Q.   What's the form?
5      A.   Maintaining the website in terms
6  of who's powering the bbking.com.
7      Q.   Maintaining which website?
8      A.   The bbking.com site.  If you go
9  to the bottom of the page of bbking.com,
10  it will show, "Powered by Universal Music
11  Group."
12      Q.   And what does that have to do
13  with Kingsid Ventures?
14      A.   Obviously there was a
15  partnership, because when I confronted
16  Carl Gibbs about the T-shirt, he was the
17  one that brought up Kingsid Ventures to
18  me.
19      Q.   So Kingsid Ventures, to your
20  knowledge, has only a relationship related
21  to the T-shirt?
22      A.   And God knows what else.
23      Q.   To your knowledge, have they
24  released any B.B. King CDs?
25      A.   Again, I can't say 100 percent

Page 277

G. Craig

1          G. Craig
2  yes what the actual involvement is.  But I
3  do -- what I did, when I did research, I
4  do know they were involved in the movie,
5  "Life of Riley."
6      Q.   Okay, this action is about CDs.
7      A.   Yes.
8      Q.   And albums.  Not about T-shirts.
9      A.   Right.
10      Q.   Not about tour books, not about
11  ads.
12      A.   Right.
13      Q.   So I'm only asking because you
14  sued Kingsid Ventures as a defendant and
15  this case is about CDs.
16          What, to your knowledge, is
17  their relationship to B.B. King CDs?
18  Nothing to do with a website.  Nothing to
19  do with whatever they might have with
20  T-shirts --
21      A.   Uh-huh.
22      Q.   -- or ads or books.  What is
23  their relationship, to your knowledge, to
24  B.B. King CDs?
25      A.   Musical production.

70 (Pages 274 to 277)

Page 278

1              G. Craig
2     Q.   How does that relate to your
3   claim for copyright infringement?
4     A.   If they're doing musical
5   production, they're actively involved in
6   each one of those CDs, i.e. approving the
7   artwork, which we know that process.
8     Q.   So music producers are involved
9   in the artwork approval process, to your
10  knowledge?
11    A.   Yes.
12        MS. CHEN:  I'm going to take a
13  break.
14        (Thereupon, a recess was taken,
15    and then the proceedings continued as
16    follows:)
17  BY MS. CHEN:
18    Q.   The first thing, I don't know if
19  I called for this production yet, but the
20  book that we've been referring, to the
21  tour book?
22    A.   Yes.
23        MS. TSYVKIN:  We will try.
24  RQ      MS. CHEN:  If it's your only
25    copy, we will take photocopies of

Page 279

1              G. Craig
2   obviously the covers, the pages that
3   we've been talking about, with the
4   layouts, the photographs from the
5   Changes Magazine and also the three
6   photographs at issue.
7       But we would also want the front
8   cover, the back cover, anything with
9   identifying information of who
10  published, who was involved, if you
11  can't produce the book to us or make
12  it available for inspection as well.
13        MS. TSYVKIN:  Okay.
14  BY MS. CHEN:
15    Q.   Mr. Craig, when did you first
16  come into contact with Leica about this
17  photo exhibition?
18    A.   Let's see. Sony project that I
19  finished came out March 25, 2014.  They
20  saw copies with the product manager.  And
21  Leica here in New York saw it.  We showed
22  it to them.  Immediately, there was a
23  phone call to Germany.  And I would say
24  probably April, it started the dialogue
25  between myself, Mrs. Kaufman and Inez Feed

Page 280

1              G. Craig
2   wanting to plan a show.
3     Q.   So your research and digging
4   into the libraries, Lincoln Center, was
5   that after April then?
6     A.   Yes.
7     Q.   So you didn't do any of that?
8     A.   No.
9     Q.   Prior to March 25, 2014?
10    A.   Right exactly.
11        MS. CHEN:  Thank you.  That's
12  all I have for now.
13        MS. TSYVKIN:  Thank you.
14        MS. CHEN:  You don't have any
15  clarifying questions?
16        MS. TSYVKIN:  We have a lot of
17  clarifying questions, but...
18        MS. CHEN:  Thank you.
19    A.   What I want to mention to you is
20  the copy of Changes Magazine, one exists
21  in the Rock and Roll Hall of Fame in
22  Cleveland.  They would not furnish it to
23  you or to us.  The only thing that they
24  did was microcopy the whole issue in its
25  entirety and furnish it to us, unless they

Page 281

1              G. Craig
2   were subpoenaed or whatever the deal is.
3   That's the only way they would release
4   that entire issue in its entirety from
5   front cover to the back.  I have it in
6   pieces cut up.
7     Q.   I just want to be clear.  You
8   have a physical copy of Changes, but it's
9   in bad form and in pieces?
10    A.   Yes.
11    Q.   Because of time passage?
12    A.   Yes.
13    Q.   From what I understand, your
14  testimony was you had contacted the Rock
15  and Roll Hall of Fame and they indicated
16  they had the entire magazine?
17    A.   Right.
18    Q.   In good shape?
19    A.   Yes.
20    Q.   They did not send that actual
21  physical magazine?
22    A.   Right.
23    Q.   But they sent you an electronic
24  copy of it; is that correct?
25    A.   Yes.

71 (Pages 278 to 281)

Page 282

```
1            G. Craig
2      Q.   Is the electronic copy the whole
3  magazine?
4      A.   Yes, as far as I can see, I
5  think so, yeah.
6      Q.   Is it a PDF or are they
7  pictures?
8      A.   How did they send it to us?  I
9  have to look.
10     Q.   You don't know?
11     A.   I have to look.
12     Q.   But it's legible?
13     A.   Oh, yeah.  I asked.  I said
14  please detail high scan 600 DPI, da, da,
15  da.
16  RQ      MS. CHEN:  So that's what we're
17     calling for the production of, the
18     electronic copy.
19     A.   Okay, I just wanted to make that
20  clear.  I tried to get it and they said
21  no.
22     Q.   The electronic copy.
23         MS. CHEN:  And both parties will
24     stipulate that it's the actual
25     magazine.
```

Page 283

```
1            G. Craig
2      A.   Okay.  I mean, you could see it.
3  All right.
4         MS. CHEN:  Thank you.
5         MR. LIEBERMAN:  Thank you.
6         (Time noted:  5:16 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 284

```
1
2
3  STATE OF _____ )
4                          ) :ss
5  COUNTY OF _____)
6
7
8      I, GLEN CRAIG, the witness
9  herein, having read the foregoing
10  testimony of the pages of this deposition,
11  do hereby certify it to be a true and
12  correct transcript, subject to the
13  corrections, if any, shown on the attached
14  page.
15
16
17
18      _____
19         GLEN CRAIG
20
21
22
23
24
25
```

Page 285

```
1
2         C E R T I F I C A T E
3  STATE OF NEW YORK   )
4                      : ss.
5  COUNTY OF NEW YORK  )
6
7      I, Linda Salzman, a Notary
8  Public within and for the State of
9  New York, do hereby certify:
10      That GLEN CRAIG, the witness
11  whose deposition is hereinbefore set
12  forth, was duly sworn by me and that
13  such deposition is a true record of
14  the testimony given by the witness.
15      I further certify that I am not
16  related to any of the parties to
17  this action by blood or marriage,
18  and that I am in no way interested
19  in the outcome of this matter.
20      IN WITNESS WHEREOF, I have
21  hereunto set my hand this 21st day
22  of March, 2017.
23
24      _____
25         Linda Salzman
```

72 (Pages 282 to 285)

Page 286

1
2     --------------- I N D E X ---------------
3     WITNESS          EXAMINATION BY     PAGE
4     GLEN CRAIG     MS. CHEN          5
5
6     INFORMATION TO BE INSERTED:        PAGE
7     1) Aaron's last name          35
8     2) Name of collector          95
9     3) Editor of Rolling Stone     178
10    4) Layouts, photographs from Changes
11       Magazine; three photographs at
12       issue               278
13    5) Identifying information of who
14       published Changes Magazine     279
15    6) Electronic copy of Changes
16       Magazine            282
17
18    DOCUMENT REQUESTS:               PAGE
19    1) Certificates of filings for
20       copyright          49
21    2) Written record of licenses and
22       terms            83
23    3) UPS package, front and back     256
24    4) Negatives for 3A through 3C     257
25              (Continued)

Page 287

1
2     -------------- EXHIBITS ---------------
3     CRAIG                  FOR ID.
4     Exhibit 1   Document          16
5     Exhibit 2   Request for documents     45
6     Exhibit 3   Photograph          151
7     Exhibit 3A  Photograph          151
8     Exhibit 3B  Photograph          151
9     Exhibit 3C  Photograph          152
10    Exhibit 4   E-mail, Bates stamped
11          UMG000259 through 266     195
12    Exhibit 5   B.B. King Live in Japan
13          CD               217
14    Exhibit 6   E-mail chain, Bates
15          stamped GC00019 through
16          GC00026          236
17    Exhibit 7   E-mail and attachments,
18          Bates stamped UMG0000118
19          through 121, UMG0000131   258
20    Exhibit 8   E-mail, Bates stamped
21          UMG0000885          265
22
23
24
25

Page 288

1
2              INSTRUCTIONS TO WITNESS
3         Please read your deposition over
4     carefully and make any necessary
5     corrections.  You should state the reason
6     in the appropriate space on the errata
7     sheet for any corrections that are made.
8         After doing so, please sign the
9     errata sheet and date it.
10        You are signing same subject to
11    the changes you have noted on the errata
12    sheet, which will be attached to your
13    deposition.
14        It is imperative that you return
15    the original errata sheet to the deposing
16    attorney within thirty (30) days of
17    receipt of the deposition transcript by
18    you.  If you fail to do so, the deposition
19    transcript may be deemed to be accurate
20    and may be used in court.
21
22
23
24
25

Page 289

1
2     ERRATA SHEET FOR THE TRANSCRIPT OF:
3     Case Name:  Craig v. Universal
4     Dep. Date:  March 17, 2017
5     Deponent:   GLEN CRAIG
6     Pg. Ln.  Now Reads  Should Read  Reason
7     _____
8     _____
9     _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17
18    _____
19         Signature of Deponent
20
21    SUBSCRIBED AND SWORN BEFORE ME
22    THIS     DAY OF        , 2017.
23    _____
24    (Notary Public) MY COMMISSION
25    EXPIRES:_____

73 (Pages 286 to 289)

**A**

**Aaron** 35:3,17 36:8
**Aaron's** 286:7
**ABC** 40:10 87:23
  192:21 215:21
  220:14,21 257:25
  261:7,16 262:5,13
  262:23 263:19
  264:3,5,17,24
**ability** 8:18,22
**able** 76:20 176:6
**abortion** 164:5
**Absolutely** 128:9
  165:16 201:3
  247:20
**accepted** 74:10
**access** 69:5 79:3
  118:5,15 122:22
  122:23 147:23
  156:7 173:16
**Accidentally** 233:4
**accountant** 131:20
**accurate** 288:19
**accurately** 6:8
**acknowledged** 53:5
**acquire** 54:6
**action** 5:16 10:11
  11:9 152:11
  208:24 218:7
  277:6 285:17
**actively** 278:5
**activities** 146:16
**acts** 134:25 138:15
  143:25 176:16
**actual** 47:17 53:18
  111:20 167:19
  197:10 200:2
  201:11,11 226:8
  256:11 277:2
  281:20 282:24
**ad** 102:21 132:9,11
  132:19 136:20
  270:7,11,13,15,17
  270:22,24 271:2,8
  272:18
**adamant** 208:22

**added** 169:23
**addition** 245:13
  252:2
**additional** 111:2
**address** 9:2 45:16
**addresses** 45:21
**admits** 222:4
**admitted** 268:12
**ads** 43:11,15 161:3
  266:25 269:19,20
  270:11 277:11,22
**advertising** 87:25
  87:25 114:8
  197:14 198:17
**advice** 37:15
**advisors** 198:20
**affairs** 156:14,16
  157:7
**affiliate** 219:4
**affiliates** 265:8
**afternoon** 98:8
**age** 172:17 233:8
**agency** 87:25
  102:22 132:9,11
  132:14,19 136:20
**ago** 52:8 153:2
  230:25
**agreed** 4:4,10,14
  114:16
**agreement** 81:24
  81:25 117:9,16
  124:25 148:4,7
**agreements** 87:5
**ahead** 56:8
**air** 214:9,13
**airbrushed** 217:18
**Alan** 63:12
**Albert** 65:20
**album** 56:11 75:17
  77:11,14,16 78:25
  89:6 92:7,15,25
  109:18 110:3
  111:6,14 112:14
  112:17,20 115:6
  145:8,9 146:19
  147:7 226:10,13
  227:8 228:7,9

247:5,10,12 248:5
248:9,23,25 249:8
250:14 253:22
254:3 255:16
258:16 264:20
**albums** 114:19
  242:20 249:14,21
  254:24 255:12,13
  258:10,11 277:8
**alive** 119:2 186:18
**allegations** 13:19
  13:20
**allotted** 26:11
**alongside** 23:4,15
  268:3,8
**alterations** 160:17
  160:20
**Amazon** 90:24 91:8
  91:10 210:14
**ambassador** 14:15
  130:7
**Amer** 27:4
**America** 72:4
  108:12 111:10,11
  111:23 174:24
  182:15 186:23
**American** 24:25
  25:5
**amount** 112:10
  121:18
**amounts** 100:5
**Andreas** 24:19
**and/or** 141:9
**Angeles** 31:5,20
  101:8
**animal** 19:19
**answer** 6:11 7:9,10
  7:20 10:20 11:6
  17:8 22:4 30:9,10
  47:23 56:7 91:6
  99:12 120:9,17
  122:25 148:11,19
  152:15 153:8,10
  153:12 158:14
  178:11 246:11
  262:2,9 264:11
  272:22 273:19

**answering** 275:18
**answers** 5:22 7:17
  47:14 62:14 99:6
**antique** 242:2
**anybody** 25:17
  37:21 57:6 82:12
  91:23 101:6
  110:24 120:6
  130:2 142:6
  156:22 210:10,13
  213:7 224:3
  229:19 235:3,7
  236:12 245:14
  247:16 262:22
**anymore** 142:19
  228:5,24 275:19
**apart** 75:7 227:3
  232:6,22
**appear** 167:2
**appeared** 43:15,16
  56:15 238:2
**appearing** 17:6
**apply** 163:8
**approach** 67:20
  68:12,13
**approached** 24:9
  68:6 210:10
**appropriate** 8:5
  288:6
**approval** 278:9
**approved** 267:21
**approving** 278:6
**approximately** 8:9
  66:22 125:17
  126:24 180:10
  189:8 201:21
  212:12,25 216:24
**approximates** 86:5
**April** 43:3 279:24
  280:5
**Arbus** 58:23
**archivalist** 165:20
**archives** 43:6
  166:14 193:10,12
  233:5 257:24
**archivists** 166:5
**area** 49:7 159:16

161:25 244:12
**areas** 61:9 162:25
**arena** 79:8
**arrange** 257:11
**arranger** 136:11
**arrested** 9:25
**arrives** 235:11
  261:2
**art** 39:2,19 40:10
  73:21 78:13 88:2
  88:17 93:22 94:3
  101:23 102:23
  105:6 108:5 116:4
  116:8 120:10
  145:20 147:9
  148:7 184:13
  185:18 204:23
  207:4 217:14
  218:25 220:4,16
  229:14,24 235:14
  238:19 251:11
  252:10 255:6
  256:12 257:24
  273:23
**article** 84:12 85:17
  102:10 176:15
  186:16 199:20
**articles** 131:14
**artifacts** 253:9
**artist** 10:25 13:17
  29:11 30:22 37:7
  64:25 68:8 76:6
  112:25 119:13
  120:13 121:10
  122:8,19 124:18
  128:21 141:9
  145:13 147:13
  209:12 210:3,23
  249:13 251:13
  272:2
**artistic** 117:6
**artists** 22:3 25:2,2
  65:16 118:22
  119:7 123:19,24
  137:20 138:8
  144:7 175:17
  216:5 223:19

263:8
**Arts** 22:22 23:10
37:18
**artwork** 92:24
217:5 219:12
220:6 225:23
249:20 250:20
251:18,23 255:4
258:10,14 271:8
274:9 278:7,9
**ashamed** 84:22
163:19
**Asian** 102:12
108:16,20
**aside** 8:14 41:16
194:20 214:23
**asked** 48:15 50:25
51:10 52:17 57:8
79:20,21 91:5
93:8 106:23
157:16 184:24
211:21 212:2
230:2 233:7 242:6
245:4 257:22
266:15 282:13
**asking** 5:20 6:11
11:3 14:23,24
17:24 50:3 51:6
51:22 52:12,14
53:2 59:21 88:3
93:9 153:4,5
155:14 157:22
166:17 168:23
213:22 227:5
238:5,11 244:5
250:11 253:22
274:9 277:13
**aspect** 37:24
**aspects** 136:22
140:20
**assigned** 187:12
**assignment** 66:15
66:17 84:6,9
**assistance** 144:7
**assistant** 60:15
62:4 128:4 139:25
143:18 144:19

145:4,23 146:24
148:22 174:8
263:10
**associate** 198:14
**associated** 198:12
**association** 59:3
**assume** 7:4 54:17
**assumption** 191:11
191:14
**Astoria** 9:5
**astute** 102:23
**Atlantic** 88:22,24
146:4,22 264:21
**attach** 238:6
250:14
**attached** 43:19
152:10 259:15
284:13 288:12
**attachments**
237:18 238:5
258:23 259:5,9,11
287:17
**attempt** 6:18
205:17 206:6
246:16
**attended** 144:2
**attention** 129:2
155:19
**attorney** 5:12 7:10
17:20 18:3 36:11
195:25 196:2
231:13 288:16
**attorneys** 12:12
41:16 47:21,25
48:23 49:14 62:15
**attribution** 247:15
**AT&T** 132:24
**audited** 87:23
**authorization**
234:10
**autobiography**
44:4
**available** 279:12
**Avenue** 2:8 3:16
**average** 206:23
**Avery** 31:15
**aware** 28:12 35:18

46:20 47:15 119:7
131:12 275:8
**A&M** 75:21 76:5
78:23 79:21
233:12 264:22,23
**A-M-E-R** 27:4
**a.m** 2:3

———————

**B**

**B** 1:11 5:15 155:14
218:19
**ba** 68:25,25,25,25
81:20,20,20,20
**back** 24:17 27:25
39:10 47:16 48:12
54:18,19 57:17
71:3 73:24 75:9
75:12,14,17,19
78:6 80:10,13,14
92:6,11,20,25
93:10 97:3 98:23
112:8 113:9,16
119:21 121:7
122:21 124:20
129:10 145:7
149:10 159:3
161:21 168:25
176:23 179:4
180:2 183:2 185:2
190:17 191:11,19
192:24 201:10
203:5 216:23
219:21,23 224:5,6
224:14 226:24
228:10 233:8
235:13 238:16
242:4,16 243:22
246:12 257:2,3,16
257:23,25 259:23
261:3,25 279:8
281:5 286:23
**background** 57:19
252:14
**backing** 117:14
**backstage** 127:11
**bad** 34:8 72:19
162:17,22 169:18

281:9
**badly** 216:2
**balance** 208:10
**ballistic** 260:13,23
**ballpark** 98:19
**band** 75:25 76:6
77:9 112:4 119:18
121:24 124:15
126:6,21
**bands** 123:9
**band's** 123:10
**bank** 137:15
**barrel** 55:23
**Barry** 52:2,21
53:10
**based** 87:14 90:21
93:24 101:5 145:6
208:23 212:6
237:22 239:21
**basics** 67:11
**basis** 32:8 139:6
**batch** 47:25 57:13
57:15 169:6,8
170:6,8,11 174:15
178:22 188:13,15
189:8 201:18
214:8
**Bates** 195:15,21
236:15,23 258:23
265:15,19 287:10
287:14,18,20
**BB** 163:21 219:16
219:18,19,22,25
266:22
**BBC** 205:19 207:5
**bbkingvegas@ao...**
265:22
**bbking.com** 276:6
276:8,9
**BBs** 169:22
**Beatles** 65:5,11,13
113:20
**bed** 268:10
**beg** 152:21
**beginning** 249:12
**Behalf** 3:4,14
**behold** 235:10

**believe** 64:19 92:22
104:23 125:5,13
169:5 185:10
197:24 218:12
237:8 275:23
**Bell** 132:24
**belong** 124:22
209:14 230:21
**belonged** 239:13
**Ben** 18:5 36:11
48:6,7 60:2 61:5
63:11 129:10
195:25 197:25
222:12 231:12
234:15,19 260:16
269:12 273:6
275:13
**Benedict** 58:21
**Benson** 31:15 60:2
63:11
**Benson's** 61:5
**Bernstein** 39:12
59:19,25 60:13,13
60:14,25 62:5
63:4 64:13 65:4
65:15 67:16,16
69:3 70:8 118:5
123:4,6 125:9,22
127:23 129:4,5
134:11 135:8,10
137:11,14 138:2,7
139:13,19 142:4,9
143:10,14 144:24
146:15 147:23
151:3,8 156:15
157:5 211:14
244:13 263:4
**Berry** 157:24 175:7
**best** 83:8,9,11 99:7
99:17 177:14
185:12 228:18
**bet** 210:22
**beyond** 255:12
**big** 57:9,15 65:12
157:21 180:15
219:9 220:12
221:13

**biggest** 69:4
**Billy** 38:22
**Bing** 271:8
**bio** 58:20 129:3
**biography** 44:4,16
 128:19 129:7,15
 130:13,19,20,23
 131:9
**birth** 9:13
**bit** 14:22 26:8
 124:8 172:14
 211:13 213:12
**black** 160:6,8
 162:20 163:5,13
 259:14
**blah** 66:11,11,11,11
 67:22,22,22,22
 102:2,2,2 123:14
 123:14,14,14
 184:3,3,3 199:19
 199:19,19
**Blakely** 32:24
**blank** 95:7 177:24
 243:16
**blatant** 13:21 42:14
 53:25 55:19
**blind** 266:13
**blogs** 131:5
**blood** 221:16
 285:17
**blow** 249:5 250:2
 256:7
**blown** 227:9
**blowup** 226:8
 249:11 253:15
**blowups** 225:12,21
 228:24 229:7,9
 238:23 242:19
 248:23 255:5
**blues** 254:21
**board** 22:21 36:3
 36:12,13 86:19
**bodies** 171:24
**bom** 162:9,9,9
**book** 44:6,16 55:24
 57:2 91:16 110:21
 110:22 139:3

140:10 164:8,12
 164:13,14,20
 165:3,7,10,13
 167:4,11,13,16
 193:16,23 194:5,6
 194:9 210:12
 212:11,13,16
 215:17,20 216:9
 216:17 217:5,6,14
 220:9,10 221:3,8
 221:10,12 247:7
 247:13 248:6,15
 252:15 253:14,18
 253:23 278:20,21
 279:11
**booked** 125:6,11
 244:15
**Booker** 18:4
**booking** 137:19
 138:23 139:8
**booklet** 251:9
**books** 43:11,13,14
 43:21,22,23,24,24
 55:21 56:3 131:13
 212:11 240:2
 253:15 277:10,22
**Boom** 204:11
**born** 9:15
**borrow** 79:7
**borrowed** 79:2
**bother** 168:13
 268:23
**bottom** 48:14
 197:20 199:17
 237:15 257:15
 261:16 262:7,12
 273:20 276:9
**bought** 164:4,21
 193:16,17 207:23
 270:10 272:15
**bounce** 38:2
**Brad** 196:3 197:24
 231:13 234:16,19
 275:15
**brand** 14:15 130:6
 253:17
**Brannigan** 65:19

**Brazil** 108:12
**break** 8:4,6 44:2
 97:20 246:23
 278:13
**breaks** 8:3,11
 260:24
**Brenner** 29:19
 242:23
**bring** 39:4 97:2
 101:13 121:2
 178:22 189:8
 210:3
**bringing** 36:20
 96:19 155:18
**broke** 98:10 100:14
**Brooklyn** 95:25
 97:6 173:5
**Broome** 27:14
**brought** 18:23 19:7
 65:7 103:10,20
 104:14 105:9
 129:2 188:12
 240:5,7 276:17
**brown** 166:11
**Bruce** 198:15,15
 199:3 200:16
 203:11
**bubble** 28:23
**bucks** 70:25 71:8
 71:20,22
**building** 26:12
 192:20 226:4
 272:15
**bulb** 193:20 221:25
**bunch** 187:2
 243:10 255:23
**Bunny** 261:5
**bureau** 101:8
**burnt** 209:9
**burst** 172:17
**bus** 274:23
**business** 33:12 37:6
 37:24 67:18 72:11
 72:22 78:22 122:6
 124:9 131:20
 136:22 137:19
 138:2 143:12,15

143:23 144:22
 148:13,16 150:11
 150:17 151:10
 156:24 157:2,14
 265:2 266:7
**busy** 170:23 171:2
 186:18 211:9
**butcher** 117:7
**butchered** 162:23
 163:6,17
**button** 172:18
**buy** 45:9 54:9
 91:20,21 149:4,15
 149:18,25 156:9
 157:10 164:6
 188:19 201:19
 271:4
**buyer** 88:2 102:23
**buying** 54:4 111:11
 111:15,16
**B's** 266:23
**B.B** 10:23 25:6,8,12
 27:20 28:14 38:14
 43:23 44:18 45:13
 56:11 57:10
 126:23 128:23
 130:2,15 164:13
 175:7,10,24
 177:12 183:18
 187:21 188:4
 192:17 199:16
 201:8,9 207:9,10
 207:22,25 208:21
 217:23 218:11
 219:24 223:25
 224:8,13 237:18
 238:4,9 239:3,10
 239:15,18 240:10
 241:7,8,23 242:21
 244:16 245:15
 249:10,21 254:3
 254:12 255:12
 258:10,11,15
 266:14 267:22,23
 268:2,18,19 273:8
 275:21 276:24
 277:17,24 287:12

**C**
**C** 3:2 5:2 98:5
 155:14 218:14,19
 285:2,2
**cabinets** 173:23
**calculator** 92:4
**call** 14:3 21:15,19
 22:22 32:12,13
 35:20 36:10 44:3
 44:8,11,13 50:7
 73:23 76:16
 100:21 101:22
 119:18 126:13
 135:2 137:16
 175:9,10 180:23
 189:22 220:15
 224:5 230:17
 231:23 232:4,11
 232:23 239:10
 241:6,16 243:21
 244:17 256:24
 257:6 260:14
 266:14 267:18
 269:25 271:22
 272:5 275:3
 279:23
**called** 5:3 10:14
 27:8 49:4 76:3
 78:21 223:3 241:9
 244:2 266:13
 272:4 278:19
**calling** 45:6 51:14
 234:21 270:5
 282:17
**calls** 24:17 43:4
 224:4,6 232:21
 240:7,14 241:4
 271:20
**camera** 14:13
 22:25 30:16 73:23
 86:25 154:22
 159:20 162:7
 163:15
**campaign** 114:3
 243:4 245:15
**capacity** 133:5

135:5 220:15
**care** 70:9
**cared** 175:8
**careful** 75:13 209:5
210:15
**carefully** 26:9
288:4
**Carl** 267:15,18
268:13 276:16
**Carla** 3:23 5:11
**Carnegie** 65:10
140:11,16
**carry** 78:17
**Cartier-Bresson**
31:12
**case** 1:4 10:14 11:5
11:12 12:6,7
15:13 20:14 25:19
26:7 27:21 30:23
34:16 38:11 41:7
41:14,17 42:5,9
42:19 48:4,5 52:9
53:21,22 56:4,4
76:22 87:13
119:14 149:9
161:2 174:3
277:15 289:3
**cases** 93:25 99:9
104:14 107:5
108:8 110:12
141:16
**case-by-case** 32:8
**Cassidy** 84:21
**catalogue** 90:13
**categories** 138:12
**caught** 20:3
**CBS** 75:21 76:2,4
76:22,25 77:24
80:7 110:2 264:20
**CD** 216:24 217:4,5
217:10,11,24
218:11 226:8
238:10 266:23
267:5 269:6
287:13
**CDs** 43:12 77:15
239:25 248:19

255:24,25 256:21
267:9 268:8
269:14 275:22
276:24 277:6,15
277:17,24 278:6
**ceased** 61:20,21
**Cell** 9:9
**center** 43:5 55:18
193:10 248:17
250:23 280:4
**centerfold** 84:16
86:3,8
**Central** 125:14
127:3,4
**cents** 114:6 186:16
**certain** 14:16,18
28:21 94:6 114:19
117:11 147:14,15
**certificates** 49:8
50:10 286:19
**certification** 4:6
**certifications** 58:17
**certified** 235:11
**certify** 284:11
285:9,15
**cetera** 126:9
**chain** 60:6 236:14
237:2 287:14
**chairperson** 22:22
**chambers** 15:18
**championed** 70:13
**chance** 7:22 229:8
**change** 187:4
**changed** 161:13
187:17 247:8
**changes** 39:16,20
40:3,8,21 42:21
55:11,16 56:17,17
56:20 57:10,12
66:24 164:16
165:22,24 166:9
166:20,25 169:6,9
169:12,18 170:2,9
174:16 175:13,15
176:3 177:18
185:4 189:11
191:24 192:5

193:19,22 196:13
197:4,23 199:8,15
200:5,10,22,25
201:7 212:9,14,22
213:3 214:13,24
214:25 215:6,10
215:25 220:21,25
221:2,4,6,9
261:24 262:5,11
279:5 280:20
281:8 286:10,14
286:15 288:11
**characteristics**
14:19 15:2,8
**chat** 120:11 187:24
**check** 63:23 78:16
89:25 144:12
159:4 204:12
**checking** 93:17
**checks** 64:19
**CHEN** 3:19 5:7
12:10 15:20 16:19
16:24 21:8,12
30:7 35:6,15,16
45:23 46:4 49:16
49:20 52:9,16
53:9,15 83:6,15
83:18,24 95:7,12
97:19 98:7 151:16
152:6 166:17,22
167:5,9 178:4,8,9
195:13,18 217:21
234:17 236:18
246:23 247:3
256:24 257:6,13
258:21 259:2
265:14,18 278:12
278:17,24 279:14
280:11,14,18
282:16,23 283:4
286:4
**chief** 252:25
**child** 75:4 237:25
**children** 23:16
28:11 29:20 31:3
164:18 192:2
242:24 250:25

251:2
**choice** 185:17
**choose** 32:17 80:4
94:22 96:16
181:13 190:23
**choosing** 180:7
**chose** 11:17 26:18
70:20 142:20,20
**chosen** 23:3 241:23
253:11
**Christmas** 18:14
63:18 107:24
**Chuck** 157:24
175:6
**chutzpah** 123:5
**circle** 92:6
**circulation** 87:21
88:3 109:9,12
186:24 187:4
**circumstances**
127:13 155:22
174:19
**Circus** 59:19
**citizen** 9:23
**city** 9:6,17 96:2
125:19 173:7
267:16 268:11
**civil** 16:13
**CKMAs** 226:20
**claim** 278:3
**clamoring** 175:4
**clarification**
222:23 274:4
**clarifications**
100:12
**clarify** 47:4,5 80:7
98:13 274:21
275:16
**clarifying** 280:15
280:17
**clarity** 154:5
**clean** 166:8
**clear** 19:12 43:17
44:17 45:12 55:4
55:7 56:12 138:13
146:12 156:4
281:7 282:20

**clearly** 6:7
**Cleveland** 280:22
**click** 136:5 231:2
**client** 103:2
**close** 29:21 88:17
99:22 151:14
170:15
**closer** 100:9
**club** 267:23
**clue** 20:2 28:24
**clueless** 28:15
**Cohen** 196:3
197:24 231:13
234:16 275:15
**coincidental**
220:25
**Coke** 91:22 141:10
**Coleman** 198:17
**collective** 31:10
**collector** 94:15
286:8
**collectors** 45:5 54:5
**college** 57:25 58:3
**color** 160:4,6,12
162:19,20 164:10
226:21
**colors** 161:13
**Coltrane** 126:9
**Columbia** 77:7
**combine** 244:7
**come** 32:15 34:3
70:16 73:23 76:19
78:24 87:11 89:23
90:15,16 112:2
113:25 117:15
133:10 142:16
145:21 150:21
171:12 172:16
179:4 191:18
204:11 224:20,20
228:10 279:16
**comes** 9:7 19:19
34:4,5 97:3
191:12 193:22
216:9 224:24
**coming** 13:2,2,5
36:20 37:3 38:5

41:22 85:15
121:21 188:2
240:3
**comments** 163:8
**commercial** 96:7
96:11 121:21
133:2 135:23
136:23 174:3
**commercials**
132:12 133:6,11
133:17,18 134:6,8
136:4,4
**COMMISSION**
289:24
**communicate**
135:25
**communicated**
231:9
**communication**
54:17 235:24
236:11 274:24
**communications**
48:16,22 49:2
50:19,21 54:23
246:14 260:18
**companies** 76:21
**company** 13:13
15:25 16:8 19:25
70:5 108:11 110:9
122:20 149:6
217:20 218:23
235:6 264:7
271:20 272:10
**compare** 15:10
**complaint** 43:19
152:10 218:6,10
**complete** 138:6
239:6
**completely** 10:24
10:25 67:2
**components** 252:9
**compose** 73:19
**composed** 77:5
**computer** 91:25
**concerning** 48:17
**concert** 64:25
65:12 69:5 127:12

138:9 140:12,19
141:14,16,17
144:6 156:17
159:5,8 162:2,4,5
273:8
**concerts** 65:2,10
125:6,12,14 127:6
140:3,6 141:11
144:5 244:6
266:25 267:24
268:16
**concrete** 111:13
**Conde** 104:25
108:11
**condition** 8:16
**conference** 24:17
**conferred** 165:19
**confirm** 95:13
257:17
**confirmed** 56:23
217:19 219:2
220:3 222:12
258:5 260:25
**confirms** 261:4
**confront** 267:19
**confronted** 276:15
**confuse** 9:4
**confusion** 129:5
**conjunction** 13:14
135:8 139:4 140:6
177:9 224:21,23
243:8 256:21
**connections** 67:15
**conservative**
172:14
**consider** 180:22
**consult** 12:12
**consuming** 74:7
**contact** 221:15
264:8 272:7 275:4
279:16
**contacted** 108:16
108:18 119:17
176:3 177:17,19
177:22 205:20
221:19,21 281:14
**contain** 272:19

**contained** 197:5
255:13
**containing** 248:20
**contents** 239:4
242:7
**contest** 243:6,11
**continue** 151:7
**continued** 167:7
246:25 278:15
286:25
**contract** 34:7 65:22
70:21 77:21 80:25
91:4 142:8 147:19
204:3
**contracts** 36:20
70:23 77:25
147:14
**contributed** 251:18
**contributors**
198:20
**control** 146:5
**conversation** 24:16
115:23 127:17
187:9 223:12,14
223:21 224:25
225:9,11 231:5,16
233:18 235:18
236:6,9 273:9
**conversations**
148:25 218:22
246:17 274:19
275:15
**converted** 164:10
**convicted** 10:3
**cooperate** 228:19
**cooperating** 225:6
227:17
**cooperation** 25:15
27:24 28:5,17
29:7,25 30:18
223:9,18 227:5
242:17 243:14
244:9 245:4
**coordinate** 141:8
145:5 187:15
243:4
**coordinating** 140:3

238:23
**copied** 235:3,8
**copies** 49:7,10
50:10 51:13,15
105:12,18,22
106:8,13 107:20
109:8,14 110:8
112:12,22 116:16
118:21 122:15,17
164:21,24 169:18
179:5 180:20
189:5 193:17
211:17 214:16,19
247:7 257:7
261:22 279:20
**copy** 52:3 73:11
161:19 165:21
166:8,13,18
167:23 191:23
198:2 199:23
200:3 213:6
214:20,21 215:9
215:12,14 217:3
218:19 219:8
273:24 278:25
280:20 281:8,24
282:2,18,22
286:15
**copyright** 11:17,20
13:21,23 14:3
49:5,9,11 50:20
51:2,11,17,19
52:14 73:8 278:3
286:20
**Copyrights** 90:12
**corner** 239:24
261:16 262:13
**corporate** 19:2,23
63:18 131:4
**corporations** 20:12
**correct** 6:9 7:22
28:6 39:21 43:20
45:15 48:20 56:5
62:20 86:14 95:17
97:14 98:13
100:23,24 101:15
104:3 108:21

109:2,16,24
115:24,25 116:5
117:10 118:7
121:19,20 122:18
124:2 138:24
139:20,21 142:5
146:20 156:8
157:15,18 173:17
174:17 176:5
181:15 182:8
188:17 191:6
196:3 197:6
204:17 212:23
213:8 215:7,11
218:13 220:2,3
224:17 227:10,11
227:13,14 228:12
236:21 241:12
248:24 249:22
252:3 255:2
256:17 257:5
258:12 259:21
267:11 273:10
274:7 275:10
281:24 284:12
**corrected** 128:24
130:17 131:6
**corrections** 129:12
284:13 288:5,7
**correlation** 165:19
166:24 193:3
**corresponded**
185:21 186:4
**correspondence**
48:7,11
**counsel** 4:4 199:22
231:14 236:23
**count** 201:11
**counting** 201:24
**COUNTY** 284:5
285:5
**couple** 13:8 50:13
66:21 163:2
176:21 183:23
188:10 205:21
227:24 244:6
271:18 272:4

**course** 47:6 55:24
  63:21,25 70:13
  73:9 79:19 110:18
  113:24 114:15
  116:13,18 119:10
  136:16 138:19
  143:13 145:2,13
  148:21 154:15
  163:25,25 174:13
  178:21 187:19
  189:23 202:18
  217:15
**courses** 58:4,7,10
  58:14
**court** 1:2 4:17 6:7
  6:12 288:20
**courtesy** 183:3
**cover** 55:16 56:11
  70:5 78:6 80:11
  80:13 84:15,16
  85:16,22 86:7
  92:25 111:6 112:8
  113:20 115:7,10
  115:13 146:19
  147:8 148:7
  157:17 163:3
  164:10 180:9
  197:3,4 199:13
  216:14 217:2,14
  219:21,21,23,24
  226:22 247:6,9
  255:4,6 256:12
  271:7 279:8,8
  281:5
**covered** 21:17
**covers** 75:17 89:7
  92:7,15 109:19
  145:8,9 226:8,10
  226:13,18 227:8
  228:7,10 237:25
  238:7,8,10 248:5
  248:23,25 249:8
  249:15 250:14
  253:22 254:3
  255:16 264:20
  266:23 267:5
  269:7 279:2

**Cowan** 29:19
**Cowen** 242:23
**craftiest** 72:11
**Craig** 1:6,16 2:5
  5:8 6:1 7:1 8:1
  9:1,3,4,11 10:1,14
  11:1 12:1 13:1,24
  14:1 15:1 16:1,20
  16:21 17:1,2 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1,24
  45:25 46:1,6 47:1
  48:1,13 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1,19 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1,8
  99:1 100:1 101:1
  102:1 103:1 104:1
  105:1 106:1 107:1
  108:1 109:1 110:1
  111:1 112:1 113:1
  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1 122:1
  123:1 124:1 125:1
  126:1 127:1 128:1
  129:1 130:1 131:1

  132:1 133:1 134:1
  135:1 136:1 137:1
  138:1 139:1 140:1
  141:1 142:1 143:1
  144:1 145:1 146:1
  147:1 148:1 149:1
  150:1 151:1,18,21
  151:24 152:1,3,8
  153:1 154:1 155:1
  156:1 157:1 158:1
  159:1 160:1 161:1
  162:1 163:1 164:1
  165:1 166:1 167:1
  168:1 169:1 170:1
  171:1 172:1 173:1
  174:1 175:1 176:1
  177:1 178:1 179:1
  180:1 181:1 182:1
  183:1 184:1 185:1
  186:1 187:1 188:1
  189:1 190:1 191:1
  192:1 193:1 194:1
  195:1,14,15,20
  196:1 197:1 198:1
  199:1 200:1 201:1
  202:1 203:1 204:1
  205:1 206:1 207:1
  208:1 209:1 210:1
  211:1 212:1 213:1
  214:1 215:1 216:1
  217:1,22,23 218:1
  219:1 220:1 221:1
  222:1 223:1 224:1
  225:1 226:1 227:1
  228:1 229:1 230:1
  231:1 232:1 233:1
  234:1 235:1 236:1
  236:14,20 237:1
  238:1 239:1 240:1
  241:1 242:1 243:1
  244:1 245:1 246:1
  247:1 248:1 249:1
  250:1 251:1 252:1
  253:1 254:1 255:1
  256:1 257:1 258:1
  258:21,22 259:1
  260:1 261:1 262:1

  263:1 264:1 265:1
  265:14,15,19
  266:1 267:1 268:1
  269:1 270:1 271:1
  272:1 273:1 274:1
  275:1 276:1 277:1
  278:1 279:1,15
  280:1 281:1 282:1
  283:1 284:8,19
  285:10 286:4
  287:3 289:3,5
**crap** 84:21,24
**creative** 24:20
  60:14,23 62:3
  127:23 128:22
  138:16 139:15,18
  140:4,24 143:2
  147:17 263:9
**creatures** 78:22
**credit** 80:19
**credited** 78:8
**Crescent** 9:5
**crime** 10:7
**criminal** 10:4
**criteria** 113:7
**Criterion** 110:12
**crop** 162:17 169:25
  170:5,7
**cropped** 154:8
  160:11,23 161:4
  162:10,11
**crossing** 214:11
**crowd** 159:15
**crumbles** 166:11
**culture** 24:25
**cup** 18:25 19:15
**curated** 252:21,22
  252:23
**Curiosity** 69:17
**current** 130:12
  194:20,21 201:25
  270:15
**currently** 40:23
  67:3 266:24
  270:14
**cut** 74:3 84:14
  94:13 103:10,13

  201:13 281:6
**cut-up** 198:4
  201:13

--------

**D**

**D** 286:2
**da** 85:18,18,18
  94:17,17,17,18
  282:14,14,15
**dad** 39:7 151:13
**damaged** 182:2
**damn** 196:25
  238:14
**dance** 254:17
**dark** 52:5 73:21
  74:12,18 86:11,18
  93:2,4 104:6,12
  106:3,22,23
  169:17 180:19
  214:2
**darker** 213:14,16
**darkness** 213:11
**darks** 106:17
  169:20
**data** 14:8
**date** 9:13 12:8
  16:23 46:3 62:20
  63:5 97:16 151:20
  151:23 152:2,5
  195:17 217:25
  220:7 236:17
  258:25 265:17
  288:9 289:4
**dates** 98:16,22 99:4
  99:9 134:20
  135:18 137:2
  176:22,23
**David** 84:21 126:15
  126:22
**Davis** 11:11 23:16
  24:12 25:5,8
  26:19 28:2,11
  29:14,17 77:8
  194:24 195:3
  242:24 251:17
**day** 8:14 33:22 34:9
  97:5 141:6,6

142:16 147:6
150:20 156:17
170:20 171:3
181:9 239:24
244:2 285:21
289:22
**days** 13:8 81:21
82:7 93:20 104:18
171:6 232:6 241:6
244:15 258:2
288:16
**Day-to-day** 156:18
**da-da** 177:2
**deal** 37:5,9 71:2
98:22 150:3,13
157:21 281:2
**dealing** 37:8 137:20
149:7,13 209:6
**dear** 78:11
**death** 205:20
**December** 18:19
20:21,22
**decent** 181:6 249:5
**decide** 66:5 103:22
188:18 189:5
190:23
**decided** 35:19
175:22,24 182:4
187:25 216:4
**decides** 107:20
**decision** 104:16
185:11,13
**deduction** 212:7
**deemed** 288:19
**defendant** 16:6,9
277:14
**defendants** 1:12
3:14 5:14 46:6
47:2 48:3 194:9
**define** 51:14 73:4
91:19
**defined** 48:18
**definitely** 156:3
184:18 192:7
233:25 260:8
**definition** 162:24
**demanded** 122:22

**denied** 244:19,21
**Dep** 289:4
**department** 50:8
94:3 220:4 235:14
257:24
**departments** 93:22
**depending** 9:6 71:6
72:3 141:19
170:23 206:22
211:10
**depends** 8:13 64:22
66:18 71:9 86:9
105:6 112:25,25
113:17 144:8
147:18 185:23
**Deponent** 289:5,19
**deposing** 288:15
**deposit** 51:12,18
**deposited** 51:11,15
51:25 52:13
**deposition** 1:16 2:5
4:7,14 6:8,14 7:20
8:3 15:15,21,22
16:17 21:21,24
22:8,11 25:22
41:10,18 42:2
284:10 285:11,13
288:3,13,17,18
**Der** 67:24 101:7
**derogatory** 157:19
**describe** 33:20
207:19
**described** 191:6
**describing** 104:3
109:24
**description** 247:18
247:21
**design** 35:21 58:8
160:14
**desk** 148:24
**destroyed** 74:20
75:11 93:12,15
**detail** 282:14
**details** 34:19 41:23
41:24
**develop** 170:17,20
171:7,17,18 172:5

209:25
**developed** 173:8
210:21
**dialogue** 279:24
**Diane** 58:22
**dictate** 114:14
**die** 229:16
**died** 151:9 205:15
**differ** 116:19
**difference** 180:24
**different** 10:24,25
14:22 19:19 34:3
36:18,24 38:23
45:7 57:16 62:11
67:2 72:6 81:11
96:6 119:20
124:17 129:6
140:20 141:19
155:11,11,13
160:11 163:2
171:25 183:10
185:25 186:9
198:24 225:17
270:11,20 272:17
**difficult** 19:6
117:13
**dig** 193:8
**digging** 226:23
248:16 280:3
**digital** 92:19
104:19 172:15,17
**digitalized** 166:12
**Digitally** 73:16
**Diltz** 32:25 40:25
70:3
**diluted** 205:5
**dimensions** 15:7
26:11
**direct** 165:19 193:3
222:25
**direction** 261:18
262:18
**directions** 119:20
**directly** 108:18
117:5 135:25
137:8
**director** 35:2 39:2

39:19 40:10 60:15
60:24 61:6 62:4
62:19 63:9 73:21
78:14 88:18 90:17
101:23 108:5
116:4,8 119:15
120:10 126:19,19
127:24 128:22
139:16,18 140:4
140:24 143:3
145:20 184:13
185:18 198:18
219:2 220:16
223:25 224:13
229:15,24 252:10
263:9 273:24
**directors** 105:6
**discover** 47:8
222:21 248:8
267:12 269:20,24
**discovered** 36:7
161:2 229:3
230:20 239:8
253:23 267:8,10
**discovers** 229:10
**discovery** 48:3
52:12 53:2 55:9
233:2,23
**discuss** 41:25 42:4
95:5 230:18,24
231:25
**discussed** 16:16
41:17,20 121:15
122:11 179:11
**discussing** 120:14
122:6 186:21
232:7
**discussion** 53:14
**dislikes** 84:23
**dismiss** 21:19
**distribution** 87:17
91:21
**distributor** 87:16
90:24
**distributors** 90:25
**District** 1:2,3 5:17
10:15

**dived** 221:15
**divers** 94:8
**divided** 143:24
**diving** 94:2,9
**doctored** 164:9
**document** 16:21,25
17:3 46:5,10,18
46:22 47:9 48:15
50:24 51:23 152:7
195:19 236:19
286:18 287:4
**documents** 22:10
22:13 46:2,8,21
46:25 47:13 48:10
48:16,22 49:2,17
50:15 51:10,24
52:13 53:18,20
54:23 287:5
**doing** 19:2 23:23
29:12 36:4 41:3
42:25 43:2,4
44:21,24 45:3
55:8 62:10 63:16
67:6,24 69:5
70:11 72:23 84:21
87:4 101:19
102:21,24 111:23
113:20 117:17
120:25 124:15
130:22 133:5
134:20 135:22,23
140:7 141:6 153:3
176:15 184:2
185:24 186:18
187:2 190:11
193:6 195:7
203:10 209:15,18
210:15 211:9
226:5 241:22
248:12,16 250:21
251:5,22 253:21
253:25 254:25
271:6 278:4 288:8
**dollars** 66:21
**donate** 193:12
**Doors** 70:5
**dormant** 195:7

**dots** 73:24
**double** 196:10
**downtown** 27:13
**DPI** 15:7 282:14
**DPIs** 15:4
**Dr** 24:19
**drafts** 23:21
**drew** 243:16
**drill** 72:18 78:10
  89:22
**dry** 84:15
**ducked** 221:16
**due** 266:22
**dug** 258:4
**duly** 5:3 285:12
**dump** 179:17
**dumpster** 94:2,8,9
**Dunhill** 192:21
  215:22 220:14,21
  258:2 261:8,17
  262:5,13,23
  263:19 264:3,5,25
**Dunhill's** 40:10
**Dunn** 128:25
**duration** 110:15
  149:3
**duties** 143:24
**DVD** 91:16
**D.C** 65:11

**E**

**E** 3:2,2 5:2 98:2,2,5
  285:2,2 286:2
**earlier** 7:20 164:15
  173:3 184:8
  204:13 207:5
  223:6 233:17
  264:19 273:9
**early** 61:23 67:7
  71:4 72:23 76:14
  83:25 92:20 95:24
  98:12 99:5 100:2
  103:16 111:5
  132:2
**earnings** 98:25
**easier** 107:16
**Eastern** 10:15

  87:15
**easy** 6:12 73:18
  92:4
**eBay** 45:7 94:16
  164:5,25 193:17
  239:21 270:10
**edition** 102:12,12
  108:10,15,16,20
**editor** 88:18 101:22
  101:23 102:17
  108:6 177:20
  178:14,25 180:2
  183:25 184:6
  185:18,23,25
  200:25 252:25
  286:9
**editorial** 66:4 85:4
**editors** 66:8 68:9,9
  68:11 70:15
  100:20 103:10,20
  104:16 118:13
  185:6 187:14,23
  188:11 192:12
  200:9 252:10
**educator** 22:21
  23:9
**effect** 4:16 181:4
**effort** 83:9,11
**efforts** 83:8
**egos** 147:12
**egotistical** 68:20
  150:23
**eh** 181:5
**eight** 266:23 267:5
  267:9 269:6
**Eiseman** 37:16
  38:11,14
**either** 8:16 22:5
  25:16 54:18
  117:20 154:6
  173:4
**electronic** 281:23
  282:2,18,22
  286:15
**Emerson** 79:6
**employed** 67:3
  127:23 128:13

  133:19 137:6,9
  139:13 143:10
  220:17
**employees** 174:4
**employment** 59:12
  59:13 62:8 65:24
  98:22 99:10,13
  133:7 142:12
**encompass** 26:15
**encompassed**
  126:14
**ended** 61:16 78:25
  215:21 269:14
**Energizer** 261:5
**enforce** 78:12
**England** 108:11
**English** 9:19 78:16
**enormous** 70:2
**entailed** 143:21
**Enterprises** 59:20
  60:13,25 62:5
  138:2 139:19
**entertainment**
  19:22
**entire** 7:5 8:14
  281:4,16
**entirety** 199:12
  280:25 281:4
**entranceway**
  225:14,15 226:5
  249:6 252:18
**envelopes** 97:18
**equal** 112:11
**equally** 208:5
**equation** 245:11
**equipment** 30:15
  79:9 154:11,23
**erased** 14:2
**errata** 288:6,9,11
  288:15 289:2
**ESQ** 3:9,11,19,23
**Esquire** 102:9
  107:23 108:14
  210:14
**essentially** 217:16
**established** 121:5
**establishing** 121:14

**estate** 1:10 5:15
  11:11 23:15 28:11
  29:11 253:9
**estimate** 112:7,16
  201:25
**estimates** 98:17
  99:6,15 141:24
**et** 126:9
**etched** 86:5 98:21
**ethical** 150:24
**ethics** 117:22
**Europe** 91:14,15
**European** 90:25
**event** 69:13,15,16
  85:9 123:21
  124:14,19 127:20
  128:8 152:20
  154:17,25 155:4
  155:15,24 156:3,5
  156:7 157:5,17
  158:2 163:11
  170:19 171:20
  196:19,21 210:21
  211:5
**events** 118:6,9,23
  119:9,25 245:5
**everybody** 33:11
  33:13 56:21 79:5
  87:23 114:4,6
  141:12 157:22
  190:22 195:11
  272:8
**evident** 53:25 55:2
  55:10 57:2 220:9
**exact** 160:9 217:3
  219:12
**exactly** 11:16 19:11
  50:11 68:16 73:5
  73:7 77:12 80:17
  80:20 83:14 104:7
  104:10 144:23
  164:17 176:11
  226:14 258:18
  259:24 280:10
**EXAMINATION**
  5:6 286:3
**examined** 5:4

**example** 103:8
  107:22 109:8
  111:13,21 162:22
  191:9 253:11
**excessiveness** 54:4
**exchange** 115:23
**exclusive** 90:8
  91:12
**exclusively** 160:2
**exclusives** 91:2
**exhibit** 16:21 24:10
  24:10 25:7 26:23
  27:17 29:4 45:25
  151:18,21,24
  152:3,8,9 167:15
  195:15 217:23
  218:5,6,10 225:7
  225:14,16,17
  226:2,3,4,6
  227:10 228:20
  232:8,19 236:14
  241:22,23 243:8
  247:11 258:22
  265:15 287:4,5,6
  287:7,8,9,10,12
  287:14,17,20
**exhibition** 32:13
  130:9 181:8 232:3
  249:12 251:7,14
  252:8,21 253:5
  279:17
**exhibitions** 193:7
**exhibits** 23:12,13
  29:16 43:3 287:2
**exist** 83:4 123:17
  124:7 269:2
**exists** 87:16 132:21
  280:20
**expanse** 270:17
**expected** 191:22
**expecting** 112:13
**experience** 145:6
  149:2
**experimented**
  162:25
**EXPIRES** 289:25
**explain** 9:21 10:19

14:12 19:15 24:15
26:8 28:7,9 32:9
42:12 55:6 56:14
59:23 67:9 74:21
84:8 90:10 100:19
107:13,22 109:10
123:2 137:12
143:20 145:11
174:18 193:3
197:17 212:16
229:2 239:7
244:25 245:3,6,13
266:9
**explained** 86:10
167:10
**explaining** 100:15
135:7 194:10
**explanation** 165:14
**exploded** 195:3
**exposition** 251:10
**extra** 179:16
**e-mail** 20:7 45:16
45:20 54:19
129:10 195:15,24
219:2 222:10,11
231:10,11 234:6,9
234:12,24,25
235:8,17 236:14
237:2,7,17 238:4
245:17,20 258:22
259:3,9 260:7
261:12 265:15,20
266:10 287:10,14
287:17,20
**e-mails** 47:19,25
48:6,9 250:10
260:3 273:22,25
274:3,5,16 275:3

**F**

**F** 98:2 285:2
**fact** 53:23 102:10
229:2 266:22
**factory** 272:13
**facts** 22:14 42:5
47:8 53:21 88:5
129:9 263:25

**fail** 288:18
**fair** 72:21 170:14
177:10 252:20
**fairness** 201:12
**Faith** 244:13
245:19,24 246:4
**fall** 123:8 138:11
**Fame** 43:6 165:20
166:4 193:9
197:12 198:6
250:23 280:21
281:15
**familiarize** 198:8
**families** 33:21,22
**family** 30:25 33:11
33:13,21 40:10
41:21 42:4 194:25
233:13
**famous** 30:16 65:10
126:7
**fan** 267:23
**far** 27:24 68:5
242:16 257:25
282:4
**fashion** 19:2 59:9
**fast** 150:16
**father** 38:21 67:17
**father's** 28:13
137:15
**Father/son** 151:12
**featured** 223:19
251:14
**featuring** 252:6
**fee** 71:3
**Feed** 252:24 253:6
279:25
**feel** 266:21
**feeling** 150:12
**Fernandez** 58:21
**festival** 125:19
244:14,15
**figuratively** 101:25
**figure** 84:25 91:24
105:19
**figures** 98:19 99:4
**figuring** 136:22
**file** 50:14 223:4

225:3 227:2
**filed** 10:15 11:7
12:6,7,13 13:7,8
21:18 97:16
152:10 218:5
**files** 53:20 183:12
214:17 223:5
224:25 226:15,23
227:22,25 229:4
229:11 233:5,10
234:18 239:9,20
255:10 256:13
257:23
**filing** 10:22 50:4,9
51:16 173:23
**filings** 49:8 286:19
**fill** 35:8 102:7
177:3,24 188:3
**filled** 144:14
**fills** 163:2
**fill-in** 179:15
**film** 90:18 91:14
103:10,13 133:18
159:24 162:7
163:3 170:25
171:14,22 172:12
172:15
**films** 210:11
**final** 147:7,16
185:11,13
**find** 207:20 239:21
240:24 248:19
255:3 258:6,14
267:4
**finding** 193:8,9
274:13
**findings** 260:12
**fine** 28:2 63:18
89:23 153:11
204:23
**finish** 6:10 17:23
56:6 109:11 114:3
115:3 121:13
197:13 198:7
200:3 224:10
236:3 260:20
274:8

**finished** 23:18
200:2 279:19
**firm** 3:5 18:4 20:11
128:25 140:21
149:9
**first** 9:19 17:8,15
38:22 46:7 59:12
65:11 84:9 85:3
88:2 106:19
108:15 110:23
111:12 120:14,20
121:11,14 123:22
125:3,5 126:23
132:9 152:15
153:13 171:20
174:25 175:3
176:25 177:17
179:21 183:21
216:20,21 220:7
221:3 222:14,16
223:15,16,23,24
225:4 231:9,11,18
237:7 240:18
245:3 248:8
257:14,16 266:12
268:7 270:9
278:18 279:15
**fish** 217:4
**fit** 103:14 252:13
**five** 33:17 55:17
63:12 84:13 89:12
112:4 114:17,21
172:3 180:10
**five-year** 113:14
**five-year-or-less**
115:16
**fixed** 180:3
**flatly** 273:19
**Fleetwood** 31:21,22
**flew** 243:9
**flip** 46:14
**flipped** 160:11,24
**Florida** 65:11
**flown** 30:25
**focusing** 107:25
212:17
**fold** 258:3

**folded** 258:2
**Folder** 97:17
**folks** 196:6 218:2
**following** 90:11
**follows** 5:5 98:6
167:8 247:2
278:16
**follow-up** 273:4
**force** 4:16
**forecasts** 113:5
**foregoing** 284:9
**forgot** 61:11
**form** 4:11 15:19
30:6 47:3 276:3,4
281:9
**formal** 52:11 77:24
**former** 231:12
239:5
**forms** 45:7 144:14
**forth** 11:17 12:5
13:16,25 15:5,5
19:3,24,25 22:3
24:5,17,20,21
26:12,13,14 29:11
29:14,21,22 30:22
30:25 31:3 32:16
32:20 34:6,7
35:22,24 36:5,19
36:21 37:3 38:9
39:4 42:15 45:8
47:17 48:8,11,12
49:9 50:5,8,9,10
52:4,7 54:5,10
56:21,22 61:15
63:16 65:3,12,14
66:4,7,8,9 68:10
71:7,11 72:5
73:17,25 74:25
78:15 79:7,10
87:18,22 88:4,20
90:14 92:3 94:17
98:21,25 99:15
101:9 102:13
103:11 104:22
105:2,5 110:24
113:5,22,23 114:7
114:8 117:5,12,22

117:22 119:19
121:22 123:11,13
124:12 126:17
129:10 131:5
134:19,20,24
136:10 137:21
139:6 140:4,5,16
140:16 141:11
147:15,17 149:12
150:11 156:21
162:25 164:11
165:21 166:11
170:24 172:16
174:5 179:12,13
191:4 193:11
194:21,25 195:12
198:20 199:2
205:23 209:3,7
210:13 211:8
213:13 219:7
222:3 225:13,16
241:22 242:2,4
243:11 244:10
250:22 251:14,17
252:11,14,16
260:4 268:14,16
272:3 274:20
285:12
**forwarded** 47:20
48:2,9
**forwarding** 274:15
**found** 11:16 54:7
164:24 165:18
193:6 212:11
227:23 239:20
268:7 270:3
**four** 33:8 55:17
66:22 89:11 91:12
203:15 244:15
**frame** 154:9 160:15
161:11 170:4
**framework** 269:4
**framing** 154:5
162:12
**France** 31:13
244:18 245:18
**franchising** 63:11

**freakin** 251:3
**freelance** 56:21
62:10 67:6,10,13
72:24 86:12 87:4
87:6 88:22 122:12
133:9,15
**Friday** 63:14
**Fridays** 60:4
**friend** 24:4 37:15
38:2 49:3,22,23
75:25 77:9 78:11
78:17 125:4,22,24
253:3 271:16
**friendlier** 124:8
**friends** 37:12 77:3
86:22 121:25
**from/to** 55:4
**front** 80:13 92:25
216:23 219:21,23
257:2 279:7 281:5
286:23
**fruit** 175:22
**FU** 72:19 122:25
123:7 209:15,17
**fucking** 78:16
**full** 7:17 8:25
160:15 170:3
244:9
**full-time** 211:10
**functioning** 140:2
**furnish** 191:25
197:25 280:22,25
**furnished** 52:21
136:6 197:11
231:13 249:4
253:14 255:18
266:18 267:15
**furnishes** 260:3
**further** 4:9,13
246:13 248:16
285:15
**future** 244:8
**F'n** 230:24
**F-E-E-D** 252:24
**F2** 154:4,10

———————
**G**
———————

**G** 5:2,2 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1,5,5
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1

147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1
**Gadd** 126:16

**gaining** 124:11
**galleries** 11:18 31:2
41:5
**gallery** 12:3 13:23
14:7,11 19:8,9
20:9,11 31:7,8,9
31:19,20,21 33:24
35:2 41:2 94:5,5
119:14 128:20
129:8 205:14,20
248:18
**garbage** 91:3
172:19
**GC00019** 236:15
236:24 287:15
**GC00022** 237:9
**GC00026** 236:15
236:24 287:16
**Gedman** 198:15,15
200:16 203:11
**Gedman's** 199:3
**gee** 212:8
**Geffen** 265:12
**generally** 137:12
207:19
**generate** 81:19
**generously** 167:3
**Genius** 12:25 15:22
**gentleman** 49:5
60:5 65:4
**Germany** 20:6 23:6
24:18 26:24
130:10 250:13
274:10 279:23
**getting** 67:12,13
86:25 135:18
250:9
**Getty** 91:23
**Gibbs** 267:16,19
268:13 276:16
**Gibson** 266:25
269:19 270:2,5
271:12,13,14,16
271:21 272:3,7,15
**gigs** 139:3 175:2
**give** 5:25 7:16,22
59:15 71:24 78:15

81:21 82:5 90:2
104:8 107:21
114:24 115:5
118:21 120:12
122:23 141:18
165:14 189:4,13
209:22 241:3
243:6,10 249:7
255:5,15
**giveaways** 30:24
141:4
**given** 7:13 26:16
57:13 90:5,8
121:23 169:12,17
205:23 220:20
245:19 262:19,22
271:18 285:14
**giving** 36:24 120:15
181:6 203:23
236:19
**glass** 171:25
**glassine** 97:17
**Glen** 1:6,16 2:5 9:3
9:3,11 13:23
45:17 55:19
226:16 237:16
242:9 284:8,19
285:10 286:4
289:5
**glencraig@rcn.c...**
45:19 265:21
**Glen's** 187:11
**glue** 74:5 75:14
**glued** 94:12
**go** 20:4 28:2 39:15
39:20,23 40:8
43:9 48:13 50:16
51:9 56:8,10 58:3
66:24 67:12 78:12
78:13 85:4 87:24
91:23 96:18 98:23
104:5 110:17,23
111:13 121:7
133:10 155:5
161:21 170:19,25
171:3,5 176:23
185:2 193:17

197:2,7,23 199:5
199:7,23 200:19
201:10 202:16
203:5,6,7 207:21
213:21,23 237:7
242:3 244:5
245:12 248:18
250:18 251:10
257:14,23,25
260:23 261:25
271:9 276:8
**God** 43:9 50:4,12
83:5 125:19 195:2
195:9 222:4
239:25 270:23
271:10 276:22
**goes** 27:25 149:10
177:2 221:3
224:25
**going** 13:6 14:17
16:19 26:15 28:20
60:2 61:17,18
66:5,10,12 77:18
81:11 82:2 83:6
84:11,12 85:5
93:12,16,25 96:18
100:6 108:9
110:25 111:25
113:9,24 117:25
122:14 127:4
133:8 140:10
147:8 171:12,15
180:9 182:5 184:2
186:15 191:13,24
193:20 195:13
197:11 200:14
203:17 208:23
209:18,21 216:15
223:2 235:19
242:25 245:12
248:13 250:8
269:9 273:22
274:18 275:2
278:12
**gold** 67:19
**good** 5:8 34:7 72:19
98:8 120:2 145:19

193:13 195:23
196:17 262:2
281:18
**Google** 30:13
241:21 243:18
250:24 268:24
270:9,21,22,24
271:3,9
**Gordon** 58:24
**gotten** 161:18
251:16
**go-around** 245:4
**go-to** 68:23
**graced** 266:23
**gracious** 166:15
**graciously** 224:4
**graduate** 57:20,25
**grandchildren** 31:3
**graphic** 58:8
**graphics** 73:18
**Gray** 132:22
**great** 210:2,7,22
211:6
**groundwork** 187:3
**group** 1:9 3:24
12:25 60:5 61:5
62:17 77:3,5 89:5
126:17 146:9
276:11
**guess** 84:25 147:18
171:17 179:11
180:13 223:4
262:14
**Guidelines** 91:23
**guilty** 10:6
**guitar** 44:13 159:6
266:25 269:19
**guitars** 272:16
**guy** 203:18
**guys** 33:19 44:8
53:4 80:2 83:7
97:20 98:20
120:24 194:11
196:17 198:8
200:4 220:17
230:21 248:17
272:12

**G-O** 39:15

---

**H**

**Haight-Ashbury**
253:17
**half** 74:8 126:14
201:19 208:18
**halfway** 266:20
**hall** 43:6 65:10
140:11,16 165:20
166:4 193:9
197:12 198:6
250:23 252:9
280:21 281:15
**hand** 36:25 85:7
108:7 130:22
131:9 134:20
144:9 241:24,25
285:21
**handed** 181:17
**handle** 148:16
156:17
**handles** 20:11
271:24 272:2
**handling** 140:21
156:14 157:7
**hands** 55:12 221:17
**handshake** 81:24
87:5 115:24
**handshakes** 81:5
**hands-on** 117:5
**hang** 251:21
**hanging** 242:10
**hangs** 58:23
**happen** 120:22
**happened** 24:16
57:9 120:4,8
146:3 192:9 221:7
224:23 230:24
268:6 269:25
**happening** 69:9
**happens** 102:8
104:17
**hard** 177:4 209:7
**harping** 252:17
**Harry** 31:15
**hat** 42:17,24

**head** 6:2 24:18
102:25 146:13
201:16 202:13
**headache** 117:25
**headliner** 244:16
**hear** 6:22 20:5 30:8
150:22
**heard** 7:5 40:25
174:6 183:9,14
225:5
**hearing** 150:22
239:19
**held** 2:6 53:14
**hell** 194:12 203:19
268:23 274:25
**hello** 274:22
**help** 37:24 98:20
174:6 186:12
241:16 242:5
**helping** 37:11,14
37:20 38:6 82:12
135:23 174:9
181:13
**hemorrhage**
193:25
**Henri** 31:12
**Henry** 32:24 33:18
34:14,18 40:25
70:3 84:20,20
91:5
**hereinbefore**
285:11
**hereto** 4:5
**hereunto** 285:21
**Herman's** 65:6
**Hermits** 65:6
**hey** 44:9 67:21
68:24 79:24 80:2
85:15 101:18
120:2,7 145:18
149:17 175:11
176:15 183:25
192:5 203:17
228:11
**hi** 127:18 237:16
265:23
**hid** 221:16,18

**high** 57:20 227:6
282:14
**Hippo** 233:12
265:10
**historic** 49:6
**historically** 30:15
**history** 59:12
165:14
**Hit** 198:25
**hold** 57:7 60:20
**holding** 52:22,23
**Hollywood** 149:11
**holy** 193:17 233:9
**home** 95:21,23,25
96:17,23 97:5,6,7
104:5 173:5
**honest** 74:19 85:25
99:8 112:24
128:11 129:24
131:3 157:18
158:15 164:23
178:2 182:21
185:16 202:9
**honestly** 198:13
210:9
**horizontals** 103:12
**Horowitz** 33:2
34:11 36:9
**horrible** 163:18
**hot** 216:3
**Hotel** 12:3 14:7,11
15:3 19:10,11
20:8 31:7,8,9
32:12,22 33:6,23
34:22 36:14 69:24
128:20 204:24
206:15
**hour** 74:8 153:3
**hours** 181:8
**house** 82:25 140:12
156:20 203:18
207:4 235:11
260:24
**Howard** 126:2,5,7
126:12,20
**Howard's** 126:4
**HP** 160:5

**huge** 253:15
**huh** 28:25
**Hullabaloo** 59:19
60:10 61:12,25
65:22 66:23 84:3
87:13 88:10
198:16,18 199:2
203:11
**hundred** 66:21
**hundreds** 202:8
**hung** 231:2

**I**
**ID** 287:3
**idea** 40:14 158:8
208:6 224:2 249:9
273:15 274:17
**ideas** 185:7
**identical** 108:17
217:5 220:11
**identification**
16:22 46:2 151:19
151:22,25 152:4
195:17 217:25
218:5 236:16
258:25 265:17
**identified** 65:25
218:10
**identifying** 279:9
286:13
**Iggy** 13:17 15:23
90:19 119:2
121:24 195:10
**Iggy's** 140:13
**Ike** 157:23 175:7
175:23
**illegitimate** 251:2
**Illford** 160:2
**image** 259:14 261:8
261:10
**images** 257:18,20
**immediately** 55:10
176:18 279:22
**impair** 8:18,22
**imperative** 288:14
**importance** 28:21
29:23 30:14

**important** 155:8
211:13
**inaccurate** 7:21
**include** 25:7,11
111:7 163:20
198:21 247:18,21
**included** 133:16
135:11 188:15
234:21 251:24
**including** 52:18
55:14 116:15
146:16 182:9
189:18 248:19
**incomplete** 7:21
**incorporated**
226:13
**incorporating**
248:5 249:24
250:15
**incorrect** 62:18
63:6 129:9 190:20
197:9
**indicate** 199:15
268:18
**indicated** 235:19
281:15
**indicating** 68:4
168:2 219:14
**indirectly** 137:9
**individual** 27:9
34:25 80:10
**industry** 19:3 68:21
86:20 91:25 92:17
94:7
**Inez** 252:24 279:25
**influenced** 134:15
**information** 13:24
231:14 252:15
264:9 279:9 286:6
286:13
**infringement** 278:3
**inherited** 122:4
**initial** 187:10 216:2
275:15
**initially** 110:17
176:17
**initiated** 243:7

**inner** 150:8
**inquiring** 207:6
**INSERT** 35:10
95:11 178:3
**INSERTED** 286:6
**inside** 55:16 84:15
226:2,3
**insinuate** 214:10
**insinuating** 165:17
**insistence** 150:19
**inspection** 257:9
279:12
**Instagram** 30:24
243:6
**instance** 14:6 97:3
198:22
**INSTRUCTIONS**
288:2
**intense** 250:21
**intentions** 266:16
**intercepted** 245:20
**interest** 175:6
176:17 195:2
**interested** 23:22
72:20 120:25
157:20,25 174:23
176:13 210:24
285:18
**interests** 124:12
**interject** 27:22
250:4
**internal** 234:4,5
235:3,13
**internally** 179:12
**internet** 270:3
**internship** 137:16
**interoffice** 228:3
**interposed** 219:24
**interrogatories**
47:10 62:14
**interrupt** 175:21
**intimate** 41:23
269:7
**introduce** 127:7
**introduced** 39:8
126:3
**inventory** 190:8,11

**invoice** 81:3 89:18
89:24 204:5,7
**involved** 16:2,9
17:9 21:23 25:17
29:7 74:2 84:19
90:17 117:24
136:14 140:19
148:24 186:14
269:11 277:4
278:5,8 279:10
**involvement**
263:12 277:2
**in-house** 231:14
**in-person** 178:19
188:6
**irrational** 212:8
**Island** 9:5 79:5
244:14
**issue** 25:25 27:20
41:14 45:14 47:8
48:19 54:13 85:5
86:23 87:21 88:12
101:19 105:2
107:18,24 108:23
175:13 177:4
178:14 179:20
183:18 185:3,15
185:24 186:3
187:13,17,18,20
188:3,4 189:23
190:10 191:2,7,11
191:13,21,22
192:17,19,25
193:21 198:7
199:21 201:7,8,9
201:12,24 212:18
215:24 224:19
228:6 245:9 279:6
280:24 281:4
286:12
**issued** 47:9,10
**issues** 20:12 79:10
176:24 184:5,21
200:6 216:5
**items** 54:11
**I-L-L-F-O-R-D**
160:3

**i.e** 278:6

---
**J**

**J** 58:21
**Jack** 192:14 210:12
  245:19,24 246:4
**January** 20:21,23
**Japan** 91:13 216:24
  216:25 217:2,14
  217:24 218:11
  219:7,13,25 220:6
  247:5,10 248:9,19
  255:9,20 256:12
  258:16 287:12
**Japanese** 219:4
**Jarmusch** 13:15
  90:18 103:9
  119:15 210:11
**jazz** 25:4 76:4 80:7
  111:14 112:17
  113:10 115:6
  116:9 126:8
  254:16
**Jim** 13:15 23:4
  24:2,4 68:22
  72:10,12 78:10
  90:17 103:8
  119:15 210:11
  244:13 253:12,13
**Jim's** 253:13,14
**job** 1:24 61:10 70:8
  70:12 117:7
  161:15 162:18,23
  163:6,17 201:13
  263:8
**jobs** 59:16
**Joel's** 38:22
**John** 126:8 149:10
**Johnson** 126:5,7,10
  127:9
**joined** 207:3
**Joseph** 198:17
**Journal** 68:3 71:12
**journalism** 62:10
**judge** 15:17
**judging** 203:4
**July** 237:4 248:12

**jumped** 275:14
**jumps** 221:5
**June** 232:13,15,18
  233:19,24 234:2
  237:4 248:11
  250:11 257:15

---
**K**

**Kate** 3:9 17:11
**Katrina** 37:16,19
  37:23 38:7,10,13
**Kaufman** 252:23
  253:6 279:25
**Kaufmann** 24:19
**keep** 6:6 81:13,17
  95:19 96:16 173:3
  250:8
**keeping** 40:17
  82:12
**kept** 61:17,18 73:8
  95:16 97:15
  183:12
**Kevin** 26:21,25
  27:2
**kicking** 185:7
**kind** 8:22 30:18
  34:5 38:4,5 43:24
  44:3,10 59:5,8
  64:23 73:2 81:25
  82:25 90:5 92:16
  94:18 111:6
  112:17 113:25
  117:15,23 127:18
  133:25 134:4
  138:16 149:20
  156:16 159:24
  177:5,6 179:15,15
  187:3 188:5
  202:15 204:12
  220:24 242:17
  243:12,14 251:4
  254:14
**kindergarten**
  245:12
**kinds** 91:2
**king** 1:11 5:16
  10:23 25:6,9,12

27:20 28:14 38:14
43:23 44:18 45:13
48:17,18 49:6
56:11 57:10 83:22
94:8 125:3 126:11
126:24 128:14,23
131:21 133:23
134:8 135:6,11,20
135:25 136:14
138:22 139:10
158:6,13 164:13
175:7,10,24
176:10 177:8,12
183:18,22 187:21
188:4 192:17
199:16 201:8,9
205:14 207:9,10
207:13,16,22,25
208:21 211:22
212:3 217:23
218:11 219:24
223:8,25 224:9,13
237:18 238:4,10
239:10 241:7,9
249:10,21 254:3
254:12 255:12
258:10,11 266:15
267:22,23 268:2
273:14,17 275:22
276:24 277:17,24
287:12
**Kingsid** 1:10 5:16
  275:5,20,24
  276:13,17,19
  277:14
**King's** 58:22
  125:11 128:16
  130:2,15 131:10
  131:15 132:17
  139:3 224:15
  239:15,18 240:10
  258:15 266:5
**Klein** 22:19,20
  25:18,21,24 27:15
  173:13 174:9
  253:3
**knew** 14:23,24 15:6

38:20,21,23 41:22
45:6 69:13,15
87:14,15 88:18
102:20 118:13
151:13 187:3
252:12 268:18
269:6 270:2 272:9
**knit** 126:17
**know** 5:10 7:21 8:4
  13:13 14:5,9 19:6
  20:4,5,8 21:17,18
  26:15 28:19,19,20
  28:21 29:2,13,23
  30:12 31:11,16
  33:18,20 34:19
  35:4,12 36:21
  37:6 38:3 39:6,22
  40:2,7,22,24 41:4
  42:7 43:8 44:8,12
  46:24 47:16 50:4
  50:5,15 57:18
  61:21 62:10 65:3
  68:17 69:17 70:11
  71:9 73:13 75:13
  75:15 77:18 79:11
  79:17 81:9,22
  83:3 84:17,19,23
  87:19,20 88:5,16
  92:9 93:17 98:19
  98:19 103:4,6
  116:22 118:12
  123:6 125:16
  126:10 128:11,19
  129:22 130:12
  131:2,3,18 133:6
  139:2 140:19,20
  141:4,10 142:13
  147:14 149:2,12
  154:24 155:17
  156:21 158:16,20
  158:25 163:7
  164:19,22 166:10
  170:24 171:11
  175:17 176:18
  180:17 181:6
  184:3 185:17,19
  186:13 187:5,5

188:4,21,25 190:6
192:9 203:17,17
203:18 209:2,3
214:12 221:13
227:4,18,22 233:7
233:8 234:3 235:4
235:7,9 237:19
239:3 240:23
241:8,20 242:15
242:16 243:18
249:6 251:2,18
254:5,8,10,23
256:3 257:17
262:9,10,15
264:10,12,13
266:4 268:10,22
269:2 270:16
271:25 273:13
275:5,12 277:4
278:7,18 282:10
**knowledge** 44:20
  44:24 148:9
  185:12 187:10
  263:15,21 269:15
  275:24 276:20,23
  277:16,23 278:10
**known** 9:10 27:10
  33:15,17 59:15
  253:25
**knows** 22:23 50:4
  50:12 83:5 102:23
  125:19 276:22
**Kodalith** 163:2
**Kravitz** 29:13
**kt@liebowitzlaw...**
  3:10

---
**L**

**L** 5:2 98:5
**lab** 95:21,22,25
  96:3,3,7,9,11,12
  96:17,19,22
  170:20 173:4,7,12
  173:16 174:4,9
**label** 25:16 29:10
  31:4 78:14 113:3
  113:24 114:5

120:6,14 121:11
121:21 122:9
141:9 145:18
146:22 147:12,19
149:7 210:12
223:8,21 224:7,8
224:15 225:5,20
227:16 233:13
241:25 242:19
253:9
**labeled** 195:22
236:20,23
**labels** 115:15 116:2
137:20 140:5,9,25
145:6,25 148:2
149:23 233:12
**lack** 28:17
**Lake** 79:6
**language** 9:19
101:24 130:14
**large** 202:12
**largest** 23:6
**Las** 28:24 239:3,11
242:11
**late** 67:7 72:22
83:25 95:23 98:12
99:5 100:2 103:16
111:4 132:2 215:4
250:9
**Laura** 65:19
**Laverne** 265:23,24
265:25
**LAW** 3:5
**lawsuit** 10:10 11:4
12:25 13:10,11
15:16 16:3,6,10
16:13 22:15 26:2
275:9
**lawsuits** 12:21
**lawyer** 18:10
123:11
**lawyers** 17:13
18:18
**layout** 55:14,18,22
56:24,24 57:2
73:18 104:21
108:5 164:15

165:22 167:2
175:18 193:19
194:3,4,6 196:4
196:15,19 212:16
212:19 215:16
216:10,10 220:10
**layouts** 55:23 66:6
73:17 74:6 182:3
197:13,25 221:4,9
279:4 286:10
**lazy** 275:2
**lchen@loeb.com**
3:20
**lead** 174:19
**leadership** 88:4
**leading** 239:23
252:18
**leads** 93:21
**league** 31:13
**learn** 44:9,12
117:23 150:16
**learned** 78:10
**leave** 35:6 95:7
177:24 178:4
**leaves** 221:2
**led** 155:23
**Lee** 76:7,9 78:23
79:12,17 80:12
112:19 115:10
116:9 126:16
**left** 40:19,20,21
192:19 261:16
272:4
**left-hand** 262:12
**legacy** 28:13
**legal** 20:11 35:24
123:5 269:11
**legally** 34:6 123:9
**legendary** 78:18
**legible** 282:12
**Leica** 14:13,13
15:10 22:25 23:20
24:9,18 26:12
27:25 29:7,9 30:2
30:12 36:6 42:25
43:5 97:4 131:4,4
154:4 159:22

160:16 162:9
171:24 172:2
193:7 222:22
223:7,17,22 225:7
225:14,25 227:10
228:20 232:3,8,19
238:19,23 241:19
241:20 243:3,5,7
243:22,25 248:21
248:25 250:12
251:9 252:8,24,25
255:3 274:10
279:16,21
**Leicas** 30:17
**Lenny** 29:13
**lens** 15:9,11 154:4
159:20 162:8
**letter** 163:21
**Letterman** 126:15
**Letterman's**
126:22
**letters** 219:25
**let's** 17:17 23:18
28:2,18,21 29:9
29:12 33:19 36:20
45:23 48:13 58:19
63:2 71:4,12 72:9
75:21 80:4 81:18
84:11 85:9,18,19
89:23 102:25
104:15,20 105:10
109:25 111:10,13
119:14 120:9,10
120:19 124:2
136:3 140:3 141:8
144:8 145:19
151:16 155:5,20
160:13 168:21
176:18,18 177:5,5
177:22 179:17
183:17 185:2
188:4 193:20
215:23 218:3,20
222:17 244:3
245:2 246:23
254:19 275:16
279:18

**liaison** 32:13
**liaisoning** 145:24
146:22 185:22
**libraries** 70:2 280:4
**license** 90:2,9
113:10 114:24
115:6,16 116:16
205:8,21 208:20
**licensed** 204:18
206:7 207:12
**licenses** 83:21 90:6
286:21
**licensing** 204:25
207:7
**Lieberman** 17:11
17:16,21 18:16
21:24 22:6 34:12
34:13 283:5
**LIEBOWITZ** 3:5
3:11
**life** 58:25 244:2
266:5 277:5
**lifelong** 37:25
**light** 73:20 74:11
74:17 86:11,18
93:2,4 104:6,11
106:3,17,22,23
169:17,20 180:19
193:20 214:2
221:25
**lighter** 213:12,15
**lighting** 79:8
156:20
**liked** 179:6
**likes** 29:7 84:23
**likewise** 25:17
**limit** 56:9
**limited** 122:22
123:11
**Lincoln** 193:10
248:16 250:22
280:4
**Linda** 1:23 2:9
285:7,25
**line** 239:2 257:16
**lines** 13:24 132:24
**LINNA** 3:19

**list** 59:15 133:8
249:7
**listed** 138:5 198:19
**listen** 254:12,14,16
254:21
**listening** 114:5
**literally** 19:4,5
**lithograph** 251:20
**litigation** 47:7
**little** 26:8 28:22,23
73:24 77:24 78:17
124:8 172:14
205:16 211:13
213:12 266:19
**live** 69:13 118:6,9
118:23 126:20,21
175:2 217:2,13,23
218:11 219:13,25
229:16 245:5
247:5,9 248:9,19
255:9,20 256:12
258:16 259:14
287:12
**lived** 97:10,12
**living** 41:2
**LLC** 10:14
**LLP** 2:7 3:15
**Ln** 289:6
**lo** 235:10
**local** 246:2
**located** 27:12
**lock** 55:23 173:25
**locked** 173:20,22
**locks** 173:23
**LOEB** 2:7,7 3:15
3:15
**London** 67:25
**long** 8:10 9:5 29:15
33:15 40:12 74:2
91:22 92:2 110:14
110:15 113:11,13
127:16 132:24
134:22 203:12
244:13 270:17,17
272:9
**longer** 21:9 114:17
253:19

**longest** 114:22
**longevity** 113:21
**long-standing**
  203:21
**look** 20:3 23:23
  45:8 46:11 48:14
  50:8 54:22 80:3
  147:8 154:2 155:8
  155:9,9,12,12,19
  160:13 176:22,23
  190:23 197:16
  198:9 199:16
  219:8 237:23
  243:23 261:15
  266:19 271:10
  272:23 282:9,11
**looked** 91:5 166:23
**looking** 17:7 30:19
  103:7 110:19
  112:15 113:21,21
  113:22 114:9
  121:6 134:25
  149:25 166:8
  196:8 198:14
  200:18,23 201:23
  216:6 218:15
  223:3,8 227:6
  239:12 242:2,18
  243:12 251:6
  257:19,20
**looks** 33:13 207:20
  237:3
**loop** 243:20
**loose** 81:4
**Los** 31:5,20 101:8
**loss** 28:3
**lost** 162:24 205:3
**lot** 42:16,23 67:20
  78:20 81:4,6
  93:19,22 96:24
  102:5 137:12
  143:24 145:12
  182:22 193:11
  198:23,24,25
  272:12 280:16
**lots** 118:5
**lunch** 97:21 98:10

100:14
**luncheon** 97:22
**Luther** 58:22
**lying** 99:10

**M**

**Mac** 31:22
**Mademoiselle**
  86:21,22
**mafia** 126:13
**magazine** 38:8 39:3
  39:13,16,20 40:3
  40:8,21 42:21
  55:11,16 56:17,18
  56:20 57:10,12
  59:19 61:13 66:25
  73:18 82:13 87:10
  87:11,14,21 88:16
  107:15,19,20,23
  108:25 121:22
  165:22,24 166:9
  166:14,21,25
  169:12 170:2
  174:23 175:4,14
  181:12 182:19
  187:9 188:18
  191:24 193:19
  194:3,15 196:11
  196:13 197:4,10
  197:23,23 198:2,5
  198:12 199:5,8,8
  199:15,24 200:19
  200:21 201:2,7
  203:14 212:9,15
  212:23 213:3
  215:6 220:21
  221:2,2,4,6,9
  262:12 279:5
  280:20 281:16,21
  282:3,25 286:11
  286:14,16
**magazines** 76:16
  106:8 197:21
  198:24 200:16
  204:16
**Magnolia** 90:24
**Magnum** 31:11

**mail** 104:13 117:2
  255:24 256:2
**maintained** 142:15
**Maintaining** 276:5
  276:7
**making** 35:23 43:4
  67:10 224:4
**Mamas** 70:6
**man** 19:3 65:9
  202:15
**manage** 11:19
**managed** 65:18
**management** 25:17
  30:21 60:15 62:4
  65:5,19 113:2
  120:13 121:10
  122:9,20 123:20
  123:25 124:18
  128:4 134:24
  137:21 138:8,14
  143:18 144:18
  145:4,23 146:16
  146:24 148:22
  209:12 210:4
  239:11 261:18
  262:17 263:9
**manager** 32:2,5,10
  32:10 38:22
  119:25 122:19
  123:10 128:17,22
  130:2,15 131:10
  131:15,20 140:14
  239:5 243:13
  279:20
**managing** 143:25
  144:7
**manifested** 30:2
  126:22
**manifesting** 37:2
**March** 1:18 2:2
  23:18,19 24:7
  36:15 222:18
  279:19 280:9
  285:22 289:4
**mark** 14:4 16:19
  45:23 151:16
  195:13 217:21

258:21 262:5
**marked** 16:22 17:2
  46:2,6 151:19,22
  151:25 152:4,8
  195:16,20 217:24
  236:16 258:24
  265:16
**market** 118:18
  205:5,25
**marketing** 114:7
**markings** 11:16
**marriage** 285:17
**Marshall** 23:4 24:3
  24:4 68:22 72:10
  253:12
**Martin** 58:22
**master** 52:23
**masthead** 66:2
  198:9,14 200:19
  203:5
**match** 67:25 101:7
  217:4
**material** 91:14
  147:16 225:17
**math** 245:11
**matter** 17:20 47:20
  62:15 92:17
  285:19
**Maui** 31:21 41:2,3
**May/June** 222:18
  230:8
**Mazur** 38:17,18,20
  38:23 39:5,13
  41:6 184:12,13,14
  212:9 220:16
  264:4
**Mazur's** 198:10
**MCA** 216:25 265:3
**McCann** 132:22
**mean** 10:20 13:4
  23:9 28:7,16 38:7
  42:13,24 43:22
  53:18 55:2 60:3
  68:8 84:10 94:4
  99:16 107:17
  123:24 125:8
  128:10 132:16

140:8 146:8
  160:10,19 161:9
  170:18 171:10
  178:13 187:6
  209:8,18 221:18
  239:14 240:10
  244:21,22 245:21
  249:18 270:21
  283:2
**meaning** 13:6
  34:18 162:23
  220:7
**means** 63:5 239:7
**meant** 81:5 170:5
**measured** 15:7
**measurements** 15:5
**mechanics** 19:24
**media** 10:14 11:10
  11:24 12:25 14:10
  15:16,23 28:19,19
  30:23 32:15
  140:22 243:4,7
**medical** 8:17
**medication** 8:21
**meet** 22:5 101:11
  115:21,22 116:4
  125:3 126:23
  127:11,12 132:4
  132:10 137:23
  185:4
**meeting** 85:4
  101:17 102:16,25
  103:21 104:17
  120:9,19,23 121:3
  121:5 122:8
  178:19 179:2,6,9
  188:7,19
**meetings** 66:4
  116:14
**mega** 14:8
**member** 59:2 80:10
**members** 77:2
  112:5 121:24
**member's** 119:18
**memo** 81:19 222:6
  228:3 233:12
  234:4,5 235:3,20

memorabilia
  251:23
memory 22:14
Memphis 28:23
mental 8:17
mention 165:7,10
  280:19
mentioned 31:6
  34:17 36:8,8,9
  37:11 67:5 113:6
  130:5 175:15
  176:9 256:6,14
  264:19
mentioning 164:15
  177:7 196:5
mentored 58:20
merchandise
  243:10 267:16,24
  268:4
Merchandising
  267:17 268:11
messages 272:4
met 102:17 103:19
  116:8,23 125:4,21
  127:2 136:19
  137:13 185:3
MGR 239:5
Miami's 130:13
Michael 229:14
Michaels 76:7,9
  78:24 79:13,17
  80:12 112:19
  115:10 116:10
Michigan 272:14
Mick 31:21
microcopy 280:24
microfilm 166:13
middle 165:23
  167:3 196:10
midwest 272:12
Miles 11:11 23:16
  24:11 25:5,8
  26:19 28:2,11
  29:14,17 77:8
  194:24 195:2
  242:24 251:17,20
Miller 3:23 5:11

millimeter 15:9
  154:7,9 159:23
  162:17 172:2
millimeters 171:25
million 187:5
mind 220:13
mine 24:4 90:19
  223:5 227:24
minus 57:4 165:24
minute 31:16 46:11
missing 190:14,19
  191:12
moment 170:24
mommy 75:4
monetary 100:5
money 67:10 81:22
  121:18 206:20
Monica 220:5
  225:2 233:5
  237:22
month 66:6 85:5,8
  99:14,14 176:25
  197:22
months 20:4 52:7
  175:25 176:14,21
  183:23 220:8
  239:22
morning 5:8
Morris 65:19
Morrison 12:3 14:7
  14:11 15:3 19:10
  19:11 20:8 31:7,8
  31:9,24 32:12,21
  33:6,23 34:22
  35:21 36:14 69:24
  97:2 119:17
  128:20 129:11
  131:7 183:15
  204:24 206:15
  207:18 268:24
mother 215:23
moved 272:11
movie 13:15 90:21
  91:7 103:9 277:4
moving 172:11
multiple 111:17
  113:23

museum 58:24
  223:25 224:2,14
  240:22,23
music 1:9 3:24 5:12
  12:4 15:23 19:17
  23:14,24 24:2
  28:10 29:10 32:5
  43:24 44:11 59:9
  63:9,15 78:22
  125:15 132:15,17
  136:14,18 194:23
  242:23 243:9
  244:15 254:14,17
  267:16,16 268:11
  273:23 276:10
  278:8
musical 25:2 31:23
  61:6 62:19 126:18
  126:19 138:15
  277:25 278:4
musician 125:24
musicians 138:15
  138:19
mystery 57:9

                **N**
N 3:2 5:2 98:2,2,2,5
  286:2
name 8:25 9:11
  27:3 35:5 55:25
  56:25 57:4 60:2
  67:18 68:19,21
  70:3 94:22 95:8
  97:16 126:4
  164:19 165:25
  192:14 193:20
  194:4,5 198:10
  199:3 200:24
  240:20 241:10
  245:18 272:2,17
  286:7,8 289:3
nameless 94:7
names 37:13 200:9
  200:13,19,23
  271:19,23
Nashville 128:25
  267:17 272:3,12

Nast 104:25 108:11
necessary 288:4
neck 22:2
need 8:4 29:3 37:8
  102:13 103:6
  156:17 188:2,3
  216:2 257:7
needed 103:11,14
  177:3
needs 34:8
negative 52:22
  74:15 161:18
negatives 52:18,19
  53:8 95:16,20
  96:17,21 97:15
  168:5 172:9,22
  173:4,22 225:19
  257:8,9 286:24
Negotiable 71:15
negotiate 110:25
  117:2
negotiated 72:8
  91:10 147:19
  182:7
negotiating 136:17
negotiation 124:25
Nelson 198:22,23
  203:9
never 57:6 84:14
  90:5 93:6,8
  106:24 121:9
  124:24 128:16
  129:25 131:8
  143:14 150:18
  171:15 186:17
  197:15 204:10
  205:4 210:20
  211:2 229:8 233:7
  264:14,17 265:2,4
  265:6 271:21
  272:5
new 1:3,17,17 2:8,8
  2:11 3:7,17,17
  5:18 9:6,16 31:19
  35:2 63:13 68:3
  77:4 101:5,7,8,9
  116:24,25 122:5

126:14 142:15
  246:2 253:17
  279:21 285:3,5,9
News 87:15
newspaper 82:15
  106:8
newspapers 71:25
  72:25 76:15
newsstand 87:22
nice 34:9 191:3
  202:16 237:16
  241:2
night 119:4 126:20
  126:21 140:11
nights 244:17
nirvana 225:3
nod 6:2
nonexclusive 72:2
  73:3 77:19 80:18
  182:14 186:22
nonexclusivity 88:7
  121:17
nonphotography
  59:22
nonphotography...
  59:13
nonsense 166:2
North 72:4 111:10
  111:11,23 182:15
  186:23
Notary 2:10 4:15
  5:4 285:7 289:24
noted 98:3 269:5
  283:6 288:11
notice 2:9 219:7
noticed 160:16
Null 220:4 221:25
  222:9 224:24
  225:8 226:15
  229:19 232:2,22
  236:6 256:19
  259:20 267:14
  274:3,5
Null's 229:22
  260:12
number 9:2,8
  48:15 50:24 51:10

52:17 66:18 74:24
109:12 110:11
112:22 116:16
180:8 199:19
202:12 211:11,12
237:24 257:4
260:4
**numbers** 197:19
241:3

_____

**O**

**O** 98:2,2,2
**oak** 75:3
**oath** 7:14,14,16
**objection** 7:8 15:19
21:7,11 30:6 47:3
**objections** 4:10
**obligation** 153:7
**obvious** 42:13
**obviously** 56:13
68:19 83:19 87:3
92:9 113:19
136:13 146:10
147:23 202:21
233:6 269:2
274:18 276:14
279:2
**October** 17:17
18:18 46:8
**offense** 10:4
**offered** 138:4
**office** 29:20 49:5,11
50:20 51:3,11,19
52:14 142:12,16
224:9 241:7,9,14
243:3,13 256:10
**officer** 60:16,24
62:5 128:2,23
140:2 143:3
148:23 263:3,9
**offices** 2:7 222:6
228:4 234:9
239:13,14,15,18
242:7,12
**off-the-record**
53:13
**oh** 20:6 43:9 54:2,2

54:2 59:18 63:17
64:6 69:7 151:9
175:16 184:18,20
192:7 195:2,9
202:15,16 222:4
239:25 256:9
270:23 271:9
282:13
**okay** 5:9,13,19 8:9
8:15 9:3 11:10,13
11:14 12:14 13:15
13:21 14:2,20
17:17 18:23,24
19:4,17,21,22,23
22:22 23:4 24:5
24:18,22 25:6
26:13,17,18,21
27:24 28:2,9,10
28:13 30:11,21
31:10,11 32:12,16
32:24 35:15,18
36:10 37:14 38:3
38:21,24 39:2
42:15 43:5 44:4
45:4,6 48:7 49:19
55:12,17,20 57:14
58:20 63:10,14
66:3,10 67:15,18
67:19,21 68:22
69:6 70:23 72:4
73:13,16 74:22
77:3,16 79:9 81:5
81:19 84:11,13
88:3 89:20,21,23
90:18,22 91:7,9
91:20 92:23 94:3
94:6 98:9,16,17
101:9 102:14
103:4 107:15,21
108:9,18 110:18
110:20 111:9,19
111:22,24 112:2
113:19 114:3,11
117:10 121:6
123:3,6,7,9,11,15
125:5 128:13
129:13 134:14,24

136:6,8,11 137:14
137:17 140:2,10
141:7,10 143:22
147:20 149:7,10
153:9 155:9,10,12
158:16 160:13,22
160:25 161:24
162:11,15,22
164:8 171:23
174:22 175:16
179:16 180:11
188:2 189:23
190:13,13,23
193:4,5,24 198:23
200:16 204:11,21
210:15 215:23
216:6 218:20
219:4 222:25
226:16 230:4
233:17 235:17
237:14 243:12
248:13 250:7
253:20 259:12
266:15 271:18
277:6 279:13
282:19 283:2
**old** 24:4 195:8
233:7
**once** 20:18 33:25
55:3 60:21 74:10
122:13 182:4
230:9,11 232:16
232:16 246:3
**ones** 12:13 182:3,4
188:23,25 189:21
190:18,19 214:24
219:9,9 249:23
**one-time** 73:3
77:17 80:16 88:6
90:3 107:10,13,17
108:22 109:8,21
109:25 110:2
121:16 186:22
**open** 135:3,4
199:13
**opening** 31:4
**operated** 117:21

**operations** 156:18
**operator** 271:21
**opportunity** 139:3
**opposed** 28:13
**optically** 14:21
**order** 77:24 78:3
80:24 89:17 204:6
256:4
**ordinary** 71:21
**organization** 59:3
**original** 52:6 73:11
154:8 162:15
163:23 166:13
168:11 170:3
187:24 225:22
238:19 249:20
255:4 258:9,10
274:9 288:15
**originality** 164:4
**originally** 161:14
**outcome** 12:17
113:19 285:19
**outlined** 24:21
**outrageously**
202:11
**outside** 209:2 226:3
227:9 274:23
**overall** 139:22,24
**overnight** 187:4
**oversee** 187:13
**owner** 175:12
252:23
**owners** 32:21,23
33:8,24
**owner's** 243:24
**owns** 13:13

_____

**P**

**P** 3:2,2
**package** 235:12
256:22 257:2
259:20 260:5
261:2 286:23
**Paddle** 207:3,4
**page** 48:13 51:9
55:18 66:20 70:24
71:5,6,13 74:9

95:8 196:7 197:3
197:16 199:7,10
199:13,19,23
218:3,4 237:11,12
238:17 257:14
276:9 284:14
286:3,6,18
**pages** 55:17 66:18
180:8,11 197:17
279:2 284:10
**paid** 63:20,22
64:13,14,15,18,21
66:15 67:13 73:6
78:19 80:21 81:14
81:16 82:2 84:5,9
85:20,21,23 87:22
89:14 121:18
122:17 141:13,14
141:15,17 142:3
144:3,5,6,10
202:4 204:9
206:21
**painting** 41:3
251:19
**paintings** 41:4
**Palmer** 79:6
**Papas** 70:6
**paper** 21:18 47:23
74:5 98:18 166:10
**paper-paper** 47:18
**Parader** 198:25
**parallel** 10:18,20
39:11 59:24 61:15
**paranoia** 96:25
**parent** 13:13
**parents** 82:25
97:11,12,13
**Paris** 67:25 68:2,2
101:7
**Park** 2:8 3:16
125:14 127:3,5
**Parks** 58:25
**Parsons** 58:6,23
86:22
**part** 6:22 48:3
51:16 53:10,17
78:9 115:19

124:24 126:12
144:17 146:15
156:24 157:13
169:25 170:8
184:19 195:20
218:6 263:8 269:3
**participated** 13:16
**particular** 94:14
107:18 108:22,25
109:3 110:3,5
139:5 160:21
183:9 185:22,24
186:4 187:13
255:18
**parties** 4:5 11:8
13:9,11 47:7,12
63:15 282:23
285:16
**partner** 30:3,4,20
63:12
**partnered** 29:9
**partners** 20:10
**partnership** 31:22
35:20 268:2,12
276:15
**party** 63:18,18
**pass** 117:18
**passage** 281:11
**passed** 24:5 91:11
122:3 176:20
205:24 253:13
272:9
**paste** 74:6
**pasted** 74:25
**pastes** 75:5
**path** 29:15 55:3,7
55:11 56:12 93:21
215:24 222:25
**paths** 214:12
**Paul** 126:18 198:22
198:23 203:9
**pay** 70:25 72:18
82:6 107:3 122:14
144:12,15 205:15
205:16
**paying** 149:11
**PDF** 282:6

**pending** 5:17 8:7
12:18 15:13 155:7
**people** 11:19 12:4
13:12 17:9 22:2
23:24 28:14 29:13
31:3,14 32:15,18
32:19 36:19,24
37:2,10,17 38:24
45:5 47:16 65:7
67:20 68:6,7,23
69:7,23 74:3
78:20 88:19,20
94:6 96:10 104:24
104:25 105:6
114:7,8 117:6,20
117:24 118:24
121:23 123:8
124:7,10,10
126:15,18 129:6
139:7 140:14
141:20 147:13
148:15 150:21
156:21 157:19
158:22 182:22
183:10 186:7,9
193:12 198:6,11
198:21 200:5,14
200:20 201:4
203:15 205:13
209:8 212:2
225:18 235:6,15
239:3 240:24
248:21 253:11,13
267:22,25 271:19
**percent** 99:9
211:23 244:9
276:25
**period** 42:8 60:17
67:7 69:25 92:19
94:15 99:22
112:15 113:7,14
115:16 116:16
121:17 122:21
131:24 141:25
145:8 148:3,14,18
153:15 154:22
174:24 175:4

183:8 193:4
196:21,22,23
204:24 212:10
215:5,8 220:18
222:17 230:7
232:12 254:19
269:3,21
**periods** 96:7
203:12
**permission** 29:4
233:16 244:5,18
268:21
**perpetual** 113:12
**person** 21:2 34:17
37:7 70:4 72:11
94:14,21 95:3
101:11 102:20
103:20 104:12
105:7 115:22
116:6,9,10,12
117:14 136:21
138:16 150:9
173:15 178:11,13
181:17 184:23
185:20,21 186:4
188:7 240:18
253:10 272:6
**personal** 33:9
65:18 77:3 96:3,9
96:11 101:13
118:25 130:22
133:22,24,24
151:10 158:6
203:8
**personally** 10:9
16:5 78:12 81:9
121:24 131:8
218:22
**pertain** 10:23
**Peter** 32:24 34:14
36:9
**Pg** 289:6
**phone** 20:25 21:3
21:15 43:4 119:18
219:3 224:4,5,6
230:12,15,17
231:10,15,22

232:4,11,21,23
235:18 239:10
240:6,14 241:3,4
241:6,16 243:21
244:17 266:14
268:13 271:20
272:5 275:3
279:23
**photo** 11:25 14:6
14:24 23:5 67:12
68:9,11 70:15,20
71:14,21 77:10,14
79:15,18,20,24
85:23 86:7 101:23
102:17 106:2
108:6 118:13
155:23 159:10
233:3 247:11
248:5 255:13
256:15 258:19
259:17,19 260:9
261:11,13,22
262:7 263:16,23
264:6,9 267:13
272:19 274:13
279:17
**photocopies** 105:4
105:8 278:25
**photocopy** 104:20
**photograph** 11:13
11:21 13:20,22
14:4,10 15:11
52:3,6,6,21 53:8
53:19 69:25 73:21
74:25 78:25 86:25
89:12 90:9 114:12
151:18,21,24
152:3 153:14
160:9,17 161:7
163:5 167:24
172:19 181:10
216:16 229:11
235:14 237:24
258:6 273:8 287:6
287:7,8,9
**photographed** 70:4
**photographer**

22:20 32:11,25
33:3 58:22,25
59:18 60:10 61:12
61:25 65:21 66:3
67:11,14 84:2
85:3 86:13,16
88:22 145:23
149:16 158:7,9,11
183:15 251:12
252:5
**photographers**
23:25 31:10,13,14
32:24 96:5 147:24
159:18 174:7
183:8,10
**photographer's**
149:22
**photographic** 74:5
74:22
**photographically**
72:12
**photographing**
245:5
**photographs** 25:8
25:11,25 26:5,20
27:16,20 30:16
31:16 35:23 38:14
39:4 43:14,15,18
45:13 48:17,18,19
52:18,20 53:18
54:13 55:15,19
56:10,14,15,16
57:5,14,16 70:15
70:16 71:24 75:17
75:20,24 76:12,17
76:20 83:22 84:13
85:3,8 87:10 88:8
89:8 90:19,22
92:10 94:11 95:15
100:15,22 101:14
103:14,21 106:9
106:19,24 107:4,7
111:7,8 118:8,18
118:19,22 120:13
120:16 121:2,10
122:16,24 123:14
124:19,21 127:19

128:7 143:4,9,11
144:17,21 145:8
146:2 147:25
152:13 153:22
156:23 157:13
161:23 163:24
164:3 165:8,15
167:2 168:25
170:9,18 171:8,11
174:15,20 176:3
176:10,16 179:18
180:5,19 183:18
184:24 185:14
188:13,20 189:7
189:16 194:20
203:10 204:15,22
204:23 207:6,8
208:21 209:13,25
210:20 212:3,18
215:20 216:17
224:19 227:24
230:20 233:15
239:18 242:20,21
249:24 250:12,13
250:15 252:2
253:5 262:20,24
264:20 268:20
279:4,6 286:10,11
**photography** 19:18
32:6 37:21 43:22
58:8,15,18 59:6
59:16 62:11 67:6
70:10,12 72:24
98:11 130:6
133:11,15 147:2
163:7 225:7
228:20 273:18
**Photokina** 23:2,5
23:24 24:11
243:17
**photos** 24:12,14
29:5 31:11 57:12
68:13,18 79:25
86:11 102:18
103:24 104:4,6,12
105:9,15 119:12
122:14 145:24

146:18 156:25
169:17 172:6
175:10 177:8,10
177:18 178:18,22
178:25 179:10
181:14,17 183:21
184:17 187:21
189:4 197:5 199:4
202:22,25 203:2
211:15,18,21
226:12 238:17
254:2 263:7,13
266:22 269:6,13
**Photoshopped**
13:25
**physical** 8:17 53:16
53:20 281:8,21
**pick** 70:18 107:15
**picked** 253:12
**picture** 54:15,16
70:2 71:7 72:15
72:16 74:20 76:9
78:15 80:5,6,8,13
145:19 149:14
154:8 159:4 161:3
161:10 162:23
197:14 207:22
226:25 234:11
235:10,15 238:15
248:20 270:11,24
**pictures** 41:13 42:7
42:14,18,20 54:12
54:16 67:21 68:24
69:6 75:5,6 80:3
85:6 89:20 91:6,9
93:11,14 101:21
102:7 105:4 108:3
108:7 112:4 119:8
119:24 120:7
122:10 123:21,23
149:25 158:4,12
158:23 164:9
169:21 170:19
172:18,24 175:5
175:11,14,18
180:17 190:14
191:25 192:22

193:18 194:19
196:18 201:6,11
205:3,22 206:3
207:12,16 209:19
209:22 211:5
212:14,22,25
216:21 223:5
226:2 228:5 229:3
239:9 250:19,19
250:20 282:7
**piece** 75:3 114:4
**pieces** 47:22 74:4
281:6,9
**pin** 99:13
**pit** 159:16,17
161:25
**place** 50:21 131:13
**placement** 64:25
**places** 78:21
**plain** 11:14 78:16
**plaintiff** 1:7 2:6 3:4
10:10,13 11:4
12:22,24 16:2
**plan** 280:2
**planning** 26:13
**plastered** 45:10
**play** 44:10,12
**Played** 126:8
**player** 126:8
**players** 77:4
**playing** 105:5
159:6
**Plaza** 3:6
**please** 6:2,6,10,23
8:25 12:11 17:23
47:5 56:6 115:2
121:13 129:12
178:5 219:8
224:10 233:14
234:9 236:2
237:17 238:3
250:5 260:20
273:22 274:8
282:14 288:3,8
**pled** 10:6
**plenty** 117:19
**PLLC** 3:5

**plus** 65:17 248:20
266:25
**pocket** 78:18
**point** 8:6 32:7,23
33:7 36:2,7,25
54:2,3 56:23 60:8
82:11 93:25 94:23
95:4 106:13
127:22 128:11
130:3 142:21
145:21 147:10
176:12 178:23
179:14 180:6,21
193:13 195:7
198:4 211:7
216:15 220:14
222:20,24 226:15
228:2,21,22,23
229:10 230:22
232:20,25 237:23
239:11,22 244:8
248:14,15 250:18
253:17 255:8
269:10 273:5
274:25 275:13
**pointing** 162:14
**points** 229:5
**policy** 182:24
**politely** 165:23
**politically** 145:17
**pop** 13:17 15:23
55:10 90:19 119:3
121:25 195:10
**popped** 42:17
53:24 192:20
222:24
**popping** 43:8
**pops** 271:7
**popular** 208:11,15
**portfolio** 128:10
211:8 215:13
**portion** 117:6
198:4
**position** 5:10 60:12
61:4 144:4
**positions** 154:5
**possession** 54:14

213:19 215:21
235:16 240:9
255:8
**possible** 6:19
**possibly** 186:15
196:21 230:16
239:13 241:25
242:4 272:9
**poster** 84:16 86:2,3
249:11
**posters** 44:15,23,24
45:12 56:3 84:21
91:2,13 141:3
**potentially** 207:7
**pound** 123:6
**Powered** 276:10
**powering** 276:6
**practice** 72:22 75:8
81:23 82:9 111:4
171:7 190:15
**practices** 98:12
116:20 147:22
**precise** 103:6
**prefer** 117:3
**prep** 21:23 22:8
**preparation** 22:11
36:5 74:24
**prepared** 22:25
**preparing** 26:6
**presence** 116:25
**present** 3:22 244:3
244:7
**preSony** 77:7
**press** 60:15,24 62:4
69:12 91:9,13
128:2,22 140:2,15
140:25 141:6
143:3 148:23
149:14 156:12
252:16 263:3,8
**presses** 112:12
**pressing** 172:17
**Pretend** 73:15
**pretty** 42:13 53:25
55:2,4 88:19
187:6 220:9
**previously** 31:6,25

34:21 46:24 62:24
139:12 147:21
209:11 227:16
**price** 72:6 84:13
89:23 91:24 92:5
112:2 116:17
**pricing** 98:16
205:23
**primarily** 174:23
**principal** 33:5
90:20
**principals** 33:4
**print** 26:15 27:5
29:4 32:14 73:11
73:12,20 74:18
93:4 96:18,20,22
103:25 104:5,9
106:10 110:9,17
160:21 161:9,15
164:7 167:23
168:13,17 171:15
171:19 179:2
180:23,25,25
181:4,7 182:5,6
182:18 190:24
206:23,25 207:2
213:2,6,6 215:3
259:10
**printed** 26:22
73:25 74:4 92:13
92:17,24 168:12
171:13 178:18
190:19 199:5
202:25
**printer** 27:2 87:2
**printing** 27:11 97:4
179:10 181:5,7,9
**prints** 27:10 74:12
75:9 95:16 100:16
101:14 165:5
167:20 168:11
169:2,4,5 179:5
181:11,22 182:25
189:4,6,10,15
190:2,16,17
191:10,18 192:23
192:23 203:24

204:23 206:13,17
207:15 208:3,17
212:22 213:9,19
213:24 214:6,12
214:23 220:20
252:13
**prior** 17:20 36:17
37:19 42:16 44:21
44:24 118:3
195:25 203:2
205:7 253:25
274:19 280:9
**private** 45:17
**probably** 18:14
26:17 39:24 40:19
50:22 60:7 61:23
72:10 76:14 77:23
82:24 89:15 101:5
118:17 130:25
132:7 137:24
153:15 154:9
156:2 158:5,22
159:8 161:24
162:5,16 171:11
172:3,13 174:25
183:4 188:11
201:21 204:7
206:19 209:7
213:12 229:15,17
234:13,15 240:6
279:24
**problem** 30:12
237:24
**problems** 78:11
**procedure** 50:14
**procedures** 122:11
169:15
**proceeded** 54:9
267:18
**proceedings** 167:7
246:25 269:11
278:15
**process** 8:12 12:19
13:7 21:17 26:5
50:16 53:2 73:14
74:3,23 85:11,14
86:10,15,23 92:18

100:20 101:3,4
103:17 104:4,22
105:15 107:22
108:2 116:3
119:23 136:5,8
137:19 147:17
170:22 176:2
181:19 184:19
186:5,8,14 190:21
190:22 222:2
242:25 243:17
268:8 270:25
278:7,9
**processed** 94:13
**processes** 85:12
226:21
**produce** 51:23
234:18 279:11
**produced** 46:21,25
47:13,25 49:18
52:24 197:22
234:14,16,20
236:22 247:6
**producers** 193:12
278:8
**producing** 172:18
243:5 272:16
**product** 32:20
111:16 114:4
132:14,25 222:7
279:20
**production** 46:8
49:17 51:7 52:15
53:3 166:18
195:21 234:22
256:25,25 277:25
278:5,19 282:17
**professional** 59:3
**program** 183:9
**programming**
63:15
**progress** 179:8
180:14
**progressed** 178:16
**project** 23:15,17,22
23:24 36:4 43:2
64:17,18,22

111:24 112:18
134:9 135:6 144:9
144:10 194:23,24
222:23 223:7,17
223:18,22 241:19
279:18
**projected** 112:23
**projection** 110:16
113:18
**projections** 114:2
114:10
**projection-wise**
113:4
**projects** 29:8,8
64:23 194:21
195:12 209:4
**promos** 141:4
**promoter** 69:4
124:15,16 140:15
245:25 246:2
**promoters** 244:11
**promoting** 144:5
**promotion** 65:2
138:9
**proof** 194:2
**propose** 101:18
**proposed** 25:4,6
**protected** 72:12
**provide** 35:13
130:18 194:14
**provided** 130:21
199:23
**pry** 124:10
**public** 2:10 4:15
5:4 29:19 95:2
140:17,21 149:6
149:12 243:2
285:8 289:24
**publication** 39:23
40:5 61:20,22
71:10 74:10,24
93:23 100:16
104:9 107:12
117:5 200:4
**publications** 39:15
39:20 40:5 62:11
66:24 68:2,10

73:2 86:12 92:11
92:12 115:22
116:23 149:24
200:7 253:2
**publicity** 261:13
262:7 263:7,13,16
263:22 264:6
274:13
**publish** 149:19
194:9
**published** 55:15
57:6 68:5 130:24
164:22 193:23
196:12 197:8
204:15 212:12,13
215:25 221:3
279:10 286:14
**publisher** 110:22
164:24 185:5
186:17 198:15
200:7 221:10,12
253:16
**publishers** 67:2
203:13
**publishes** 110:22
**publishing** 44:12
86:20 106:25
194:15 210:13
**pulling** 75:6
**purchase** 77:23
78:3 80:24 89:17
89:18 204:6
**purchased** 55:22
270:4
**purpose** 143:6
181:12,13 204:19
**purposes** 257:9
**pursuant** 2:9 17:5
46:21 51:23 52:11
**pursuing** 94:25
**push** 245:9
**pushback** 149:21
149:23
**put** 12:4 28:18
31:23 58:19 65:9
69:2 72:9 73:22
74:7 75:17 77:11

81:18 85:18 93:22
95:8 121:7 129:18
134:11,18 136:11
139:5 140:15
167:3 186:16
193:21 194:20
212:7 216:20
218:16,20 234:6
247:9 249:12
251:7,9 252:15
262:5,12 263:17
264:5,8
**puts** 15:3 75:4
113:3
**putting** 86:23 105:2
114:6 135:10,15
135:24 136:14
252:11 263:7,13
263:22
**P-H-O-T-O-K-I-...**
23:2
**p.m** 97:23 98:3
283:6

**Q**

**quality** 181:4
182:18 227:6
**quarter** 70:24 71:5
71:6,13
**question** 4:11 6:11
6:18,23 7:5,9 8:7
14:22 17:24 29:22
29:24 50:25 56:7
56:9 57:8 91:18
93:9,10 109:11
115:3 153:6 155:6
200:18 220:12
221:14 230:2
260:21 270:20
275:19
**questions** 5:21 34:4
47:11,14 72:19
89:21,22 102:2
153:4 158:17
161:22 280:15,17
**quicker** 6:14
**quit** 142:21,23

151:2,7
**quite** 55:10 57:2
**quiz** 89:22
**quizzing** 240:8
**quote/unquote**
222:4

**R**

**R** 3:2 5:2 9:3 98:2,5
285:2
**rabbits** 42:16,23
**radio** 133:4
**raise** 85:7
**ran** 63:15 125:18
**range** 141:18
**rare** 71:13 94:17
**rarity** 71:7
**Rascals** 65:18 89:6
115:13 116:12
146:5,17,17 163:3
**rate** 88:4
**rates** 148:17
**RBGs** 226:20
**reach** 8:5 222:14
245:14 255:4
**reached** 129:11
183:20,23 187:21
222:16 223:7,24
224:12 225:4
240:19 244:4
246:4,5 252:7
**reaching** 149:15
178:17,17 222:19
225:20 253:8
**reaction** 260:11
**read** 58:20 68:4
129:4 284:9 288:3
289:6
**readership** 71:10
**reading** 260:6,12
**Reads** 289:6
**ready** 73:23,25
87:2 95:4 204:12
**reality** 99:25
**realize** 7:19 57:3
**realized** 245:15
**really** 69:8 71:9,13

86:9 103:15
107:25 113:17
147:18 149:24
209:8 210:2,22
**reason** 54:24,25
199:22 227:15
246:18 264:7
288:5 289:6
**recall** 66:16 127:2
154:16 155:22
159:7 178:16
201:14 202:5
260:6,9 273:25
**receipt** 288:17
**receive** 49:10
**received** 51:4 52:5
220:5 239:10
240:7 241:6
242:22 267:20
**receiving** 268:14
**recess** 97:22 167:6
246:24 278:14
**recognize** 200:12
**recollect** 99:17
**recollection** 99:7
177:14 200:24
228:19 261:21
**record** 19:12,16,24
43:17 53:12,12
70:5 76:21 83:20
98:24 110:8,8
113:2 115:15
116:2 120:6,14
121:11 122:9
137:20 146:22
148:2 162:13
167:5 210:12
218:21 264:6
285:13 286:21
**recording** 5:22
**Recordings** 5:15
**records** 53:17,17
53:19 54:14 75:21
76:5 78:23 81:17
82:20,23 83:8
88:23 256:16
258:14,15 261:17

262:13,23 263:19
**recut** 103:13
**recycling** 113:22
**refer** 55:13 207:2
218:3 238:19
**reference** 165:13
**referred** 20:9 32:2
34:22,25 137:25
184:8 261:12
273:9
**referring** 19:10
139:10 161:5
205:22 216:11
226:7 237:19
259:4,17 261:11
274:2,5 278:20
**refers** 261:18
**refresh** 22:14
200:24 261:20
**regarding** 17:20
54:15
**regards** 47:22
**registering** 51:18
**registration** 51:17
**registrations** 51:2
**regular** 82:9 139:6
163:5
**regularly** 193:11
**regurgitated** 90:13
**rehearsal** 79:4
**rehearse** 79:3
**rehearsing** 79:13
**rejected** 27:24 28:4
**rejection** 28:17
**relate** 278:2
**related** 53:21 59:22
276:20 285:16
**relation** 66:24
**relations** 29:20
140:17,21 149:6
149:12 243:3
272:2
**relationship** 14:14
29:21 33:9,12
36:17 69:3 77:7
81:10 118:14,25
119:5 133:23,25

134:3,23 138:21
151:8,11,12 191:4
202:20 203:8,16
203:22 221:11
244:12 252:12
275:25 276:20
277:17,23
**release** 275:21
281:3
**released** 23:19 24:6
254:24 255:12
276:24
**releases** 111:6
**relevant** 47:19
83:20 253:19
**remain** 94:7
**remained** 219:18
**remember** 35:4
64:3 75:23 77:23
84:18 85:24
124:13 127:15
132:20,23 153:2
154:14 158:2
162:10 171:21
177:23 178:10
184:10 186:11
192:13 200:8
202:17,18 211:8
**remembers** 178:7
**remove** 11:20
**removed** 13:22
**rendered** 94:11
**renewal** 115:5,9,12
**renowned** 31:14
**rent** 63:19 79:10
**repeat** 6:23 261:23
**rephrase** 6:19
**reply** 237:17 238:3
238:16
**Reportage** 38:8
59:9
**Reported** 1:22
**reporter** 5:21 6:7
6:12
**represent** 5:14 23:3
24:3 32:20 47:24
52:25 62:13 99:20

150:6,14 152:9
218:9 241:13
259:8
**representation**
18:13,22 20:15
21:14 31:18 35:19
37:20 138:8,14
**representatives**
224:16 240:11
**represented** 51:4
62:16 69:23 83:10
109:13 117:11,17
129:25 131:9,14
200:20 258:8
**representing** 36:16
83:13,13 136:21
**represents** 24:25
**reprimanded**
227:20
**reproduce** 57:7
219:5
**reproduced** 261:6
**reproduction**
226:22
**request** 45:25 46:7
46:22 50:14,25
51:24 52:11 77:10
78:8 83:7 119:11
189:11 287:5
**requested** 49:7
52:3 197:24 198:5
**requesting** 119:20
228:4 244:18
**requests** 32:15
46:18 47:9 48:15
195:5 205:13,14
286:18
**rescued** 183:16
**research** 36:5
42:15,23 43:2,5
44:21,25 45:3
53:24 55:8 98:23
193:6,14 216:20
218:21 221:22
226:16 238:13
248:12 250:22
251:4,22 253:21

254:2,25 271:6
277:3 280:3
**reserved** 4:12
**respect** 109:18
111:5
**respective** 4:5
**respond** 273:2
**responding** 274:11
**response** 47:14
83:11 100:25
244:22 246:7
**responses** 5:25 8:13
224:14
**responsibilities**
63:8 70:9 139:23
139:24 144:18
**responsibility**
253:7
**responsible** 141:2,2
141:3,5 142:14
263:6,22
**restaurant** 60:4
61:5 62:17 63:19
**restaurants** 63:13
**restrictions** 124:7
**resumed** 98:6
**retain** 17:15 18:6
**retained** 17:19
**retaining** 17:21
**retired** 271:17
272:10
**retrieve** 50:6
**retro** 195:11
**return** 74:17
105:11 106:12
107:6 181:21
189:20 272:5
288:14
**returned** 93:6
100:17 105:23
106:5 183:6,12
189:21,25 239:4,6
**revenue** 205:2
**review** 32:17 34:5
46:17 129:17
149:17
**reviewed** 22:10,13

36:21
**revolved** 92:18
**rewritten** 34:8
**Rich** 12:9 33:17
**Richard** 3:11 17:11
33:2 34:6,10,11
34:11,13,15,18
36:9 45:4 48:9
52:4 53:6,9 90:16
91:4 193:16
**riders** 123:10
147:15
**ridiculousness** 54:3
**right** 11:2 15:6
27:18 38:20 64:11
92:14 93:3,7,16
95:18 99:16 100:3
100:7,18 103:23
105:17,24 106:6
109:5,6 111:18
112:9 125:13
139:11 142:7
147:5 155:2
158:21 160:15
162:3 163:12,16
163:18 165:6
173:23 174:13
176:11 177:23
184:11,15 189:2
191:15,20,23
196:25 200:11
201:5 207:3
209:16,19 216:19
216:23 217:12
218:8 219:11
226:9,11,14
228:14,17 230:22
233:21 235:9
236:25 243:2
245:25 246:6
250:17 251:25
255:14 261:17
274:12 277:9,12
280:10 281:17,22
283:3
**rights** 72:13 91:21
123:12

**Riley** 1:11 5:15
277:5
**rip** 11:18
**rips** 75:7
**rl@liebowitzlawf...**
3:12
**road** 118:2
**Robert** 223:24
224:3 240:19,21
241:2 266:14
**Rock** 43:6 165:20
166:4 193:8
197:12 198:6
250:23 280:21
281:14
**Rogers** 29:19
242:23
**role** 32:9 135:15
136:18 143:2
184:16 221:14
266:4
**roles** 145:5
**roll** 43:6 165:20
166:4 171:14,24
193:9 197:12
198:6 216:8
250:23 280:21
281:15
**Rolling** 65:6,13
134:16,18,23
135:13 157:20
158:10 175:2,5,6
176:4,25 177:9,12
177:18 178:14
179:19 181:24,25
185:3,14 186:3
207:23,24 215:24
286:9
**rolls** 171:21,23
172:4,4,12
**room** 52:5 252:19
**rooms** 26:16
**roots** 25:5
**ropes** 143:23
**rough** 23:21 99:15
104:20 105:11,18
106:8,12,18 108:4

112:16 122:17
169:18 179:5
180:20 189:5
216:7
**roughly** 180:7
189:9
**royalties** 268:14
**RPR** 1:23
**RQ** 49:16 83:18
256:24 257:6
278:24 282:16
**Ruby** 38:17,19,20
38:20,23,25 39:2
39:5,6 184:12,13
184:14,16 185:9
192:15,16,18,19
192:20 198:10
212:9 215:18
220:16,19 221:11
264:4
**Rudy** 38:18
**ruin** 257:8
**Rule** 90:11
**run** 68:14,15 70:20
70:24 72:16,17
94:5 101:20
102:12,19 107:18
108:10,17,19
110:18,18,23,24
110:24 111:25
170:25 182:20
183:22 187:7
**running** 267:22
270:14
**runs** 24:20 111:2
**Ryan** 220:4 221:24
222:9 224:24
225:8 226:15
227:12 229:10,22
230:16,20 231:8
231:16 233:2
234:3 235:18
237:3,15,21
238:18 239:8,20
248:10 255:5,15
256:19 257:15,16
258:7 259:13

261:12 267:14,14
274:3,5

_____

**S**

**s** 3:2 98:2,2,2 239:3
245:15
**salary** 63:24 64:2
64:16 66:14
**sale** 34:4 54:12
**sales** 32:14 112:18
113:4 268:15
**Salzman** 1:23 2:10
285:7,25
**Santa** 220:5 225:2
233:5 237:22
**Sardi** 22:19,20,23
22:23 26:19 37:14
37:19,23,25 38:7
49:24 50:6 96:13
253:3
**sat** 15:17 26:9,22
122:8 185:5,5
**Saturday** 126:20
126:21
**saw** 23:20 26:10
55:3 56:12 103:11
120:7 126:15
148:9 165:18
166:24 167:11
192:4 212:15
270:7,21,22 271:2
279:20,21
**saxophone** 126:8
**saying** 6:13 32:4
68:11 81:6 99:21
108:21 122:22
129:23 135:9
145:18 146:13
150:10 156:5
200:18 217:6
222:6 238:9 258:7
**says** 48:14 230:23
259:14 261:16
262:6,17
**scan** 167:15 255:19
255:20 257:4
258:15 259:23

282:14
**scanned** 166:12
**scanning** 250:22
**scans** 165:2 219:6
225:13 226:17
227:6 228:7 232:3
255:9,15 267:20
**scan-scan** 256:11
**Schaefer** 125:15
126:18
**scheduling** 18:25
19:5 65:2
**school** 23:9 37:17
57:21 75:4
**schooled** 72:10
**scoring** 136:9
**scouring** 45:5
**scratch** 50:17
**scratching** 102:24
**screen** 11:15
**screw** 88:20
**se** 149:4
**sealing** 4:6
**search** 48:25 53:16
53:19 83:7,8,12
83:19
**searched** 82:22
83:16
**second** 110:17,23
121:5 199:13
218:3 227:4 239:2
**see** 23:18 30:14
31:17 35:3 46:15
56:24 73:24 75:22
79:24 85:9,9
175:12,18 176:13
176:16 177:22
191:22,23,25
199:11,16 203:4
210:23 211:15,21
212:2 213:13
219:15 220:9,10
222:17,25 223:3
237:23 238:13
245:10 248:11
256:9 259:5
260:25 268:24

271:4 273:22
274:25 279:18
282:4 283:2
**seeing** 47:17 117:12
161:11 239:19
260:9
**seek** 87:24
**seen** 17:3 46:10,15
205:4 248:14
**Seidenberg** 131:17
133:20 136:20,21
137:7 211:20,25
261:19 262:6,16
262:20 263:20
264:15
**Seidenberg's** 264:8
**select** 104:4 105:15
106:9 178:25
179:9
**selected** 122:16
145:9
**selecting** 172:19
**selection** 26:20
27:16 105:10,10
108:6 147:16
184:17 253:4
**selects** 102:17
**selfish** 124:11
**sell** 75:16 76:20
112:13 114:2
176:6 179:19
194:17 201:6
**selling** 41:4 95:15
114:12 267:24
268:2
**send** 73:10,11,22
74:11 100:16
104:11 106:3
120:3 166:15
222:5 235:19
252:15 255:25
256:20 259:25
281:20 282:8
**sending** 86:24
228:7 234:8 235:2
245:17
**senior** 229:14

**sense** 93:18
**sent** 47:19 48:21
50:15 53:5,9
74:18 91:4 92:11
92:25 95:15 101:2
181:11 195:25
215:6,9 226:19
228:2,9 233:11
234:3,19 255:23
256:15 259:20
274:21 275:16
281:23
**separate** 32:6 88:15
216:5 223:11,13
228:6 256:21,23
**separating** 229:5
**September** 18:8
239:23 275:17
**series** 5:20 89:6
125:15 141:11
260:3
**serious** 101:6
**served** 18:17
**services** 21:19
32:16 138:4
**session** 77:4 126:13
**set** 8:14 79:8 84:14
116:15 120:9
122:13 129:13
285:11,21
**sets** 56:14
**settling** 12:20
**seven** 208:8
**shadow** 162:24
**shadows** 213:13
**shape** 249:5 281:18
**share** 96:4,9 97:7
**shared** 96:12
173:13
**sharks** 150:17
**Shea** 65:12 271:24
271:25
**sheet** 288:7,9,12,15
289:2
**shell** 28:22
**ship** 221:6
**shipped** 26:24

**Shirt** 155:11
**shit** 161:15 193:18
233:9
**shocker** 193:15
**shoes** 69:2
**shoop** 13:25
**shoot** 66:12,12
160:15 244:6,19
**shooter** 14:13
**shooting** 172:15,15
**shop** 27:6,11
**shot** 11:15 136:4,5
**shots** 120:2
**show** 23:5 26:6
34:6 36:6 68:14
126:16 141:20
142:13,18 156:23
200:3 218:2
238:20,24 244:16
250:13 251:11,11
251:21,24 252:11
274:10 276:10
280:2
**showed** 142:17
279:21
**showing** 16:25 46:5
195:19
**shown** 108:4 227:9
284:13
**shows** 22:24 235:15
**shut** 230:23
**Sid** 31:15 39:12
59:19,25 60:12,14
60:24 62:5 63:4
64:12 65:3,17
67:16,16 69:3
70:7 79:2 89:5
118:5 123:3,5
125:6,8,15,18
127:7,23 129:4,5
129:5 131:17
134:11,18,22
135:8,10 137:14
138:7 139:19
140:6 142:15
143:22 144:24
156:3,5,7,15

157:5 244:12
**side** 70:10,12 89:11
   89:12 118:9
   143:11 144:22
   149:22 156:24
   157:2,14 159:13
   159:15 218:16,16
   252:8,20
**sides** 26:14 47:12
**Sidney** 261:18
   262:6,15 263:20
**Sid's** 89:5 127:6
**sign** 36:13 288:8
**Signature** 289:19
**signed** 4:15,17
   235:12
**signing** 123:9
   288:10
**signs** 14:16
**similar** 7:14 108:17
   116:3 130:14
**Simple** 69:20 123:7
**simply** 30:10
**Simultaneously**
   40:4
**Sir** 200:17 214:11
**sister** 40:5 119:19
   122:4 200:4,21
   222:6 228:3
   233:12 234:9
**sit** 66:3 74:3
**site** 11:19 13:14
   207:18 276:8
**sitting** 17:9 86:23
   102:24 114:5
**situation** 10:24
   56:19 68:23 76:23
   103:3 114:9
   121:21 124:9
   131:6 134:15
   144:23 146:14
   157:4,23
**six** 172:4 180:10
   181:8 208:8
**size** 26:17 71:9
   206:22 249:11
**sizes** 26:13,16

**skeevy** 78:20
**sleeve** 89:10
**small** 80:11 112:4
   202:12
**smart** 110:25
**snakes** 150:17
**social** 28:19 30:23
   243:7
**Soho** 27:14
**sold** 56:17 76:13
   94:16 109:14
   112:23 175:14
   202:21 204:23
   206:13,17 207:15
   208:2,7 264:20,24
   266:24
**sole** 181:12
**somebody** 28:25
   37:9 39:10 79:21
   81:9 90:15 102:22
   123:5 145:18
   147:18 148:20
   181:6 245:10,13
   247:7 260:24
   269:25
**son** 42:7
**song** 44:10 147:16
   159:6
**Songbook** 44:8
**songbooks** 44:17
**songs** 90:12 123:12
   123:22 209:14
**songwriters** 138:18
**Sony** 23:14 28:10
   29:17 30:23 36:3
   77:25 183:11
   193:10 194:23
   242:22 243:9
   251:17 279:18
**sore** 205:2
**sorry** 30:8 59:21
   61:11 117:13,15
   117:18 150:24
   170:5 197:3
   218:14 247:12
**sort** 94:11
**sought** 208:20

**sound** 79:10 159:4
**source** 194:11
   261:5
**sourced** 263:16
**sources** 43:7
   217:19 248:17
   250:24 271:9
**sourcing** 225:16
**South** 108:12
**Southeast** 108:19
**Southern** 1:3 5:17
   132:24
**so-and-so** 70:17
**space** 26:11,18
   32:13 35:7 79:4
   101:20 102:3
   107:19 136:10
   178:4 179:16
   188:3 252:12
   288:6
**spaces** 136:12
**space-wise** 179:12
**span** 248:11
**Spanish** 9:22
**speak** 6:7 20:25
   21:4,13,20 26:4
   33:23 50:7 148:15
   148:20 166:3
   174:21 192:11,15
   221:17 225:6
   229:19 230:5,9
   235:20 237:16
   240:16 271:13
**speaking** 27:15
   166:6 232:14
**special** 134:9
**specialize** 59:5
**specific** 29:24
   79:23 190:25
**specifically** 161:5
   186:2 206:4
   250:12
**specify** 109:7 180:4
**spend** 181:8,9
**spent** 181:2,3
**Spiegel** 67:25 101:7
**spits** 92:4

**split** 208:5 272:10
**spoke** 49:5,21
   101:24 200:9,25
   229:12 248:10
   271:11,14
**spoken** 20:13 25:18
   25:21,24 27:19
   34:14 38:10,13
   41:6,9,12 186:13
   221:23 225:8
   266:12
**sponsor** 141:9
**sponsored** 14:13
**sponsoring** 141:10
**spot** 79:7 136:12
   205:2
**spread** 55:17 180:9
   196:10
**Springer** 149:10
**ss** 284:4 285:4
**stack** 237:8
**Stadium** 65:12
**staff** 56:20 59:18
   60:9 61:12,24
   65:21 66:2 84:2
   85:2 86:16 87:8
   156:13
**stage** 79:11 159:9
   159:14
**stamped** 195:16
   236:15 258:23
   259:6 265:16,20
   287:10,15,18,20
**stand** 7:15
**standard** 50:14
   71:3 72:18,25
   73:2 80:15 113:15
   116:20 120:9
   121:14 150:19
   182:9 203:3
**standards** 182:22
**standpoint** 154:3
   160:14
**star** 238:15 247:11
   248:5,20 261:22
**Stars** 76:4 80:8
   111:14 113:10

115:6 116:9
**start** 5:9 93:16
   111:10,23 136:3
   163:4 164:17
   165:25 168:21
   193:7,24 194:22
   197:12 198:7
   200:2 215:23
   248:18
**started** 31:12 34:20
   37:2 38:24 43:2,8
   45:3,5,8 53:23
   54:4 55:9 60:5
   63:10,11 103:9
   119:16,19 137:16
   145:14 163:4
   194:12 206:15
   215:17 222:21
   224:4,5 226:23
   238:13 239:21
   250:21 270:25
   279:24
**starting** 59:14 70:2
   146:9 206:14
   269:11
**starts** 199:20 237:8
**state** 2:11 8:25
   241:15 266:16
   284:3 285:3,8
   288:5
**stated** 128:20
   227:16 233:17
   263:2
**Staten** 79:4
**states** 1:2 12:5 23:3
   24:3 31:2 65:8
   87:18 253:13
**stating** 268:9 269:8
**stay** 96:21 150:12
**stayed** 219:20
   272:14
**steals** 260:25
**step** 221:5 227:21
**Stephanie** 128:25
**Steve** 126:16
**stick** 202:12
**sticker** 235:13

261:3
sticks 74:5
Stillman 63:12
stills 90:20 91:9
stipulate 282:24
STIPULATED 4:3
    4:9,13
STIPULATIONS
    4:2
stock 55:23
stole 11:23 261:8
stolen 11:13 12:2
    42:7,11,18,20
stone 86:6 98:21
    177:18 286:9
Stones 65:6,13
    134:16,19,23
    135:13 157:21
    158:10 175:2,5,6
    176:4,25 177:9,12
    178:14 179:19
    181:24,25 185:3
    185:14 186:3
    207:23,24 215:24
Stooges 13:18
    121:25 195:10
stop 40:17
stopping 8:5
stored 54:17
stories 66:7,11
    174:7 183:9
Storm 130:13
story 81:13 85:6
    101:19 102:6
    124:17 175:16
    180:10 183:14
    227:20
storyboard 73:22
storyboards 23:21
    26:10 86:24 93:17
    189:24
straight 63:3 88:19
    129:13
straightforward
    35:25
stranger 81:11
    266:21 268:18,19

Stream 3:7
street 9:5 27:13
    68:3 71:12
stretch 180:15
stripped 217:17
    219:13
structured 123:16
structures 72:6
stubborn 150:23
stuck 86:19
students 172:16
studied 73:17
studio 136:7
stuff 31:23 38:2
    50:6 75:11 80:4
    84:22 91:3 93:23
    97:5 99:2 103:12
    139:8 179:17
    183:16 184:3
    186:19 187:2,14
    187:15 193:8,9,13
    195:8,8 197:14
    198:25 199:2
    219:3 221:22
    222:2,24 225:12
    226:6,25 230:24
    233:9 242:3,10,11
    243:6,19 249:10
    251:20 252:18
    253:16 267:24,25
    270:3 272:13
stupid 57:3 268:10
subject 284:12
    288:10
submission 122:10
    169:15
submit 180:18,18
    180:20
submitted 122:12
    147:25 169:19
    174:16 180:21
submitting 174:20
subpoenaed 281:2
SUBSCRIBED
    289:21
substantive 231:5
such-and-such

85:15
sudden 194:25
    195:9 216:8
    235:10 250:25
sue 275:11
sued 275:8 277:14
suggested 183:21
suggestions 146:11
suit 155:9,9,11,12
    155:13,13,19
Suite 3:6
Summacron 15:9
    154:4,7,9 162:17
summer 50:22
    137:17 239:22
    244:14
Sunday 67:25
Sunrise 3:6
super 209:5 210:15
support 29:18
supposed 129:3
sure 35:23 54:21
    67:8 79:16 101:12
    152:23 154:24
    166:23 174:22,22
    176:13 179:14
    188:8 196:22
    211:23 224:11
    236:4
surprise 239:24
suspect 212:4
suspicion 264:2
suspicions 263:24
sworn 4:17 5:4
    285:12 289:21
_____

**T**
T 98:2 285:2,2
table 123:7
tactics 150:11
tag 13:24 75:3
take 6:13 7:15 8:3,6
    46:11 70:9 80:3
    85:3,21 96:23
    97:19 123:21
    127:19 143:4
    144:17 152:13,19

153:13,17 155:23
    156:22 159:3,9
    162:20 189:11
    204:14 209:13,18
    209:21,25 227:3
    245:2 246:23
    278:12,25
taken 14:10,25
    15:15,21,22 16:17
    30:17 42:14 58:14
    68:13 83:23 97:23
    124:19 153:22
    154:25 155:3
    161:23,24 165:23
    167:3,6 170:15
    171:10 177:11
    246:24 247:24
    278:14
talk 33:21,22 88:14
    103:3 104:15
    127:17 137:22
    155:20 183:17
    186:20 187:25
    233:20
talked 8:2 107:9
    137:11 147:21
    148:12 157:11
    169:14 186:8
    215:16 227:19
    247:4 258:17
    273:16
talking 28:25 34:11
    43:18,25 47:16
    54:11,13 56:2,16
    71:17 72:6 91:12
    94:18 95:23 98:11
    99:4,25 100:4
    103:15 106:14,18
    111:20 118:23
    119:21 124:3,4
    131:24,25 141:24
    161:7 168:19
    186:2 190:25
    193:5 196:16
    206:2,3 210:17
    214:15 215:18,19
    216:14,22 224:24

267:5 274:6 279:3
tantrum 145:15
tape 216:8
tasked 252:4
taught 67:17 72:13
    137:18 143:22
taxes 144:15
tea 18:25 19:15
teach 172:16
teacher 58:21
teaching 37:17
team 113:2 141:12
technical 79:9
    102:2 154:3
technically 14:17
    75:10 250:2
telephone 9:2,8
    222:12
tell 6:18,23 7:3
    14:19 35:17 91:19
    105:25 127:13
    161:16 198:13
    218:2 262:8
    264:10 271:12
    273:16
telling 117:14
tells 7:10
telltale 14:16
temper 145:15
ten 214:9
term 113:15 114:17
terminate 18:12,21
terminated 20:14
terminology 19:20
terms 15:4 22:3
    29:15 30:21 32:10
    37:3 38:25 66:6
    71:23 72:25 73:3
    74:11 77:13 78:7
    80:19 81:5 82:6
    83:2,21 85:21
    87:9,12 88:8 99:9
    110:20 111:6,25
    112:11,22 113:3
    113:18 114:14
    116:15 120:15
    121:14 122:13

124:11 131:13
136:17 137:15
142:11 143:23,25
147:8 148:13,13
149:2 150:2,4,7
150:19 156:19
180:14 182:7,9
186:21 187:11
195:6 203:2,3,23
205:3,5 242:20
243:5 245:5 253:8
258:14 276:5
286:22
**Terrell** 223:24
**territories** 77:18
80:18 113:23
**territory** 72:3 73:4
109:3,4 110:5,14
116:17 121:16
182:12,16 186:23
**testified** 5:5 98:6
181:16 204:13
209:11 271:15
**testify** 8:18,23
**testimony** 7:13
118:4 169:11,16
191:17 281:14
284:10 285:14
**Thank** 18:2 280:11
280:13,18 283:4,5
**theater** 79:2
**theory** 212:6
215:17,18 217:13
218:18 220:19,23
220:24 247:5
248:4 263:24
264:2
**they'd** 112:14
**thing** 19:17,18
21:16 38:4 40:24
42:6 44:10 57:4
62:9 66:13 67:23
69:8,18 75:6
77:15,22 83:2,3
88:2 94:18 97:4
98:14 99:12 102:8
103:7 108:14,17

110:13,22 117:3
119:16 123:17
124:14 126:22
127:18 129:13
130:21 149:20
150:9 153:18,20
157:24 158:19
159:25 175:23,24
176:19 177:6
179:16 180:12,16
188:5 198:3
202:15 204:12
205:4,19 216:2,3
217:17 219:11
235:9 241:5 244:2
251:12,13 255:7
255:17 256:11,23
258:5,13 275:16
278:18 280:23
**things** 14:18 15:4
19:25 28:22 34:3
36:6 43:7,10 45:9
53:24 54:5,6,8,8,9
54:10 55:3,5,6,9
67:24 81:4 83:12
84:17 117:17
119:20 121:8
141:5 142:24
144:2 147:15
148:23 149:4
169:23 174:6
183:11,12 204:21
205:6 211:9
222:22 238:14
239:4 242:3
251:16,19 261:23
261:24
**think** 17:17 26:18
31:25 37:16 38:4
75:3 76:7,8 79:5
81:2 83:4 97:19
110:20 113:4,18
126:2 127:21
130:5 131:19
138:19 139:7,15
144:13 147:11,13
172:12,21 179:21

181:16 183:3
192:14 204:13
208:14 210:2,6
211:25 214:11
229:24 231:12
233:22 235:5
239:17 247:6
257:18 261:7
282:5
**thinking** 25:2
99:10 212:8
**third** 110:18,24
218:4
**thirty** 288:16
**Thompson** 18:4,5,7
18:9,17 20:13
21:13,20 34:23
48:6 129:11
195:25 197:25
222:13 231:12
234:16 260:16
269:12 273:6
275:14
**Thompson's** 18:22
**thought** 112:20
210:21 211:6
271:15
**thousands** 202:7
**threaten** 269:9
**three** 31:2 36:23
37:10 43:18 48:18
55:15 56:16 57:5
57:11 80:9 89:11
101:20 123:12,22
138:12 153:22
166:25 168:8
171:24 186:9
192:22 203:15
204:22 206:3
209:14 212:17,22
241:5 244:14
253:2 279:5
286:11
**thumb** 90:11
**Thursday** 60:4
63:14
**Tibet** 140:11

**ticket** 156:10
**tickets** 157:10
**tie** 155:10,10
**tight** 126:17
**time** 4:12 17:8 20:4
36:4 40:10 59:25
62:8 64:20 65:17
69:25 70:23 72:2
73:14 74:6 76:24
77:16 78:21 81:4
82:25 83:21 84:20
85:22,24 87:5
88:25 92:18 94:15
95:6 96:6 97:7
98:3 99:11,11
106:22 111:4
113:7 121:17
125:5 131:19,23
131:24 132:9
136:9,12 145:7
146:3 148:6,14
153:23 154:22
157:20 159:25
170:15 172:25
173:9,13,18
174:24,25 175:3,3
176:19 179:22
181:2,3 183:8
187:7 193:4 196:5
196:20,22 197:22
197:24 199:25
203:12 204:8
209:9 212:10
213:5,10 215:4,5
215:8 216:6
220:16,18 230:7
231:9,18 233:6
235:21 238:22
245:2 248:11
254:5,17,18
261:24 264:4
266:13 269:3,21
270:2,6 281:11
283:6
**timeframe** 270:16
**timeline** 216:7,7
220:6

**times** 20:17 26:17
67:25 68:3 96:24
101:8 102:5
104:15 106:7
120:8 143:24
145:12,16,17
187:2 203:9
211:16 231:17
**Timothy** 33:2
**Tina** 157:24 175:7
175:23 244:17
245:18 246:5
**title** 217:18 229:22
**titles** 60:20 186:12
**today** 8:19,23 17:6
41:18 42:2 45:10
71:17 87:16 94:2
99:7,18 102:9
104:23 110:13
119:2 123:8 138:6
147:11 177:15
204:20
**today's** 41:18
**told** 123:20 142:18
212:24 243:18
**Tomey** 265:25
**tomorrow** 240:4
**tones** 162:24
**Toney** 240:20
241:11 244:18,25
245:3,16,21 246:3
246:5,7,14,17
266:2,3,10 272:18
274:16
**top** 201:16
**total** 89:13 205:2
**totally** 28:14 75:2
243:19,19
**touch** 40:15,18
41:15 49:3 224:3
240:24 243:3
260:15
**tough** 209:8,8
**tour** 44:6,16 79:11
85:17 134:19
135:11,16,24

136:25 139:5
141:3,14 158:9
164:13,20 167:11
167:13,16 177:12
247:7,12,13 248:6
248:15 253:23
277:10 278:21
**tours** 65:13 79:4
**town** 22:3 85:15
**track** 81:13 82:12
113:2
**tracking** 260:4
**tracks** 136:5
**trade** 23:5
**trademarks** 19:2
**trail** 164:18
**trained** 123:3
**training** 58:18
**transcribe** 6:8
**transcript** 19:13
35:7 284:12
288:17,19 289:2
**transferred** 242:13
**trap** 123:8
**trash** 93:24 94:4
**travel** 59:10
**traveled** 55:4
**trial** 4:12 7:15
**tried** 221:15 245:9
245:17 272:7
282:20
**true** 284:11 285:13
**trust** 81:10 117:20
191:4 203:8
208:25 209:2
**truthful** 7:17
**truthfully** 8:18,23
**try** 75:6 194:17
205:8 257:25
278:23
**trying** 47:7 56:13
59:23 69:10,11
84:25 98:20 102:7
103:2 124:10
174:5 193:2 214:7
214:10 237:21,22
**Tsyvkin** 3:9 15:19

17:16,21 18:16
21:7,10,23 22:6
30:6 35:9,13 47:3
49:19 53:7,11
83:9 95:10 166:20
168:2 178:6
219:14 257:11
278:23 279:13
280:13,16
**Tuesday** 60:3 63:13
**tug** 147:12
**Tumey** 265:25
**tuning** 159:5
**turn** 30:13 49:13
232:25
**turned** 48:10 267:7
273:5
**Turner** 157:24
175:8,23
**turns** 166:11
**TV** 133:2,6,11,16
134:8
**twice** 33:22 230:10
**two** 20:4 21:25 23:6
26:17,23 30:25
36:23 37:10 44:10
75:22 77:6 80:9
89:10 91:8 114:6
119:19 122:3
129:6 140:2
151:14 163:20
164:2,24 171:24
176:25 186:9,16
193:17 197:21
213:18,19 216:21
219:25 229:5
232:16 240:6,13
244:16 252:7
253:11 266:25
269:18 270:11
**TWTF** 62:17
**type** 66:12 67:23
68:23 69:8,18
74:4 83:3 99:11
102:8 114:9 124:9
157:23 176:19
180:11,16 205:4

216:2
**types** 68:7 84:17
171:25
**typical** 148:3,12,13
148:17 150:2,3,7
**T-shirt** 266:23
267:13,21 268:8
269:7 276:16,21
**T-shirts** 45:11,13
56:3 91:3 243:5
268:3,15 277:8,20

_____

## U

**uh-huh** 6:3 11:7
17:25 20:24 40:6
42:10 51:8 60:11
62:2 64:11 74:16
76:11,18 79:16
82:4 84:4 87:7
109:23 113:8
115:4 130:8
133:17 139:17
142:2 143:19
146:25 148:10
151:4 159:2 162:3
163:22 169:10
173:6 183:4
199:18 214:4
237:6 238:21
240:12 245:23
261:14 263:5
277:21
**uh-oh** 226:24
248:18
**UMG** 5:15 216:11
216:20 220:5
259:7
**UMG0000118**
258:23 259:6
287:18
**UMG0000131**
258:24 287:19
**UMG0000885**
265:16,20 287:21
**UMG000259**
195:16,22 287:11
**UMG131** 259:16

261:11,11
**um-hmm** 6:3
**uncropped** 169:21
**underlying** 22:15
42:5 47:8 53:22
**understand** 5:23
6:4,15,17,20,25
7:6,11,16,24 8:8
19:23 52:2,10
69:10,11,22 87:3
87:11 99:3 100:20
115:15,21 118:3
136:8,13 141:18
141:23 144:4,24
160:25 194:8
242:18 243:17
245:11,16 255:11
281:13
**understanding**
19:20 145:7
200:17 203:20
**understood** 7:4
72:7 144:23
202:24 203:22
242:24
**unfolded** 221:22
**unfortunately**
198:13
**United** 1:2 23:3
24:3 65:7 87:18
253:12
**Universal** 1:9 3:24
5:12 40:9,13 48:8
196:2 216:25
218:24,25 220:14
221:7,10,23
222:15,17 223:21
224:15 227:5
228:10,19,23
229:20,23 233:2
233:13 236:12
239:9 249:18
255:5,11 256:15
257:4 258:2,8
259:23 260:21
261:4 265:5,7
273:23 274:20,24

276:2,10 289:3
**Universal's** 195:21
229:11
**unpublished** 57:12
**unusable** 189:23
**updated** 131:6
**uploaded** 51:21
**uploading** 35:23
**UPS** 235:11 256:22
257:2 259:20
261:3 286:23
**upside** 197:20
**urgency** 177:6
**usage** 72:2 77:17
88:6,15 89:18
91:19 102:3
107:10,17 111:15
**usages** 111:17
**use** 72:14,15 73:3
77:25 79:3 80:16
84:12 88:13 89:19
89:21 90:3 92:2,3
94:22 97:2 104:21
105:16,20 107:13
108:4,22 109:8,14
109:22,25 110:2
111:9 112:3
117:10 121:16
132:15 145:14,19
145:25 146:18
149:18 159:21,24
162:8 180:8
182:19 185:14
186:22 190:18
211:7 222:7 228:4
228:11,24 229:7,8
233:14 234:11
249:11 251:21
**useless** 75:2
**uses** 149:3 193:11
**U.S** 9:23 51:2 65:5
68:2 72:4 87:14
87:15 90:23
102:12 108:10,15
219:6

_____

## V

**v** 289:3
**VA** 23:9
**Valley** 3:7
**valuable** 94:10
**value** 94:19 205:5
    205:25
**vanity** 145:13
**Vartan** 221:23
    229:12,13,14,18
    230:6,19,20 231:5
    231:20,22 232:23
    233:18 236:9
    238:18 267:15,20
**veered** 150:18
**Vegas** 28:24 239:3
    239:11 242:11
**Ventures** 1:10 5:16
    275:6,20,25
    276:13,17,19
    277:14
**verbal** 5:25 54:18
    124:25 234:23
**verbally** 81:7
    123:17,18,19
    158:14
**versed** 19:21 49:4
    49:22,25,25
**version** 213:12,14
    213:16 219:6
**versus** 10:14
    160:21 161:9
**vertically** 161:4
**verticals** 103:12
**Vice** 10:14 11:10
    11:24 14:10 15:16
**victim** 174:4
**vintage** 94:19
**Visual** 22:22 23:10
    37:18
**Vogue** 86:21
    108:11,12,12
**voice** 6:6
**vs** 1:8

_____
**W**
_____
**wait** 6:10 17:23
    170:21

**waiter** 62:16,19
**waiting** 274:23
**waived** 4:8
**wall** 68:2 71:12
    75:5 105:3,4
    242:10
**walls** 26:14
**want** 19:12 30:4
    32:18,18 34:9
    35:20 37:3,4,5,8
    44:3,9,13 57:18
    59:11 63:17 70:24
    72:14,15,16,17,18
    85:9 88:13 89:19
    89:20 91:6,20,21
    91:25 92:3,6
    93:11 97:20
    101:20 102:4
    103:22 105:16,19
    106:2 108:4,19
    110:15,16 111:9
    114:2 117:7,9,10
    117:17,23,24
    120:24 122:23
    129:22 145:14
    146:12 149:14
    150:13,22 175:12
    180:3,7,8 183:22
    184:4 205:15
    216:4 221:17
    225:25 230:23
    233:20 243:23
    248:22 249:2
    250:8 257:7
    259:10 273:17
    279:7 280:19
    281:7
**wanted** 24:21 29:6
    30:20 90:19,25
    91:8,11,12,13,15
    91:16,16 102:11
    102:11 110:9
    132:15 142:24
    146:18 155:17
    180:4,15 185:8
    188:19 189:12
    200:3 205:16,21

222:23 225:11,15
    225:22 226:6,7
    227:4 238:12
    242:19 249:8
    252:14 282:19
**wanting** 252:17
    280:2
**wants** 102:19
    110:23 255:3
**war** 147:12
**Washington** 50:7
    65:11
**wasn't** 75:8 124:9
    177:6 184:14,23
    202:11 211:9
    227:16 233:6,23
    234:14
**wasted** 171:14
**watermark** 11:20
**watermarks** 14:2
**way** 28:18 39:10
    58:19 72:9 78:19
    81:18 92:12 103:3
    103:18 117:11,18
    117:21 119:16
    147:11 194:18
    242:3 247:8 281:3
    285:18
**web** 268:15
**webmaster** 15:3
**website** 11:14 12:2
    12:2 13:23 14:11
    14:25 35:22
    130:13 207:21
    267:23 276:5,7
    277:18
**websites** 131:13
**Wednesday** 60:4
    63:14
**week** 20:6 21:25
    33:25 85:7 101:19
    170:21 171:5
    232:16
**weeks** 22:2 26:23
    232:17
**went** 27:25 40:9
    45:2 84:18 92:19

97:5 183:15
    215:13 219:5
    221:25 226:15
    233:4 260:13
    270:9 271:3
**weren't** 158:12
    192:24 234:20
**we'll** 175:16
**we're** 6:13 23:23
    43:18 51:6,22
    52:14 53:2 56:2
    56:16 66:10 69:5
    83:6 84:11 85:5
    99:4,24 100:4
    101:18 108:9
    111:23 121:25
    124:2,14,15
    138:13 161:7,11
    166:17 176:15
    180:9 181:24
    183:25 188:2
    191:24 193:2,20
    213:22 214:9,11
    216:6 234:21
    241:22 282:16
**we've** 29:16 137:11
    215:16 247:4
    278:20 279:3
**whack** 74:8
**whatsoever** 10:23
    25:16 205:25
    231:7
**WHEREOF**
    285:20
**white** 33:2 34:15
    160:7,8 162:21
    163:5,13 210:12
    259:14
**wife** 24:19 42:6
    243:24
**Wilber** 49:6 50:19
**wind** 212:14
**winds** 221:6
**wing** 137:18
**witness** 5:3 12:8
    16:12 166:19
    257:5 284:8

285:10,14,20
    286:3 288:2
**woman** 243:24
**wondering** 194:12
**woodwork** 195:6
    240:3
**words** 20:2 26:9
    31:16 63:17 72:14
    88:11 99:13 103:5
    117:8 140:13,18
    149:5 180:13
    186:25 235:4
    249:4
**work** 12:4 32:18,19
    34:9 38:5,8,8
    39:13 64:24 65:15
    66:7 67:12 70:8
    72:24 79:9 85:11
    87:4,6 101:3,4
    104:24 105:7
    108:5 117:4,4,9
    117:10 118:4
    133:16 134:3,4,7
    135:20 142:17,18
    175:18 180:14,23
    180:25 181:11,22
    182:18,25 185:25
    189:6 194:21
    198:23 211:12
    222:5 241:24
    268:24
**worked** 22:24
    23:11,16 26:19
    28:12 39:22 88:17
    104:22 119:3
    128:21 135:9
    145:3 156:6
    198:16,16 200:15
    200:21 203:7,8,11
    253:4 263:3
    264:14,17 270:2
**working** 23:14 36:3
    38:24 39:2,11,24
    40:2,8,22 52:4
    64:12 65:2 70:7
    78:21 81:8,10
    104:21 106:14,15

119:5 124:16
135:6 136:11
137:17 140:4,8,14
140:24 141:12
145:22 146:15,17
147:22 148:22
151:2 156:19,20
174:4 189:4,10,15
190:2,16,17
191:10,18 192:23
194:23,24 195:11
200:6 203:16
212:21 213:2
220:20 222:22
227:23 241:19
252:9 254:16
264:3 272:13
**works** 19:25 95:14
103:17
**Workshops** 58:16
**work-for-hire**
56:19
**world** 14:21 19:4
23:7 28:20 29:17
30:16 58:24 62:12
69:4 101:6 209:2
233:14 238:15
251:3 261:6
**worldly** 28:10
**worldwide** 72:5
87:18
**worth** 67:19 93:19
**worthless** 94:12
**wouldn't** 20:5
96:22 99:24
171:12 221:17
262:14
**wound** 103:13
**wow** 69:8 210:2,22
**writ** 275:16
**write** 81:16 82:2
129:3,14 186:15
238:18 239:2
265:23 266:20
**writer** 149:16
186:13 198:22
203:9

**writers** 56:22 66:8
185:6 187:14
188:10 203:13
**writes** 237:15 238:3
257:15,17 259:13
**writing** 115:18
266:10,11,16
**written** 47:11,13
54:19 62:14 70:21
70:22 83:20 102:6
148:4,7 204:2
286:21
**Wrong** 109:10
**wrote** 129:7,8
235:2 268:17
**W-2** 98:24 144:14

_____
**X**
**X** 286:2

_____
**Y**
**yeah** 23:11 27:7
44:14 47:5 58:13
62:23 64:6 70:19
76:11 79:22 82:8
96:15 98:15
120:21 123:17
127:10 131:5
138:12 144:13,16
151:9 153:25
158:5 159:19
162:6 164:11
166:19 167:22
168:16 171:6,6,16
173:2,11,24
177:16,16 182:23
184:20 188:8
196:9,9,9 201:24
202:3 204:10,10
211:16 213:17
241:18 260:8
261:9 262:3
272:25 282:5,13
**year** 12:15 18:15
20:20,22,23 24:7
57:23 58:12 64:4
64:7,10 87:24

90:18 125:16
179:24 182:10
**years** 14:14 22:23
23:6 27:10 33:17
33:18 38:21 45:7
50:5,13 83:2
114:17,21 119:3
122:2 125:20
149:11 153:2
166:10 221:24
227:23 229:17
230:25 267:2
269:19
**yesterday** 122:5
**York** 1:3,17,17 2:8
2:8,11 3:7,17,17
5:18 9:6,16 31:19
35:3 63:13 68:3
77:4 101:5,8,8,9
116:24,25 122:5
126:14 142:15
246:2 279:21
285:3,5,9
**Young** 65:18 89:6
**Yup** 272:20

_____
**Z**
**Z** 70:3
**zero** 244:19,21
246:15 247:25
**Z-Y-T-H** 35:11

_____
**$**
**$1,000** 71:15 98:18
**$10,000** 64:4
**$2,500** 71:16
**$3,500** 206:24
**$5** 100:8
**$5,000** 202:15
**$50,000** 64:7,10
**$500** 66:22 71:8
141:21

_____
**0**
**0000131** 259:7

_____
**1**

**1** 16:20,21 17:2
48:15 74:24
211:11 237:24
286:7,19 287:4
**1,000** 71:8 78:5
89:15 112:8
141:21 172:18
**1,200** 206:24
**1,500** 141:22
**1:10** 98:3
**1:16-cv-05439-JP...**
1:4
**10** 64:9 179:21
191:12 201:21,22
202:2,3
**10,000** 109:9,12,14
**10:30** 2:3
**100** 70:25 71:22
187:5 211:23
244:9 276:25
**101** 245:12
**10154** 3:17
**11** 3:6
**11102** 9:6
**11580** 3:7
**12:31** 97:23
**121** 258:24 259:6
287:19
**13** 239:25 248:19
267:7
**131** 259:8
**151** 287:6,7,8
**152** 287:9
**16** 206:19 208:2,17
287:4
**17** 1:18 2:2 289:4
**178** 286:9
**18** 206:19 208:3,17
**18403** 1:24
**195** 287:11
**1965** 137:24 174:25
**1966** 137:24 174:25
**1967** 59:14
**1969** 61:10,24
62:17,22 96:8
97:7 153:15
154:12 179:23,24

193:5,22 204:20
207:16
**1969/1970** 215:5
**1970** 40:19 58:11
58:15 153:16
154:12 179:23
193:5,22
**1970s** 128:23
**1971** 212:13 216:9
216:19,24 247:8
247:12 248:9
254:6
**1975** 59:17
**1980s** 254:20
**1992** 254:8

_____
**2**
**2** 45:24,25 46:6
48:14 50:24
193:21,21 211:12
238:17 286:8,21
287:5
**2000** 92:21,24
254:10
**2013** 194:22
**2014** 18:8 22:24
24:8 33:19 36:15
50:23 193:6 205:7
205:10 206:14
209:4 210:9
222:18 223:23
224:12 231:19
237:4,5 250:11
254:25 257:15
267:10 269:22
279:19 280:9
**2015** 17:18 18:18
205:15 221:21
**2016** 10:16 18:15
18:19 46:9
**2017** 1:18 2:2
137:16 204:20
209:5 210:9
285:22 289:4,22
**21** 237:4
**21st** 285:21
**212** 3:18

**217** 287:13
**22** 237:4,10
**23** 257:15
**233-1660** 3:8
**236** 287:16
**24** 26:19 237:12
**24/7** 69:25
**243** 197:19
**25** 46:9 279:19
    280:9
**25th** 23:19 24:7
**256** 286:23
**257** 286:24
**258** 287:19
**260** 196:4,8,12
    216:11
**261** 196:12 216:12
**263** 197:16
**264** 197:16,19
    199:7,10
**265** 197:2 287:21
**266** 195:16,22
    197:7 216:18
    287:11
**278** 286:12
**279** 286:14
**282** 286:16

_____
**3**

**3** 51:10 151:16,18
    152:8 286:9,23
    287:6
**3A** 151:17,21 152:8
    152:13,15 153:14
    154:16 155:5,20
    158:3 159:3
    160:13 167:13
    168:2,3,4,6,12
    169:25 170:15
    171:21 173:8
    174:14 177:11
    188:16 189:18,25
    191:17,22 192:4
    194:14 196:23
    199:4 204:14,18
    205:8 206:2,7,13
    206:18 207:10

208:3,6,7,12,18
    213:3,7,10,16
    214:16,18 215:9
    215:20 247:11
    250:15 257:10
    261:22 286:24
    287:7
**3B** 151:17,24
    152:17 153:17
    154:19 155:3
    157:3 158:17
    161:21 162:14
    163:20 167:10
    168:6,11,15,17
    169:2,8,11,16
    170:11,15 172:11
    172:22 173:8
    174:14 192:4
    204:18 205:8
    206:7 208:6,9,14
    213:3,7,24 214:17
    214:25 215:5,21
    216:22 218:15,19
    219:10 220:2
    287:8
**3C** 151:17 152:3,8
    152:14,18 153:19
    154:21 155:3
    157:3 158:18
    161:21 163:8,20
    167:10 168:6,11
    168:15,18 169:2,8
    169:12,16 170:12
    170:15 172:11,22
    173:8 174:14
    177:11 188:16
    189:18,25 191:18
    191:22 192:4
    194:15 196:24
    199:5 204:14,18
    205:8 206:8,13,18
    207:10 208:3,6,14
    213:3,7 214:3,17
    214:25 215:5,21
    216:22 218:15,19
    219:10,17,22
    250:16 257:10

286:24 287:9
**3/22/49** 9:14
**30** 57:16 81:21 82:7
    249:6 250:2
    288:16
**305** 3:6
**3060** 9:4
**309-6761** 9:9
**345** 2:7 3:16
**35** 15:9 154:6,9
    159:23 171:25
    221:24 229:17
    230:24 286:7
**36-exposure**
    171:23

_____
**4**

**4** 71:8 195:14,15,20
    237:11 286:10,24
    287:10
**40** 57:16 221:24
    229:17 230:25
    249:6 250:3
**400** 112:15
**407-4953** 3:18
**45** 14:14 22:23
    33:18 83:2 89:6
    119:3 153:2 287:5
**49** 286:20

_____
**5**

**5** 48:13 160:5
    217:22,23 286:4
    286:13 287:12
**5A** 218:4,14,15,18
    219:14,23,24
    255:22
**5B** 218:14
**5C** 218:4
**5,000** 100:6
**5:16** 283:6
**50** 84:23 89:21
    189:9 191:10
    201:19 212:25
**50s** 100:2
**500** 71:20 78:5
    100:6,9 112:8

**500,000** 112:15
**516** 3:8
**550** 80:22 112:21

_____
**6**

**6** 52:17 236:14,20
    286:15 287:14
**60** 189:9 191:9
    201:19 212:25
**60s** 67:7 71:4 72:23
    83:25 92:20,23
    95:24 98:12 99:5
    103:16 107:25
    111:5 119:22
    122:21 124:4,20
    132:2 141:25
    210:17
**600** 282:14
**65** 61:14
**66** 60:18,25 61:14
    89:3 99:21,25
**67** 60:18 61:14 89:3
**68** 39:25 60:18
    61:14 126:25
**69** 39:25 57:24
    60:18 61:14,16
    132:7 206:10,12
    207:13

_____
**7**

**7** 258:21,22 287:17
**70** 39:25 60:18
    132:7 151:6
    179:25 193:23
**70s** 61:23 67:7 71:4
    72:23 76:14 84:2
    92:20 95:24 98:12
    99:5 103:16 111:5
    119:22 122:21
    124:5,20 132:2
    141:25 210:18
**71** 60:19 61:2
    193:23
**73** 61:9 62:24
**74** 61:8
**75** 61:8 62:25 99:21
    99:25

**750** 80:22 86:4
    112:21

_____
**8**

**8** 207:3,4 265:14,15
    265:19 267:7
    287:20
**80s** 92:21 100:2
**83** 286:22

_____
**9**

**90** 99:8 154:6
    162:16 172:2
**90s** 92:21 254:20
**917** 9:9
**95** 286:8