# Slotnick Declaration Ex. G Part 2

EXHIBIT 10

History Bookmarks Window Help

B. B. King's Inimitable Sound - The New Yorker

Wow. On sale.

Oslo
Nonstop from New York (JFK)
From/one way incl. taxes
$169*

norwegian.com

Sign In | Link your subscription | TNY Store

# THE NEW YORKER

NEWS CULTURE BOOKS & FICTION SCIENCE & TECH BUSINESS HUMOR MAGAZINE VIDEO ARCHIVE SUBSCRIBE

CULTURE DESK

MAY 15, 2015

# B. B. KING'S INIMITABLE SOUND

## BY ADAM GOPNIK

f Share  🐦 Tweet  8+1

SIGN UP FOR OUR NEWSLETTER

E-mail address

SIGN UP

ADVERTISEMENT

SWANN
AUCTION GALLERIES




No one made a guitar talk as King did—as an extension of his entire soul, an instrument of human expression.

Save paper and follow @newyorker on Twitter

MAY 15, 2015

# B. B. KING'S INIMITABLE SOUND

## BY ADAM GOPNIK

*No one made a guitar talk as King did—as an extension of his entire soul, an instrument of human expression.*

PHOTOGRAPH BY CHARLIE GILLETT COLLECTION / REDFERNS / GETTY



**M**y son Luke, who plays the guitar, asked me not long ago to name the best guitar player I had ever heard live. I've heard a lot of good guys—I was lucky enough to hear Hendrix, though I don't think we knew what we were hearing at the time; my friends and I liked the Incredible String Band, who played the same place later in the week, even better. And since then I've heard many true jazz heroes, from Jim Hall to most of the Rosenberg family in France. But, a little to my own surprise, when Luke asked me about my peak experience I had no doubt what it was: the single best concert by a guitar player I have ever heard was B. B. King in 1970 at the Place des Nations, an outdoor stadium in Montreal left over from Expo 67. He was playing on the same bill as Bobby (Blue) Bland, and he held a largely French-speaking crowd rapt for more than two and a half hours playing and singing his inimitable blues.

He sang wonderfully, with a clean, sophisticated style touched by Nat Cole's vocals (though I didn't know that then), but it was his guitar playing that mattered. The crowd was there, in part, because the music he played was like music we already knew, the electrified blues that had become our teen-age lingua franca. We knew vaguely that he had helped to invent it, but we knew the imitators much better than we knew the source. King was not at all showily virtuosic—any number of young Englishmen who were, shamefully, much easier to hear in those days, and doubtless sold more records, from Alvin Lee to Mick Taylor, were "faster," more dexterous, "heavier," as we would have said approvingly. But in an instant it was plain that no one made a guitar talk as B. B. King did, as an extension of his entire soul, an instrument of human expression more than adolescent

# EXHIBIT 11

https://twitter.com/gqmagazine/status/599325553183825920

Search Twitter

Have an account? Log in

**GQ Magazine**
@GQMagazine

🔔 Follow

Remembering B.B. King: There Is No Blues
gqm.ag/1QPCpvr



RETWEETS  FAVORITES
73        79

2:28 PM · 15 May 2015

New to Twitter?
Sign up now to get your own personalized timeline!

Sign up

© 2015 Twitter  About  Help  Ads info

B.B. King dead_ Blue...html

n/entertainment/music/a1925/esq0106wilbbking-106/

History  Bookmarks  People  Window  Help

☰ *Esquire*   **HYSTERICAL:**   The Greatest Jokes Ever, Chosen by 22 Stand-Up Comedians

## THE NEW BMW 6 SERIES.

**LEARN MORE**

WHAT I'VE LEARNED  ENTERTAINMENT  MUSIC  B.B. KING

# B.B. King: What I've Learned

Bluesman, 80, Las Vegas.

BY MIKE SAGER

## 131
Shares

f  **SHARE  98**

🐦 **TWEET  28**

📌 **PIN**

**MOST READ**

**B.B. KING, BLUES LEGEND, DIES AT 89**



B.B. KING | WHAT I'VE LEARNED

*B.B. King, legendary blues musician,* has died. *In the memory of this giant of the blues, we are republishing this 2005 interview with the man here.*

**Some people say** that blues singers are always cryin' in their beer. But you know

FRANK & OAK

Refreshed Monthly

# EXHIBIT 12

om/articles/news/6566418/bb-king-top-10-billboard-hot-100-hits

# billboard

News ▾ | Hot 100 | Billboard 200 | Charts ▾ | Latin | Dance | Videos

Newsletters
Subscribe Now & Save

f  y  &  ℗  ♡  t

Search Billboard  Q

New Sirloin Third Pound® Burgers

*Weight before cooking. © 2015 McDonald's. At participating McDonald's for a limited time.

Enjoy this lovin' while it lasts »

ARTICLES / CHART BEAT / NEWS

# B.B. King's Top 10 Billboard Hot 100 Hits

By Billboard Staff 🐦 | May 15, 2015 12:40 PM EDT



B.B. King performs onstage with his Gibson hollowbody electric guitar nicknamed "Lucille" in circa 1975.
Michael Ochs Archives/Getty Images

New Sirloin Third Pound® Burgers
Enjoy this lovin' while it lasts »

*Weight before cooking
© 2015 McDonald's. At participating McDonald's for a limited time

BILLBOARD WATCH
Advertisement (3:47)       Learn More ☉



Skip Ad »

American Authors at BottleRock

EXHIBIT 13

MUSIC   POLITICS   TV   MOVIES   CULTURE   SPORTS   REVIEWS   LISTS   RS COUNTRY   COVERWALL

JUMP TO: **INTRO** | 100-81 | 80-61 | 60-41 | 40-21 | 20-1

# 100 Greatest Guitarists

### Related

- The 100 Greatest Singers of All Time: Chuck Berry
- The 100 Greatest Artists of All Time: Chuck Berry
- Video: Chuck Berry Rocks Blueberry Hill



ADVERTISEMENT

## 6 | B.B. King



Photo: Charlie Gillett Collection/Redferns

B.B.'s influences were set at an early stage. Being from Indianola, Mississippi, he goes back far enough to remember the sound of field hollers and the cornerstone blues figures, like Charley Patton and Robert Johnson. The single-note phrasing of T-Bone Walker was another thing. You can hear those influences in the choice of melodies that he not only sings vocally but

EXHIBIT 14

TIME INC. NETWORK: **FORTUNE** **PEOPLE** **TIME** **SI** SPORTS ILLUSTRATED **EW** ENTERTAINMENT WEEKLY **M** MONEY **G** GOLF ▶ MORE

MENU

**TIME**

MAGAZINE VIDEOS

LATEST

T Bone Burnett Remembers B.B. King: 'He Conjured the Very Soul of Our Country'

Here's How Melissa McCarthy Responded to a Critic's Sexist Comment

This Video of a Young Couple Aging 70 Years Will Make You Laugh and Cry

*Modern Family*'s Ariel Winter Is Emancipated

See This Cat Take Care of 6 Abandoned Kittens Named After the *Brady Bunch*

See Mitt Romney Throw a Punch in Holyfield Boxing Match

Watch Mitt Romney Fight Boxing Champion Evander Holyfield

SCROLL TO SEE MORE ∨

'This is the Earthquake We've Been Waiting For'

India's New Vision

# T Bone Burnett Remembers B.B. King: 'He Conjured the Very Soul of Our Country'

T Bone Burnett   9:30 AM ET

JUMP TO: INTRO | 100-81 | 80-61 | 60-41 | 40-21 | 20-1

## 100 Greatest Guitarists

BACK TO TOP

### 6 | B.B. King



Photo: Charlie Gillett Collection/Redferns

*Rolling Stone*

## "B.B. King was an ecstatic musician who mined his ecstasy from deep in the ground"

B.B.'s influences were set at an early stage. Being from Indianola, Mississippi, he was back far enough to remember the sound of field hollers

B.B. King was, is, and will remain an American hero of the highest

RECOMMENDED FOR YOU

FEATURED NEWS  MEN'S JOURNAL

The Portable, Wood-Fired Hot Tub

The 50 Best Places to Live Now

Alonzo Mourning on What It Takes to Be Strong

The Rust Belt Revival: Pittsburgh and Cleveland Make a Comeback

Fit Wife, Healthy Life

B.B. King dead: Blues legend dies at 89 | EW.com

# Entertainment
### WEEKLY

| TV | TV RECAPS | MOVIES | MUSIC | BOOKS | GAMING | VIDEO |
|---|---|---|---|---|---|---|
| Game of Thrones | Watch Winter Is Coming | TV Theme Bracket Game | Summer Movies | Mad Men | TV Season Finales |

MUSIC

# Legendary blues guitarist B.B. King dies at 89

BY CHRISTOPHER ROSEN  @CHRISJROSEN

f Share  2490  Tweet  19  g+  16  P  0  t



+ ENLARGE PHOTO

*(Charlie Gillett/Redferns)*

Posted May 15 2015 — 7:46 AM EDT

B.B. King died at his Las Vegas home on Thursday night at the age of
89, his lawyer told *The Associated Press*, King's daughter, Patty King,
also confirmed King's death CNN. The legendary blues guitarist

## Top Stories

What the 'Pitch Perfect 2' cast sang during
their auditions

Rivers of London comic trailer explores
supernatural world – exclusive

'Brooklyn Nine-Nine' finale clip: Jake
expresses his feelings to Amy... in an
accent

Train shakes up Christmas with holiday
album

Kodi Smit-McPhee: From Boy to X-Man

Al Pacino tries to unlock the past in new
'Manglehorn' trailer

Daniel Craig might be in 'Star Wars: The
Force Awakens'

## More from the Web

The undisputed King of Blues, BB King... · Entertainment Weekly

**facebook** | Sign Up

Keep me logged in | Log In

Forgot your password?

English (US) · Privacy · Terms · Cookies ·
Ad Choices ▷ · More ·
Facebook © 2015

Entertainment Weekly
May 15 at 1:48am

The undisputed King of Blues, BB King, has died at 89. #RIPBBKing



**Legendary blues guitarist B.B. King dies at 89 | EW.com**
B.B. King died at his Las Vegas home on Thursday night at the age of 89, his lawyer told The Associated Press.
EW.COM

Like · Comment · Share

Thomas Glenn John Kelly, Xing Yue, Kristin Clyne and 1,482 others like this.

433 shares

Most Relevant ▾



David Lua Jr The Thrill is now forever gone. RIP my dude.
7 · May 15 at 4:51am
↳ 1 Reply

Gustavo Lugo There's blues guitar playing before B.B. King and there's blues guitar playing after B.B. King. RIP guitar innovator.
May 15 at 6:23am

Avreen Prasad RIP..BB King
May 15 at 5:08am

Thomas Rider What becomes of Lucile?
May 15 at 5:12am

Roger G. Perkins Rest in eternal peace!
May 15 at 5:37am

Adrianna Muñoz Soria A legend gone. He forever marked my life and will live on with lots fans. RIP!!!
May 15 at 5:34am

John Ketola he might be gone,but will never be forgotten,just another guitar player in the angel band.

EXHIBIT 15

whatever

Case 1:16-cv-05439-JPO-AJN Document 62-9 Filed 12/22/17 Page 17 of 50
Case 2:17-cv-05399-JS Document 1-15 Filed 12/29/17 Page 2 of 50

B. B. King, Defining Bluesman for Generations, Dies at 89 - NYTimes.com
2 of 10 articles read

SUBSCRIBE

The New York Times

Review: Wayne Shorter Goes Solo With the Jazz at Lincoln Center Orchestra

Rdio Introduces a Cheaper Limited Subscription for Music Streaming

In a Musical Milestone, All the City's a Stage

Review: Philadelphia Orchestra Performs Muhly's 'Mixed Messages'

WE'RE INVESTING OVER $1 BILLION
THIS YEAR IN HIGHER WAGES, EDUCATION AND TRAINING
LEARN MORE
Walmart

WE'RE INVESTING OVER $1 BILLION THIS YEAR IN HIGHER WAGES, EDUCATION AND TRAINING
LEARN MORE
Walmart

MUSIC

# B. B. King, Defining Bluesman for Generations, Dies at 89

By TIM WEINER    MAY 15, 2015



SLIDE SHOW
Blues Guitarist B.B. King Dies at 89
ABC Records

✉ Email

199 COMMENTS



B. B. King, whose world-weary voice and wailing guitar lifted him from the cotton fields of Mississippi to a global stage and the apex of American blues, died on Thursday at his home in Las Vegas. He was 89.

John Fudenberg, the coroner of Clark County, Nev., said the cause was a series of small strokes attributable to Type 2 diabetes, The Associated Press reported. Mr. King, who was in hospice care, had been in poor health but had continued to perform until October, when he canceled a tour, citing dehydration and exhaustion stemming from the diabetes.

Mr. King married country blues to big-city rhythms and created a sound instantly recognizable to millions: a stinging guitar with a shimmering vibrato, notes that coiled and leapt like an animal, and a voice that groaned and bent with the weight of lust, longing and lost love.

History  Bookmarks  Window  Help

SECTIONS    ₡ HOME    Q SEARCH    msn

International New York Times

B. B. King, Defining Bluesman for Generations, Dies at 89 - NYTimes.com

3 of 10 articles read    SUBSCRIBE

199 COMMENTS

MUSIC

# B. B. King, Defining Bluesman for Generations, Dies at 89

By TIM WEINER    MAY 15, 2015

Email
Share
Tweet
Save
More

FAR FROM THE
MADDING CROWD
NOW PLAYING

B. B. King, whose world-weary voice and wailing guitar lifted him from the cotton fields of Mississippi to a global stage and the apex of American blues, died on Thursday at his home in Las Vegas. He was 89.

John Fudenberg, the coroner of Clark County, Nev., said the cause was a series of small strokes attributable to Type 2 diabetes, The Associated Press reported. Mr. King, who was in hospice care, had been in poor health but had continued to perform until October, when he canceled a tour, citing dehydration and exhaustion stemming from the diabetes.

Mr. King married country blues to big-city rhythms and created a sound instantly recognizable to millions: a stinging guitar with a shimmering vibrato, notes that coiled and leapt like an animal, and a voice that groaned and bent with the weight of lust, longing and lost love.

"I wanted to connect my guitar to human emotions," Mr. King said in his autobiography, "Blues All Around Me" (1996), written with David Ritz.

In performances, his singing and his solos flowed into each other as he wrung notes from the neck of his guitar, vibrating his hand as if it were wounded, his face a mask of suffering. Many of the songs he sang — like his biggest hit, "The Thrill Is Gone" ("I'll still live on/But so lonely I'll be") — were poems of pain and perseverance.

The music historian Peter Guralnick once noted that Mr. King helped



Blues Guitarist B. B. King Dies at 89
AP | Reuters

SLIDE SHOW

SKYLIGHT CLARKSON SQ

Collective

Case 1:17-cv-00495JGKJN Document 13-15 Filed 12/20/17 Page 19 of 50



Blues Guitarist B. B. King Dies at 89

B.B. King's world-weary voice and wailing guitar lifted him from the cotton fields of Mississippi to a global stage and the apex of American blues. Mr. King married country blues to big-city rhythms and created a sound instantly recognizable to millions. "I wanted to connect my guitar to human emotions," Mr. King said in his autobiography.

ABC Records

EXHIBIT 16



BloombergBusiness  >

News    Markets    Insights    Video

🔍

May 15, 2015

⊙ **What Yellen Is Getting Wrong:
Surveillance (05/15)**

May 15, 2015

**B.B. King, Frank DiPascali, Steven M.
Elkman: Obits This Week**

May 15, 2015

⊙ **Who Are Russia's Washington
Insiders?**



May 15, 2015

**Blues Legend B.B. King Is Dead at Age
89, AP Cites His Attorney**

May 12, 2015

⊙ **Can Shake Shack Brand Strike
Growth Gold Out West?**

May 11, 2015

⊙ **Where the Opportunities Are in
Energy Stocks**



EXHIBIT 17

Case 1:15-cv-05489-RA Document 24-17 Filed 10/13/2017 Page 23 of 50

# DAILY NEWS

CONFIDENTIAL  GOSSIP  TV  MOVIES  NEW YORK  NEWS  POLITICS  SPORTS  ENTERTAINMENT  OPINION  LIVING  AUTOS

MUSIC  THEATER & ARTS  COMICS  GAMES  ENTERTAINMENT PICS  BLOGS

GET YOUR NEWS F...

## B.B. KING DEAD AT 89: REMEMBERING THE LEGENDARY BLUES KING'S LIFE AND CAREER



Michael Ochs Archives/Getty Images

7 of 31

### B.B. KING REHEARSING

Blues musician B.B. King rehearsed backstage with his "Lucille" model Gibson hollowbody electric guitar and ampeg amplifier in 1967.

EXHIBIT 18

History   Bookmarks   People   Window   Help

B. K. x   The Thrill is Gone: B.B. K.   Privacy Policy | Say Media x

v.yahoo.com/tech/s/thrill-gone-b-b-king-gone-170655000.html

News   Sports   Finance   Weather   Games   Answers   Screen   Flickr   Mobile   More ⌄

Search

**COLUMNS**   **REVIEWS**

POGUE VIDEOS          HOW TO          POGUE'S BASICS

stay in hospital, where he was treated for high blood pressure and
diabetes. It was the second time in a month that King, who has
lived with diabetes for more than 20 years, had been admitted to
hospital. He cancelled the final shows of his 2014 tour last October
after falling ill in Chicago.

King was known for getting a sound like no other from each note he
played. Although he didn't always play fast notes, you could feel each
note he played. Eric Clapton wrote in his 2008 biography mentioning
BB King:

He is without a doubt the most important artist the blues has ever
produced and the most humble and genuine man you would ever
wish to meet. In terms of scale or stature, I believe that if Robert
Johnson was reincarnated, he is probably B.B. King.



Photo source

APPLE

SECURITY
Google's
Security News:
Malware's
Down, and
You're Heeding
More of Its
Warnings
BOB PEGORARO

SPONSORED
Forget The
iPhone 6. Next
Apple Sensation
Leaked
THE MOTLEY FOOL

GOOGLE IO
The Next Wave
of Wearable
Tech Will Be
Your Clothing
DAN TYNAN

SPONSORED
Don't Hire a
Decorator Until
You See This
Site
WAYFAIR

GOOGLE IO
Google: Your
Hands May Be
the Only



EXHIBIT 19

History   Bookmarks   Window   Help

Glen Craig-2.mp4

www.ebay.com/itm/B-B-King-Mens-Riding-With-The-King-T-shirt-X-Large-Brown-/181874505981?hash=item2a58960bce5:g:VC

B.B King Men's Riding with The King T Shirt x Large Brown | eBay

assumes all responsibility for this listing.

updated on Jan 08, 2016 06:21:54 PST  View all revisions

**am specifics**

ndition:  Brand New: An item that has never been opened or removed from the manufacturer's sealing (if
          applicable). Item ... Read more

je:  X-Large

Style:  Graphic Tee

UPC:  88870041189

eBay item number: 181874505981

# B.B. King Men's Riding With The King T-shirt X-Large Brown

BB Playing Guitar Face Closeup/...Riding With The King Below B.B. King's
Roadshow Bus - Most T-Shirts Are 100% Cotton, Preshrunk And Machine
Washable.

Licensed Music T-shirt
Brand New Never Been Worn Merchandise
100% Cotton Short Sleeve T-Shirt
High Quality Manufactured Apparel T-shirt



EXHIBIT 20

Blues Legend B.B. King Dies at 89 | Rap-Up

"BB KING" T-Shirts & Hoodies by bedwin | Redbubble

SIGN IN

New Lightweight Hoodies. Great for laziness, business, or any other -ness.

SELL YOUR ART



# REDBUBBLE

Q Search products, artworks and themes

MEN'S   WOMEN'S   KIDS   CASES & SKINS   STICKERS   WALL ART   HOME DECOR   STATIONERY   BAGS   GIFT CERTIFICATES

## BB KING
T-Shirts & Hoodies





CLOTHING STYLE:
Unisex T-Shirt

Front   OR   Back

S   M   L   XL   2XL   3XL

$25.63

ADD TO CART

Shipping to United States
2–4 business days (Express)
4–6 business days (Standard)














PRODUCT
INFO
i

PRODUCT
REVIEWS (233)

AVAILABLE
PRODUCTS
31

ARTIST
NOTES





bedwin
JOINED JANUARY 2016

FOLLOW



Case 1:17-cv-05918-AJN Document 61-21 Filed 12/20/17 Page 1 of 85

EXHIBIT 21





gettyimages®

Classic Entertainment: Bestsellers From Michael Ochs...

Blues musician B.B. King rehearses
backstage with his 'Lucille' model Gibson
hollowbody electric guitar and Ampeg
amplifier in circa 1967.

Michael Ochs Archives

B.B. King Pictures & Stock Photos | Getty Images





getty images®

Archive Entertainment On Wire Image: From Michael Ochs...

Blues musician BB King performs onstage with his 'Lucille' model Gibson hollowbody electric guitar in circa 1969.

CREDIT: MICHAEL OCHS ARCHIVES

gettyimages®
Michael Ochs Archives

Perfect Photo Suite 8

Case 1:17-cv-05439-JPO Document 62-21 Filed 12/28/17 Page 39 of 50



Archive Entertainment On Wire Image: From Michael Ochs...

Blues musician B.B. King poses for a portrait holding his Gibson hollowbody electric guitar nicknamed 'Lucille' with a Japan Air Lines jet in circa 1965 in Japan.



Safari  File  Edit  View  History  Bookmarks  Window  Help

Wed 4:23 PM  GLEN CRAIG

gettyimages®

Classic Entertainment: Bestsellers From Michael Ochs...

Live chat   Contact us

Blues musician BB King performs onstage
with his 'Lucille' model Gibson hollowbody
electric guitar in circa 1968.

Michael Ochs Archives

gettyimages®
Michael Ochs Archives

U.S King Performs & Other Photos | Getty Images

Editorial
January 01, 1950
Photo of BB KING
People: BB KING
By: Michael Ochs Archives
Michael Ochs Archives
73955447

Editorial
September 29, 2014
2014 Big Blues Bender At The
Riviera Hotel & Casino Day 2
People: BB King
By: Denise Truscello
WireImage
456180632

Editorial
February 26, 2014
B.B. King's Cluctinn -Sun Signal
CA
People: B.B. King
By: Suzie Jennings
477267763

Editorial
January 01, 1950
Photo of BB KING
People: BB KING
By: Michael Ochs Archives
Redferns
84912771

Editorial
January 01, 1960
BB King Recording
People: B.B. King
By: Michael Ochs Archives
Michael Ochs Archives
74279174

Editorial
January 01, 1965
BB King Recording
People: B.B. King
By: Michael Ochs Archives
74279190

Editorial
January 01, 1966
BB King Performing
People: B.B. King
By: Michael Ochs Archives
Michael Ochs Archives
74279545

74279905

Open http://www.gettyimages.com/detail/news-photo/bb-king-performs-onstage-with-his-lucille-model-gibson-news-photo/74279905 in a new tab

Edit





EXHIBIT 22



this is a copy of the cover put out by AP Music

From: Heather Cameron
[mailto:heather.cameron@gettyimages.com]
Sent: Tuesday, November 25, 2014 3:02 PM
To: Thompson, Ben
Cc: chris.baldock@apmusicltd.co.uk; Jonathan Lockwood;
Martina Oliver
Subject: RE: Glen Craig claim with AP Music Ltd


 My apologies for the delay responding to you.  If you have
evidence showing the image at issue was first published prior to
1978 with your client credited, please forward that information at
your earliest convenience.  The publicity handouts in our
possession that were distributed and published before 1978 do not
reference your client which is why we believe they are public
domain.  Your client's recent registration only pertains to

previously unpublished images, so the image at issue does not apply. However, we will consider his copyright claim if you can demonstrate the image was published with notice prior to 1978. Thank you.

Kind regards,

Heather Cameron
Director, Senior Paralegal

Getty Images, Inc.
605 5th Avenue S., Suite 400
Seattle, WA 98104
206.925.6424 Direct
206.925.5623 Facsimile
heather.cameron@gettyimages.com

Dear Ms. Cameron,

Thank you for your message, and my apologies for the slow response. This information is helpful in our analysis, although I take considerable issue with your assertions of law below, which seem to make many incorrect assumptions.

As you know, the registration of the copyright only secures the ability to prosecute these violations—copyright in this image vested in Mr. Craig long ago. The first publication of this photo possessed all pertinent copyright notice, and, since Mr. Craig is very much alive, the photograph is not, nor never has been, in the public domain. I also find it confusing that Getty asserts a licensable interest in a publicity photograph that it received from BB King's manager. In any case, this is also a violation of Mr. Craig's copyright and we will address that issue under separate cover.

In the meantime, your email in no way resolves this issue. We expect immediate cessation of use by AP Music and communication from same regarding licenses due to Mr. Craig for its unauthorized use. We are proceeding with legal action against those who fail to comply in the very near future.

You are welcome to contact me to discuss this matter, but our focus for the purpose of this communication is with AP Music and its conduct.

Regards,

From: Heather Cameron
[mailto:heather.cameron@gettyimages.com]

Sent: Monday, October 20, 2014 8:12 PM

Cc: chris.baldock@apmusicltd.co.uk; Jonathan Lockwood;
Martina Oliver
Subject: Glen Craig claim with AP Music Ltd


Dear,


Our customer, AP Music, forwarded us your letter dated October
6, 2014. Getty Images is the content provider that licensed the
B.B. King image at issue for use by AP Music.


I checked the Copyright Office website for your client's copyright
registration and found one entitled "B.B. KING UNPUBLISHED
PHOTOS 1969"      which was registered on March 18, 2014
(VAu001159683). Is there another registration we should consider
in our analysis of your client's claim?


The image at issue is a pre-1978 public domain publicity handout
that was distributed by BluesWay/ABC many years ago. As such,
the copyright registration referenced above would not apply. A
copy of the publicity handout we have on file is attached for your
review.

If there is no other copyright registration, we will consider this
matter resolved. If you prefer to discuss your client's claim over
the phone, I'm happy to set up a time to speak with you this week.

Kind regards,

Heather Cameron
Director, Senior Paralegal

Getty Images, Inc.
605 5th Avenue S., Suite 400
Seattle, WA 98104
206.925.6424 Direct
206.925.5623 Facsimile
heather.cameron@gettyimages.com

EXHIBIT 23

History Bookmarks Window Help

www.gettyimages.com/photos/bb-king-1970s?excludenudity=false&family=editorial&page=5&phrase=bb%20king%201970s&so

/images.com/detail/news-photo/blues-musician-bb-king-performs-onstage-with-his-lucille-news-photo/74279675?license

Editorial Video Music iStock

Start searching new . . .















Be King 1970s Pictures And Photos | Getty Images

## Standard Editorial Rights

- Worldwide editorial use for 15 years (may not be used for commercial purposes or print covers).
- Unlimited seats; no limits on impressions and print runs.
- No monetary limits on indemnification.

Learn more about using Editorial images

**pixels** | inches

○ 475 x 594 px    380 dpi · 31.91 KB    **$ 175.00**

● 2,401 x 3,000 px    192 dpi · 1.65 MB    **$ 575.00**

UltraPack price    was $800    **$ 475.00**
Save $ 800.00 with an UltraPack

**ADD TO CART**

## Custom Editorial Rights

Calculate price    |    Price in cart

🖼 **Buy art prints at Photos.com**

Date created:    January 01, 1975

Editorial #:    74279675

Restrictions:    Contact your local office for all commercial or promotional uses. Full editorial rights UK, US, Ireland, Canada (not Quebec). Restricted



+ ADD TO BOARD

gettyimages®
Michael Ochs Archives

ning
/ Stringer

Open www.gettyimages.com/detail/news-photo/blues-musician-bb-king-performs-onstage-with-his-lucille-news-photo/74279675" in a new tab