# Slotnick Declaration Ex. G Part 3

EXHIBIT 24



# managed image

To change any of your selections, click **Edit** next to the section you want to
and choose all new ones, click **Start over**.

Edit

84912818

Retail, product and packaging

Product packaging, covers and tags

Packaging for any finished good, including the cover of an audio or video
product (excluding electronic books) and hangtags affixed to the outside of
products for retail or wholesale distribution. Includes online facsimile
representation of covers/packaging for sales of digitally downloaded
products, with perpetual distribution in final format.

**Do you want to license this image for multiple uses?**
Call or email to ask about: Display pack: indoor, in-store, on-site and
packaging

Edit

Up to 1 full page

Cover

More than 1 million

09 Nov 2015

Up to 15 years

Edit

## gettyimages®

| Item |

Editorial image is available

$ 11,895.00 USD

**+ Add to cart**

### Chat live with a sales rep

### Questions?

For help with licensing an image for multiple
uses, exclusivity, bulk pricing, or other concerns,
contact us by email, online or
phone.

☐ Call or email us

? Learn more about licensing

175.00

375.00

475.00

This is
Getty
only
right in

EXHIBIT 25

# B.B. King & Friends [Cleopatra]
## Product Details
Release Date:
11/20/2007
Label:
Cleopatra
UPC:
0741157204025



catalogNumber:

## B.B. King and The Best of The Blues
B.B. King (Performer) Format: Audio CD
Be the first to review this item

Pric
e:

$32.98
Msgld:cfs_free_shipping_eligible_inline:web &
**FREE Shipping** on orders over $35. Details

## Product Details
**Audio CD** (January 1, 2007)
**Number of Discs:** 3
**Label:** Timeless/Traditions Alive
**ASIN:** B0001MR1AE
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #809,386 in Music (See Top 100 in Music)

☐



B.B. KING WAILS/MY KIND OF BLUES

Product Details

Audio LP ( 11/ 13/2015)


NUMBER OF DISCS: 2 LP BOX SET

DUTCH Imports not UNIVERSAL
UPC:
8719039000647
catalogNumber:
5084784
Format:Original recording remastered
                    Label:

Vinyl LP
(Dutch Import / 180 Gram Vinyl)








EuroArts

LIMITED EDITION
NEWLY DIGITALLY REMASTERED

MASTERS OF AMERICAN MUSIC

## Bluesland
### A Portrait in American Music

EXHIBIT 26

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516.228.9612

**Alan Behr**
212.841.0552
abehr@phillipsnizer.com

Court Plaza South
21 Main Street
Hackensack, NJ 07601
201.487.3700
Fax 201.646.1764

**www.phillipsnizer.com**

July 2, 2015

Ms. Cynthia Sharp
Getty Images, Inc.
Legal Department
605 5th Avenue South
Suite 400
Seattle, WA 98104

Re:    Glen Craig

Dear Ms. Sharp:

We have been asked by Glen Craig, a well-known and highly respected photographer of America's jazz and blues history, to assist in a matter of urgency and importance to him concerning Getty Images.

It has come to Mr. Craig's attention that a number of his signature photographs are being offered for licensure by Getty Images. Attached to this letter is a list of the Getty Images reference numbers for those photographs (Exhibit A), as well as representative pages from your website (Exhibit B). On your site, Michael Oaks Archive is indicated as a source for photographs by Mr. Craig. Mr. Craig also notes that *The New Yorker* published an article in its May 15, 2015 issue in which one of Mr. Craig's most famous images—of B.B. King playing as light glistens off "Lucille" (his guitar)—with the following credit line: "CHARLIE GILLETTE COLLECTION/REDFERNS/GETTY" (Exhibit C).

None of those named third parties has any rights to Mr. Craig's photographs. Mr. Craig is prepared to consider that Getty Images may have been misled about the ownership and rights to his images, whether by those named parties or others. He asks for Getty Image's cooperation in seeing that his rights are protected.

1258877.1

PHILLIPS NIZER LLP

July 2, 2015
Page 2

In light of the foregoing, Mr. Craig requests the following:

1.      A complete description of how his photographs came into the possession of Getty Images, including names, dates, addresses and other contact information of the third parties involved, to the extent known to Getty Images.

2.      A complete accounting of all Getty Images profits in the sale of his photographs and the prompt payment of those profits to him, as well as any due but unpaid royalties or other fees claimed by the third parties referenced above or others.

3.      The return of all physical copies of Mr. Craig's photographs (whether prints, original chromes, negatives or contact sheets) and all high-resolution digital copies, along with an affidavit of destruction signed by a Getty officer as to all remaining copies of digital versions of his images.

Your prompt attention to helping Mr. Craig secure his rights and recover the sums owed to him will be appreciated.  This letter is for information purposes only and does not constitute a waiver or election by Mr. Craig of any rights or remedies.

Sincerely,

*Alan Behr*

Alan Behr

w/ Attachments

cc:  Mr. Glen Craig

1258877.1

# EXHIBIT A

GETTY IMAGE WEB  PAGE/ USAGE

1. 74279181 1/1/67
KING BB 040 TIFF/JPG

2. 74279186 1/1/73
KING BB 046 TIFF/JPG

3. 74278693 1/1/69
KING BB 0238 TIFF/JPG

4. 74279500 1/1/69
KING BB 0156 TIFF/ JPG

5. 74278594 1/1/69
KING BB 005 TIFF / JPG

6. 74295903 1/1/67
FRANK SINATRA 0267 TIFF/ JPG

7. 74278593 1/1/72
KING BB 004 TIFF /JPG

8. 74279496 1/1/72

KING BB 0152 TIFF / JPG


9. 84912785 1/1/60

BB KING REDFERNS /CHARLIE GILLETTE

144759

CGC 209044 B B KING


10. 74278675 1/1/70

KING BB 056 TIFF/JPG

11. 74278691 1/1/69

KING BB 0236 TIFF / JPG


12. 74279194 1/1/69

KING BB 064 TIFF/ JPG


13 . 84912785 1/1/60

REDFERNS CHARLIE GILLETT

144759

CGC 20944 BB KING


14. 74279485 1.1/75

 KING BB 0139

# EXHIBIT B

























EXHIBIT C

MAY 15, 2015

# B. B. KING'S INIMITABLE SOUND

**BY ADAM GOPNIK**

*No one made a guitar talk as King did—as an extension of his entire soul, an instrument of human expression.*

PHOTOGRAPH BY CHARLIE GILLETT COLLECTION / REDFERNS / GETTY



**M**y son Luke, who plays the guitar, asked me not long ago to name the best guitar player I had ever heard live. I've heard a lot of good guys—I was lucky enough to hear Hendrix, though I don't think we knew what we were hearing at the time; my friends and I liked the Incredible String Band, who played the same place later in the week, even better. And since then I've heard many true jazz heroes, from Jim Hall to most of the Rosenberg family in France. But, a little to my own surprise, when Luke asked me about my peak experience I had no doubt what it was: the single best concert by a guitar player I have ever heard was B. B. King in 1970 at the Place des Nations, an outdoor stadium in Montreal left over from Expo 67. He was playing on the same bill as Bobby (Blue) Bland, and he held a largely French-speaking crowd rapt for more than two and a half hours playing and singing his inimitable blues.

He sang wonderfully, with a clean, sophisticated style touched by Nat Cole's vocals (though I didn't know that then), but it was his guitar playing that mattered. The crowd was there, in part, because the music he played was like music we already knew, the electrified blues that had become our teen-age lingua franca. We knew vaguely that he had helped to invent it, but we knew the imitators much better than we knew the source. King was not at all showily virtuosic—any number of young Englishmen who were, shamefully, much easier to hear in those days, and doubtless sold more records, from Alvin Lee to Mick Taylor, were "faster," more dexterous, "heavier," as we would have said approvingly. But in an instant it was plain that no one made a guitar talk as B. B. King did, as an extension of his entire soul, an instrument of human expression more than adolescent finger-mania. The sound of King's guitar, no matter how often imitated—and, on the surface, as with Louis Armstrong's trumpet, it sounded *obvious*, all that single-note shimmering—remains one of the inimitable sounds in American music. It had a clipped, precise, syncopated, pin-striped-suit quality, not usually swooping or weeping or sliding. His first thoughts came in small, neat sentences. He would play a chorus in that way, then pause and play a complementary, related phrase with a more groaning intonation. He did the same thing in his singing, the first phrase often bouncing and hip in that Nat Cole manner, the next growling and muddy.

That tension in his music—it was, in retrospect, I suppose, a play between a jazz ear and a blues hand, and even between the city and the country—paid off in a quality that I recognized at once that night, though I might not have known the word for it. It was the thing that marked him off from all those earnest English *pasticheurs*: B. B. King *swung*. It was no accident that he liked to play with big bands whenever he could, though his forces were sometimes reduced on records. Like Ray Charles, his contemporary and in some ways his only equal, who was similarly addicted to playing with a big band, King had a lot of forties jazz mixed into his sharecropper soul. "The Thrill Is Gone" and "Hummingbird," the two string-aided hit records he had right around the time I heard him, were as pretty as they were powerful.

What I didn't know, but would learn later, was what a rough road King had taken to the stage. It was rough not just in the predictable sense (no blues player had an easy life in American entertainment) but because he was a blues player who came of age in a time when even African-American audiences—especially African-American audiences—had moved "past" the blues. (Years later, he talked of having been booed once, playing on the same bill with the great Sam Cooke.) The two hair-raising recordings from the mid-sixties that he left behind, "Live at the Regal" and "Blues Is King," which I bought after that concert and listened to religiously with friends for six months, were, I realize now, not the kind of folk utterances from an organic urban culture that us pale-wintry Canadians imagined them to be, but the last fruits of a period of crisis and transition within black American music. Those records, which I listen to again now, stand as summits of a music more synthetic in the best sense—more knowingly made of many styles—than I knew at the time, but they sound no less moving for the knowledge. There is not a lot of justice in American life, and practically none in American music, but the fact that the final decades of B. B. King's life were touched by recognition, wide and unstinting, is, no matter how sad his death may be, a very good reason to feel, still, thrilled.



Adam Gopnik, a staff writer, has been contributing to *The New Yorker* since 1986.