# Sedlik Declaration Ex. 1-2

**From:**      Jeff Sedlik
**To:**        "glencraig@rcn.com"
**Subject:**   FW: sedlik
**Date:**      Monday, September 19, 2016 2:29:19 PM

---

Hi Glen, good speaking with you.

Contact attorney:

Jan Berlage

_____

*Jan I. Berlage*
Direct: 410-752-1261
Mobile: 443-857-7789
JBerlage@ghdsllp.com

He has a speech impediment.

Jeff Sedlik