# Sedlik Declaration Ex. 1-3

**From:** Jeff Sedlik
**To:** "glencraig@rcn.com"
**Date:** Monday, September 19, 2016 2:31:07 PM

See:

http://www.yellowkorner.com/us-en/