# Sedlik Declaration Ex. 2

| | |
|---|---|
| **From:** | Jeff Sedlik |
| **To:** | "glencraig@rcn.com" |
| **Subject:** | Emailing - richard liebowitz lawsuits.pdf |
| **Date:** | Tuesday, September 20, 2016 4:15:14 PM |
| **Attachments:** | richard liebowitz lawsuits.pdf |

Confidential fyi.  Richard's first copyright lawsuit was this year, in January, and he has filed 101 cases this year.

I can't talk until Friday call me Friday.
Also I can't take on matters involving bb king estate, I have a licensing arrangement with them.

But I am willing to speak with richard.

Please do not forward this message or the attachment.

Jeff

| party_name | py_ro | court_id | case_title | cs_year | cs_num | cs_of | cs_typ | nos | cs_date_filed | cs_date_term | case_no |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPEN MATTERS** | | | | | | | | | | | |
| LIEBOWITZ, RICHARD | aty | nysdce | Chevrestt v. Daily Voice, LLC | 2016 | 5066 | 7 | cv | 820 | 6/28/2016 | | 7:2016-cv-05066 |
| LIEBOWITZ, RICHARD | aty | cacdce | Rob Shanahan v. Ahead Products, Inc. | 2016 | 6918 | 2 | cv | 820 | 9/14/2016 | | 2:2016-cv-06918 |
| LIEBOWITZ, RICHARD | aty | nyedce | Matthew Adam Photography LLC v. B&S | 2016 | 4374 | 2 | cv | 820 | 8/4/2016 | | 2:2016-cv-04374 |
| LIEBOWITZ, RICHARD | aty | nyedce | Rice v. Cox Media Group, LLC et al | 2016 | 3353 | 2 | cv | 820 | 6/21/2016 | | 2:2016-cv-03353 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Gannett Company, Inc. | 2016 | 7196 | 1 | cv | 820 | 9/15/2016 | | 1:2016-cv-07196 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Vox Media, Inc. | 2016 | 7195 | 1 | cv | 820 | 9/15/2016 | | 1:2016-cv-07195 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Forbes Media LLC | 2016 | 7194 | 1 | cv | 820 | 9/14/2016 | | 1:2016-cv-07194 |
| LIEBOWITZ, RICHARD | aty | nysdce | Martinka v. Turner Broadcasting System | 2016 | 7167 | 1 | cv | 820 | 9/13/2016 | | 1:2016-cv-07167 |
| LIEBOWITZ, RICHARD | aty | nysdce | Martinka v. National Cable Satellite Corp | 2016 | 7166 | 1 | cv | 820 | 9/13/2016 | | 1:2016-cv-07166 |
| LIEBOWITZ, RICHARD | aty | nysdce | Martinka v. Time Inc. | 2016 | 7163 | 1 | cv | 820 | 9/13/2016 | | 1:2016-cv-07163 |
| LIEBOWITZ, RICHARD | aty | nysdce | Zlozower et al v. Motley Crue, Inc. et al | 2016 | 6950 | 1 | cv | 820 | 9/6/2016 | | 1:2016-cv-06950 |
| LIEBOWITZ, RICHARD | aty | nysdce | McGlynn v. Beasley Broadcast Group, In | 2016 | 6503 | 1 | cv | 820 | 8/16/2016 | | 1:2016-cv-06503 |
| LIEBOWITZ, RICHARD | aty | nysdce | Percy v. Turner Broadcasting System, Inc | 2016 | 6502 | 1 | cv | 820 | 8/16/2016 | | 1:2016-cv-06502 |
| LIEBOWITZ, RICHARD | aty | nysdce | Clipper v. 2Paragraphs Productions LLC | 2016 | 6499 | 1 | cv | 820 | 8/16/2016 | | 1:2016-cv-06499 |
| LIEBOWITZ, RICHARD | aty | nysdce | Jeremiah v. Match.Com, LLC et al | 2016 | 6498 | 1 | cv | 820 | 8/16/2016 | | 1:2016-cv-06498 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sadowski v. Townsquare Media, Inc. | 2016 | 6408 | 1 | cv | 820 | 8/11/2016 | | 1:2016-cv-06408 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Advance Magazine Publishers In | 2016 | 6221 | 1 | cv | 820 | 8/4/2016 | | 1:2016-cv-06221 |
| LIEBOWITZ, RICHARD | aty | nysdce | Fortune v. Hal Leonard Corporation et al | 2016 | 6220 | 1 | cv | 820 | 8/4/2016 | | 1:2016-cv-06220 |
| LIEBOWITZ, RICHARD | aty | nysdce | Zuma Press, Inc. v. Getty Images (US), In | 2016 | 6110 | 1 | cv | 820 | 8/1/2016 | | 1:2016-cv-06110 |
| LIEBOWITZ, RICHARD | aty | nysdce | Bigelow v. Fox News Network, LLC | 2016 | 6015 | 1 | cv | 820 | 7/28/2016 | | 1:2016-cv-06015 |
| LIEBOWITZ, RICHARD | aty | nysdce | Stridiron v. NYC Community Media, LLC | 2016 | 5975 | 1 | cv | 820 | 7/27/2016 | | 1:2016-cv-05975 |
| LIEBOWITZ, RICHARD | aty | nysdce | Anderson v. Secco Squared, LLC | 2016 | 5974 | 1 | cv | 820 | 7/27/2016 | | 1:2016-cv-05974 |
| LIEBOWITZ, RICHARD | aty | nysdce | Clipper v. TotallyHer Media, LLC | 2016 | 5973 | 1 | cv | 820 | 7/27/2016 | | 1:2016-cv-05973 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Salon Media Group, LLC | 2016 | 5945 | 1 | cv | 820 | 7/25/2016 | | 1:2016-cv-05945 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Penske Business Media, LLC | 2016 | 5944 | 1 | cv | 820 | 7/25/2016 | | 1:2016-cv-05944 |
| LIEBOWITZ, RICHARD | aty | nysdce | Janik v. MediaPost Communications, Inc | 2016 | 5872 | 1 | cv | 820 | 7/21/2016 | | 1:2016-cv-05872 |
| LIEBOWITZ, RICHARD | aty | nysdce | Cannon v. Patch Media Corporation | 2016 | 5871 | 1 | cv | 820 | 7/21/2016 | | 1:2016-cv-05871 |
| LIEBOWITZ, RICHARD | aty | nysdce | Dye v. Kate Spade & Company et al | 2016 | 5759 | 1 | cv | 820 | 7/19/2016 | | 1:2016-cv-05759 |
| LIEBOWITZ, RICHARD | aty | nysdce | Seidman et al v. Prometheus Global Mec | 2016 | 5597 | 1 | cv | 820 | 7/14/2016 | | 1:2016-cv-05597 |
| LIEBOWITZ, RICHARD | aty | nysdce | Bereswill v. Sterling Entertainment Enter | 2016 | 5594 | 1 | cv | 820 | 7/14/2016 | | 1:2016-cv-05594 |
| LIEBOWITZ, RICHARD | aty | nysdce | Chevrestt v. American Media, Inc. | 2016 | 5557 | 1 | cv | 820 | 7/12/2016 | | 1:2016-cv-05557 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LIEBOWITZ, RICHARD | aty | nysdce | Hirsch v. Heavy Inc. | 2016 | 5523 | 1 cv | 820 | 7/11/2016 | 1:2016-cv-05523 |
| LIEBOWITZ, RICHARD | aty | nysdce | Chevrestt v. Hearst Communications, Inc | 2016 | 5520 | 1 cv | 820 | 7/11/2016 | 1:2016-cv-05520 |
| LIEBOWITZ, RICHARD | aty | nysdce | Craig v. Universal Music Group, Inc. et al | 2016 | 5439 | 1 cv | 820 | 7/7/2016 | 1:2016-cv-05439 |
| LIEBOWITZ, RICHARD | aty | nysdce | Mantel v. Microsoft Corporation et al | 2016 | 5277 | 1 cv | 820 | 7/4/2016 | 1:2016-cv-05277 |
| LIEBOWITZ, RICHARD | aty | nysdce | Kostroun v. NBA Media Ventures, LLC | 2016 | 5276 | 1 cv | 820 | 7/3/2016 | 1:2016-cv-05276 |
| LIEBOWITZ, RICHARD | aty | nysdce | Percy v. Raycom Media, Inc. | 2016 | 5217 | 1 cv | 820 | 6/30/2016 | 1:2016-cv-05217 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Moviepilot, Inc. | 2016 | 5098 | 1 cv | 820 | 6/28/2016 | 1:2016-cv-05098 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Woven Digital, LLC | 2016 | 5097 | 1 cv | 820 | 6/28/2016 | 1:2016-cv-05097 |
| LIEBOWITZ, RICHARD | aty | nyedce | Craig v. Vice Media LLC | 2016 | 4967 | 1 cv | 820 | 9/6/2016 | 1:2016-cv-04967 |
| LIEBOWITZ, RICHARD | aty | nysdce | McGlynn v. Barstool Sports, Inc. et al | 2016 | 4908 | 1 cv | 820 | 6/23/2016 | 1:2016-cv-04908 |
| LIEBOWITZ, RICHARD | aty | nysdce | Masi v. Yahoo! Inc. | 2016 | 4906 | 1 cv | 820 | 6/23/2016 | 1:2016-cv-04906 |
| LIEBOWITZ, RICHARD | aty | nysdce | Barlow v. The McClatchy Company | 2016 | 4591 | 1 cv | 820 | 6/16/2016 | 1:2016-cv-04591 |
| LIEBOWITZ, RICHARD | aty | nysdce | Vincheski v. University of Minnesota et | 2016 | 4590 | 1 cv | 820 | 6/16/2016 | 1:2016-cv-04590 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sadowski v. New York Girl Style, LLC | 2016 | 4393 | 1 cv | 820 | 6/13/2016 | 1:2016-cv-04393 |
| LIEBOWITZ, RICHARD | aty | nysdce | Stridiron v. New York Media LLC | 2016 | 4391 | 1 cv | 820 | 6/13/2016 | 1:2016-cv-04391 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sadowski v. Gawker Media LLC | 2016 | 4178 | 1 cv | 820 | 6/5/2016 | 1:2016-cv-04178 |
| LIEBOWITZ, RICHARD | aty | nysdce | Clayton et al v. New York Gallery LLC et | 2016 | 3864 | 1 cv | 820 | 5/24/2016 | 1:2016-cv-03864 |
| LIEBOWITZ, RICHARD | aty | nysdce | Jeremiah v. CBS Broadcasting Inc. | 2016 | 3474 | 1 cv | 820 | 5/10/2016 | 1:2016-cv-03474 |
| LIEBOWITZ, RICHARD | aty | nysdce | Kalfus v. Turner Broadcasting System, In | 2016 | 3433 | 1 cv | 820 | 5/9/2016 | 1:2016-cv-03433 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Alamo Drafthouse Cinemas, LLC | 2016 | 3236 | 1 cv | 820 | 5/1/2016 | 1:2016-cv-03236 |
| LIEBOWITZ, RICHARD | aty | nysdce | Miller v. AllHipHop.com LLC | 2016 | 2744 | 1 cv | 820 | 4/12/2016 | 1:2016-cv-02744 |
| LIEBOWITZ, RICHARD | aty | nysdce | McDermott v. Gotham City Media, LLC | 2016 | 2628 | 1 cv | 820 | 4/7/2016 | 1:2016-cv-02628 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Watny LLC | 2016 | 2580 | 1 cv | 820 | 4/6/2016 | 1:2016-cv-02580 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Source Digital, Inc. | 2016 | 2407 | 1 cv | 820 | 3/31/2016 | 1:2016-cv-02407 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. TheMarySue, LLC | 2016 | 2267 | 1 cv | 820 | 3/28/2016 | 1:2016-cv-02267 |
| LIEBOWITZ, RICHARD | aty | nysdce | Devocean Jewelry LLC v. Associated New | 2016 | 2150 | 1 cv | 820 | 3/23/2016 | 1:2016-cv-02150 |
| LIEBOWITZ, RICHARD | aty | nysdce | Yang v. COED Media Group, LLC | 2016 | 2045 | 1 cv | 820 | 3/20/2016 | 1:2016-cv-02045 |
| LIEBOWITZ, RICHARD | aty | nysdce | Adao v. American Broadcasting Compan | 2016 | 1710 | 1 cv | 820 | 3/7/2016 | 1:2016-cv-01710 |
| LIEBOWITZ, RICHARD | aty | nyedce | McDermott v. National Herald, Inc. | 2016 | 1697 | 1 cv | 820 | 4/7/2016 | 1:2016-cv-01697 |

**CLOSED MATTERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIEBOWITZ, RICHARD | aty | nysdce | Bereswill v. Cumulus Media Inc. | 2016 | 6281 | 1 cv | 820 | 8/8/2016 | 9/16/2016 | 1:2016-cv-06281 |
| LIEBOWITZ, RICHARD | aty | nysdce | Shanahan v. Ahead Products, Inc. | 2016 | 5522 | 1 cv | 820 | 7/11/2016 | 9/13/2016 | 1:2016-cv-05522 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sinclair v. The Wrap News, Inc. | 2016 | 5765 | 1 cv | 820 | 7/19/2016 | 9/9/2016 | 1:2016-cv-05765 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIEBOWITZ, RICHARD | aty | nysdce | Ward v. Iheartmedia, Inc. | 2016 | 6111 | 1 | cv | 820 | 8/2/2016 | 9/6/2016 1:2016-cv-06111 |
| LIEBOWITZ, RICHARD | aty | nysdce | Ferdous v. Helvetas USA Inc.  et al | 2016 | 4784 | 1 | cv | 820 | 6/21/2016 | 9/2/2016 1:2016-cv-04784 |
| LIEBOWITZ, RICHARD | aty | nysdce | Devocean Jewelry LLC v. Zazoom, LLC | 2016 | 3881 | 1 | cv | 820 | 5/24/2016 | 9/1/2016 1:2016-cv-03881 |
| LIEBOWITZ, RICHARD | aty | nysdce | Devocean Jewelry LLC v. Gannett Compa | 2016 | 3880 | 1 | cv | 820 | 5/24/2016 | 9/1/2016 1:2016-cv-03880 |
| LIEBOWITZ, RICHARD | aty | nysdce | Cannon v. Happenings Media, LLC | 2016 | 5942 | 1 | cv | 820 | 7/25/2016 | 8/30/2016 1:2016-cv-05942 |
| LIEBOWITZ, RICHARD | aty | nysdce | Martinka  v. Gannett Company, Inc. | 2016 | 5278 | 1 | cv | 820 | 7/4/2016 | 8/29/2016 1:2016-cv-05278 |
| LIEBOWITZ, RICHARD | aty | nysdce | Hirsch v. Moguldom Media Group LLC | 2016 | 4249 | 1 | cv | 820 | 6/7/2016 | 8/25/2016 1:2016-cv-04249 |
| LIEBOWITZ, RICHARD | aty | nysdce | Devocean Jewelry LLC v. NBCUniversal N | 2016 | 1939 | 1 | cv | 820 | 3/15/2016 | 8/22/2016 1:2016-cv-01939 |
| LIEBOWITZ, RICHARD | aty | nyedce | Seidman  v. Long Island Media, Inc. | 2016 | 3078 | 2 | cv | 820 | 6/13/2016 | 8/17/2016 2:2016-cv-03078 |
| LIEBOWITZ, RICHARD | aty | nysdce | Bereswill v. Stashed Media LLC | 2016 | 5595 | 1 | cv | 820 | 7/14/2016 | 8/17/2016 1:2016-cv-05595 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Time Inc. | 2016 | 3222 | 1 | cv | 820 | 4/29/2016 | 8/16/2016 1:2016-cv-03222 |
| LIEBOWITZ, RICHARD | aty | nysdce | Hirsch v. Business Insider, Inc. | 2016 | 5939 | 1 | cv | 820 | 7/25/2016 | 8/15/2016 1:2016-cv-05939 |
| LIEBOWITZ, RICHARD | aty | nysdce | Chevrestt v. Interactive One, LLC | 2016 | 4390 | 1 | cv | 820 | 6/13/2016 | 8/15/2016 1:2016-cv-04390 |
| LIEBOWITZ, RICHARD | aty | nysdce | Hirsch et al v. Unknown Defendant | 2016 | 5938 | 1 | cv | 820 | 7/25/2016 | 8/2/2016 1:2016-cv-05938 |
| LIEBOWITZ, RICHARD | aty | nysdce | Hirsch v. SheKnows, LLC | 2016 | 4592 | 1 | cv | 820 | 6/16/2016 | 8/2/2016 1:2016-cv-04592 |
| LIEBOWITZ, RICHARD | aty | nysdce | Cannon v. Path Media Corporation | 2016 | 5870 | 1 | cv | 820 | 7/21/2016 | 7/29/2016 1:2016-cv-05870 |
| LIEBOWITZ, RICHARD | aty | nysdce | Hirsch v. Iheartmedia, Inc. | 2016 | 4420 | 1 | cv | 820 | 6/13/2016 | 7/28/2016 1:2016-cv-04420 |
| LIEBOWITZ, RICHARD | aty | nysdce | Rice v. WP Company LLC | 2016 | 5333 | 1 | cv | 820 | 7/5/2016 | 7/26/2016 1:2016-cv-05333 |
| LIEBOWITZ, RICHARD | aty | nysdce | Chevrestt v. CBS Broadcasting Inc. et al | 2016 | 523 | 1 | cv | 820 | 1/23/2016 | 7/25/2016 1:2016-cv-00523 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sadowski v. Lifescript, Inc. | 2016 | 4179 | 1 | cv | 820 | 6/6/2016 | 7/23/2016 1:2016-cv-04179 |
| LIEBOWITZ, RICHARD | aty | nysdce | Hirsch v. Vox Media, Inc. | 2016 | 4064 | 1 | cv | 820 | 6/1/2016 | 7/20/2016 1:2016-cv-04064 |
| LIEBOWITZ, RICHARD | aty | nysdce | Harbus v. Cumulus Media Inc. | 2016 | 3555 | 1 | cv | 820 | 5/12/2016 | 7/15/2016 1:2016-cv-03555 |
| LIEBOWITZ, RICHARD | aty | nysdce | Hirsch v. Irishcentral, LLC | 2016 | 2245 | 1 | cv | 820 | 3/27/2016 | 7/8/2016 1:2016-cv-02245 |
| LIEBOWITZ, RICHARD | aty | nysdce | Pix International, LLC v. Beneficial Blend | 2016 | 3655 | 1 | cv | 820 | 5/16/2016 | 7/6/2016 1:2016-cv-03655 |
| LIEBOWITZ, RICHARD | aty | nysdce | Carter v. CSTV Networks, Inc. | 2016 | 1793 | 1 | cv | 820 | 3/9/2016 | 7/1/2016 1:2016-cv-01793 |
| LIEBOWITZ, RICHARD | aty | nysdce | Christopher  v. New York Girl Style, LLC | 2016 | 4392 | 1 | cv | 820 | 6/13/2016 | 6/24/2016 1:2016-cv-04392 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sadowski v. Paper Communications, Inc. | 2016 | 2698 | 1 | cv | 820 | 4/11/2016 | 6/24/2016 1:2016-cv-02698 |
| LIEBOWITZ, RICHARD | aty | nysdce | Yang v. WPIX, LLC | 2016 | 1136 | 1 | cv | 820 | 2/15/2016 | 6/23/2016 1:2016-cv-01136 |
| LIEBOWITZ, RICHARD | aty | nysdce | Hirsch v. Breaking Media, Inc. | 2016 | 4083 | 1 | cv | 820 | 6/1/2016 | 6/15/2016 1:2016-cv-04083 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sadowski v. Iheartmedia, Inc. | 2016 | 3238 | 1 | cv | 820 | 5/1/2016 | 6/15/2016 1:2016-cv-03238 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Viacom International Inc. | 2016 | 2557 | 1 | cv | 820 | 4/5/2016 | 6/14/2016 1:2016-cv-02557 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Penske Media Corporation | 2016 | 2409 | 1 | cv | 820 | 3/31/2016 | 6/8/2016 1:2016-cv-02409 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sadowski v. Mediatakeout.com LLC | 2016 | 2701 | 1 | cv | 820 | 4/11/2016 | 5/31/2016 1:2016-cv-02701 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Outer Places LLC | 2016 | 2272 | 1 | cv | 820 | 3/28/2016 | 5/31/2016 1:2016-cv-02272 |

| LIEBOWITZ, RICHARD | aty | nysdce | Sadowski v. Complex Media, Inc. | 2016 | 3453 | 1 cv | 820 | 5/9/2016 | 5/25/2016 | 1:2016-cv-03453 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sadowski v. Complex Media, Inc. | 2016 | 2700 | 1 cv | 820 | 4/11/2016 | 4/25/2016 | 1:2016-cv-02700 |
| LIEBOWITZ, RICHARD | aty | nysdce | Sands v. Ziff Davis, LLC | 2016 | 2017 | 1 cv | 820 | 3/17/2016 | 4/25/2016 | 1:2016-cv-02017 |
| LIEBOWITZ, RICHARD | aty | nysdce | Chevrestt v. CBS Broadcasting Inc. et al | 2016 | 522 | 1 cv | 820 | 1/23/2016 | 2/2/2016 | 1:2016-cv-00522 |