# Sedlik Declaration Ex. 3

| | |
|---|---|
| **From:** | Jeff Sedlik |
| **To:** | "GLEN CRAIG" |
| **Subject:** | RE: PHOME CALL FOR FRIDAY PM GLEN CRAIG |
| **Date:** | Thursday, September 22, 2016 4:01:04 PM |

yes

**From:** GLEN CRAIG [mailto:GLENCRAIG@RCN.COM]
**Sent:** Thursday, September 22, 2016 4:00 PM
**To:** jeffsedlik@gmail.com
**Subject:** PHOME CALL FOR FRIDAY PM GLEN CRAIG

Hi Jeff,
I spoke with Richard today may we do this on saturday around 3 30 pm our time ?
He is tied up on Friday pm
Please let me know if this works
Thanks
Glen


Begin forwarded message:

**From:** GLEN CRAIG <GLENCRAIG@RCN.COM>
**Subject: Fwd:**
**Date:** September 19, 2016 at 6:04:45 PM EDT
**To:** Glen Craig <glencraig@rcn.com>


Begin forwarded message:

**From:** "Jeff Sedlik" <jeffsedlik@gmail.com>
**Date:** September 19, 2016 at 5:31:07 PM EDT
**To:** <glencraig@rcn.com>
**Reply-To:** <jeffsedlik@gmail.com>

See:
http://www.yellowkorner.com/us-en/