# Sedlik Declaration Ex. 4

| | |
|---|---|
| **From:** | Richard Liebowitz |
| **To:** | js@plus.org |
| **Subject:** | Nice meeting you at the PhotoPlus Show |
| **Date:** | Friday, October 28, 2016 2:43:25 PM |

Dear Jeff,

It was a pleasure meeting you at the PhotoPlus show last week. Thank you for stopping by the booth and I hope you enjoyed the show.

I definitely would like to continue the conversation we had at show regarding helping some your photographers with their copyright infringement matters.

Thank you again for your support for the creative community.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*********************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*********************************************************************