# Sedlik Declaration Ex. 6

**From:**      Jeff Sedlik
**To:**        "Richard Liebowitz"
**Cc:**        "Jeff Sedlik"
**Subject:**   RE: Craig v. UMG
**Date:**      Sunday, May 14, 2017 9:49:13 PM
**Attachments:** jeff-sedlik-b-b-king.jpg

Glad to revisit.

I am in the process of engagement by a plaintiff in another matter in which UMG is a defendant.

However, I'm not certain that I can take on a case against BB King, as my publishing company has licensing agreement with the estate to use his likeness on a poster.

We should talk, however.

Jeff

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Sunday, May 14, 2017 9:00 PM
**To:** expert@sedlik.com
**Subject:** Craig v. UMG

Hi Jeff,

I hope all is well. I wanted to re-visit the conversation we had about Glen Craig's case against UMG and BB King. Do you have a conflict? If not, I wanted to set up a conference call to discuss an expert report on the case.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

********************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
********************************************************************



B B  K I N G