# Sedlik Declaration Ex. 7

| | |
|---|---|
| **From:** | Professor Jeffrey Sedlik |
| **To:** | "Richard Liebowitz" |
| **Cc:** | "Jeff Sedlik" |
| **Subject:** | RE: Craig v. UMG |
| **Date:** | Sunday, May 14, 2017 10:15:08 PM |

Cell 213 716 6627

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Sunday, May 14, 2017 10:14 PM
**To:** Jeff Sedlik <expert@sedlik.com>
**Subject:** Re: Craig v. UMG

What is the best number to reach you?

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


*********************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

On Mon, May 15, 2017 at 1:11 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

> Yes, thank you.
>
> Best,
>
> Richard Liebowitz, Esq.
> Liebowitz Law Firm, PLLC
> t.516-233-1660
>
>
>
> *********************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

On Mon, May 15, 2017 at 1:10 AM, Professor Jeffrey Sedlik <expert@sedlik.com> wrote:

> That should be fine.
>
> I see that your settlement conference was rescheduled to July.
>
> Did the Court grant your request for a May 29 expert disclosure and is that the current target for this report?
>
> Jeff
>
> **From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
> **Sent:** Sunday, May 14, 2017 9:52 PM
> **To:** jeffsedlik@gmail.com
> **Cc:** Jeff Sedlik <expert@sedlik.com>
> **Subject:** Re: Craig v. UMG
>
> Sounds good. How does tomorrow at 4:30pm EST work for you for a phone call?
>
> Best,
>
> Richard Liebowitz, Esq.
> Liebowitz Law Firm, PLLC
> t.516-233-1660
>
>
> *********************************************************************
> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
> *********************************************************************
>
> On Mon, May 15, 2017 at 12:50 AM, Jeff Sedlik <jeffsedlik@gmail.com> wrote:
>> Glad to revisit.

I am in the process of engagement by a plaintiff in another matter in which UMG is a defendant.

However, I'm not certain that I can take on a case against BB King, as my publishing company has licensing agreement with the estate to use his likeness on a poster.

We should talk, however.

Jeff

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Sunday, May 14, 2017 9:00 PM
**To:** expert@sedlik.com
**Subject:** Craig v. UMG

Hi Jeff,

I hope all is well. I wanted to re-visit the conversation we had about Glen Craig's case against UMG and BB King. Do you have a conflict? If not, I wanted to set up a conference call to discuss an expert report on the case.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*******************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************