# Sedlik Declaration Ex. 8

| | |
|---|---|
| **From:** | Professor Jeffrey Sedlik |
| **To:** | "Richard Liebowitz" |
| **Cc:** | "Jeff Sedlik" |
| **Subject:** | RE: Craig v. UMG |
| **Date:** | Sunday, May 14, 2017 10:36:19 PM |
| **Attachments:** | craig vs umg complaint exhibit E sedlik photo.pdf |

Page 1 of Exhibit E to your complaint is my photograph of BB King, the cover of the King of the Blues box set. My photo was used under a license to MCA records. I see that page 2 of that exhibit is Glen's photo.

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Sunday, May 14, 2017 10:14 PM
**To:** Jeff Sedlik <expert@sedlik.com>
**Subject:** Re: Craig v. UMG

What is the best number to reach you?

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*********************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

On Mon, May 15, 2017 at 1:11 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

> Yes, thank you.
>
> Best,
>
> Richard Liebowitz, Esq.
> Liebowitz Law Firm, PLLC
> t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, May 15, 2017 at 1:10 AM, Professor Jeffrey Sedlik <expert@sedlik.com> wrote:

> That should be fine.
>
> I see that your settlement conference was rescheduled to July.
>
> Did the Court grant your request for a May 29 expert disclosure and is that the current target for this report?
>
> Jeff
>
> **From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
> **Sent:** Sunday, May 14, 2017 9:52 PM
> **To:** jeffsedlik@gmail.com
> **Cc:** Jeff Sedlik <expert@sedlik.com>
> **Subject:** Re: Craig v. UMG
>
> Sounds good. How does tomorrow at 4:30pm EST work for you for a phone call?
>
> Best,
>
> Richard Liebowitz, Esq.
> Liebowitz Law Firm, PLLC
> t.516-233-1660
>
>
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
>
> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
>
> On Mon, May 15, 2017 at 12:50 AM, Jeff Sedlik <jeffsedlik@gmail.com> wrote:

Glad to revisit.

I am in the process of engagement by a plaintiff in another matter in which UMG is a defendant.

However, I'm not certain that I can take on a case against BB King, as my publishing company has licensing agreement with the estate to use his likeness on a poster.

We should talk, however.

Jeff

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Sunday, May 14, 2017 9:00 PM
**To:** expert@sedlik.com
**Subject:** Craig v. UMG

Hi Jeff,

I hope all is well. I wanted to re-visit the conversation we had about Glen Craig's case against UMG and BB King. Do you have a conflict? If not, I wanted to set up a conference call to discuss an expert report on the case.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*******************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************

# EXHIBIT E

Case 1:16-cv-05435-JPO Document 1-5 Filed 07/8/16 Page 2 of 3



Case 1:15-cv-05489-JPO Document 63-10 Filed 12/8/17 Page 8 of 8



turf: male-female relationships at the
must be crazy, woman, you just gotta be
as I'm footin' the bills, I'm paying the co

By 1970, Bluesway had been discontin
ABC. The challenge he has faced ove
been that of bringing sufficient variety
album doesn't sound the same—yet, at
alienate his core audience or overstep
an impossible challenge.

  Following the breakthrough with
Szymczyk decided to pair B.B. with s
The resulting album, *Indianola Mississip*
art, and was unabashedly aimed at the
B.B.'s vocal was down in the mix, and s
been EQ'
gentler B.
by the pi
Leon Rus
toward wo
general, w
on misogy
of a free-
perhaps in part to the fact that B.B.
divorcing. Three singles drawn from
Things," "Ask Me No Questions," and
hit the charts.

  *Indianola* also contained a fragment
singing "Nobody Loves Me But My M
jivin'") cut when the musicians were tak
the tapes running, and later made a case
the album.

  Shortly after *Indianola Mississippi*
inevitably—brought to London to reco
Lightnin' Slim they'd come to be phot
buses. It was the means of choice for i
the originators. At ABC, the new presi

**Released August, 1970.**