# Sedlik Declaration Ex. 9

| | |
|---|---|
| **From:** | Jeff Sedlik |
| **To:** | Richard Liebowitz |
| **Subject:** | Motley crew |
| **Date:** | Tuesday, May 16, 2017 10:21:00 PM |

I can talk between 11Am and 1pm pacific but may not have cell reception and will be off grid after that until sumday. Try my cell 213.716.6627

On May 16, 2017 10:00 PM, "Richard Liebowitz" <RL@liebowitzlawfirm.com> wrote:
> Hi Jeff,
>
> Nice speaking with you yesterday and thank you for time. I wanted to discuss the Motley Crue case I have in terms of valuation, do you have a service whereby you can put together a valuation of what you think you think it is worth for settlement to show opposing counsel? Also, wanted to your thoughts what you think we might be able to get at trial. Are you around tomorrow for a quick phone call? Thank you.
>
>
> On Monday, May 15, 2017, Professor Jeffrey Sedlik <expert@sedlik.com> wrote:
>
>> Page 1 of Exhibit E to your complaint is my photograph of BB King, the cover of the King of the Blues box set. My photo was used under a license to MCA records. I see that page 2 of that exhibit is Glen's photo.
>>
>>
>> **From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
>> **Sent:** Sunday, May 14, 2017 10:14 PM
>> **To:** Jeff Sedlik <expert@sedlik.com>
>> **Subject:** Re: Craig v. UMG
>>
>>
>> What is the best number to reach you?
>>
>>
>> Thank you.
>>
>>
>> Best,
>>
>>
>> Richard Liebowitz, Esq.
>>
>> Liebowitz Law Firm, PLLC
>>
>> t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, May 15, 2017 at 1:11 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

Yes, thank you.

Best,

Richard Liebowitz, Esq.

Liebowitz Law Firm, PLLC

t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, May 15, 2017 at 1:10 AM, Professor Jeffrey Sedlik <expert@sedlik.com> wrote:

That should be fine.

I see that your settlement conference was rescheduled to July.

Did the Court grant your request for a May 29 expert disclosure and is that the current target for this report?

Jeff

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Sunday, May 14, 2017 9:52 PM
**To:** jeffsedlik@gmail.com
**Cc:** Jeff Sedlik <expert@sedlik.com>
**Subject:** Re: Craig v. UMG

Sounds good. How does tomorrow at 4:30pm EST work for you for a phone call?

Best,

Richard Liebowitz, Esq.

Liebowitz Law Firm, PLLC

t.516-233-1660

*****************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*****************************************************************

On Mon, May 15, 2017 at 12:50 AM, Jeff Sedlik <jeffsedlik@gmail.com> wrote:

Glad to revisit.

I am in the process of engagement by a plaintiff in another matter in which UMG is a defendant.

However, I'm not certain that I can take on a case against BB King, as my publishing company has licensing agreement with the estate to use his likeness on a poster.

We should talk, however.

Jeff

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Sunday, May 14, 2017 9:00 PM
**To:** expert@sedlik.com
**Subject:** Craig v. UMG

Hi Jeff,

I hope all is well. I wanted to re-visit the conversation we had about Glen Craig's case against UMG and BB King. Do you have a conflict? If not, I wanted to set up a conference call to discuss an expert report on the case.

Thank you.

Best,

Richard Liebowitz, Esq.

Liebowitz Law Firm, PLLC

t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--
Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **From:** | Richard Liebowitz |
| **To:** | Jeff Sedlik |
| **Subject:** | Motley Crue case |
| **Date:** | Tuesday, September 26, 2017 11:56:44 PM |

Hi Jeff,

Can you kindly email your engagement letter? I have expert disclosures due in my Motley Crue case next Friday, October 6th. I think the expert report is due then too. Are you able to do by next Friday? Thank you.


--
Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660



*******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*******************************************************************