UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GLEN CRAIG

                *Plaintiff,*  :  16-cv-05439 (JPO)

vs.

UNIVERSAL MUSIC GROUP, INC.,
KINGSID VENTURES, LTD., and ESTATE OF
RILEY B. KING,

                *Defendants.*
------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF GLEN CRAIG

I, Glen Craig, hereby declare, under the penalty of perjury as follows:

1. I am the Plaintiff in this litigation.

2. I submit this declaration in support of Plaintiff's Motion to Disqualify Defendants' Expert Witness Jeffrey Sedlik.

3. My telephone conference with Mr. Sedlik on September 19, 2016 lasted for close to an hour. The total amount of time we spent discussing the case is well over 90 minutes.

4. During our September 19, 21 and 22, 2016 telephone conversations, Mr. Sedlik was asking very detailed and probing questions about the facts surrounding the case. These questions didn't just pertain to calculation of damages but examined all factual and legal issues involved in this case.

5. Among the many details that I told Mr. Sedlik was that my counsel and I had also found T-shirts, posters and song books exploiting some of the same photographs involved in this case. These additional infringements were attributable to at least some of the current Defendants. I explained the litigation strategy behind not having these infringing materials as part of this case, at this point. I also discussed the possibility of a preliminary injunction/ TRO as a settlement strategy.

6. I extensively disclosed information that was confidential at the time. Mr. Sedlik's questions asked for information that was not contained in the Complaint. The information he received was confidential and I expected his to keep it as such.

7. I disclosed the following publications as an downstream market for the photographs: The New York Times, International New York Times, The New Yorker, Huffington Post, CNN/ CNN International, MSNBC, The Economist, ABC News, BBC Radio 4, Yahoo News, Chicago Tribune, The Times of India, CBS News, WPIX N.Y. News, Fox News, Time, Entertainment Weekly, Bloomberg Business, Changes Magazine, , Tiger Beat ,Craw Daddy Boston Globe, USA Today, Wall Street Journal, New York Daily News, Time-Life, Paris Match, Rolling Stone, Vogue, Esquire, GQ Magazine, Beatles Magazine, NME. Com, NPR, Guitar Player, Downbeat, Swing Journal, Jazz Weekly, Jazz Wise, The Nation, Relix, Mojo, Billboard The Berklee College of Music, Gibson Guitar Bullfinch Press, Time Warner Book Group,Unsung/Unsung Hollywood Productions and Ebony.

8. I disclosed that we found ads featuring some of the photographs, including Gibson Guitar ads, for dealers and the public.

9. The "star-photo" was distributed by Defendants for world-wide usage on ads and posters.

10. I revealed that Sydney Seidenberg's role in providing the press with publicity photos and covers of press kits. I named ABC Dunhill and ABC Booking Company as receiving the photos via B.B. King's agent.

11. I also told Mr. Sedlik about additional independent CD releases featuring the infringing photographs, including Cleopatra Records, Vinyl Passion, Blues Forever. I named specific albums that we found under each label.

12. I told Mr. Sedlik that T-shirts with infringing photographs were being sold on Six Mour Creation, teeshirtsrock.com, rockabilia.com, amazon.com, rebbuble.com.

13. In May 15, 2017 my attorney told me that he tried to negotiate a fee for Mr. Sedlik's services but that his efforts were unsuccessful. Mr. Sedlik's asked an astronomical fee from the perspective on an individual photographer. His price was prohibitive.

Executed this 29th day of December, 2017

_____
Glen Craig
*Plaintiff*