

**BARRY I. SLOTNICK**
Partner

345 Park Avenue
New York, NY  10154

Direct  212.407.4162
Main    212.407.4000
Fax     212.202.7942
bslotnick@loeb.com

Via ECF

January 8, 2018

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  Craig v. Universal Music Group, Inc. et al 1:16-cv-05439 (JPO)

Dear Judge Oetken:

We represent the defendants in the above captioned action, and write in response to Craig's reply in support of his motion to disqualify defendants' expert (Dkt. No. 64 (the "Reply")). This letter seeks to protest and challenge Craig's unjustifiable and extraordinarily unorthodox request in his Reply that the Court hold an *in camera ex parte* hearing to allow Craig to provide his own one-sided story of "facts" relating to his purported conversations with the defendants' expert Professor Jeffrey Sedlik.

After essentially acknowledging that nothing that he discussed with Professor Sedlik was in any way confidential or that he had any basis for believing those conversations to be confidential, Craig now raises "facts" relating to topics outside the scope of the current litigation and seem more appropriate for the gossip pages than a court of law. It would be manifestly unjust to allow Craig to spew his one-sided version of the "facts" without cross examination or, for that matter, without the benefit of defendants having the opportunity to present Professor Sedlik in a similar *in camera* hearing.

Frankly, given that Craig admits that (a) all information he allegedly disclosed to Professor Sedlik was publicly available (Reply, 7), (b) the "strategy" allegedly disclosed to Professor Sedlik has no relevance whatsoever to the actual claims or defenses asserted in this action (*id.*), and (c) Professor Sedlik was not contacted by defendants until well after *all* the information had already been disclosed to defendants during discovery (Dkt. No. 61, 10; Reply, 7-8), we believe that any such "hearing" would be an extraordinary waste of this Court's time and simply request that this Court not allow plaintiff to turn the proceeding into a circus.

Respectfully submitted,

*/s/ Barry I. Slotnick*
Barry I. Slotnick
Partner

cc:  Richard Liebowitz (*via ECF*)

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong   www.loeb.com

A limited liability partnership including professional corporations

15517035.1
210088-10006