UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLEN CRAIG,<br><br>                    Plaintiff,<br><br>     -v-<br><br>UMG RECORDINGS, INC.,<br><br>                    Defendant. | 16-CV-5439 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    Counsel for the parties shall appear on April 20, 2018, at 10:30 a.m. for an evidentiary hearing on Plaintiff's motion to disqualify Defendant's expert witness

    SO ORDERED.

Dated: April 3, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge