

**BARRY I. SLOTNICK**
Partner

345 Park Avenue
New York, NY  10154

**Direct**   212.407.4162
**Main**     212.407.4000
**Fax**      212.202.7942
bslotnick@loeb.com

Via ECF

April 13, 2018

Hon. J. Paul Oetken
United States District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

Re:  <u>Craig v. UMG Recordings, Inc., et al.</u>, Case No. 16 Civ. 5439 (JPO)

Dear Judge Oetken:

We represent Defendants UMG Recordings, Inc. ("UMG"), Estate of Riley B. King ("Estate") and Kingsid Ventures , Ltd. ("Kingsid" and together with UMG and Estate, "Defendants").

We write pursuant to Rule 3.C. of Your Honor's Individual Practices to request an adjournment of the evidentiary hearing on Plaintiff's motion to disqualify Defendants' expert witness Jeff Sedlik from April 20, 2018 to May 21, 2018, or the next available date thereafter.

The reason for this request is that the parties are currently engaged in meaningful settlement discussions, which we hope will bring about a negotiated resolution of all issues in this action. Defendants expect that the additional time requested should be sufficient time to conclude the discussions with Plaintiff, and, in the event that such discussions are unsuccessful, include sufficient time to make travel arrangements for Mr. Sedlik, a resident of California, to appear at the evidentiary hearing.

This is the first request for an adjournment of the evidentiary hearing.  Plaintiff consents to the above-requested adjournment.

We thank the Court for its consideration of this matter.


Respectfully submitted,


/s/ Barry I. Slotnick
Barry I. Slotnick
Partner

cc:    Richard Liebowitz, Esq. (via ECF)

16216848

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.