UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLEN CRAIG,

        Plaintiff,

    -against-

UMG RECORDINGS, INC., KINGSID VENTURES, LTD., and ESTATE OF RILEY B. KING,

        Defendants.
------------------------------------------------------------X

No. 16 Civ. 5439 (JPO)

**NOTICE OF MOTION FOR SANCTIONS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated June 13, 2018, the Declaration of Barry I. Slotnick and all exhibits attached thereto, as well as all other pleadings and proceedings herein, Defendants UMG Recordings, Inc., Kingsid Ventures, Ltd., and the Estate of Riley B. King, by and through their attorneys Loeb & Loeb LLP, will move this Court before Hon. J. Paul Oetken, at the United States Courthouse located at 40 Foley Square, New York, New York 10007, as soon as counsel can be heard, for an Order, pursuant to 28 U.S.C. § 1927 and the Court's inherent powers, sanctioning Plaintiff and his counsel, and awarding Defendants their fees and expenses (including Mr. Jeffrey Sedlik's fees and costs) incurred in connection with responding to Plaintiff's October 25, 2017 letter and in opposing Plaintiff's motion to disqualify Mr. Sedlik, including preparing for and attending the May 25, 2018 evidentiary hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days hereof.

Dated: New York, New York
      June 13, 2018

LOEB & LOEB LLP

By: */s/ Barry I. Slotnick*
    Barry I. Slotnick
    C. Linna Chen
    345 Park Avenue
    New York, NY  10154
    Telephone: 212.407.4000

*Attorneys for Defendants*
*UMG Recordings, Inc., Kingsid Ventures, Ltd., And Estate Of Riley B. King*