UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                :

GLEN CRAIG,                                    :      No. 16 Civ. 5439 (JPO)

            Plaintiff,                     :

         -against-                      :

UMG RECORDINGS, INC., KINGSID      :
VENTURES, LTD., and ESTATE OF RILEY
B. KING,                                      :

          Defendants.               :
---------------------------------------------------------X

## DECLARATION OF BARRY I. SLOTNICK IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS

I, **BARRY I. SLOTNICK**, declare as follows:

1. I am a partner at the law firm Loeb & Loeb LLP, attorneys for defendants UMG Recordings, Inc., Kingsid Ventures, Ltd. and Estate of Riley B. King (collectively, "Defendants"). I am fully familiar with the facts set forth herein and respectfully submit this declaration in support of Defendants' motion for sanctions.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the May 25, 2018 evidentiary hearing conducted by the Court in this action.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  New York, New York
         June 13, 2018                               */s/ Barry I. Slotnick*
                                                             Barry I. Slotnick