

June 20, 2018

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Craig v. Universal Music Group, Inc. (1:16-cv-5439-JPO)*

Dear Judge Oetken,

We represent Plaintiff, Glen Craig, in the above in-captioned case. We respectfully request an extension to respond to Defendant's motion for sanctions until July 13, 2018. The original due date is June 27, 2018. Defendant has agreed until July 5, 2018, however due to the July 4, 2018 holiday we are requesting until July 13, 2018.

The Court's consideration is much appreciated.

                                  Respectfully submitted,

                                  /s/Richard Liebowitz
                                  Richard P. Liebowitz

                                *Counsel for Plaintiff Glen Craig*