UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                     :

GLEN CRAIG,                                  :     No. 16 Civ. 5439 (JPO)

            Plaintiff,                           :

        -against-                       :     **NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

UMG RECORDINGS, INC., KINGSID
VENTURES, LTD., and ESTATE OF RILEY
B. KING,

            Defendants.
-------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated June 25, 2018, the Declaration of Sheryl Gold, the Declaration of Dennis V. King, the Declaration of Kathleen Reinhold, and the Declaration of Barry I. Slotnick and all exhibits attached thereto, as well as all other pleadings and proceedings herein, Defendants UMG Recordings, Inc. ("UMGI"), Kingsid Ventures, Ltd. ("Kingsid"), and the Estate of Riley B. King (the "Estate") (collectively, the "Defendants"), by and through their attorneys Loeb & Loeb LLP, will move this Court before Hon. J. Paul Oetken, at the United States Courthouse located at 40 Foley Square, New York, New York 10007, as soon as counsel can be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure:

    a) granting summary judgment in favor of Kingsid and the Estate, dismissing all of Plaintiff's claims against them;

    b) granting summary judgment in favor of UMGI, dismissing Plaintiff's second claim for violations of 17 U.S.C. § 1202;

c) granting summary judgment in favor of UMGI, dismissing Plaintiff's copyright infringement claim against UMGI with respect to the allegations contained in Paragraphs 23-28, 30, 32-38, 40-42, 44-47, 49-55 of the Complaint; and

d) granting partial summary judgment in favor of UMGI,

1. limiting Plaintiff's damages, if any, to those arising from UMGI's sale of B.B. King albums within the United States and within the three year period prior to the filing of the Complaint;

2. limiting Plaintiff's actual damages, if any, to $9,452.21;

3. precluding Plaintiff from an award of Defendants' profits;

4. precluding Plaintiff from an award of statutory damages, attorneys' fees or costs; and

5. to the extent the Court may find that statutory damages are available to Plaintiff, limiting any such award to the statutory minimum for the infringement of only one work (i) due to Plaintiff's collective registration, and (ii) on the ground that any infringement by Defendants was innocent.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days hereof.

Dated: New York, New York
June 25, 2018

LOEB & LOEB LLP

By:*/s/ Barry I. Slotnick*
Barry I. Slotnick
C. Linna Chen
345 Park Avenue
New York, NY  10154
Telephone: 212.407.4000

*Attorneys for Defendants*
*UMG Recordings, Inc., Kingsid Ventures,*
*Ltd., And Estate Of Riley B. King*

16414985.1
210088-10006

2