

June 29, 2018

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Craig v. Universal Music Group, Inc. et al. (1:16-cv-05439-JPO)*

Dear Judge Oekten,

We represent Plaintiff, Glen Craig, in the above case. We respectfully request an extension until July 27, 2018 to respond to Defendant's motion for summary judgment. We have Plaintiff's response to Defendant's motion for sanctions due on July 13, 2018 and the 4th of July holiday is next week so we respectfully request additional time to respond to Defendant's motion for summary judgment. The original date of when our motion would be due is July 9, 2018. Defendants agreed to an extension until July 16, 2018 on the condition that Defendant's reply would be extended by one week.

The Court's consideration is much appreciated.

Sincerely,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff Glen Craig*