

BARRY I. SLOTNICK
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4162
Main 212.407.4000
Fax 212.202.7942
bslotnick@loeb.com

Via ECF

June 29, 2018

Hon. J. Paul Oetken
United States District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

Re: Craig v. UMG Recordings, Inc., et al., Case No. 16 Civ. 5439 (JPO)

Dear Judge Oetken:

We represent Defendants UMG Recordings, Inc. ("UMG"), Estate of Riley B. King ("Estate") and Kingsid Ventures, Ltd. ("Kingsid" and together with UMG and Estate, "Defendants").

We write in response to Plaintiff's June 29, 2018 letter requesting an extension of the deadline for Plaintiff to oppose Defendants' motion for summary judgment (Dkt. No. 77 ("SJ Motion")), and pursuant to Rule 3.C. of Your Honor's Individual Practices to request that Defendants be given an extension of their deadline to file a reply in support of their SJ Motion.

As Plaintiff's counsel disclosed this time, Defendants do not oppose granting Plaintiff a one week extension of his deadline to oppose the SJ Motion if Defendants' deadline to file a reply would similarly be extended by one week. However, Plaintiff's letter tells only half the story.

Defendants oppose granting any additional time for Plaintiff to oppose the SJ Motion because it would cause undue hardship on Defendants. As Defendants' counsel informed Plaintiff's counsel on June 27, 2018, Defendants would not grant Plaintiff an extension beyond one week because one of Defendants' attorneys, Linna Chen, is pregnant and due to give birth in August. A true and correct copy of that email is attached hereto. One-week extensions of both Plaintiff's and Defendants' deadlines would allow the SJ Motion to be fully brief by July 30, 2018.

Ms. Chen and I have served as Defendants' counsel throughout this protracted litigation. This action has been pending for almost two years, during which time the parties have had extensive document discovery, taken four depositions, taken expert discovery, and litigated Plaintiff's motion to disqualify Defendants' damages expert. Onboarding another attorney for the purpose of filing a reply brief in support of Defendants' SJ Motion would be unduly burdensome to Defendants.

Defendants thus respectfully request that the Court deny Plaintiff's request, and grant one-week extensions of both Plaintiff's deadline to file an opposition to the SJ Motion, and Defendants' deadline to file a reply in support of the SJ Motion. Plaintiff's deadline, currently July 9, 2018,



would be moved to July 16, 2018. Defendants' deadline, currently July 16, 2018, would be moved to July 30, 2018.

This is Defendants' first request for an extension of time to file a reply brief in support of their SJ Motion. Plaintiff did not consent to this extension.

We thank the Court for its consideration of this matter.

Sincerely,

Barry I. Slotnick
Partner

Attachment

CC: Richard Liebowitz, Esq. (via ECF)

## Rose Topf

**From:** Barry Slotnick
**Sent:** Wednesday, June 27, 2018 8:26 AM
**To:** 'Richard Liebowitz'; Linna Chen
**Cc:** Kate Tsyvkin
**Subject:** RE: Craig v. UMG

Richard:

We will not agree to give you almost 3 extra weeks to respond. Your opposition is due on July 9. We will agree to give you one week until July 16 if you agree to extend our time to reply by one week. As you know, Linna is pregnant as is due to give birth in August. Extending your time more than one week will be extraordinarily burdensome to us generally and to Linna in particular.

Please let us know if this is acceptable.

Barry

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Tuesday, June 26, 2018 5:45 PM
**To:** Barry Slotnick; Linna Chen
**Cc:** Kate Tsyvkin
**Subject:** Craig v. UMG

This email originated from outside of Loeb's Network.

Barry and Linna,

Will your client agree to an extension until July 27th to respond to your motion for SJ?

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*********************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************