UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLEN CRAIG<br><br>                              Plaintiff,<br><br>  - against -<br><br>UNIVERSAL MUSIC GROUP, INC.,<br>KINDID VENTURES, LTD., and ESTATE OF RILEY<br>B. KING<br><br>                              Defendant. | Case No. 1:16-cv-05439 (JPO) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that pursuant to S.D.N.Y. Local Rule 6.3 and Rule 60(b)(1) of the Federal Rules of Civil Procedure, Plaintiff, via counsel Richard Liebowitz and Liebowitz Law Firm, PLLC (collectively "Liebowitz") in the above-referenced caption will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order granting reconsideration or reargument of that portion of the Court's Order, dated and entered March 29, 2019 [Docket # 96], which granted Defendants' motion for sanctions against Liebowitz under 28 U.S.C. § 1927 and the Court's inherent powers or, in the alternative, to vacate that portion of the Court's order relating to sanctions pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff submits this Notice of Motion and an accompanying memorandum of law.

**PLEASE TAKE FURTHER NOTICE** that Defendant's opposition brief, if any, is due on or before April 26, 2019.

Valley Stream, NY
Dated: April 12, 2019

                                                    Respectfully Submitted,

                                                    **/richardliebowitz/**
                                                    Richard Liebowitz, Esq.
                                                    Liebowitz Law Group PLLC
                                                    11 Sunrise Plaza, Ste. 305
                                                    Valley Stream, NY 11580

                                                    *Counsel for Plaintiff*