# Liebowitz Law Firm, PLLC
**Attorneys for the Photographic Arts**

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 12, 2019

<u>**VIA ECF**</u>

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square Rm. 2101
New York, NY 10007

Re: <u>*Craig v. Universal Music Group,* 1:16-cv-5439 (JPO)</u>

Dear Judge Oetken:

    We represent Plaintiff Glen Craig in the above-captioned case and write pursuant to Section 2.E. of Your Honor's Individual Practices to respectfully request a brief adjournment of the status conference scheduled for April 17, 2019.

(1) the current date of the conference is April 17, 2019 at 11:00 a.m.

(2) Plaintiff has not made a previous request for an adjournment;

(3) Grounds for the adjournment is that I am scheduled to appear at two separate conferences in the Eastern District of New York, beginning at noon, which were on the calendar before Your Honor scheduled the status conference on April 4. Plus, my associate is on vacation next week and cannot cover the conferences.

(4) Counsel for Defendant opposes the request because my associate indicated to defense counsel in another case that I would be "out of office" as well the week of April 15. I will actually be in town but I have conflicts in scheduling.

                                            Respectfully Submitted,

                                            /RichardLiebowitz/
                                            Richard Liebowitz

                                            *Counsel for Plaintiff Glen Craig*

