

**LINNA CHEN**
Attorney At Law

345 Park Avenue
New York, NY  10154

**Direct**   212.407.4953
**Main**   212.407.4000
**Fax**     212.412.9054
lchen@loeb.com

Via ECF

April 12, 2019

Hon. J. Paul Oetken
United States District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

Re: <u>Craig v. UMG Recordings, Inc., et al.</u>, Case No. 16 Civ. 5439 (JPO)

Dear Judge Oetken:

We represent Defendant UMG Recordings, Inc. ("UMG") in the above-referenced action and write in response to Plaintiff's April 12, 2019 letter requesting an adjournment of the April 17, 2019 conference (Dkt. No. 100 ("Letter Request")).

Plaintiff's counsel has represented to the Court that he has two conferences scheduled prior to Your Honor's April 4, 2019 order (Dkt. No. 97).  If true, Plaintiff's counsel knew or should have known when Your Honor ordered the scheduling conference that the April 17th date was a conflict for him.  However, Plaintiff did not request an adjournment of this scheduled conference until yesterday, April 11, 2019.  Thus, UMG's objection to Plaintiff's request is based, in part, on the fact that Plaintiff raised the need for an adjournment so late.

Moreover, Mr. Liebowitz's conflicting court conferences are both initial pretrial conferences, and in fact, one was scheduled after Your Honor's April 4, 2019 order.  *See Adlife Marketing & Comms. Co., Inc. v. Giunta's Meat Farms, Inc.*, Case No. 18 Civ. 1068 (LDH) (CLP), Dkt. No. 16 (April 10, 2019 Order scheduling an initial conference before Magistrate Judge Pollak on April 17, 2019).  There is no indication that Mr. Liebowitz has sought to move either of those conference dates.

Given all of the foregoing, and the fact that this matter has been pending for almost three years, UMG respectfully requests that the Court deny Plaintiff's request.  If the Court grants Plaintiff's request for an adjournment, counsel notes that Mr. Slotnick has a week-long trial scheduled in New Orleans, Louisiana, starting May 13, 2019.

Respectfully submitted,

*/s/ Linna Chen*
Linna Chen
Attorney At Law

CC:  Richard Liebowitz, Esq. (via ECF)

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.