# EXHIBIT 1

# Loeb & Loeb LLP

Los Angeles



10100 SANTA MONICA BOULEVARD, SUITE 2200, LOS ANGELES, CA 90067, USA

Tel:
Work +1 310 282 2000
Fax:
Fax +1 310 282 2200

Web:
https://www.loeb.com

Beijing, **Chicago**, Hong Kong, **Los Angeles**, **Nashville**, **New York** and 1 more

- The Legal 500 rankings
- Firm profile
- Lawyer profiles
- Main work contacts

**Top-tier Firm rankings**

- United States: Finance
    - Not-for-profit (nonprofit and tax exempt organizations)
- United States: Intellectual property
    - Copyright
- United States: M&A/corporate and commercial
    - M&A: middle-market (sub-$500m)
- United States: Media, technology and telecoms
    - Advertising and marketing: transactional and regulatory

**Firm Rankings**

- United States
    - Real estate
- United States: Industry focus
    - Sport
- United States: Intellectual property
    - Trademarks: litigation
- United States: Media, technology and telecoms
    - Advertising and marketing: litigation
    - Cyber law (including data privacy and data protection)
    - Media and entertainment
    - Outsourcing

- **United States: Tax**
  - **US taxes: non-contentious**

## United States

**Real estate**

**Real estate - ranked: tier 5**

**Loeb & Loeb LLP**

*Loeb & Loeb LLP*'s areas of expertise include commercial leasing, real estate finance and land use issues, and the team also advises on property acquisitions, dispositions and joint venture transactions, both single-asset and those involving multi-jurisdictional portfolios. In a recent highlight, the team advised Ivanhoé Cambridge and its partner, Callahan Capital Properties, in two separate leases to 21st Century Fox and News Corp, with the transactions involving a combined total of 1.2m sq ft of Manhattan office space. The group also represented JPMorgan Chase as tenant in connection with a lease for its financial technology arm, and acted for Regal Cinemas in the negotiation and execution of a lease amendment for an existing motion picture theatre in Manhattan, which allows for the re-positioning of the theatre as a state-of-the-art facility containing 10 auditoriums. On the landlord side, the team acted for TIAA-CREF on the amendment of a lease by tenant Palantir Technologies, a national security-oriented software firm. **Raymond Sanseverino** heads the team in New York, where other key figures include Nichole Cortese, Joseph De Vesta and **Kenneth Freeman**.

**United States: Finance**                                                    **[back to top]**

**Not-for-profit (nonprofit and tax exempt organizations)**

**Not-for-profit (nonprofit and tax exempt organizations) - ranked: tier 1**

**Loeb & Loeb LLP**

*Loeb & Loeb LLP*'s nonprofits and tax-exempt organizations (TEOs) practice handles a broad spectrum of not-for-profit matters, including program-related investments (PRIs), corporate governance, fundraising, mergers, charitable giving, Internal Revenue Service (IRS) audits and investigations, public financing and tax compliance. The team is also recommended for its experience in assisting clients with setting up for-profit subsidiaries. The practice is co-chaired by Washington DC-based **Diara Holmes** and New York-based **Jason Lilien**. Holmes and **Marcus Owens**, who is also based in Washington DC, are well known for their expertise in tax matters. Names to note also include New York-based **Eliot Green** and Los Angeles-based **Leah Bishop**. In August 2017, of counsel

*Preston Quesenberry left to join KPMG as managing director in the firm's exempt organizations tax group.*

**Leading lawyers**



[**Marcus Owens**](#) - **Loeb & Loeb LLP**

**United States: Industry focus**

**Sport**

[**Sport - ranked: tier 3**](#)

**Loeb & Loeb LLP**

**Loeb & Loeb LLP**'s sports team is 'excellent, with quick response times, an efficient and focused approach to legal issues, and knowledgeable attorneys that provide sage advice'. The practice, which is jointly headed by Los Angeles-based [**Arash Khalili**](#) and New York-based [**Brian Socolow**](#), includes Chicago office managing partner [**Douglas Masters**](#), who 'provides pragmatic strategies to clients that can be implemented to accomplish goals within budget parameters'. The practice seeks to position itself as a leader in the growing interplay between sports and technology, with Masters advising Comcast on brand creation and marketing strategies following its acquisition of a Philadelphia-based eSports team and Khalili advising Reggie Bush on the establishment of an eSports technology platform launching in early 2018. Masters also acted for athletic footwear company Asics in the successful resolution of a lawsuit brought against it by digital sports and content provider FloSports.

[**[back to top]**](#)

**United States: Intellectual property**

[**[back to top]**](#)

**Copyright**

[**Copyright - ranked: tier 1**](#)

**Loeb & Loeb LLP**

**Loeb & Loeb LLP** handles copyright advisory and litigation work for high-profile clients in the music, motion picture and television industries. Veteran practice chair [**Barry Slotnick**](#) and [**Jonathan Zavin**](#) in New York and [**David Grossman**](#) in Los Angeles work with a stellar list of clients that includes the likes of Metro-Goldwyn-Mayer Studios and Viacom International. The group successfully represented Spanski Enterprises as the plaintiff in a landmark copyright infringement dispute with Polish broadcaster TVP, in a case involving the application of US copyright law to non-US streaming websites. In

*another highlight, the team managed to obtain a dismissal of claims brought by the Artists Rights Enforcement Corporation against its client, the estate of Ben E. King, regarding the proposed sale of the estate's copyright termination rights to There Goes My Baby and Stand By Me. Also on the defense side, the firm is representing the artists Macklemore and Ryan Lewis in a copyright infringement case brought by Artang Publishing.*

**Leading lawyers**



**Barry Slotnick** - **Loeb & Loeb LLP**

**Trademarks: litigation**

**Trademarks: litigation - ranked: tier 4**

**Loeb & Loeb LLP**

*Loeb & Loeb LLP*'s practice handles litigation across various sectors, including media, consumer products and financial services. Chicago-based co-chair *Douglas Masters* has been representing the National Collegiate Athletic Association in opposition proceedings before the TTAB, and defending Kizzang in an action brought before the US District Court for the Southern District of Indiana arising from allegations of infringement regarding the client's 'March Madness' and 'Final 4' trademarks. In Los Angeles, co-chair *David Grace* has been acting for City National Bank in litigation regarding its 'City National Bank' mark. Practice co-chair *Barry Slotnick* is based in New York.

**[back to top]**

**United States: M&A/corporate and commercial**

**[back to top]**

**M&A: middle-market (sub-$500m)**

**M&A: middle-market (sub-$500m) - ranked: tier 1**

**Loeb & Loeb LLP**

Acting for US and foreign companies, **Loeb & Loeb LLP** is experienced in the purchase and sale of closely held businesses, and has particular expertise in the entertainment, media, technology, marketing and communications sectors. Its range of work includes negotiated transactions, corporate takeovers and proxy contests, going-private deals, and change-of-control transactions. The team acted for an international private equity firm and its subsidiary, Leadon Investment, in the acquisition of SilverBirch Hotels & Resorts, a portfolio of 25 upscale hotel properties across Canada, from British Columbia Investment Management Corporation. New York-based *Mitchell Nussbaum* - who led

advice to recruitment services company GEE Group on its acquisition of SNI Holdco (and its wholly owned subsidiary SNI Companies) - and Los Angeles-based Arash Khalili are joint chairs of the capital markets and corporate practice. Lloyd Rothenberg in New York is deputy capital markets and corporate practice chair, and he acted for online advertising services company Rosebud Media in its acquisition of assets owned by New Media Investment group, including the Mail Tribune and Ashland Daily Tidings newspapers. Other key work included advising defense contractor OSI Systems on the $75.5m acquisition of a explosive trace detection business from Smiths Group; advising independent television producer Litton Entertainment (LE) on the sale of a majority ownership interest in LE to Hearst; and assisting New York-based data management and analytics consultancy Eccella with its sale of three separate entities to NGDATA, a multi-jurisdictional transaction involving IP, regulatory, securities and tax issues.

Leading lawyers

Mitchell Nussbaum - **Loeb & Loeb LLP**

**United States: Media, technology and telecoms**

**Advertising and marketing: litigation**

Advertising and marketing: litigation - ranked: tier 2

**Loeb & Loeb LLP**



**Loeb & Loeb LLP**'s practice is jointly led by Thomas Jirgal and David Mallen, based in Chicago and New York respectively. Jirgal regularly acts for clients in the entertainment, communications, food and financial services sectors, particularly in proceedings before the NAD, while Mallen's expertise encompasses NAD, NARB and FTC claims, with notable experience in the food and beverage, supplement and telecoms sectors. The group's client roster spans Charter Communications, Comcast Cable Communications, T-Mobile and SC Johnson & Son.

[back to top]

**Advertising and marketing: transactional and regulatory**

[back to top]

Advertising and marketing: transactional and regulatory - ranked: tier 1

**Loeb & Loeb LLP**

'Brilliant lawyer' James Taylor and Kenneth Florin jointly lead **Loeb & Loeb LLP**'s practice from New York, which covers all elements of transactional and regulatory work, including advertising campaigns and promotions, the use of digital and mobile platforms, data optimization, privacy issues and content matters. The team also includes Chicago-

based department deputy chair Nathan Hole, who advises emerging media and technology clients; Los Angeles-based privacy specialist Melanie Howard; Brian Nixon in Washington DC, who handles targeted advertising strategies; Seth Rose in Chicago; and Jessica Lee in New York, who focuses on digital products and content. In May 2018, in a major coup, the firm added a team from Winston & Strawn LLP that includes Brian Heidelberger and Robert Newman.

**Leading lawyers**

Brian Heidelberger - **Loeb & Loeb LLP**



James Taylor - **Loeb & Loeb LLP**



Kenneth Florin - **Loeb & Loeb LLP**

**Cyber law (including data privacy and data protection)**

Cyber law (including data privacy and data protection) - ranked: tier 3

**Loeb & Loeb LLP**

Data privacy and data protection - ranked: tier 2

**Loeb & Loeb LLP**

[back to top]

*Under the leadership of New York-based attorneys* Kenneth Florin *and* James Taylor, **Loeb & Loeb LLP** *also counts deputy chair* Nathan Hole *in Chicago, New York-based* Ieuan Jolly, Melanie Howard *in Los Angeles and* Brian Nixon *in the Washington DC office as key names to note. The practice is highly regarded for its work with advertising and marketing clients and risk management advice alongside big data and IOT issues, cybersecurity data breaches and national and international regulatory matters. Florin is a key name for the data elements of advertising and promotions, Taylor handles behavioral targeted marketing and data protection policies and Jolly advises on the intersection between data and technology transactions. Clients include Charter Communications, iHeartMedia, Time, Comcast Cable Communications and Toyota Motor North America.*

**Leading lawyers**



Ieuan Jolly - **Loeb & Loeb LLP**





**Media and entertainment**

**Media and entertainment - ranked: tier 2**

**Loeb & Loeb LLP**

**[back to top]**

***Loeb & Loeb LLP**'s practice is highly regarded for its entertainment finance and production advice; Los Angeles-based department head Scott Edel advised Alcon Entertainment on the production financing and distribution of Blade Runner 2049 and assisted Black Label Media with the distribution and financing of multiple films, including La La Land, Rebel in the Rye and 12 Strong. In New York,* **Marc Chamlin** *is the go-to name for television work - his clients include Oprah Winfrey and multiple reality television production companies; and* **Carol Kaplan** *and* **Stefan Schick** *are key names for theater work. Other noteworthy practitioners include Ivy Kagan Bierman in Los Angeles, who is a specialist in entertainment-related labor law; New York-based department deputy chair Roger Arar, Los Angeles-based* **John Frankenheimer***, who heads the music group; and Debra White, who acts for recording artists, songwriters, producers and record companies. Recent mandates include White advising Tencent Music Entertainment Group on its licensing agreement with Universal Music Group, Arar assisting AMC Networks with multiple television series' including The Spy Who Came in from the Cold, The Walking Dead and season three of Humans; and Frankenheimer acting for Warner Music Group on the acquisition and financing of multiple music publishing catalogues. In March 2018, Stephen Saltzman, Susan Zuckerman Williams, Craig Emanuel, Mickey Mayerson and Erik Hyman joined* **Paul Hastings LLP***'s new Century City office.*

**Outsourcing**

**[back to top]**

**Outsourcing - ranked: tier 2**

**Loeb & Loeb LLP**

***Loeb & Loeb LLP** has 'good lawyers who know their stuff in very complex and innovative deals'. The firm advises predominantly buy-side clients, often on multi-tower ITO and BPO transactions. Its 'highly practical deal enablers who partner well with both in-house lawyers and consultants' include New York-based chair of the technology and outsourcing group* **Kenneth Adler** *and partner* **Akiba Stern***, who is 'smart, easy to work with and zealously represents his clients'. Adler recently assisted one of the largest health systems in the US, Northwell Health, with the creation of new physician management services business Formativ Health, which provides revenue cycle management, IT outsourcing and patient access services. The firm also counts Guardian Life, JPMorgan Chase and Pizza Hut among its clients. Alison Pollock Schwartz in Chicago is also recommended.*

**Leading lawyers**



[Akiba Stern](#) - **Loeb & Loeb LLP**



[Kenneth Adler](#) - **Loeb & Loeb LLP**

**United States: Tax**

**US taxes: non-contentious**

[US taxes: non-contentious - ranked: tier 7](#)

**Loeb & Loeb LLP**

*Loeb & Loeb LLP* handles transactional and structural tax matters for businesses and individuals, especially in the renewable energy, entertainment and real estate sectors. Focus areas include tax planning, M&A, joint ventures, capital markets offerings, investments, executive compensation, employee benefits, bankruptcies and SALT. [Thomas Lawson](#) in Los Angeles and Alan Tarr in New York lead the practice. Other key partners include transactional tax lawyers John Settineri in New York and John Arao in Los Angeles, as well as New York-based employment tax lawyer Marla Aspinwall.

[back to top]

[back to top]

## Further information on Loeb & Loeb LLP

Please choose from this list to view details of what we say about Loeb & Loeb LLP in other jurisdictions.

### United States

Offices in [New York](#), [Nashville](#), [Los Angeles](#), [Chicago](#), and [Washington DC](#)

- [Finance : Not-for-profit (nonprofit and tax exempt organizations)](#)
- [Industry focus : Sport](#)
- [Intellectual property : Copyright](#)
- [Intellectual property : Trademarks: litigation](#)
- [M&A/corporate and commercial : M&A: middle-market (sub-$500m)](#)
- [Media, technology and telecoms : Advertising and marketing: litigation](#)
- [Media, technology and telecoms : Advertising and marketing: transactional and regulatory](#)

- **Media, technology and telecoms : Cyber law (including data privacy and data protection)**
- **Media, technology and telecoms : Media and entertainment**
- **Media, technology and telecoms : Outsourcing**
- **Real estate**
- **Tax : US taxes: non-contentious**