# EXHIBIT 3

# THE NATIONAL LAW JOURNAL

**NOT FOR REPRINT**

🖶  Click to Print or Select '**Print**' in your browser menu to print this document.

Page printed from: *National Law Journal*

---

# Intellectual Property Hot List

The National Law Journal

May 7, 2012

*The National Law Journal* introduces its first Intellectual Property Hot List. These 20 firms excel in providing patent, copyright and trademark legal services. They have demonstrated creative strategies for litigation, patent prosecution, licensing and other transactional work. Wilmer Cutler Pickering Hale and Dorr, for instance, stood out from the crowd by scoring two major patent wins at the U.S. Supreme Court. Cleary Gottlieb Steen & Hamilton distinguished itself by developing a unique bankruptcy auction system for roughly 6,000 Nortel patents. Each firm has shown itself to be an innovator in applying legal principles to fast-changing technology. — *Ruth Singleton*

## THE INTELLECTUAL PROPERTY HOT LIST

- **Arnold & Porter**
- **Banner & Witcoff**
- **Cleary Gottlieb Steen & Hamilton**
- **Cooley**
- **Covington & Burling**
- **Fenwick & West**
- **Finnegan, Henderson, Farabow, Garrett & Dunner**
- **Fish & Richardson**
- **Fitzpatrick, Cella, Harper & Scinto**
- **Irell & Manella**
- **Kirkland & Ellis**
- **Loeb & Loeb**
- **McDermott Will & Emery**
- **Morrison & Foerster**
- **Pryor Cashman**
- **Quinn Emanuel Urquhart & Sullivan**
- **Sterne, Kessler, Goldstein & Fox**
- **Wilmer Cutler Pickering Hale and Dorr**
- **Wilson Sonsini Goodrich & Rosati**
- **Winston & Strawn**

**WEB-ONLY**
**Source-code discovery in patent infringement cases**
No protective order can anticipate all contingencies, but an early and informed discussion can simplify the process.

**Tragedy of the copyright commons**
In view of stalled anti-piracy legislation, copyright owners have turned to alternative methods of monetizing or protecting their content.

---