# EXHIBIT 4

# Loeb & Loeb LLP

New York



345 PARK AVENUE, NEW YORK, NY 10154, USA

Tel:
Work +1 212 407 4000
Fax:
Fax +1 212 407 4990

Web:
http://www.loeb.com

Beijing, **Chicago**, Hong Kong, **Los Angeles**, **Nashville**, **New York and 1 more**

- 
- 
- **Lawyer profiles**
- **Main work contacts**

**The Legal 500 rankings**

**Firm profile**

**Lawyer rankings**



**United States: Intellectual property**
**Copyright**



**Intellectual property**
**Copyright**

**Barry Slotnick**

Tel:
Work 212.407.4162
Email:
**bslotnick@loeb.com**

- **Profile**
- **Lawyer Rankings**
- **Hall of Fame**

**Work Department**

Copyright; Intellectual Property

**Position**

Chair, Intellectual Property and Entertainment Litigation

**Career**

Barry Slotnick is a nationally recognized copyright litigator who has represented clients in the entertainment, advertising, licensing and merchandising industries in courts throughout the United States.

His clients have included entertainment companies such as SONY/ATV Music Publishing, Bertelsmann, EMI Music, Peer Music, Rainbow Media, Broadcast Music Inc., Sociedad General de Autores y Editores, Shapiro Bernstein & Co., Spirit Music, The Harry Fox Agency and the National Music Publishers' Association. He also has represented artists and creators such as the Allman Bros. Band, Beastie Boys, Billy Squier, Queensryche, Steven Lutvak, Robert Freeman, David Guetta and the J.R.R. Tolkien Estate. His representation includes companies such as Anheuser-Busch, CKx, Dell Computers, DDB Worldwide, Eveready Battery, Motorola, Toyota and Harley Davidson.

Mr. Slotnick has litigated scores of copyright infringement cases as well as numerous matters in the entertainment industry addressing the respective rights of copyright and trademark owners and users, including numerous cases involving rights of privacy and publicity.

As a frequent speaker, Mr. Slotnick regularly contributes on copyright and entertainment issues for the Practicing Law Institute and other industry groups.

**Education**

Syracuse University College of Law, J.D., 1972, With Honors
Queens College, B.A., 1968

**United States: Intellectual property**

**Copyright**

Within: Leading lawyers

[Barry Slotnick](#) - **Loeb & Loeb LLP**

Within: Copyright

> **Loeb & Loeb LLP** is recommended for copyright advisory work in the music, motion picture and television industries, and also frequently handles prominent contentious matters. Highlights included the representation of Paramount Pictures and CBS Studios in a copyright infringement suit against the producers of a crowdfunded, non-profit Star Trek fan film, as well as acting for Sony/ATV, Warner Chappell Music and others in a copyright infringement case against online music archive Wolfgang's Vault. On the defendant side, the team successfully represented 21st Century Fox against two screenwriters who claimed that the Fox series New Girl infringed their screenplay Square One, and acted for BMG Rights Management in a suit filed over copyright termination rights. Other clients include MGM, Warner Bros, and NBCUniversal. Practice chair [Barry Slotnick](#) and [Jonathan Zavin](#) in New York as well as [David Grossman](#) in Los Angeles are recommended.

**[back to top]**

**Back to index**