# EXHIBIT 7



# C. Linna Chen
## Associate

345 Park Avenue
New York, New York 10154

**Direct**  212.407.4953

lchen@loeb.com



Linna Chen's practice focuses on general business litigation and intellectual property matters. She also has experience representing individuals and companies in internal investigations and white collar criminal defense and responding to government inquiries, both criminal and civil.

Linna has significant experience representing clients in the music industry, including successful representations for claims of copyright infringement, breach of contract, and other business and commercial disputes. She also has broad experience representing clients in cases involving a broad variety of business torts and contractual disputes. Her clients include music publishers, songwriters, production companies, fashion and apparel companies, other companies ranging from Fortune 500 companies to closely held businesses, as well as high net worth estates.

Linna has an active white collar criminal defense and investigations practice. She has experience counseling clients in responding to DOJ, SEC, PCAOB, FTC, and NY AG inquiries and investigations, including an SEC investigation into alleged accounting irregularities relating to the largest civilian government contract in the United Kingdom's history. She also has experience conducting internal investigations related to allegations of accounting fraud, wire fraud, and other related statutory violations. Linna has also represented and defended individuals charged with wire fraud, insider trading and other related violations in criminal matters.

Linna also maintains an active pro bono practice. She is a member of the Associate Board of Volunteer Lawyers for the Arts, the leading legal aid and education organization dedicated to New York artists and its arts and cultural organizations. She works regularly with Lawyers for Children, a nonprofit organization that provides free legal representation to children and youth who are victims of abuse and neglect, including winning an appeal before the First Department Appellate Division of New York on behalf of a neglected infant. She has also served as a mentor and coach to high school students in connection with moot court and mock trial competitions.

## Practice Areas

- Litigation
- Intellectual Property
- Entertainment & IP Litigation
- Securities Litigation & Enforcement
- White Collar Criminal Defense & Investigations

*These materials may constitute "Attorney Advertising" under the New York Rules of Professional Conduct and under the law of other jurisdictions*



C. LINNA CHEN
ASSOCIATE

### Representative Experience

- Secured a major victory in a bench trial on behalf of clients Sony Corporation of America, Sony Music Entertainment, and Sony/ATV Music Publishing, obtaining dismissal of copyright infringement claims brought by Mayimba Music, Inc. involving Latin-American pop star Shakira's 2010 hit song "Loca, Loca, Loca."

- Represented WB Music Corporation and Sony/ATV Music Publishing, LLC in the defense of a copyright infringement lawsuit brought in the Eastern District of Virginia by Devin Copeland.

- Represented the Special Committee of the Board of Directors of an Internet poker company in connection with an internal investigation prompted by investigations by the U.S. Attorney's Office for the Southern District of New York.

- Represented a public company based in China that is under investigation by the U.S. Securities and Exchange Commission in connection with allegations relating to accounting irregularities in connection with an acquisition.

- Represented numerous individuals in the Justice Department's investigation into fraud and collusion in the global FX market.

- Represent a U.K. executive of a U.S. information technology company in an SEC investigation into alleged accounting irregularities relating to the largest civilian government contract in the United Kingdom's history.

- Successful representation of Herman's Hermits in royalties dispute against ABKCO records.

### Distinctions

- Named "New York Metro Rising Star" in Intellectual Property Litigation by Thomson Reuters (2014-2018)

### Affiliations

- Associate Board Member, Volunteer Lawyers for the Arts
- Member, Copyright Society

### Publications

- Contributor, Entertainment, *Business and Commercial Litigation in Federal Courts, Third Edition* (December 2011)

### Media Mentions

- Law360's Weekly Verdict: Legal Lions & Lambs, *Law360* (August 14, 2015)



C. LINNA CHEN
ASSOCIATE

### Education
Columbia University School of Law, J.D., 2010, *Harlan Fiske Stone Scholar*
Cornell University, B.A., 2007, *with distinction*
*Dean's List*

### Bar Admissions
New York, 2011

### Court Admissions
U.S. District Court for the Southern District of New York
U.S. District Court for the Eastern District of New York
U.S. District Court for the Northern District of New York
U.S. Bankruptcy Court for the Northern District of New York
U.S. Court of Appeals, Second Circuit
U.S. Court of Appeals, Fourth Circuit

### Languages
Chinese