# EXHIBIT 8

| Timecard Detail Report for Glen Craig Litigation (210088-10006) | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Time from October 1, 2017 to January 31, 2018* | | | | | | | |
| Invoice | Invoice Date | Timekeeper | Work Date | Full Timecard Description | Hours | Fees Billed | Net Fees |
| 1789734 | 09/26/18 | SLOTNICK, B I | 10/25/17 | TELEPHONE CONFERENCE WITH R. LIEBOWITZ AND L. CHEN REGARDING PLAINTIFF'S OBJECTIONS TO DEFENDANTS EXPERT WITNESS (.6); EMAIL TO C. MILLER (.2); TELEPHONE CONFERENCE WITH TRUSTEE (.7) | 1.5 | $1,290.00 | $1,096.50 |
| 1789734 | 09/26/18 | CHEN, C L | 10/26/17 | REVIEW LETTER FROM PLAINTIFF RE EXPERT DISQUALIFICATION (0.3); REVIEW ALL THE CASES CITED FROM PLAINTIFF IN LETTER (2.0); DRAFT EMAIL TO B SLOTNICK RE THE FOREGOING (0.6); DRAFT LETTER RESPONSE TO COURT RE EXPERT DISQUALIFICATION (3.5) | 6.4 | $4,320.00 | $3,672.00 |
| 1789734 | 09/26/18 | SLOTNICK, B I | 10/26/17 | TELEPHONE CONFERENCE WITH L. CHEN REGARDING PLAINTIFF'S LETTER MOTION | 0.1 | $86.00 | $73.10 |
| 1789734 | 09/26/18 | CHEN, C L | 10/27/17 | REVIEW EDITS FROM B SLOTNICK RE LETTER RESPONSE (0.2); MAKE THOSE REVISIONS (0.8); PROOFREAD AND GET READY FOR FILING (0.5) | 1.5 | $1,012.50 | $860.63 |
| 1789734 | 09/26/18 | SLOTNICK, B I | 10/27/17 | REVIEW LETTER TO JUDGE OETKEN | 0.8 | $688.00 | $584.80 |
| 1789734 | 09/26/18 | | | ADDITIONAL COURTESY DISCOUNT RE MOTION | | | ($1,863.23) |
| 1764027 | 03/29/18 | CHEN, C L | 11/03/17 | COMMUNICATE WITH B SLOTNICK RE COURT'S DENIAL OF PLAINTIFF'S REQUEST FOR A CONFERENCE, EXPERT DISCOVERY SCHEDULE (0.2); REVIEW CORRESPONDENCE FROM R LIEBOWITZ RE MOTION TO STRIKE SCHEDULE (0.1); CONFER WITH B SLOTNICK RE RL CORRESPONDENCE (0.2); DRAFT EMAIL RESPONSE TO RL (0.2) | 0.7 | $472.50 | $401.63 |
| 1764027 | 03/29/18 | SLOTNICK, B I | 11/03/17 | TELEPHONE CONFERENCE WITH L. CHEN REGARDING PLAINTIFF'S PROPOSED MOTION TO STRIKE EXPERT | 0.2 | $172.00 | $146.20 |
| 1764027 | 03/29/18 | CHEN, C L | 11/20/17 | EMAIL WITH PLAINTIFF'S COUNSEL RE SEDLIK DEPOSITION AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO STRIKE (0.2); | 0.2 | $135.00 | $114.75 |
| 1764027 | 03/29/18 | SLOTNICK, B I | 11/30/17 | EMAIL TO R. LIEBOWITZ; TELEPHONE CONFERENCE WITH R. LIEBOWITZ | 0.4 | $344.00 | $292.40 |
| 1764027 | 03/29/18 | CHEN, C L | 12/01/17 | REVIEW PLAINTIFF'S MOTION TO DISQUALIFY, DECLARATIONS AND EXHIBITS | 1.0 | $675.00 | $573.75 |
| 1764027 | 03/29/18 | PEPPER, A | 12/01/17 | PREPARING LITIGATION STATEMENT ▬▬▬▬▬▬▬▬▬▬ U.S. COPYRIGHT OFFICE | 0.3 | $118.50 | $100.73 |
| 1764027 | 03/29/18 | SLOTNICK, B I | 12/01/17 | TELEPHONE CONFERENCE WITH L. CHEN | 0.2 | $172.00 | $146.20 |
| 1764027 | 03/29/18 | SLOTNICK, B I | 12/04/17 | REVIEW PLAINTIFF'S MOTION TO DISQUALIFY EXPERTS | 1.0 | $860.00 | $731.00 |
| 1764027 | 03/29/18 | CHEN, C L | 12/05/17 | CONFER WITH B SLOTNICK ON MOTION TO DISQUALIFY (0.2); BEGIN REVIEWING CASES CITED IN MOTION TO DISQUALIFY (1.5) | 1.7 | $1,147.50 | $975.38 |
| 1764027 | 03/29/18 | PEPPER, A | 12/05/17 | EMAILS TO/FROM L. CHEN AND R. MCRAE REGARDING PLAINTIFF'S MOTION TO DISQUALIFY EXPERT AND RETRIEVING CASE LAW FROM SAME | 0.2 | $79.00 | $67.15 |
| 1764027 | 03/29/18 | SLOTNICK, B I | 12/05/17 | CONFERENCE WITH L. CHEN REGARDING OPPOSITION TO MOTION TO DISQUALIFY EXPERT AND TO PREPARE PRE-TRIAL MATERIALS; EMAIL TO R. LIEBOWITZ | 0.9 | $774.00 | $657.90 |
| 1764027 | 03/29/18 | SLOTNICK, B I | 12/06/17 | REVIEW EMAILS FROM J. SEDLIK, L. CHEN AND C. MILLER; EMAIL TO C. MILLER; CONFERENCES WITH L. CHEN; TELEPHONE CONFERENCE WITH C. MILLER; TELEPHONE CONFERENCE WITH R. LIEBOWITZ | 2.7 | $2,322.00 | $1,973.70 |
| 1764027 | 03/29/18 | CHEN, C L | 12/13/17 | MEET WITH B SLOTNICK RE SETTLEMENT/DQ MOTION (0.3); COMMUNICATE WITH J SEDLIK RE DQ MOTION (0.3); FINISH READING PLAINTIFFS' CASES AND BEGIN DRAFTING OPP TO DQ MOTION (2.0) | 2.6 | $1,755.00 | $1,491.75 |

| Invoice | Invoice Date | Timekeeper | Work Date | Full Timecard Description | Hours | Fees Billed | Net Fees |
|---|---|---|---|---|---|---|---|
| 1764027 | 03/29/18 | CHEN, C L | 12/14/17 | COMMUNICATE WITH J SEDLIK | 0.3 | $202.50 | $172.13 |
| 1764027 | 03/29/18 | CHEN, C L | 12/18/17 | RESEARCH 2ND CIR AND FED LAW RE ▬▬▬ AND CONTINUE DRAFTING THE BRIEF IN OPPOSITION TO THE DISQUALIFICATION MOTION | 7.0 | $4,725.00 | $4,016.25 |
| 1764027 | 03/29/18 | CHEN, C L | 12/19/17 | CONTINUE DRAFTING BRIEF IN OPPOSITION TO DISQUALIFICATION MOTION, INCLUDING SEARCHING THROUGH THE DISCOVERY DOCUMENTS ▬▬▬ | 5.0 | $3,375.00 | $2,868.75 |
| 1764027 | 03/29/18 | CHEN, C L | 12/20/17 | REVIEW TIMELINES, SUMMARIES, AND EMAILS SENT BY J SEDLIK IN OPP TO DISQUALIFICATION MOTION (2.5); DRAFT SEDLIK'S DECLARATION IN OPP TO DISQUALIFICATION MOTION BASED ON THE FOREGOING (5.0); DRAFT FACT SECTION OF BRIEF BASED ON THE FOREGOING (2.0) | 9.5 | $6,412.50 | $5,450.63 |
| 1764027 | 03/29/18 | SLOTNICK, B I | 12/20/17 | TELEPHONE CONFERENCE WITH CLIENT AND K. KRAUS REGARDING SETTLEMENT ISSUES; REVIEW DRAFT MOTION PAPERS | 1.2 | $1,032.00 | $877.20 |
| 1764027 | 03/29/18 | CHEN, C L | 12/21/17 | REVISE SEDLIK DECLARATION AND BRIEF PER B SLOTNICK'S COMMENTS, AND ADD IN CROSS-REFERENCES (3.0); FINISH DRAFTING B SLOTNICK DECLARATION (0.2); REVIEW J OETKEN RULES RE REDACTIONS (0.2); ORGANIZE AND COMMUNICATE WITH A PEPPER RE EXHIBITS TO SEDLIK AND SLOTNICK DECLARATIONS FOR FILING, INCLUDING REDACTIONS (0.4) | 3.8 | $2,565.00 | $2,180.25 |
| 1764027 | 03/29/18 | PEPPER, A | 12/21/17 | CITE-CHECKING AND QUOTE-CHECKING FACTUAL CITATIONS IN MEMO OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY EXPERT (2.6); ASSEMBLING EXHIBITS TO SLOTNICK AND SEDLIK DECLARATIONS (2.3) | 4.9 | $1,935.50 | $1,645.18 |
| 1764027 | 03/29/18 | SLOTNICK, B I | 12/21/17 | REVIEW AND REVISE OPPOSITION PAPERS ON MOTION TO DISQUALIFY; CONFERENCE WITH L. CHEN REGARDING MOTION | 1.2 | $1,032.00 | $877.20 |
| 1764027 | 03/29/18 | CHEN, C L | 12/22/17 | REVIEW SEDLIK'S COMMENTS AND EDITS TO HIS DECLARATION, ACCEPT AS APPROPRIATE, AND COMMUNICATE WITH B SLOTNICK AND SEDLIK RE SEDLIK'S CHANGES (2.0); REVISE SEDLIK DECLARATION AND COMMUNICATE WITH HIM TO FINALIZE THE DECLARATION (1.0); REVIEW AND APPROVE SEDLIK AND SLOTNICK DECLARATION EXHIBITS FOR FILING INCLUDING THE NECESSARY REDACTIONS (0.5); PROOF READ AND FINALIZE THE BRIEF FOR FILING, AND EDIT THE TABLES AS NECESSARY (1.5); PROOF READ AND FINALIZE THE SEDLIK DECLARATION FOR FILING (1.0) | 6.0 | $4,050.00 | $3,442.50 |
| 1764027 | 03/29/18 | PEPPER, A | 12/22/17 | CONTINUED CITE-CHECKING AND QUOTE-CHECKING LEGAL CITATIONS IN MEMO OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY EXPERT (.6); CITE-CHECKING AND QUOTE-CHECKING FACTUAL CITATIONS IN MEMO OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY EXPERT (1.8); EDITING AND FINALIZING EXHIBITS TO SLOTNICK AND SEDLIK DECLARATIONS (2.2); EDITING MEMO OF LAW (.8) REVIEW AND REVISING TABLES OF CONTENTS AND AUTHORITIES (.6) | 6.0 | $2,370.00 | $2,014.50 |
| 1764027 | 03/29/18 | CHEN, C L | 01/23/18 | CALL WITH B SLOTNICK AND J SEDLIK RE MOTION TO DISQUALIFY | 0.4 | $270.00 | $229.50 |
| 1764027 | 03/29/18 | SLOTNICK, B I | 01/23/18 | TELEPHONE CONFERENCE WITH J. SEDLIK AND L. CHEN | 0.3 | $258.00 | $219.30 |
| | | | | **Total** | **68.0** | **$44,650.50** | **$36,089.71** |
| | | | | | | | 55,903 |

Timecard Detail Report for Glen Craig Litigation
Time from April 1, 2018 to May 31, 2018

| Timekeeper | Work Date | Full Timecard Description | Hours Worked | Fees Billed |
|---|---|---|---|---|
| PEPPER, ANTOINETTE | 04/04/18 | ASSEMBLING MOTION PAPERS ON MOTION TO DISQUALIFY EXPERT FOR B. SLOTNICK | 0.7 | $276.50 |
| SLOTNICK, BARRY | 04/04/18 | CONFERENCE WITH L. CHEN; REVIEW R. LIEBOWITZ EMAIL; EMAIL TO C. MILLER; TELEPHONE CONFERENCE WITH N. TARDIF; EMAIL TO P. SANDHAUS | 0.7 | $602.00 |
| SLOTNICK, BARRY | 04/05/18 | TELEPHONE CONFERENCE WITH J. SEDLIK | 0.2 | $172.00 |
| SLOTNICK, BARRY | 04/05/18 | REVIEW PLAINTIFF'S MOTION TO DISQUALIFY EXPERT IN PREPARATION FOR HEARING | 0.7 | $602.00 |
| SLOTNICK, BARRY | 04/06/18 | REVIEW PLAINTIFF'S MOTION TO DISQUALIFY EXPERT | 2.1 | $1,806.00 |
| SLOTNICK, BARRY | 04/11/18 | REVIEW MOTION TO DISQUALIFY EXPERT; TELEPHONE CONFERENCE WITH C. MULLER | 0.8 | $688.00 |
| SLOTNICK, BARRY | 04/12/18 | REVIEW MOTION FOR DISQUALIFICATION; PREPARE FOR EVIDENTIARY HEARING | 3.2 | $2,752.00 |
| SLOTNICK, BARRY | 04/13/18 | EMAILS TO CLIENTS REGARDING STATUS OF PENDING MOTION (.3); TELEPHONE CONFERENCE WITH CLIENT (.2); TELEPHONE CONFERENCE WITH R. LIEBOWITZ (.2) | 0.7 | $602.00 |
| SLOTNICK, BARRY | 04/20/18 | EMAIL TO C. GIBBS (.2); TELEPHONE CONFERENCE WITH C. GIBBS (.4); EMAIL TO CLIENTS (.1) | 0.7 | $602.00 |
| SLOTNICK, BARRY | 04/23/18 | EMAIL TO C. MILLER REGARDING CONVERSATION WITH CARL GIBLOS | 0.1 | $86.00 |
| SLOTNICK, BARRY | 04/25/18 | EMAIL TO CLIENTS TO ADVISE AS TO STATUS OF CASES AND PROJECTED NEXT STEPS; EMAIL TO P. SANDHAUS | 0.3 | $258.00 |
| CHEN, LINNA | 05/17/18 | MEET WITH B SLOTNICK IN PREP FOR SEDLIK EVIDENTIARY HEARING | 0.3 | $202.50 |
| CHEN, LINNA | 05/21/18 | DRAFT CROSS EX OUTLINE FOR CRAIG | 5.5 | $3,712.50 |
| CHEN, LINNA | 05/22/18 | BEGIN DRAFTING SEDLIK DIRECT EXAMINATION OUTLINE | 5 | $3,375.00 |
| CHEN, LINNA | 05/23/18 | MEET WITH B SLOTNICK RE CRAIG CROSS (.5); DRAFT SEDLIK DIRECT EXAMINATION OUTLINE (6.0) | 6.5 | $4,387.50 |
| CHEN, LINNA | 05/24/18 | REVISE SEDLIK DIRECT OUTLINE (1.5); MEET WITH SEDLIK AND B SLOTNICK IN PREP FOR EVIDENTIARY HEARING (5.0); REVISE SEDLIK OUTLINE PER MEETING WITH SEDLIK (2.0); COMMUNICATE WITH A PEPPER RE PREPARATION OF POTENTIAL HEARING EXHIBITS (0.3); PREPARE CROSS EXAMINATION OUTLINE FOR LIEBOWITZ (2.0); RESEARCH ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ AND COMMUNICATE WITH B SLOTNICK RE SAME (0.5) | 11 | $7,425.00 |
| CHEN, LINNA | 05/25/18 | PREP FOR AND ATTEND EVIDENTIARY HEARING | 7 | $4,725.00 |
| CHEN, LINNA | 05/30/18 | REVIEW TRANSCRIPT FROM EVIDENTIARY HEARING | 1 | $675.00 |
| PEPPER, ANTOINETTE | 05/24/18 | PREPARING DOCUMENTS FOR EVIDENTIARY HEARING ON MOTION TO DISQUALIFY EXPERT | 3.3 | $1,303.50 |
| PEPPER, ANTOINETTE | 05/25/18 | CONTINUED TO PREPARE DOCUMENTS FOR EVIDENTIARY HEARING ON MOTION TO DISQUALIFY EXPERT | 4.5 | $1,777.50 |

Timecard Detail Report for Glen Craig Litigation
Time from April 1, 2018 to May 31, 2018

| Timekeeper | Work Date | Full Timecard Description | Hours Worked | Fees Billed |
|---|---|---|---|---|
| SLOTNICK, BARRY | 05/17/18 | CONFERENCE WITH L. CHEN RE HEARING (.1); PREPARATION FOR MOTION FOR DISQUALIFICATION HEARING (.2) | 0.3 | $258.00 |
| SLOTNICK, BARRY | 05/22/18 | PREPARE FOR DISQUALIFICATION HEARING | 3.5 | $3,010.00 |
| SLOTNICK, BARRY | 05/23/18 | PREPARE FOR EVIDENTIARY HEARING | 3.8 | $3,268.00 |
| SLOTNICK, BARRY | 05/24/18 | PREPARE FOR HEARING (5.0); MEETING WITH J. SEDLIK (2.6) | 7.6 | $6,536.00 |
| SLOTNICK, BARRY | 05/25/18 | PREPARE FOR HEARING (3.0); ATTEND HEARING (4.5) | 7.5 | $6,450.00 |
| SLOTNICK, BARRY | 05/29/18 | EMAILS TO P. SANDHAUS REGARDING MOTION FOR DISQUALIFICATION | 0.2 | $172.00 |
| SLOTNICK, BARRY | 05/31/18 | REVIEW TRANSCRIPT OF EVIDENTIARY HEARING ON MOTION TO DISQUALIFY EXPERT (.7) | 0.7 | $602.00 |
| | | Sum: | | $56,326.00 |