# EXHIBIT 9


LOEB & LOEB LLP

| MATTER # 210088-10006 | ESTATE OF B.B. KING | 3/29/2018 |
| INVOICE # 1764027 | GLEN CRAIG LITIGATION | PAGE 10 |

**NET FEES**

**Disbursement Detail**

| Date | Description of Disbursements | Amount |
|---|---|---|
| 11/24/17 | ███ | ███ |
| 12/8/17 | EXPRESS MAIL DELIVERY Invoice No: 601846847 Paid to: Fedex per 10512 Ship To: Jeff Sedlik Ship Dt: 12/01/17 FedEx Priority Overnight&#174; Airbill: 788720837203 | 17.10 |
| 12/11/17 | ███ | ███ |
| 1/11/18 | ███ | ███ |
| 2/28/18 | ███ | ███ |
|  | TOTAL | ███ |





# PROFESSOR JEFFREY SEDLIK
**Expert Witness & Consulting Services**
145 North Sierra Madre Blvd, Suite 4, Pasadena, CA 91107  Tel 626 808 0000  Fax 626 737 1071
EXPERT@SEDLIK.COM

| **INVOICE** | UMG1701-09 | | Date: | 8/9/2018 |
|---|---|---|---|---|
| Client | Universal Music Group, Inc. - Attn: Carla Miller | | | |
| Matter | Glen Craig v Universal Music Group, Inc., et al | | | |
| Contact | Carla Miller | | | |
| Services | Consulting, Expert Witness Services - Disqualification Motion, Responses and Hearing | | | |
| Job Date/s | 12/5/2017 - 8/8/18 | | | |

### Fees

| Description | Hours | Fees<br>If paid within 10 Days | Fees<br>If paid within 11-30 Days |
|---|---|---|---|
| Consulting & Expert Services | 106.8 | $65,949.00 | $69,420.00 |
| Conditional Credit - Courtesy | -15.8 | -$9,756.50 | -$10,270.00 |
| Consulting Hours and Fees Billed | 91.0 | $ 56,192.50 | $ 59,150.00 |

### Reimbursable Expenses

| Description | Expenses | Expenses |
|---|---|---|
| Admin Assistance 10.1 hrs @ $150/hr | $1,515.00 | $1,515.00 |
| Courtesy Credit: Admin Assistance -1.2 hrs @ $150/hr | -$180.00 | -$180.00 |
| Printing: 231 pages @ $0.60/page | $138.60 | $138.60 |
| Per Diem: 4@$150 | $600.00 | $600.00 |
| Hotel (excluding non-billable charges) | $1,029.75 | $1,029.75 |
| American Air - airfare (paid client direct) | $0.00 | $0.00 |
| American Air - reservation change fee | $75.00 | $75.00 |
| Ground - LAX 2@$75 | $150.00 | $150.00 |
| Gratuities | $25.00 | $25.00 |
| Wifi - flight | $16.00 | $16.00 |
| Reimbursable Expenses Billed | $3,369.35 | $3,369.35 |

### Total Fees and Reimbursable Expenses

| | Fees and Expenses | Fees and Expenses |
|---|---|---|
| Total Fees and Reimbursable Expenses | $59,561.85 | $62,519.35 |
| Late Charges @ 2% monthly on unpaid balances after 30 days | | $0.00 |
| Grand Total | $59,561.85 | $62,519.35 |
| Less Payment: | | |
| **Total Due** | **$59,561.85** | **$62,519.35** |
| | Paid by 08/19/2018 | Paid by 09/08/2018 |

**TERMS**

Per Engagement Agreement. Net 30 Days, with 5% Early Payment Discount (on fees only) if payment in full is delivered to our offices within ten (10) calendar days of invoice delivery. We can make no exceptions to this policy. A 2% monthly late charge will be applied to accrued outstanding balances after 30 days. All invoiced charges are deemed accurate unless we are notified of any errors within ten (10) calendar days of invoice delivery.  Additional fees and expenses (if any) for this period may be separately invoiced.

**PAYMENT INFORMATION FOR CHECKS OR ELECTRONIC PAYMENTS**

Jeff Sedlik Photography, 1528 Braeburn Road, Altadena, CA 91001 USA, Tax ID# 95-4482389,
Bank: Bank of America, Bank Address  222 Broadway, NY, NY, 10038  (888) 287 4637
Account:  03039-09821, Jeff Sedlik Photography 1528 Braeburn Road, Altadena, CA 91001 USA
Routing:  ACH/EFT: 122000661 or Wire: 026009593  or SWIFT: BOFAUS3N Notification to: accounts@sedlik.com

**PROFESSOR JEFFREY SEDLIK**
Expert Witness & Consulting Services

**CONSULTING FEE SUMMARY - INVOICE #UMG1701-09**                                8/9/2018

**CLIENT**   Universal Music Group, Inc. - Attn: Carla Miller
**MATTER**   Glen Craig v Universal Music Group, Inc., et al

| BILLING | HOURS | RATE | TOTAL | EARLY PAYMENT DISCOUNT OF 5% |
|---|---|---|---|---|
| Hours Dedicated to Matter | 106.8 | @$650 | $69,420.00 | Save $2,957.50 with 10 day payment (by 8/19/2018) |
| Less "No Charge" Hours | -15.8 | @$650 | -$10,270.00 | See Invoice page 1 for details. |
| **Net Hours Billed** | **91.0** | @$650 | **$59,150.00** | |

| Item # | Date | Hours Worked | Less N/C Hours | Billed Hours | With | Type | Description | |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/5/17 | 2.2 | | **2.2** | JS | REV | Disqualification: Review Documents | 4 |
| 2 | 12/5/17 | 2.0 | | **2.0** | JS | REV | Disqualification: Review past communications with Plaintiff, Plaintiff's counsel, others | 4 |
| 3 | 12/5/17 | 1.5 | | **1.5** | JS | REV | Disqualification: Review telephone communications with Plaintiff, Plaintiff's counsel, others | 4 |
| 4 | 12/5/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 5 | 12/5/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 6 | 12/6/17 | 0.5 | | **0.5** | JS/LC/BS | COM | Disqualification: Communication | 1 |
| 7 | 12/6/17 | 0.2 | | **0.2** | JS/STAFF | COM | Disqualification: Communication with staff | 3 |
| 8 | 12/8/17 | 0.1 | -0.1 | **0.0** | JS/LC/BS | COM | Disqualification: Communication | 1 |
| 9 | 12/9/17 | 2.5 | | **2.5** | JS | REV | Disqualification: Review Documents | 4 |
| 10 | 12/12/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 11 | 12/13/17 | 0.1 | | **0.1** | JS/LC | COM | Disqualification: Communication | 3 |
| 12 | 12/13/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 13 | 12/13/17 | 0.2 | | **0.2** | JS/LC | COM | Disqualification: Communication | 1 |
| 14 | 12/13/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 15 | 12/13/17 | 0.4 | | **0.4** | JS/LC | COM | Disqualification: Communication | 1 |
| 16 | 12/14/17 | 0.4 | | **0.4** | JS/BS | COM | Disqualification: Communication | 1 |
| 17 | 12/14/17 | 0.2 | -0.2 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 18 | 12/14/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 19 | 12/18/17 | 7.8 | -1.8 | **6.0** | JS | DRA | Disqualification: Provide written responses | 10 |
| 20 | 12/19/17 | 2.0 | | **2.0** | JS | DRA | Disqualification: Provide written responses | 10 |
| 21 | 12/19/17 | 10.7 | -2.0 | **8.7** | JS | DRA | Disqualification: Provide written responses | 10 |
| 22 | 12/20/17 | 4.2 | -0.2 | **4.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 23 | 12/20/17 | 0.7 | | **0.7** | JS/STAFF | COM | Disqualification: Communication with staff | 3 |
| 24 | 12/20/17 | 0.4 | | **0.4** | JS/STAFF | COM | Disqualification: Communication with staff | 3 |
| 25 | 12/20/17 | 0.8 | | **0.8** | JS/STAFF | COM | Disqualification: Communication with staff | 3 |
| 26 | 12/20/17 | 1.2 | | **1.2** | JS | REV | Disqualification: Review past communications with Plaintiff, Plaintiff's counsel, others | 4 |
| 27 | 12/21/17 | 4.0 | -0.5 | **3.5** | JS | DRA | Disqualification: Provide written responses | 10 |
| 28 | 12/22/17 | 3.0 | | **3.0** | JS | REV | Disqualification: Provide written responses | 4 |
| 29 | 12/22/17 | 0.3 | | **0.3** | JS/LC | COM | Disqualification: Communication | 3 |
| 30 | 12/22/17 | 0.5 | | **0.5** | JS/STAFF | ADM | Disqualification: Administration | 13 |
| 31 | 12/23/17 | 0.5 | -0.5 | **0.0** | JS/BS/LC | COM | Disqualification: Communication | |
| 32 | 12/26/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 33 | 12/26/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 34 | 12/26/17 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 35 | 12/26/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 36 | 12/29/17 | 3.2 | -0.2 | **3.0** | JS | DRA | Disqualification: Provide written responses | 10 |
| 37 | 12/29/17 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |

| Item # | Date | Hours Worked | Less N/C Hours | Billed Hours | With | Type | Description | |
|---|---|---|---|---|---|---|---|---|
| 38 | 12/31/17 | 0.8 | | **0.8** | JS | REV | Disqualification: Review Documents | 4 |
| 39 | 12/31/17 | 0.4 | | **0.4** | JS | REV | Disqualification: Review Documents | 4 |
| 40 | 1/2/18 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| **41** | 1/2/18 | 3.5 | | **3.5** | JS/LC | COM | Disqualification: Communication | 1 |
| 42 | 1/3/18 | 2.2 | -0.5 | **1.7** | JS/LC/BS | COM | Disqualification: Communication | 1 |
| 43 | 1/4/18 | 0.5 | -0.2 | **0.3** | JS/LC/BS | COM | Disqualification: Communication | 1 |
| 44 | 1/8/18 | 0.2 | | **0.2** | JS | REV | Disqualification: Review Documents | 4 |
| 45 | 1/15/18 | 0.6 | -0.2 | **0.4** | JS/LC/BS | COM | Disqualification: Communication | 1 |
| 46 | 1/19/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 47 | 1/20/18 | 0.2 | -0.2 | **0.0** | JS/BLC/BS | COM | Disqualification: Communication | 1 |
| 48 | 1/23/18 | 0.4 | | **0.4** | JS/LC/BS | COM | Disqualification: Communication | 3 |
| 49 | 2/22/18 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 3 |
| 50 | 2/22/18 | 0.2 | | **0.2** | JS/STAFF | ADM | Disqualification: Administration | 13 |
| 51 | 2/27/18 | 0.2 | -0.2 | **0.0** | JS/LC/BS | COM | Disqualification: Communication | 1 |
| 52 | 2/28/18 | 0.4 | -0.4 | **0.0** | JS/LC/BS | COM | Disqualification: Communication | 1 |
| 53 | 3/5/18 | 0.1 | -0.1 | **0.0** | JS/LC/BS | COM | Disqualificaiton: Communication | 1 |
| 54 | 3/6/18 | 0.4 | | **0.4** | JS/STAFF | ADM | Disqualification: Administration | 13 |
| 55 | 3/8/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 56 | 4/3/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 57 | 4/5/18 | 0.4 | | **0.4** | JS/BS | COM | Disqualification: Travel Logistics | 1 |
| 58 | 4/5/18 | 0.1 | -0.1 | **0.0** | JS/DF/BS | COM | Disqualification: Communication | 1 |
| 59 | 4/9/18 | 0.1 | -0.1 | **0.0** | JS/DF | COM | Disqualification: Communication | 1 |
| 60 | 4/10/18 | 0.1 | -0.1 | **0.0** | JS/DF | COM | Disqualification: Communication | 1 |
| 61 | 4/11/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 62 | 4/12/18 | 0.4 | | **0.4** | JS | ADM | Disqualification: Travel Logistics | 13 |
| 63 | 4/12/18 | 0.2 | | **0.2** | JS/BS | COM | Disqualification: Communication | 1 |
| 64 | 4/12/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 65 | 4/16/18 | 0.2 | -0.2 | **0.0** | JS/BS/LC | COM | Disqualification: Communication | 1 |
| 66 | 4/26/18 | 0.1 | | **0.1** | JS/BS | COM | Disqualificaiton: Communication | 3 |
| 67 | 5/8/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 68 | 5/8/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 69 | 5/11/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 70 | 5/16/18 | 0.1 | | **0.1** | JS/LC | COM | Disqualification: Communication | 1 |
| 71 | 5/17/18 | 0.8 | -0.3 | **0.5** | JS/BS | COM | Disqualification: Communication | 1 |
| 72 | 5/18/18 | 2.4 | -1.4 | **1.0** | JS | ADM | Disqualification: Travel Logistics | 13 |
| 73 | 5/21/18 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| 74 | 5/21/18 | 0.4 | | **0.4** | JS/LC | COM | Disqualification: Communication | 1 |
| 75 | 5/22/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 76 | 5/22/18 | 0.1 | | **0.1** | JS/BS | COM | Disqualification: Communication | 1 |
| 77 | 5/22/18 | 0.6 | -0.1 | **0.5** | JS | RES | Disqualification: Review records and provide written responses | 14 |
| 78 | 5/22/18 | 0.1 | -0.1 | **0.0** | JS/LC | COM | Disqualification: Communication | 1 |
| **79** | 5/23/18 | 4.0 | | **4.0** | JS | TRV | Disqualification: Flight | 9 |
| 80 | 5/23/18 | 2.1 | | **2.1** | JS | REV | Disqualification: Review in preparation for hearing testimony | 4 |
| **81** | 5/23/18 | 2.0 | | **2.0** | JS | TRV | Disqualification: Overnight | 9 |
| 82 | 5/24/18 | 4.5 | | **4.5** | JS | REV | Disqualification: Review in preparation for hearing testimony | 4 |
| 83 | 5/24/18 | 5.0 | | **5.0** | JS/LC/BS | MET | Disqualificaiton: Meeting in preparation for hearing testimony | 7 |
| 84 | 5/24/18 | 2.0 | | **2.0** | JS | REV | Disqualification: Review in preparation for hearing testimony | 4 |

| Item # | Date | Hours Worked | Less N/C Hours | Billed Hours | With | Type | Description | |
|---|---|---|---|---|---|---|---|---|
| **85** | 5/24/18 | 2.0 | | **2.0** | JS | TRV | Disqualification: Overnight | 9 |
| 86 | 5/25/18 | 2.5 | | **2.5** | JS | REV | Disqualification: Review in preparation for hearing testimony | 4 |
| 87 | 5/25/18 | 0.2 | -0.2 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| **88** | 5/25/18 | 4.0 | | **4.0** | JS/LC/BS | TST | Disqualification: Attend hearing | 8 |
| **89** | 5/25/18 | 2.0 | | **2.0** | JS | TRV | Disqualification: Overnight | 9 |
| **90** | 5/26/18 | 4.0 | | **4.0** | JS | TRV | Disqualification: Flight | 9 |
| 91 | 6/19/18 | 0.5 | -0.5 | **0.0** | JS | REV | Disqualificaiton: Review of motion (NC) | 4 |
| 92 | 6/21/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 3 |
| 93 | 7/3/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 94 | 7/5/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 95 | 7/9/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 96 | 7/12/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 97 | 7/13/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 98 | 7/16/18 | 0.2 | -0.2 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 99 | 7/16/18 | 0.1 | -0.1 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 100 | 7/18/18 | 0.5 | -0.5 | **0.0** | JS/BS | COM | Disqualification: Communication | 1 |
| 101 | 7/18/18 | 0.6 | -0.6 | **0.0** | JS | REV | Disqualification: Review documents | 4 |
| 102 | 8/1/18 | 0.3 | -0.3 | **0.0** | JS/BS | COM | Disqualificaiton: Communication | 3 |
| 103 | 8/8/18 | 1.6 | -0.8 | **0.8** | JS | ADM | Disqualificaiton: Administration | 13 |

**PROFESSOR JEFFREY SEDLIK**
**Expert Witness & Consulting Services**
145 North Sierra Madre Blvd, Suite 4, Pasadena, CA 91107  Tel 626 808 0000  Fax 626 737 1071
EXPERT@SEDLIK.COM

| **INVOICE** | UMG1701-08A | | Date: | 8/8/2018 |
|---|---|---|---|---|
| Client | Universal Music Group, Inc. - Attn: Carla Miller | | | |
| Matter | Glen Craig v Universal Music Group, Inc., et al | | | |
| Contact | Carla Miller | | | |
| Services | Consulting, Expert Witness Services - Disqualification Motion, Responses , Communication | | | |
| Job Date/s | 12/5/2017 - 8/8/18 | | | |

**Fees**

| Description | Hours | | Fees |
|---|---|---|---|
| Consulting & Expert Services | 11.3 | $650.00 | $7,345.00 |
| Consulting Hours and Fees Billed | 11.3 | $ | 7,345.00 |

**Reimbursable Expenses**

| Description | Expenses |
|---|---|
| Reimbursable Expenses Billed | $0.00 |

| **Total Fees and Reimbursable Expenses** | Fees and Expenses |
|---|---|
| Total Fees and Reimbursable Expenses | $7,345.00 |
| Grand Total | $7,345.00 |
| Less Payment: | |
| **Total Due** | **$7,345.00** |

**TERMS**

A 2% monthly late charge will be applied to accrued outstanding balances after 30 days. All invoiced charges are deemed accurate unless we are notified of any errors within ten (10) calendar days of invoice delivery.  Additional fees and expenses (if any) for this period may be separately invoiced.

**PAYMENT INFORMATION FOR CHECKS OR ELECTRONIC PAYMENTS**

Jeff Sedlik Photography, 1528 Braeburn Road, Altadena, CA 91001 USA, Tax ID# 95-4482389,
Bank: Bank of America, Bank Address  222 Broadway, NY, NY, 10038  (888) 287 4637
Account:  03039-09821, Jeff Sedlik Photography 1528 Braeburn Road, Altadena, CA 91001 USA
Routing:  ACH/EFT: 122000661 or Wire: 026009593  or SWIFT: BOFAUS3N Notification to: accounts@sedlik.com