UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GLEN CRAIG,

           Plaintiff,

           -against-

UMG RECORDINGS, INC., KINGSID
VENTURES, LTD., and ESTATE OF RILEY
B. KING,

           Defendants.

------------------------------------------------------------X

No. 16 Civ. 5439 (JPO)

**JUDGMENT**

Having considered (a) Defendants UMG Recordings, Inc., Kingsid Ventures Ltd. and Estate of Riley B. King's (together, "Defendants") Motion for Sanctions (Dkt. No. 71) and all memoranda, declarations, and exhibits in support thereof and in opposition thereto; (b) Plaintiff Glen Craig's Motion for Reconsideration (Dkt. No. 98) and all memoranda, declarations, and exhibits in support thereof and in opposition thereto; (c) Declaration of Barry I. Slotnick (Dkt. No. 105 ("Fee Declaration")) and all exhibits in support thereof; and (d) Plaintiff's Opposition to the Fee Declaration (Dkt. No. 106), it is hereby

ADJUDGED that Defendants are hereby awarded $98,532.62 in attorney's fees and costs pursuant to 28 U.S.C. § 1927 against Plaintiff's counsel Richard Liebowitz ("Liebowitz") and the Liebowitz Law Firm, located at 11 Sunrise Plaza, Suite 301, Valley Stream, NY 11580.

IT IS FURTHER ADJUDGED that Liebowitz and the Liebowitz Law Firm are jointly and severally liable for the award of $98,532.62 in attorneys' fees and costs.

Dated:   July 16, 2019

                                                                                       _____
                                                                                       J. PAUL OETKEN
                                                                                United States District Judge