

October 28, 2019

**VIA ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Craig v Universal Music Group, Inc. et al. (1:16-cv-5439-JPO)*

Dear Judge Oetken,

    We represent Plaintiff, Glen Craig, in the above in captioned case. The parties are still finalizing the settlement agreement. We respectfully request an additional 30-days to either re-open the case or file the stipulation of dismissal

The Court's consideration is much appreciated.

Respectfully Submitted,

/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Plaintiff Glen Craig*

> Granted.  The deadline for restoring the action to the Court's calendar is hereby extended to November 29, 2019.
> So ordered.
> October 28, 2019

_____
J. PAUL OETKEN
United States District Judge