# EXHIBIT 1

**Linna Chen**

| | |
|---|---|
| **From:** | Richard Liebowitz <RL@liebowitzlawfirm.com> |
| **Sent:** | Monday, November 25, 2019 5:54 PM |
| **To:** | Linna Chen |
| **Cc:** | Barry Slotnick; Brandon Liebowitz |
| **Subject:** | Re: Agreement with UMG |

**This email originated from outside of Loeb's Network.**

Hi Linna,

We should be able to bed this to bed by end of this year. I will seek an extension until December 31st to finalize everything. I am waiting on the client to get back to me. Brandon will let you know about the Chase issue.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com

************************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
************************************************************************

On Mon, Nov 25, 2019 at 5:49 PM Linna Chen <lchen@loeb.com> wrote:

> Hi Richard, we'd appreciate getting this thing finalized and put to bed.  It has now been almost 2 months since I sent you the draft settlement agreement, and even if Glen hasn't had a chance to review it - we haven't received any comments from you.  So I assume you don't have any.  If that's the case, please sign and have your client sign the attached.
>
> If that's not the case - do you plan on seeking another extension?  If so, what do you plan on informing the court as to the reasons for another extension?  Since I haven't heard from you or Brandon on the Chase issue, I assume the hold has been lifted, and you have the funds to fund the settlement.
>
> Thanks, Linna

1

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Wednesday, November 6, 2019 11:42 AM
**To:** Linna Chen <lchen@loeb.com>
**Cc:** Barry Slotnick <bslotnick@loeb.com>
**Subject:** Re: Agreement with UMG

Sorry client has been traveling. Will follow up with him. Thank you.

On Wed, Nov 6, 2019 at 11:30 AM Linna Chen <lchen@loeb.com> wrote:

> Hi Richard, it has been 3 weeks. Do you have any comments? If not, please execute and have your client execute the settlement agreement. Thanks, Linna

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Wednesday, October 16, 2019 2:26 AM
**To:** Linna Chen <lchen@loeb.com>
**Cc:** Barry Slotnick <bslotnick@loeb.com>
**Subject:** Re: Agreement with UMG

Hi Linna,

Client is away until next week. Will get back to you then. Thank you.

Best,

Richard Liebowitz, Esq.

Liebowitz Law Firm, PLLC

t.516-233-1660

RL@LiebowitzLawFirm.com

www.LiebowitzLawFirm.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Tue, Oct 15, 2019 at 3:09 PM Linna Chen <lchen@loeb.com> wrote:

> Richard – do you have any comments?  If not, please sign, and have your client sign, and we will have our clients execute.  Thanks, Linna
>
> **Linna Chen**
> *Partner*
>
> 
>
> **1909-2019 | CELEBRATING OUR 110TH ANNIVERSARY**
>
> 345 Park Avenue | New York, NY 10154
> **Direct Dial:**212.407.4953 | **Fax:**212.412.9054 | **E-mail:**lchen@loeb.com
> **Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong |** www.loeb.com
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.