# EXHIBIT 2

# Antoinette Pepper

| | |
|---|---|
| **From:** | Linna Chen |
| **Sent:** | Monday, December 30, 2019 2:16 PM |
| **To:** | Richard Liebowitz |
| **Cc:** | Barry Slotnick |
| **Subject:** | RE: Signed Agreement- Craig v. UMG et al. |

Hi Richard, that is fine, but please edit the letter so it says that the parties have **now finalized** the settlement agreement.  Right now it says the parties **have not finalized**.  Thanks, Linna

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Monday, December 30, 2019 2:13 PM
**To:** Linna Chen <lchen@loeb.com>
**Cc:** Barry Slotnick <bslotnick@loeb.com>
**Subject:** Re: Signed Agreement- Craig v. UMG et al.

**This email originated from outside of Loeb's Network.**

See attached with your revisions. I just added a line saying that the Defendants consent to this extension. Can I file this? Thanks.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, Dec 30, 2019 at 2:09 PM Linna Chen <lchen@loeb.com> wrote:

> Thanks Richard.  We will send this to our clients for their signatures.
>
> We will agree to the attached letter with the following changes:

We represent Plaintiff, Glen Craig, in the above in captioned case.  We write to request a final 3-week extension of the deadline to restore the action to the Court's calendar.  We believe extraordinary circumstances exist for this extension because the parties have now finalized the settlement agreement, and Mr. Craig signed the agreement today.  The 3-week extension is necessary so that Defendants can execute the agreement and the parties can effectuate the terms of the settlement agreement, including filing a stipulated dismissal of this action.

Thanks,

Linna

**Linna Chen**
*Partner*



**1909-2019 | CELEBRATING OUR 110TH ANNIVERSARY**

345 Park Avenue | New York, NY 10154

**Direct Dial:** 212.407.4953 | **Fax:** 212.412.9054 | **E-mail:** lchen@loeb.com

Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Monday, December 30, 2019 1:41 PM
**To:** Barry Slotnick <bslotnick@loeb.com>; Linna Chen <lchen@loeb.com>
**Subject:** Signed Agreement- Craig v. UMG et al.

Hi Barry and Linna,

Attached please find the signed agreement by my client and myself. We look forward to receiving a copy of the final executed agreement. I know it is the holidays and New Year so your clients might a little time to sign the agreement. I am attaching a short letter to the Court requesting another 3 weeks to file the stipulation of dismissal. Please let me know if you consent so I can add that to the letter and I can file.

Thank you.

Best,

Richard Liebowitz, Esq.

Liebowitz Law Firm, PLLC

t.516-233-1660

RL@LiebowitzLawFirm.com

www.LiebowitzLawFirm.com

****************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

****************************************************************