# EXHIBIT 3

**Antoinette Pepper**

| | |
|---|---|
| **From:** | Linna Chen |
| **Sent:** | Monday, January 6, 2020 4:04 PM |
| **To:** | Richard Liebowitz; glencraig@rcn.com |
| **Cc:** | Barry Slotnick |
| **Subject:** | RE: Craig v UMG |
| **Importance:** | High |

Richard and Glen,

We specifically requested that Glen respond to our email, which he did not, and which he has not.

Our clients are not comfortable moving forward with executing the settlement agreement unless and until they get something in writing from Glen personally – and not Richard – acknowledging that (1) he read the settlement agreement, (2) authorized his signature on the settlement agreement, and (3) understands the terms of the settlement agreement including the releases.

If the above is not Glen's correct email, please give us Glen's updated email information.

Glen, please respond to this email from your email account. If you don't agree with (1), (2), or (3), please also let us know in writing in response to this email.

Thanks,
Linna

---

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Monday, December 30, 2019 4:50 PM
**To:** Linna Chen <lchen@loeb.com>
**Cc:** glencraig@rcn.com; Barry Slotnick <bslotnick@loeb.com>
**Subject:** Re: Craig v UMG

**This email originated from outside of Loeb's Network.**

Hi Linna,

I just spoke with Glen. Yes, he signed the agreement. We look forward to receiving a copy of the executed agreement. I attached the agreement with the signature on the LLF line as well.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, Dec 30, 2019 at 3:38 PM Linna Chen <lchen@loeb.com> wrote:

> Richard,
>
> I am writing to let you know that Barry and I received missed calls from Glen this afternoon. As you are his attorney of record in this case, we did not take the call and do not feel comfortable taking any calls from Glen without you being present. Glen did leave a message, however, and there is some lack of clarity as to whether Glen is in agreement with the terms of the settlement agreement. It is also unclear to us whether you still represent him as counsel in this case.
>
> Glen,
>
> We would also like to confirm with you that you have agreed to the attached, which Richard sent us this morning. Please confirm in writing that you either signed or gave Richard the authority to sign the agreement on your behalf. If you have concerns with the terms of the settlement agreement, please let us know in writing with Richard copied. If Richard is no longer representing you in this matter, please also let us know so in writing. If you have other counsel, please copy that attorney.
>
> Thanks very much,
>
> Linna
>
> **Linna Chen**
> *Partner*
>
> 
>
> **1909-2019 | CELEBRATING OUR 110TH ANNIVERSARY**
>
> 345 Park Avenue | New York, NY 10154
>
> Direct Dial: 212.407.4953 | Fax: 212.412.9054 | E-mail: lchen@loeb.com
>
> Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.