# EXHIBIT 4

**Antoinette Pepper**

| | |
|---|---|
| **From:** | Richard Liebowitz <RL@liebowitzlawfirm.com> |
| **Sent:** | Tuesday, January 14, 2020 12:27 PM |
| **To:** | Linna Chen |
| **Cc:** | Barry Slotnick; GLEN CRAIG |
| **Subject:** | Re: UUMG GLEN CRAIG |

**This email originated from outside of Loeb's Network.**

Yes, I will be on the line as well at 4pm.

On Tue, Jan 14, 2020 at 11:44 AM Linna Chen <lchen@loeb.com> wrote:

> Thanks Glen, but we need to hear from Richard if he is joining or if he is okay with us just speaking with you without him.
>
> **From:** GLEN CRAIG <glencraig@rcn.com>
> **Sent:** Tuesday, January 14, 2020 11:44 AM
> **To:** Linna Chen <lchen@loeb.com>; Richard Liebowitz <RL@liebowitzlawfirm.com>; Barry Slotnick <bslotnick@loeb.com>
> **Subject:** Re: UUMG GLEN CRAIG
>
>> On Jan 14, 2020, at 10:20 AM, GLEN CRAIG <glencraig@rcn.com> wrote:
>>
>> HI LINNA AND BARRY,
>>
>> Yes this ok
>>
>> Tks
>>
>> Glen
>>
>>> On Jan 14, 2020, at 9:53 AM, Linna Chen <lchen@loeb.com> wrote:

1

Hi Glen,

We can do a call at 4pm today – does that work for you? The dial-in is

888-433-2831; 2124073953#

Richard, if you can't join the call, please let us know. If you are okay with us proceeding with the call without you present, please also let us know in writing.

Thanks,

Linna

---

**From:** GLEN CRAIG <glencraig@rcn.com>
**Sent:** Tuesday, January 14, 2020 9:40 AM
**To:** Linna Chen <lchen@loeb.com>; Richard Liebowitz <RL@liebowitzlawfirm.com>; Barry Slotnick <bslotnick@loeb.com>
**Subject:** UUMG GLEN CRAIG

DEAR BARRY AND LINNA,

HAPPY NEW YEAR.

I WOULD LIKE TO DISCUSS THE SETTLEMENT BY PHONE.

THERE WERE CERTAIN MATTERS THE SETTLEMENT DID NOT ADDRESS AND THAT DON'T SEEM TO HAVE BEEN COMMUNICATED TO YOU.

I WOULD ALSO LIKE SOME CLARITY ON SOME OF THE TERMS.

PLEASE LET ME KNOW A TIME THAT WORKS FOR YOU.

THANK YOU.

GLEN

Begin forwarded message:

From: Linna Chen <lchen@loeb.com>
Subject: RE: Craig v UMG
Date: January 6, 2020 at 4:03:44 PM EST
To: Richard Liebowitz <RL@liebowitzlawfirm.com>, "glencraig@rcn.com" <glencraig@rcn.com>
Cc: Barry Slotnick <bslotnick@loeb.com>


Richard and Glen,

We specifically requested that Glen respond to our email, which he did not, and which he has not.

Our clients are not comfortable moving forward with executing the settlement agreement unless and until they get something in writing from Glen personally – and not Richard – acknowledging that (1) he read the settlement agreement, (2) authorized his signature on the settlement agreement, and (3) understands the terms of the settlement agreement including the releases.

If the above is not Glen's correct email, please give us Glen's updated email information.

Glen, please respond to this email from your email account.  If you don't agree with (1), (2), or (3), please also let us know in writing in response to this email.

Thanks,
Linna



Linna Chen
Partner



345 Park Avenue | New York, NY 10154
Direct Dial: 212.407.4953 | Fax: 212.412.9054 | E-mail: lchen@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong |  www.loeb.com


CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person

3

responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

--
Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com

******************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************