# EXHIBIT 5

**Antoinette Pepper**

| | |
|---|---|
| **From:** | Linna Chen |
| **Sent:** | Tuesday, January 14, 2020 5:18 PM |
| **To:** | GLEN CRAIG; Barry Slotnick; Richard Liebowitz |
| **Subject:** | RE: UMG GLEN CRAIG |

Please send them to me, Barry, and copy Richard.

If you sent comments to Richard via text, you can just screenshot those texts and send them to us (me, Barry and Richard) via email.

**From:** GLEN CRAIG <glencraig@rcn.com>
**Sent:** Tuesday, January 14, 2020 5:13 PM
**To:** Linna Chen <lchen@loeb.com>; Barry Slotnick <bslotnick@loeb.com>; Richard Liebowitz <RL@liebowitzlawfirm.com>
**Subject:** Re: UMG GLEN CRAIG

**This email originated from outside of Loeb's Network.**

HI LINNA
OK I UNDRESTAND
WHERE DO YOU WANT US TO SEND DOC TEXTS EMAILS TOO
PLEASE GIVE ME INFO
TKS
GLEN

> On Jan 14, 2020, at 5:07 PM, Linna Chen <lchen@loeb.com> wrote:
>
> Hi Glen, thanks for your email, but again, ethically, we cannot speak to you without Richard being present.  I have copied Richard here, and he can let us know if he will consent to us speaking with you without his presence.
>
> Please also forward us your emails/texts/etc that you referred to on the call, regarding your comments to the settlement agreement.  We would like to get your comments and concerns to our clients ASAP so we can get this all squared away.  As we noted on the phone, your sending us those documents constitutes a waiver of attorney-client privilege between you and Richard as to those documents.  We agree that your sending us those emails does not constitute a waiver of privilege beyond those specific documents.
>
> Thanks,
> Linna

1

**Linna Chen**
*Partner*



345 Park Avenue | New York, NY 10154
Direct Dial: 212.407.4953 | Fax: 212.412.9054 | E-mail: lchen@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** GLEN CRAIG <glencraig@rcn.com>
**Sent:** Tuesday, January 14, 2020 4:47 PM
**To:** Linna Chen <lchen@loeb.com>; Barry Slotnick <bslotnick@loeb.com>
**Subject:** UMG GLEN CRAIG


HI BARRY AND LINNA
I WISH TO TALK TO YOU ASAP
ALSO THANKS FOR HELPING THE LIGHT COME THRU
9173096761
TKS
GLEN