# Liebowitz ◯ Law Firm, PLLC

### ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

January 27, 2020

<u>**VIA ECF**</u>

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 706
New York, NY 10007-1312

Re:    <u>*Craig v. Universal Music Group, Inc., et al.* 1</u>:16-cv-05439 (JPO)

Dear Judge Oetken:

We represent Plaintiff Glen Craig ("Plaintiff") in the above-captioned case and write pursuant to section 3.C of Your Honor's Individual Practices to request that the Court grant me permission to appear telephonically at the hearing scheduled for January 31, 2020 or, in the alternative, to adjourn the hearing by one-week, until the afternoon of February 7, 2020.

The basis for my request is that I have a pre-existing speaking engagement scheduled in California for January 31, 2020. Attached as Exhibit A is a true and correct copy of a screenshot from the website of www.photola.com showing that I am scheduled to make an in-person presentation in Santa Monica, California this Friday. Accordingly, I respectfully request that the Court permit my appearance at the January 31 hearing telephonically.

In the alternative, I respectfully request that the Court adjourn the hearing.

1) the original date of the hearing is January 31 and the new date requested is the afternoon of February 7, 2020;

(2) there have been no previous requests for adjournment or extension;

(3) no previous requests were granted or denied;

(4) our adversary does not consent to the adjournment

Respectfully submitted,

**/richardliebowitz/**
Richard Liebowitz
*Counsel for Plaintiff Glen Craig*

