28th Edition  Jan 30 - Feb 2, 2020
Barker Hangar - Santa Monica, CA

Fair    Exhibitors    Programming    Press    Partners    Visitor Information    Volunteers    


Ara Oshagan - dis/placed #1 2017

2019 Programming

photo l.a.

FOCUS photo l.a.

2019 Programming

### 2020 FOCUS PROGRAMING

#### FRIDAY, JANUARY 31, 2020

**11:30AM - 1:00PM**
**How To Protect Your Work in the Digital Age**

Richard P. Liebowitz, Esq. attorney and photographer focuses on copyright law.

-The New Rules for United States Copyright Registration
-Social Media and Copyright Law- Facebook, Twitter, Instagram, Snapchat -Embedding Linking- Why do they get away with it?
-DMCA Safe Harbor-What does this mean?
-What Constitutes Fair Use
-Watermarks and Metadata
-Copyright Infringement Damages
-Removal of Copyright Management Information Under Section 1202
-Current Events: Recent Copyright Case Rulings and Cases

Q & A - Share your copyright infringement claims with us. Do you have a case? Come learn about current topics in the law affecting artists around the world!

Richard P. Liebowitz, Esq., is an attorney and photographer who focuses on copyrig
Liebowitz Law Firm, PLLC. He is a 16-year member of the New York Press Photog
Association (NYPPA) and has produced award-winning photojournalism. A graduate
University of Pennsylvania and Hofstra Law School, Richard now helps his fellow ph
and other artists around the world resolve their copyright infringements and protect
on a contingency basis. As a fellow photographer, he understands where artists are c
and is passionate about helping the creative community.

### 1:30 - 3:00PM
### Artist & Curator Presented by New York Film Academy

Lane Barden discusses his work in the Monumentality exhibition at the Getty. Franc
Curator of Photographs at the Getty Research Institute who selected the project to ;
Monumentality Exhibition at G.R.I. – and Roberto Scheiberg, architect from the Lo
Forum for Architecture and Urban Design who was present and an active player in t
exhibiting of the Linear City project at Woodbury University's gallery in Hollywood
Kean O'Brien (Co-Chair, Photo Arts) will moderate discussion.

Lane Barden is a Los Angeles based photographer and Artist. His work is in the coll
Getty Research Institute at the Getty Center, the Los Angeles Museum of Contemp
the Houston Museum of Fine Arts. He holds an M.A. and M.F.A. in photography fr
University of New Mexico. He currently is a Full Time Faculty at the Photo Arts Co
the New York Film Academy

### 3:30 - 5:00PM
### Venice Arts Projects

Current and alumni students from Venice Arts' Advanced Photography program sha
discuss their long-term personal projects

The four students on the panel represent Venice Arts' Advanced Studies: Photograp
Advanced Studies is designed for our most engaged students who, for over a year, sp
working on intimate storytelling that explores such issues as coming out, the interse
and family life, and the trauma of domestic violence.

These committed young photographers meet every Saturday for four hours, to deve
project ideas and deepen their photographic knowledge and skills. In-the-field assigr
designed to perfect their technical and documentary abilities, while in-class activitie
aesthetic and conceptual development through critique, viewing historic and conten
works, and writing. Students shoot independently, learn to edit and curate their pho
design photo books for their final projects.

Venice Arts' Mission ~ To ignite, expand, and transform the lives of Los Angeles' lo
youth through photography and film education, and to use our participatory storyte
to amplify the voices of underrepresented communities around the world.

### 5:30 - 7:00PM
### The Fine Art of Travel Photography w/ Mark Edward Harris

The workshop explores how to create fine art travel photography - images that go fa

"I was here" photograph. Photographers will learn how to create beautiful landscap
townscapes as well as powerful environmental portraits and photo essays - pictures t
Harris will put ideas into practice with technical aspects such as the use of "fast" len
and the creative use of flash on location. Mark Edward Harris is a Photographer & a
author.

### SATURDAY, FEBRUARY 1, 2020

#### 11:30AM - 1:00PM
#### The World of Inkjet Papers ~ The Print Matters! Presented by Freestyle

Showing over 200 individual photographs from Eric Joseph's personal collection, he
the technical points and aes-thetic differences of every inkjet paper available from th
brands: Arista-II, Awagami, Canson-Infinity, Epson, Hahnemühle, Ilford, Innova, M
Museo. Participants will gain keen insight into the technical aspects, myths and myst
printing through both lecture and interactive participation. Any and all questions are
Learn how to turn "ordinary images in to extraordinary prints."

The focus of this seminar is to empower participants with knowledge of the wide va
media that is available and how important The Print really is. "We can truly have a p
and relationship with inkjet papers the same way we had with traditional darkroom

Eric Joseph is a photographer and Senior Vice President of New Business and Produ
Development at Freestyle Photographic Supplies. Eric graduated from California St
North-ridge in 1985 with a B.A. in Art, Specializing in Photography. He began his c
Freestyle Photographic Supplies in 1986, where he worked his way up to his curren
position. Eric travels across the United States leading a seminar entitled, "The Worl
Paper…The Print Matters!" Speaking at colleges, universities, commercial labs, pho
centers and professional photographic organizations, Eric teaches digital printmakin
emphasis on empirical knowledge allowing folks to make informed decisions about t
output and how to obtain consistent, reliable, repeatable and controllable results.

#### 1:30 - 3:30PM
#### OPEN SHOW LA #57 @ PHOTO LA

FOCUS photo l.a. is please to collaborate with OPEN SHOW Los Angeles. PHOT(
OPEN SHOW LA will host a special event with artist talks that feature curated pres
the winners of the FOCUS photo l.a. competition that will be exhibiting at photo l.

ABOUT OPEN SHOW
OPEN SHOW is a global organization with local chapters around the world. OPEN
provides a forum for our community of visual storytellers to share their projects. Al
month, photographers, filmmakers and multimedia producers gather at different ve
town for an evening of live presentations and lively conversations. At OPEN SHOW
to "get your work seen".

OPEN SHOW FORMAT
4-6 curated presenters have 15 minutes each to introduce one project/portfolio. A
20-25 images will be shown via projection while the presenter provides insightful na

ongoing and completed work is accepted. We welcome dialog on diverse topics in a
ranging from documentary to fine art.

### 4:00 - 5:30PM
### Social Media Giants: Thoughts and Advice on Instagram Presented by New York Fil

Baz Here (NYFA MFA student) and Alejandro Ibarra (MFA Alumni and NYFA Instr
who have strong Instagram followings, will discuss their use of Instagram as a platfor
got their following, and what they see the future of Instagram to be for photography
will moderate discussion.

### 5:30 - 7:00PM
### Photo Reps: The Inside Scoop Presented by New York Film Academy

Maren Levinson (RedEye), Jigisha Bouverat (BOUVERAT COLLECTIVE), and Ma
(Freelance producer and photographer) will be in dialogue about the current trends
photography and the role reps are taking as things change within the industry. A clo
diversity inclusion in leadership, advertising, and creating content. Amanda Rowan
Photo Arts) will moderate discussion.

### SUNDAY, FEBRUARY 2, 2020

### 11:30AM - 1:00PM
### Photobook Roundtable: From Gallery Walls to Printed Pages

Are you interested in the world of photobooks, a collector, or an artist working on
contemplating a photobook project? This insightful panel discussion focuses on how
approach and execute a photobook project. Attendees will gain insights from paneli
experts in the photographic arts industry. They offer real life perspectives on a rang
considerations including:

- The idea of the photobook as art objects and collection,
- The organic process and design of the book,
- The difference between print-on-demand self-publishing versus employing a publi
- Success strategies for crowd funding,
- Marketing, lessons learned, pitfalls and success factors

Interactive dialog is encouraged with a Q&A at the end of the roundtable. Sample pl
be available for viewing. Richard S. Chow (Photographer, curator; producer OPEN
will moderate discussion.

PANELISTS
Sarah Hadley - Photographer; artist and festival producer
Mark Edward Harris - Photographer; award winning author with multiple editions
Bootsy Holler - Photographer; designer; published author
Khodr Cherri - Master printer; Director of Operations, A&I Publishing

### 1:30 - 3:00PM
### The World of Inkjet Papers ~The Print Matters! Presented by Freestyle

Showing over 200 individual photographs from Eric Joseph's personal collection, he the technical points and aes-thetic differences of every inkjet paper available from th brands: Arista-II, Awagami, Canson-Infinity, Epson, Hahnemühle, Ilford, Innova, M Museo. Participants will gain keen insight into the technical aspects, myths and myst printing through both lecture and interactive participation. Any and all questions are Learn how to turn "ordinary images in to extraordinary prints."

The focus of this seminar is to empower participants with knowledge of the wide va media that is available and how important The Print really is. "We can truly have a p and relationship with inkjet papers the same way we had with traditional darkroom

Eric Joseph is a photographer and Senior Vice President of New Business and Produ Development at Freestyle Photographic Supplies. Eric graduated from California St North-ridge in 1985 with a B.A. in Art, Specializing in Photography. He began his c Freestyle Photographic Supplies in 1986, where he worked his way up to his curren position. Eric travels across the United States leading a seminar entitled, "The Worl Paper…The Print Matters!" Speaking at colleges, universities, commercial labs, pho centers and professional photographic organizations, Eric teaches digital printmakin emphasis on empirical knowledge allowing folks to make informed decisions about t output and how to obtain consistent, reliable, repeatable and controllable results.

### 3:30 PM - 5:00 PM
### The Power of the Darkroom Hand-Printing vs. Man-Made Machine

Alexzandra R. Chandler discusses the strengths and power of analog darkroom print Chandler's unique printing formula combined with determined dark room practice revolutionary body of photographic expressionism. Daphne Benavides will guide the through the most critical elements of the photographic advancements occurring in t work.

FOCUS photo l.a.

Sign Up for the photo l.a. Newsletter

We have a lot of exciting things to share with you.
Sign up so you don't miss out!

JOIN OUR NEWSLETTER

| Opening Night | Public Dates | Location | Contact | |
|---|---|---|---|---|
| Jan 30, 2020 | Jan 31 - Feb 2, 2020 | Barker Hangar<br>3021 Airport Ave,<br>Santa Monica, CA 90405 | info@photola.com |  |