UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLEN CRAIG<br><br>                    Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, INC. et al.<br><br>                    Defendant. | STIPULATION OF SETTLEMENT DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:16-cv-5439-JPO |

IT IS HEREBY STIPULATED, by and between Plaintiff Glen Craig and all Defendants, by and through their undersigned counsel, that the above-captioned case has been settled and all claims asserted shall be dismissed with prejudice, with each side to bear its own costs and attorney's fees.

_____
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

Dated: March 12, 2020

*Attorneys for Plaintiff Glen Craig*

_____
Loeb & Loeb LLP
Barry I. Slotnick
C. Linna Chen
345 Park Avenue
New York, NY 10154
Tel: 212-407-4000

*Attorneys for Defendants UMG Recordings, Inc., Estate of Riley B. King, and Kingsid Ventures, Ltd.*